| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | DAVIS POLK & WARDWELL LLP |
| 66 Hudson Boulevard East | 450 Lexington Avenue |
| New York, NY 10001 | New York, NY 10017 |
| Tel.: (212) 909-6000 | Tel.: (212) 450-4000 |
| Jasmine Ball | Marshall S. Huebner |
| Elie J. Worenklein | Darren S. Klein |
| | Christopher S. Robertson |
| *Proposed Fleet Counsel to the Debtors and Debtors in Possession* | Sihui (Sophy) Ma (*pro hac vice* pending) |
| | Moshe Melcer |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SPIRIT AIRLINES, INC.,** *et al.*, | **Case No. 24-11988 (SHL)** |
| **Debtors.**[1] | **(Joint Administration Requested)** |

### AGENDA FOR NOVEMBER 26, 2024 HEARING

| | |
|---|---|
| Time and Date of Hearing: | November 26, 2024 at 4:00 p.m.[2] |
| Location of Hearing: | The hearing will be conducted via Zoom for Government. Parties wishing to appear at or attend the Hearing (whether "live" or "listen only") are required to register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by 4:00 p.m. on the business day prior to the hearing. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and https://dm.epiq11.com/SpiritGoForward (free of charge). |

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Airlines Inc. (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] All times herein are expressed in prevailing Eastern Time.

1. ***Joint Administration Motion***.  Motion of the Debtors for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases, (II) Applying the First Day Orders to the Cayman Subsidiaries, and (III) Granting Related Relief [ECF No. 103]

   Responses Received: None.

   Related Documents:

   A. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 2]

   B. Notice of Hearing on Motion of the Debtors for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases, (II) Applying the First Day Orders to the Cayman Subsidiaries, and (III) Granting Related Relief [ECF No. 69]

   C. Certificate of Service [ECF No. 37]

2. ***G.A. Telesis LLC (GAT) Motion***.  Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Assume and Perform under Aircraft Sale Agreement with G.A. Telesis LLC [ECF No. 23]

   Objection Deadline: November 22, 2024 at 5:00 p.m. (for entry of the Interim Order)

   Responses Received:

   A. Limited Objection of Grapevine ISD, City of Grapevine and Tarrant County to the Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Assume and Perform Under Aircraft Sale Agreement with G.A. Telesis LLC (Including, Without Limitation, Selling Aircraft Free and Clear of Encumbrances [ECF No. 88]

   B. Wilmington Trust's Reservation of Rights to the Motion of the Debtor for Entry of an Order Authorizing the Debtor to Assume and Perform Under Aircraft Sale Agreement with G.A. Telesis LLC (Including, Without Limitation, Selling Aircraft Free and Clear of Encumbrances) [ECF No. 90]

   C. The Debtors resolved informal comments received.

   Related Documents:

   D. Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings [ECF No. 2]

   E. Motion of the Debtor for Entry of an Order Authorizing the Filing of Certain Commercially Sensitive Information Under Seal [ECF No. 17]

F. Scheduling Order Regarding (A) Motion of The Debtor for Entry of an Order Authorizing the Debtor to Assume and Perform Under an Aircraft Sale Agreement with G.A. Telesis LLC (Including, without limitation, Selling Aircraft Free and Clear of Encumbrances) and (B) Motion of the Debtor for Entry of an Order Authorizing the Filing of Certain Commercially Sensitive Information Under Seal [ECF No. 48]

G. Notice of Hearing and Request for Conference [ECF No. 49]

H. Declaration of Fred Cromer in Support of (I) Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Assume and Perform Under Aircraft Sale Agreement with G.A. Telesis LLC (Including, Without Limitation, Selling Aircraft Free and Clear of Encumbrances) and (II) Motion of the Debtor for Entry of an Order Authorizing the Filing of Certain Commercially Sensitive Information Under Seal [ECF No. 97]

I. Notice of Filing of Revised Interim Order Authorizing the Debtor to Assume and Perform under an Aircraft Sale Agreement with G.A. Telesis, LLC (Including, Without Limitation, Selling Aircraft Free and Clear of Encumbrances) with Respect to the Initial Aircraft [ECF No. 98]

J. Certificate of Service [ECF No. 37]

Status: The Debtors resolved all responses received and entry of an Interim Order is going forward on an uncontested basis.

Dated:  November 26, 2024
        New York, New York

| DEBEVOISE & PLIMPTON LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| 66 Hudson Boulevard East | |
| New York, NY 10001 | /s/ Darren S. Klein |
| Tel.: (212) 909-6000 | 450 Lexington Avenue |
| Jasmine Ball | New York, NY 10017 |
| Elie J. Worenklein | Tel.: (212) 450-4000 |
|  | Marshall S. Huebner |
| *Proposed Fleet Counsel to the Debtors and Debtors in Possession* | Darren S. Klein |
|  | Christopher S. Robertson |
|  | Sihui (Sophy) Ma (*pro hac vice* pending) |
|  | Moshe Melcer |
|  | *Counsel to the Debtors and Debtors in Possession* |

3