WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
Office of the United States Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green, Rm 534
New York, NY 10004
Tel. (212) 510-0500
By:      Shara Cornell, Esq.
         Trial Attorney

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                        :
                                                              :      Chapter 11
                                                              :
SPIRIT AIRLINES INC, *et al.*,[1]                             :
                                                              :      Case No. 24-11988-SHL
                                                              :
        Debtors.                                              :
                                                              :      (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Spirit Airlines, Inc. and its affiliated debtors-in-possession:

1.   **Lufthansa Technik AG**
     HAM T/TJA
     Weg Beim Jager 193
     22335 Hamburg, Germany
     Attn: Stefan Foster
     e. Stefan.forster@lht.dlh.de

2.   **AGI Ground, Inc.**
     9130 S. Dadeland Blvd, Suite #1801
     Miami, Florida 33156
     Attn: Angelo Gencarelli
     e. agencarelli@agi.aero

---

[1] The Debtors' names and last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions are as follows: Spirit Airlines, Inc. (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004

3. **Airline Pilots Association, International**
   7950 Jones Branch Dr., Suite 400S
   McLean, Virginia 22102
   Attn: Andy Nelson
   e. Andy.Nelson@alpa.org

4. **AerCap**
   AerCap Ireland Limited
   Aviation House
   Westpark
   Shannon, Co. Clare
   Ireland, V14 AN29
   Attn: Shane O'Reilly and Kelli Walsh
   e. soreilly@aercap.com
   e. kwalsh@aercap.com

5. **JSA International U.S. Holdings, LLC**
   909 Montgomery Street, Suite 500
   San Francisco, California 94133
   Attn: Sruti Prakash
   e. SPrakash@JSA.com

Dated: New York, New York
       November 29, 2024

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE, REGION 2

By:  /s/ Shara Cornell
     Shara Cornell, Esq.
     Annie Wells, Esq.
     Eric Bradford, Esq.
     Trial Attorneys
     Office of the United States Trustee
     Alexander Hamilton U.S. Custom House
     One Bowling Green, Suite 534
     New York, NY 10004
     Tel.: (212) 510-0500