**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **SPIRIT AIRLINES, INC.,** *et al.*, | **Case No. 24-11988 (SHL)** |
| Debtors.[1] | **Jointly Administered** |

## GLOBAL NOTES AND STATEMENTS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Spirit Airlines, Inc. and its subsidiaries (collectively, the "**Debtors**" or the "**Company**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), have prepared their respective unaudited schedules of assets and liabilities (collectively, as may be amended from time to time, the "**Schedules**") and unaudited statements of financial affairs (collectively, as may be amended from time to time, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), with the assistance of their legal and financial advisors.

These Global Notes and Statements Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

### Disclaimers and Reservation of Rights

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**") or any other foreign jurisdiction, as applicable, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Airlines, Inc. (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] The Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared a Global Note with respect to any individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any other Debtors' Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

information that is subject to further review, potential adjustment.  Although the Debtors and their advisors made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances and based on information available at the time of preparation, there can be no assurance that the Schedules and Statements are complete or accurate. Subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred or may occur in the future.  The Schedules and Statements and Global Notes should not be relied upon for information relating to the Company's current or future financial condition or performance.

Unlike the Company's consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  The Schedules and Statements include information derived from the Debtors' books and records.  The information presented has been reported in the Schedules and Statements in the good-faith belief the information provided is responsive and accurate.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent a Debtor shows more assets than liabilities, it is not an admission that such Debtor was solvent as of the Petition Date (as defined below) or at any other time.  Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent as of the Petition Date or at any other time.

The Schedules and Statements have been signed by Fred Cromer, Chief Financial Officer of the Debtors.  Accordingly, in reviewing and signing the Schedules and Statements, Mr. Cromer necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.  Mr. Cromer has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  No Debtor nor any officer, employee, agent, attorney, or financial or other advisor shall be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.  Except as expressly required by the Bankruptcy Code, the Debtors, their officers, employees, agents, attorneys, and financial and other advisors expressly do not undertake any obligation to update, modify, revise, or recategorize any information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or recategorized.  The Debtors, on behalf of themselves, their officers, employees, agents, attorneys, and financial and other advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as they deem necessary or appropriate.  The Debtors reserve all rights to dispute, and to assert setoff rights, counterclaims, crossclaims, and defenses to, any claim[3] reflected in the Schedules or Statements on any grounds, including amount, liability, priority,

---

[3] As used herein, "claim" shall have the meaning ascribed to it in section 101(5) of the Bankruptcy Code.

status, or classification, and to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Listing a claim does not constitute an admission of liability by the Debtors. The listing of any contract, agreement, or instrument on the Schedules and Statements does not constitute an admission by the Debtors as to the validity of any such contract, agreement, or instrument. Nor does the omission of a contract, agreement or instrument from the Schedules or Statements constitute an admission that such omitted contract, agreement, or instrument is not an executory contract or unexpired lease. The Debtors reserve the right to dispute the effectiveness of any contract, agreement, or instrument listed on or omitted from the Schedules and Statements or to amend the Schedules and Statements at any time.

Nothing contained in the Schedules and Statements constitutes a waiver of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including any claims against the Debtors, any rights or claims of the Debtors against any third party, any issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this section. Nothing contained in the Schedules and Statements or the Global Notes is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

### Description of the Cases and "As Of" Information Date

On November 18, 2024, Debtor Spirit Airlines, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On November 25, 2024, Spirit Airlines, Inc.'s subsidiaries (collectively, the "**Cayman Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.[4] The Debtors remain in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), as ordered by the Court [ECF No. 121]. The Debtors have not been substantively consolidated and accordingly, each Debtor has filed its own Schedules and Statements.

On November 29, 2024, the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [ECF No. 133]. No request has been made for the appointment of a trustee or examiner.

Reference is made to the *Joint Chapter 11 Plan of Reorganization of Spirit Airlines, Inc. and its Debtor Affiliates* [ECF No. 247] and the related disclosure statement [ECF No. 270] (including all appendices, exhibits, schedules, and supplements, and as altered, amended, supplemented, or otherwise modified from time to time in accordance therewith, the "**Plan**" and "**Disclosure Statement**," respectively). On December 17, 2024, the Bankruptcy Court entered an

---

[4] As used herein, "**Petition Date**" refers to the date of commencement of the Chapter 11 Cases with respect to the applicable Debtor.

order [ECF No. 246] (the "**Scheduling Order**") that conditionally approved the Disclosure Statement as containing adequate information, in compliance with section 1125(a) of the Bankruptcy Code, for the purpose of soliciting votes on the Plan. Pursuant to the Scheduling Order, a combined hearing on the final approval of the Disclosure Statement and confirmation of the Plan will commence on January 29, 2025, at 11:00 a.m. (prevailing Eastern Time), before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Copies of the Plan, Disclosure Statement, and other documents publicly filed in the Chapter 11 Cases can be accessed free of charge at https://dm.epiq11.com/SpiritGoForward.

The asset information provided herein, except as otherwise noted, represents the asset data of each Debtor as of October 31, 2024, the date of the Debtors' month end closure to their balance sheet, and the liability data of each Debtor as of the close of business on the Petition Date. Foreign currencies are converted to U.S. dollars by the Debtors' internal accounting software.

**<u>Methodology and General Disclosures Applicable to Schedules and Statements</u>**

1.    **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of October 31, 2024. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. As such, the value listed in the Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

2.    **Recharacterization and Classifications**. The Debtors used reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, included, or omitted certain items. Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as deemed necessary or appropriate, including whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

3.    **Classifications**. Listing a claim on Schedule D as "secured," a claim on Schedule E/F as "priority" or "unsecured," or a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

4.    **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."

5.    **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported

amounts, including amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ materially from such estimates. The Debtors reserve all rights to amend the reported amounts of assets and liabilities, contingent assets and contingent liabilities, and revenues and expenses to reflect changes in those estimates or assumptions.

6. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, crossclaim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract, in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

7. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors used reasonable efforts to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all intellectual property rights.

8. **Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders," the relevant Debtor has included information with respect to the individuals and entities that the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only and their inclusion shall not constitute an admission that those entities or persons are insiders for purposes of section 101(31) of the Bankruptcy Code. The listing of an entity or person as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for any purpose, including to determine (a) control of

any Debtor, (b) the extent to which any individual exercised management responsibilities or functions, (c) corporate decision-making authority over any Debtor, or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability. In addition, the Debtors used the best information available to them to determine the list of former directors and officers reflected in the Schedules and Statements, and reserve all rights to modify or amend such list.

9.      **Basis of Presentation**. For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise. The Schedules and Statements are not intended to be fully reconciled with the financial statements of each Debtor.

10.     **Confidential or Sensitive Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary or appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtors have used this approach because of an agreement between the Debtors and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. Furthermore, by order of the Bankruptcy Court [ECF No. 153], personal identifying information, such as mailing addresses of individuals, has been redacted from the Schedules and Statements.

11.     **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors endeavored to only list such assets, liabilities, and prepetition payments once.

12.     **Executory Contracts**. Although the Debtors used reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

13.     **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements may have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

14.     **Leases**. The Debtors excluded from the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

15.    **Valuation**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of October 31, 2024 are reflected on the Schedules and Statements.  Exceptions to this include operating cash and certain other assets.  Operating cash is presented at bank balance as of the Petition Date.  Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts, as the net book values may differ materially from fair market values.  Amounts ultimately realized may vary from net book value (or other value so ascribed) and such variance may be material.  Accordingly, the Debtors reserve all rights to amend, adjust, supplement, or otherwise modify the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any of the Debtors' rights with respect to such asset.

16.    **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

17.    **Undetermined Amounts**.  The description of an amount as "unknown," "undetermined," "disputed," "contingent," or "unliquidated" is not intended to reflect upon the materiality of such amount.

18.    **Unliquidated Amounts**.  Amounts that the Debtors could not fairly or readily quantify are scheduled as "unliquidated."

19.    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

20.    **Allocation of Liabilities**.  The Debtors attempted to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change, potentially materially.

21.    **503(b)(9) Claims**.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all

rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

22.    **Court Orders**.  Pursuant to certain "first day" orders entered by the Bankruptcy Court in the  Chapter 11 Cases (collectively, the "**First Day Orders**"), the Debtors are authorized (but not directed) to pay or otherwise satisfy various prepetition claims, including those related to employees, lienholders, customer obligations, vendors, taxes and fees, and trade.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements or object to scheduled amounts or proofs of claim as deemed necessary or appropriate, including to avoid overpayment of or duplicate payments for any such liabilities.  Nothing contained herein shall alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves such right.

23.    **Other Paid Claims**.  To the extent the Debtors have reached any post-petition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements or any claims filed in connection therewith, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval (if needed).

24.    **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (a) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (b) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and post-petition payments, if applicable.  The Debtors reserve all rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and other defenses with respect thereto.

25.    **Intercompany Claims**.  Receivables and payables among and between the Debtors are reported on Statement 4 per the Debtors' unaudited books and records.  As described more fully in the *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [ECF No. 7] (the "**Cash Management Motion**"), the Debtors engage in a range of intercompany transactions in the ordinary course of business.  The Bankruptcy Court granted the Cash Management Motion and authorized the Debtors authority to continue engaging in intercompany transactions in the ordinary course of business subject to certain limitations.  *See* ECF Nos. 46 and 273.  Thus, intercompany balances as of the Petition Date, as set forth on Statement 4 may not accurately reflect current positions.  The Cayman Debtors do not maintain separate financial statements from Debtor Spirit Airlines, Inc. and are not required to assign a value to intercompany receivables and payables

pursuant to GAAP or the provisions of applicable securities laws. Accordingly, these amounts are not reported on Schedule A/B and Schedule E/F. Intercompany cash transfers, for which the Debtors maintain records, are reported on Statement 4, as discussed herein.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, characterization, amount, validity, or priority of any such intercompany receivables and payables or the validity of any netting or offsets per the Debtors' books and records. The Debtors take no position in the Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

As more fully described in the Cash Management Motion, the Debtors recorded numerous intercompany transactions in their books and records each month, including cash transfers and journal entries. Instead of listing each of these numerous transactions and entries in the Statements and Schedules for each month, the Debtors included monthly balances and net activity for the one year prior to the Petition Date. In addition, the Debtors separately listed any intercompany cash payments, which transactions are also recorded in the net monthly activity listing in the Debtors' books and records.

26. **Guarantees, Indemnifications, and Other Secondary Liability Claims**. The Debtors used reasonable efforts to locate and identify guarantees, indemnifications, and other secondary liability claims (collectively, "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule G and Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.

27.     **Claims of Third-Party Related Entities**.  While the Debtors used reasonable efforts to properly classify each claim listed in the Schedules as being either determined or undetermined, disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors were unable to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that a Debtor classified its estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are designated as such.

28.     **Excluded Assets and Liabilities**.  The Debtors excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including:  certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities (*e.g.*, accrued salaries and employee benefits).  The Debtors also have excluded rejection damages claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist.  In addition, and as set forth herein, the Debtors may have excluded amounts for which they have been granted authority to pay pursuant to a First Day Order or other order of the Bankruptcy Court.  Also, certain immaterial assets and liabilities may have been excluded.

29.     **Liens**.  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any mechanic's, materialmen, or other liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all rights with respect to such liens.

30.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

31.     **Setoffs**.  The Debtors routinely take and are subject to setoffs and other similar rights during the ordinary course of business, including in connection with intercompany transactions, pricing discrepancies, refunds, and disputes between the Debtors and various third parties.  These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, they are not independently accounted for and, as such, may be excluded from the Schedules.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and recoupment rights that may be asserted.

## Specific Notes and Disclosures Regarding the Schedules

1.      **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion.  **The Debtors' cash balances are listed as of November 18, 2024, at bank balances.** Debtors Spirit Loyalty Cayman Ltd. and Spirit IP Cayman Ltd. jointly own certain bank accounts. Where applicable, the Debtors reflected the applicable cash balances on the Schedules of Debtor Spirit Loyalty Cayman Ltd.

2.      **Schedule A/B, Part 3 – Accounts Receivable, Item 11**.  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors used reasonable efforts to deduct doubtful or uncollectible accounts.  The Debtors are unable to determine with certainty what amounts will actually be collected.

3.      **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture**.  Ownership interests in subsidiaries, partnerships, joint ventures, and investments in non-publicly traded securities have been listed in Schedule A/B, Part 4, as undetermined amounts, because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

4.      **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

5.      **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**.  For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.  Due to the volume, the individual fixed asset schedules have not been included in Schedule A/B, Part 8.

6.      **Schedule A/B, Part 9 – Real Property**.  For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation.  Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all rights to recategorize and recharacterize such asset holdings.

7.      **Schedule A/B, Part 10 – Intangibles and Intellectual Property, Items 59-66**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.  Given the chapter 11 filing, results from an impairment test were unavailable at the time that the Schedules and Statements were prepared, and therefore several of the Debtors' intangible asset values may be listed as undetermined.  The Debtors do not have any goodwill.  The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.  The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

8.      **Schedule A/B, Part 11 – All Other Assets**.  Dollar amounts are presented net of impairments and other adjustment.

(a)      *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)*.  The Debtors may receive refunds for sales and use tax at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors

11

and, accordingly, may not be listed on Schedule A/B.  Additionally, the Debtors may be entitled to apply certain net operating losses or other tax attributes.  As of the Petition Date, the value of these tax attributes is unknown to the Debtors and accordingly is described as such on Schedule A/B.

(b)     *Item 73 – Interests in Insurance Policies or Annuities*.  A list of the Debtors' insurance policies and related information is available in the *Motion of the Debtor for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Corporate Insurance Programs, and Honor All Obligations in Respect Thereof and (B) Enter Into New Premium Financing Agreements and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 12].

(c)     *Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims*.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and fraudulent transfer actions were not listed because the Debtors did not complete an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

(d)     *Item 77 – Other property of any kind not already listed.*  The Debtors indicated that intercompany payables and receivables have unknown values.  The Debtors are not required to assign a value to these receivables pursuant to GAAP or the provisions of applicable securities laws.  Accordingly, their amounts are not readily determinable. Cash transfers between certain Debtors are reflected in the Statements, Part 2, Question 4.

(e)     *Executory Contracts and Unexpired Leases*.  The Debtors listed their executory contracts and unexpired leases on Schedule G.  The Debtors reserve all rights with respect to any and all executory contracts and unexpired leases, including whether such agreements are or are not executory contracts and the right to amend Schedule G.

9.     **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the nature or structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or documents.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The Debtors did not include parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Certain of the leases of aircraft listed on Schedule G are listed on the Debtors' financial statements as secured capital leases. This designation is solely for accounting purposes, and the Debtors treat these leases as operating leases in the ordinary course of their business. Accordingly, these leases have been listed on Schedule G rather than Schedule D.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 363, 364, 503, 506, 507, and 552, (I) Authorizing the Debtors, Upon Entry of the Final Order, to Obtain Senior Secured Superpriority Post-Petition Financing, (II) Authorizing the Debtors' Use of Any Cash Collateral, (III) Providing Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [ECF No. 22] and the *Declaration of Fred Cromer in Support of the Chapter 11 Proceedings and First Day Pleadings* [ECF No. 2].

10.    **Schedule E/F – Creditors Who Hold Unsecured Claims**. Schedule E/F does not include certain deferred charges, deferred liabilities, accruals (other than those noted herein), or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors used reasonable efforts to include as contingent, unliquidated, or disputed the claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced. Schedule E/F includes certain trade payable claims representing accrued liabilities as of the Petition Date. Such accrued claims are listed at undetermined amounts because the Debtors' record-keeping practices only identify such accounts payable as prepetition or post-petition claims upon ultimate payment of the related invoices (*i.e.*, the accrued amounts are not yet broken down between prepetition vs. post-petition).

(a)    *Part 1 – Creditors with Priority Unsecured Claims*. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy

13

Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Final Order Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 263] (the "**Final Taxes Order**"), the Bankruptcy Court authorized the Debtors to pay certain tax liabilities that accrued prepetition.  Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid or may be paid pursuant to the Final Taxes Order or pursuant to any other Bankruptcy Court order are not listed in Schedule E.  The Debtors believe that any undisputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim have been or will be satisfied.

Moreover, in lieu of listing all of the Debtors' possible taxing authorities for notice purposes in Schedule E/F, the Debtors only listed those taxing authorities with which the Debtors have pending audits.  A more fulsome list is attached to the motion which sought entry of the Taxes Order [ECF No. 13].

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Pursuant to the *Final Order Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 265] (the "**Final Wages Order**"), the Bankruptcy Court authorized the Debtors to pay certain prepetition obligations, including obligations related to employee wages and other employee benefits, in the ordinary course of business.  Accordingly, no undisputed, prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Final Wages Order or pursuant to any other Bankruptcy Court order is listed in Schedule E/F Part 1.

(b)     *Part 2 – Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a commercially reasonable effort to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors.  However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation.  Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding threatened or pending litigation involving the Debtors. The amounts for these threatened or pending claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. The Debtors did not list workers' compensation claims on Schedule E/F.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be rejected in these chapter 11 cases.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to beneficiaries under the Company's non-qualified retirement arrangements. Such amounts are based on the Company's most recent actuarial calculation of the applicable defined benefit (for defined benefit arrangements) or the most recent balance of the applicable account (for defined contribution arrangements).

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors did not list a specific date or dates for such claim.

As of the time of filing the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. The Debtors reserve all rights to amend Schedules D and E/F if and as they deem necessary or appropriate.

Liabilities listed on Schedule E/F reflect the Debtors' books and records balance as of the Petition Date. The Debtors used reasonable efforts to exclude any prepetition amounts paid pursuant to orders entered by the Bankruptcy Court; however, certain of these claims may be listed on Schedule E/F, and the Debtors reserve all rights with respect thereto. The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of the Chapter 11 Cases (subject to Bankruptcy Court approval, if needed). Moreover, certain vendors are also customers, and the amounts are netted monthly; therefore, the Debtors listed these liabilities with an unliquidated flag.

Schedule E/F, Part 2, reflects certain intercompany payables and receivables with an undetermined value. The Debtors are not required to assign a value to these receivables pursuant to GAAP or the provisions of applicable securities laws. Accordingly, their amounts are not readily determinable. Cash transfers between certain Debtors are reflected in the Statements, Part 2, Question 4.

11.      **Schedule G – Executory Contracts and Unexpired Leases**.  Listing or omitting an agreement, contract, document, or other instrument on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that it was in effect on the Petition Date, or that it is valid or enforceable.  The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, leases, agreements, or other instruments (whether or not set forth on Schedule G) and to amend or supplement Schedule G as they deem necessary or appropriate.  Certain leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  The Debtors expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract within the meaning of section 365 of the Bankruptcy Code.  In addition, the Debtors may have entered into certain confidentiality and non-compete agreements or various other types of agreements in the ordinary course of their businesses, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  The Debtors reserve all rights with respect to all agreements.

The Debtors reserve all rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization, nature, or structure of any transaction, agreement, contract, document, or other instrument (including any intercompany agreement), or any claims related thereto.

The instruments listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' reasonable efforts to identify such documents.

Certain of the aircraft leases listed on Schedule G are listed on the Debtors' financial statements as secured capital leases.  This designation is solely for accounting purposes, and the Debtors treat these leases as operating leases in the ordinary course of their business.  Accordingly, these leases have been listed on Schedule G rather than Schedule D.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors omitted employee form offer letters and non-compete agreements that each employee must execute in order to be employed by the Debtors from Schedule G.  The Debtors used reasonable efforts to include all insurance policies on Schedule G for which they are a beneficiary.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms and conditions of such agreements (as amended, if applicable).  In such cases, the Debtors included such items on Schedule G of the Debtor entity that performs the terms and conditions of such agreements as of the Petition Date.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition notes.  The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

12.    **Schedule H – Co-Debtors**.  In the ordinary course of their businesses, certain Debtors may pay certain expenses for and on behalf of their affiliates.  For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.

The Debtors did not list any litigation-related co-Debtors on Schedule H.  Instead, all such listings can be found on Schedule E/F.

### Specific Notes and Disclosures Regarding the Statements

1.    **Statements, Part 1, Question 2 – Non-Business Revenue**.  Non-business revenue includes such items as capitalized interest, interest income, and gains on the extinguishment of debt, as consistent with the Debtors' financial statements.

2.    **Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**.  Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the 90 days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 30, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed herein.  Payments made to employees for compensation are not included; however, transfers made to third-party administrators used to compensate employees were included.  Moreover, due to the Debtors' historical reporting practices, the clearing dates for certain transactions may reflect the date the transaction was entered rather than the date the cash cleared the Debtors' account.

3.    **Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**.  The information reported on Question 4 is representative of the total payments made to insiders on behalf of the Debtor entities during the year prior to the Petition Date.  For the avoidance of doubt, the information reported on Question 4 may include payments to individuals who may have been insiders at the time of payment but are no longer employed in such capacity by a Debtor.  The Debtors listed intercompany cash transfers on a net basis for the period between November 18, 2023 and November 17, 2024.

The information reported on Question 4 includes certain payments made to Walkers Fiduciary Limited ("**Walkers Fiduciary**") on account of independent director services provided

by Gennie Bigord.  Ms. Bigord serves as an independent member of the Boards of Directors of the Cayman Debtors and is a Senior Vice President of Walkers Fiduciary.  Ms. Bigord was not paid directly by the Debtors.

The information reported on Question 4 also includes certain payments made to potential insiders on account of the now-terminated proposed merger between the Debtors and JetBlue.  Specifically, certain individuals who may have been insiders received (a) contractually mandated payments under the merger documents (denoted on the response to Question 4 as "Merger Retention Payments") and (b) their respective share of dividends payable to all holders of common equity in Debtor Spirit Airlines, Inc. related to such proposed merger (denoted on the response to Question 4 as "Jet Blue Merger Payments").

4.       **Statements, Part 2, Question 6 – Setoffs**.  For a discussion of setoffs and nettings incurred by the Debtors, refer to ¶ 31 above.

5.       **Statements, Part 3, Question 7 – Legal Actions**.  Due to the nature of their businesses, the Debtors receive numerous customer complaints and are sometimes subject to actual or threatened small claims litigation.  The Debtors omitted such customer demands and certain small claims litigation from the Statements.  The Debtors did not list workers' compensation claims in response to Question 7.

6.       **Statements, Part 6, Question 11 – Payments Related to Bankruptcy**.  Certain disbursements listed in Question 11 reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.  The Debtors listed payments made to professionals retained by the Debtors but not payments made to advisors of their post-petition lenders or other parties on account of any applicable fee arrangements.  For the avoidance of doubt, many of these payments were not made in contemplation of the Chapter 11 Cases, and may include amounts unrelated to financial restructuring.

7.       **Statements, Part 11, Question 20 – Off-Premises Storage**.  Due to the nature of the Debtors' businesses, they maintain several off-premises storage sites.  Various personnel of the Debtors have access to these storage sites and the individuals with access may change from time to time.  Accordingly, the Debtors did not list each such individual on Statement 21.

8.       **Statements, Part 11, Question 21 – Property Held for Another**.  Due to the nature of the Debtors' businesses, they are in possession of property of other individuals or entities in the form of aircraft and equipment parts.  This property is held by the Debtors and moved between locations, including warehouses and repair stations, in a manner such that a report regarding its location at any moment in time would become obsolete immediately, and updating such record would impose an unreasonable administrative burden on the Debtors.  Accordingly, the location of such property has been reported as "Various" on the Statements.

9.       **Statements, Part 12, Questions 22-24 – Details about Environmental Information**.  The Debtors endeavored to disclose all applicable information in response to Statements, Part 12, Questions 22–24.

10.      **Statements, Part 13, Question 26 – Books, Records, and Financial Statements**.  Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, at the end of

each of its fiscal quarters and years and upon the occurrence of events requiring disclosure on Form 8-K, Debtor Spirit Airlines, Inc. prepares and files (or furnishes, as applicable) with the Securities and Exchange Commission (the "**SEC**") Quarterly Reports on Form 10-Q, Annual Reports on Form 10-K, and Current Reports on Form 8-K, among other filings made with the SEC from time to time (collectively, the "**SEC Filings**").  Certain of Spirit Airlines, Inc.'s SEC Filings contain consolidated financial statements relating to the Debtors.  Additionally, Spirit Airlines, Inc. has historically provided the SEC Filings in the investor relations section of its website.  Because the SEC Filings are of public record, Spirit Airlines, Inc. does not maintain records of the parties who requested or obtained copies of any of the SEC Filings from the SEC, the Debtors, or other sources.

11.     **Statements, Part 13, Question 27 – Inventories**.  The Debtors inventory product at their various locations on a regular basis.  In an effort to reduce the amount of disclosures that would be otherwise applicable, the Debtors only listed their last two inventories, dated as July 10, 2023 and June 21, 2024, respectively.

12.     **Statements, Part 13, Question 28 – Current Partners, Officers, Directors, and Shareholders**.  With respect to Debtors' ownership of other Debtors, the Debtors listed only entities that are direct owners of other Debtors as of the Petition Date.

13.     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Please refer to Question 4 regarding all payments to insiders.

| Fill in this information to identify the case: |
| --- |

Debtor name     Spirit Airlines, Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case number (If known):    24-11988 (SHL)

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................................

   $    315,165,333.50*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...........................................................................

   $    4,486,089,900.97*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................................

   $    4,801,255,234.47*

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................

   $    1,190,294,013.28*

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................

   $    Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

   + $    673,718,246.71*

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

   $    1,864,012,259.99*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Spirit Airlines, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known)  24-11988 (SHL)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 22,537.41

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | | $ 836,161,767.05 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  —  $ 836,184,304.46

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.  —  Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 See Attached Rider | $ 113,780,750.54 |
| 7.2 | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 See Attached Rider | $ | 141,995,295.90 |
| 8.2 | $ | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $    255,776,046.44

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 114,039,176.58 | — 5,199,416.79 | = ..... → | $ | 108,839,759.79 |
| 11b. Over 90 days old: | | | = ..... → | $ | 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    108,839,759.79

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | $ | 0.00 |
| 14.2 | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 See Attached Rider | % | $ | Undetermined |
| 15.2 | % | $ | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 Investments Available-for-Sale | Net Book Value | $ | 117,413,340.67 |
| 16.2 Restricted Investments | Net Book Value | | 177,585.45 |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $    117,590,926.12*

**\*Plus Undetermined Amounts**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **20. Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished Goods | MM / DD / YYYY | $ 42,882,458.52 | Net Book Value | 42,882,458.52 |
| **22. Other inventory or supplies** | | | | |
| Consumable / Expendable Inventory | MM / DD / YYYY | $ 70,421,629.27 | Net Book Value | $ 70,421,629.27 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 113,304,087.79

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ __Undetermined__ Valuation method __Net Book Value__ Current value $ __Undetermined__

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.        $ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38 Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture & Fixtures | $ 19,309,593.50 | Net Book Value | $ 19,309,593.50 |
| **40. Office fixtures** | | | |
| None | $ | | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Equipment & Software | $ 75,049,661.94 | Net Book Value | $ 75,049,661.94 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.      $ _____ 94,359,255.44

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Spirit Airlines, Inc.                                    Case number (If known)  24-11988 (SHL)
          Name

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Vehicles | $ 2,068,108.22 | Net Book Value | $ 2,068,108.22 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 See Attached Rider | $ 2,790,844,391.47 | | $ 2,790,844,391.47 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $ 53,965,473.67 | | $ 53,965,473.67 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                    $ 2,846,877,973.36

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  315,165,333.50* | | $  315,165,333.50* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  315,165,333.50*

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| 61.  **Internet domain names and websites** | | | |
| None | $ | | $  0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| None | $ | | $  0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists | $  Undetermined | Net Book Value | $  Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| None | $ | | $  0.00 |
| 65.  **Goodwill** | | | |
| None | $ | | $  0.00 |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  Undetermined

*Plus Undetermined Amounts

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | | | | | |
|---|---|---|---|---|---|
| | Total Face Amount | — Doubtful or uncollectible Amount | = → | $ | 0.00 |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| See Attached Rider | Tax Year | $ | Undetermined |
|---|---|---|---|
| | Tax Year | $ | |
| | Tax Year | $ | |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**  _____

**Amount Requested**  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**  _____

**Amount Requested**  $ _____

76. **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 113,157,547.57 |
|---|---|---|
| | $ | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | 113,157,547.57* |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

**\*Plus Undetermined Amounts**

Debtor   Spirit Airlines, Inc.                                                    Case number (If known)   24-11988 (SHL)
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 836,184,304.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 255,776,046.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 108,839,759.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 117,590,926.12* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 113,304,087.79 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 94,359,255.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,846,877,973.36 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .......................................... → | | $315,165,333.50* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 113,157,547.57* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 4,486,089,900.97* | + 91b. $315,165,333.50* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92..............................................................................  $ 4,801,255,234.47*

*Plus Undetermined Amounts

Debtor Name:  Spirit Airlines, Inc.                                                    Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Banco de America Central | Operating Account | 5819 | $6,705.44 |
| Citi Banamex | Operating Account | 8210 | $1,302,826.20 |
| Citi Banamex | Operating Account | 8005 | $106,237.91 |
| Citi Banamex | Operating Account | 1051 | $57,982.75 |
| Citibank | Operating Account | 0012 | $3,817,712.33 |
| Citibank | Operating Account | 0039 | $272,095.00 |
| Citibank | Operating Account | 3002 | $65,118.70 |
| Citibank | Operating Account | 3029 | $411,977.41 |
| Citibank | Operating Account | 0012 | $130,693.36 |
| Citibank | Operating Account | 0014 | $574,211.19 |
| Citibank | Operating Account | 0009 | $198,866.92 |
| Citibank | Operating Account | 9006 | $150,029.63 |
| Citibank | Operating Account | 3-018 | $270,441.56 |
| Citibank | Operating Account | 4-008 | $448.73 |
| Citibank | Operating Account | 1021 | $225,570.74 |
| Citibank | Operating Account | 1013 | $38,593.27 |
| Citibank | Operating Account | 4054 | $850,960.28 |
| Citibank | Operating Account | 4062 | $8,075.95 |
| Citibank | Operating Account | 1017 | $55,158.45 |

Debtor Name:  Spirit Airlines, Inc.                                                                                       Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Citibank | Operating Account | 1106 | $6,099.62 |
| Citibank | Operating Account | 2012 | $4,628.48 |
| Deutsche Bank | Restricted Account | 6090 | $54,688,133.33 |
| Ficohsa | Operating Account | 0545 | $45,345.31 |
| Ficohsa | Operating Account | 0571 | $14,539.29 |
| Itau Bank | Operating Account | 235-6 | $28,526.05 |
| Itau Bank | Operating Account | 1565 | $33,402.00 |
| JPMorgan Chase | Investment Account | 6877 | $320,623,675.89 |
| JPMorgan Chase | Operating Account | 2273 | $9,416,215.40 |
| JPMorgan Chase | Other Account | 2273 | $4,275,184.24 |
| JPMorgan Chase | Other Account | 6639 | $0.00 |
| JPMorgan Chase | Other Account | 7215 | $0.00 |
| JPMorgan Chase | Other Account | 6381 | $0.00 |
| JPMorgan Chase | Restricted Account | 7371 | $141,586.20 |
| Scotiabank Bank | Operating Account | 5155 | $1,658.20 |
| Scotiabank Bank | Operating Account | 3871 | $91,846.02 |
| Sogebank | Operating Account | 7136 | $32,976.27 |
| Sogebank | Operating Account | 1658 | $595,783.85 |
| Treasury Partners | Investment Account | 8341 | $3,601,554.89 |

Debtor Name:  Spirit Airlines, Inc.                                    Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Treasury Partners | Investment Account | 8341 | $11,574,736.35 |
| Treasury Partners | Investment Account | 8341 | $15,756,619.51 |
| Treasury Partners | Investment Account | 8341 | $2,206,369.87 |
| Treasury Partners | Investment Account | 8341 | $10,182,334.51 |
| Treasury Partners | Investment Account | 1401 | $117,586,637.04 |
| U.S. Bank | Investment Account | 8796 | $200,000,000.00 |
| U.S. Bank | Restricted Account | 8797 | $50,000,000.00 |
| U.S. Bank | Restricted Account | 9082 | $6,000,000.00 |
| Wells Fargo | Investment Account | 0356 | $729,725.87 |
| Wells Fargo | Operating Account | 6277 | $294,783.21 |
| Wells Fargo | Other Account | 6293 | $0.00 |
| Wells Fargo | Other Account | 6280 | $0.00 |
| Wells Fargo | Restricted Account | 6216 | $19,685,699.83 |
|  | **TOTAL** |  | **$836,161,767.05** |

Debtor Name:  Spirit Airlines, Inc.                                                                                     Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| Deposits - Non-Aircraft | $21,340,549.20 |
| Pre-Delivery Deposits | $70,646,993.34 |
| Security Deposits on Leased Aircrafts | $21,793,208.00 |
| **TOTAL** | **$113,780,750.54** |

Debtor Name:  Spirit Airlines, Inc.

Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepaid Expenses | $39,605,997.29 |
| Prepaid Federal Tax | $66,571.24 |
| Prepaid Fuel | $48,426,292.38 |
| Prepaid Guest Reimbursement | $241,298.89 |
| Prepaid Insurance | $11,687,456.57 |
| Prepaid IT Expenses | $16,076,777.21 |
| Prepaid Rent | $25,890,902.32 |
| **TOTAL** | **$141,995,295.90** |

Debtor Name:  Spirit Airlines, Inc.

Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SPIRIT FINANCE CAYMAN 1 LTD. | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Spirit Airlines, Inc.

Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 8, Question 49:** Aircraft and accessories

| Aircraft and accessories | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Aircraft | $2,325,562,477.15 | Net Book Value | $2,325,562,477.15 |
| Spare Engines | $234,278,789.25 | Net Book Value | $234,278,789.25 |
| Spare Parts | $231,003,125.07 | Net Book Value | $231,003,125.07 |
|  |  | **TOTAL** | **$2,790,844,391.47** |

Debtor Name:  Spirit Airlines, Inc.                                                                                          Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Airport Equipment | $12,956,417.03 | Net Book Value | $12,956,417.03 |
| Equipment - Work in Progress | $29,372,055.50 | Net Book Value | $29,372,055.50 |
| Maintenance Equipment | $178,943.30 | Net Book Value | $178,943.30 |
| Training Equipment | $11,458,057.84 | Net Book Value | $11,458,057.84 |
| | | **TOTAL** | **$53,965,473.67** |

Debtor Name:  Spirit Airlines, Inc.                                                                              Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Buildings | | $252,726,885.88 | Net Book Value | $252,726,885.88 |
| Land | | $44,279,413.86 | Net Book Value | $44,279,413.86 |
| Leasehold Improvements | | $18,159,033.76 | Net Book Value | $18,159,033.76 |
| Leased Property:<br>1 Airport Dr<br>Oakland, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 Harborside Dr<br>Boston, MA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 Jeff Fuqua Blvd<br>Orlando, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 Kansas City Blvd<br>Kansas City, MO | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 Richard E Byrd Terminal Dr<br>Richmond, VA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 Terminal Dr<br>Kenner, LA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 Terminal Dr<br>Nashville, TN | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1 World Way<br>Los Angeles, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>100 Terminal Dr<br>Fort Lauderdale, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1000 Airport Blvd<br>Pittsburgh, PA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1000 James L Turnage Blvd<br>West Palm Beach, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>10000 W Balmoral Ave<br>Chicago, IL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>101 Atlantic City International Airport<br>Atlantic City, NJ | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>10701 Lambert International Blvd<br>St. Louis, MO | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>11 Carretera Norte<br>Managua, Nicaragua | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1100 Jetport Rd<br>Myrtle Beach, SC | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>11000 Terminal Access Rd<br>Fort Myers, FL | Leased Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                          Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased Property:<br>11050 Rogell Drive #602<br>Detroit, MI | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1200 Brooks Ave<br>Rochester, NY | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>148 Aviation Ln # 103<br>Latrobe, PA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>148 Aviation Ln # 103<br>Lima, Peru | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>16875 and 16825 John F. Kennedy Boulevard<br>Houston, TX | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1700 Meridian Drive<br>Dania Beach, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1701 Airport Blvd Ste B-1130<br>San Jose, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>17801 International Blvd<br>Seattle, WA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>1786 NW 82 Avenue<br>Doral, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>18601 Airport Way<br>Orange Country, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2001 E Plumb Ln<br>Reno, NV | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2100 NW 42nd Ave<br>Miami, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2200 Norview Ave<br>Norfolk, VA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2200 Sunport Blvd<br>Albuquerque, NM | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2400 Aviation Dr<br>Dallas, TX | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2400 John Brantley Blvd<br>Morrisville, NC | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2413 North Support Road Suites 300, 800, 850, 2413<br>Dallas, TX | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2430 Airport Blvd<br>Pensacola, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2491 Winchester Rd<br>Memphis, TN | Leased Property | Undetermined | Net Book Value | Undetermined |

Debtor Name: Spirit Airlines, Inc.                                                                    Case Number: 24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased Property:<br>2627 N Hollywood Way<br>Burbank, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2800 N Terminal Rd<br>Houston, TX | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2844-2854 Corporate Way<br>Miramar, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2877-2899 N. Commerce Pkwy<br>Miramar, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>2877-2899 N. Commerce Pkwy<br>Miramar, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3 Brewster Rd<br>Newark, NJ | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3201 W Airport Way #1000<br>Boise, ID | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3225 N Harbor Dr<br>San Diego, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>32999 West Service Drive Building 719<br>Detroit, MI | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3400 North Inner Loop Rd<br>Hapeville, GA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3400 Sky Hbr Blvd<br>Phoenix, AZ | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3600 Presidential Blvd<br>Austin, TX | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3745 N. 25th Ave<br>Schiller Park, IL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>3920 W Terminal Dr<br>Salt Lake City, UT | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>400 N. Stephanie St., Suite 200<br>Henderson, NV | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>4100 George J Bean Pkwy<br>Tampa, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>4300 Glumack Dr<br>St. Paul, MN | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>4600 International Gateway<br>Columbus, OH | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5300 Riverside Dr<br>Cleveland, OH | Leased Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                                    Case Number:  24-11988 (SHL)

### Assets - Real and Personal Property

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased Property:<br>5300 S Howell Ave<br>Milwaukee, WI | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5400 Lauby Road Nw<br>North Canton, OH | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5475 S. Decatur Blvd., Suites 130-134<br>Las Vegas, NV | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5500 International Blvd<br>North Charleston, SC | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5501 Josh Birmingham Pkwy<br>Charlotte, NC | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>575 Avenida Jose Santana Carolina<br>San Juan, PR | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5757 Wayne Newton Blvd<br>Las Vegas, NV | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5800 Executive Way<br>Miramar, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>5900 Messer Airport Hwy<br>Birmingham, AL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>600 Terminal Drive<br>Louisville, KY | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>6000 N Terminal Pkwy Suite 4000<br>Atlanta, GA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>610 & 650 S.W. 34th Street<br>Fort Lauderdale, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>610 SW 34th Street Suites 7 and 107<br>Fort Lauderdale, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>650 SW 34th Street Suites 101 and 201<br>Fort Lauderdale, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>6900 Airport Blvd<br>Sacramento, CA | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>7000 NE Airport Way<br>Portland, OR | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>7050 Friendship Rd<br>Baltimore, MD | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>7800 Col. H. Weir Cook Memorial Dr<br>Indianapolis, IN | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>8500 Essington Ave<br>Philadelphia, PA | Leased Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                                                Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased Property:<br>883 Airport Park Rd, Suite C<br>Glen Burnie, MD | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>9 Avenida 14-75<br>Guatemala City, Guatemala | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>9400 Ditmas Blvd<br>East Elmhurst, NY | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>9800 Airport Blvd<br>San Antonio, TX | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>99RM+M88<br>Comayagua, Honduras | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Airport Road #40<br>St. Maarten, U.S. Virgin Islands | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Alfonso Bonilla Aragon International Airport<br>Cali, Colombia | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Atlantic City International Airport, Building 269<br>Egg Harbor Township, NJ | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Av. de las Américas<br>Guayaquil, Ecuador | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Av. El Dorado #103-09<br>Bogota, Colombia | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>B.P. 1792<br>Port-au-Prince, Haiti | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Bldg. 438, 10084 Low Fare Lane<br>Orlando, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Bldg. 761, 8813, 8817, 8819 Bear Road<br>Orlando, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Blvd. Francisco Medina Ascencio 7930<br>Puerto Vallarta, Mexico | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Calle 30, KM 7 Aeropuerto Ernesto Cortissoz<br>Soledad, Colombia | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Carretera Cancun-Chetumal KM 22<br>Cancun, Mexico | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Carretera Comalapa Km. 42<br>San Salvador, El Salvador | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Cibao International Airport<br>Santiago, Dominican Republic | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property:<br>Cl. 23 #22-08<br>Armenia, Colombia | Leased Property | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                                          Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased Property: Crespo Calle 70 Cartagena, Colombia | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Jose Maria Cordoba Airport Rionegro, Colombia | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: M6X3+M56 St. Croix, U.S. Virgin Islands | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Marnell Cargo Center, Suite 112, 6055 Surrey St Las Vegas, NV | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: No. 70 Lindbergh Bay St. Thomas, U.S. Virgin Islands | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: One Airport Road, Suite 300 Manchester, NH | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: P.O. Box 025504 Miami, FL | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: P.O. Box 362829 San Juan, PR | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: PRP4+P62 Cap-Haitien, Haiti | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Punta Cana International Airport Punta Cana, Dominican Republic | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Ramon Villeda Morales International Airport San Pedro Sula, Honduras | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Ruta 66 Salida Del Aeropuerto Las Americas Santo Domingo, Dominican Republic | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Ruta Nacional 1 Arajuela, Costa Rica | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Sabana Berde 75 Oranjestad, Aruba | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Sangster International Airport Montego Bay, Jamaica | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: Schoephoester Rd Windsor Locks, CT | Leased Property | Undetermined | Net Book Value | Undetermined |
| Leased Property: W6PC+FC Port Royal, Jamaica | Leased Property | Undetermined | Net Book Value | Undetermined |
| Owned Building: 1701 Radiant Drive Dania Beach, FL | Owned Building | Undetermined | Net Book Value | Undetermined |
| Owned Building: 1721 Radiant Drive Dania Beach, FL | Owned Building | Undetermined | Net Book Value | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                    Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Owned Building: 1731 Radiant Drive Dania Beach, FL | Owned Building | Undetermined | Net Book Value | Undetermined |
| Owned Building: 1741 Radiant Drive Dania Beach, FL | Owned Building | Undetermined | Net Book Value | Undetermined |
|  |  |  | **TOTAL** | **$315,165,333.50** + Undetermined Amounts |

Debtor Name:  Spirit Airlines, Inc.                                                                                          Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark: "S" | Undetermined | N/A | Undetermined |
| Trademark: BARE FARE | Undetermined | N/A | Undetermined |
| Trademark: BIG FRONT SEAT | Undetermined | N/A | Undetermined |
| Trademark: COMFY SEAT | Undetermined | N/A | Undetermined |
| Trademark: FIT FLEET | Undetermined | N/A | Undetermined |
| Trademark: GO | Undetermined | N/A | Undetermined |
| Trademark: GO BIG | Undetermined | N/A | Undetermined |
| Trademark: GO COMFY | Undetermined | N/A | Undetermined |
| Trademark: GO SAVVY | Undetermined | N/A | Undetermined |
| Trademark: INVEST IN THE GUEST | Undetermined | N/A | Undetermined |
| Trademark: LESS MONEY. MORE GO. | Undetermined | N/A | Undetermined |
| Trademark: MORE FLY | Undetermined | N/A | Undetermined |
| Trademark: NAME YOUR OWN COMMISSION | Undetermined | N/A | Undetermined |
| Trademark: NYOC | Undetermined | N/A | Undetermined |
| Trademark: S Logo | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Spirit Airlines, Inc.                                        Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
| Federal Income Tax Overpayment / Refund | Various | Undetermined |
| State Income Tax Overpayment / Refund | Various | Undetermined |
| | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Spirit Airlines, Inc.                                                                        Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE American Insurance Company | Workers' Compensation | WLR C68924650  (AZ, CA, MA) | Undetermined |
| ACE Fire Underwriters Insurance Company | Workers' Compensation | CTA G48899158 | Undetermined |
| ACE Fire Underwriters Insurance Company | Workers' Compensation | SCF C55520008 (WI) | Undetermined |
| AIG - American Home Assurance Co. | All Risk Property and Business Interruption | 025032576 | Undetermined |
| AIG - National Union Fire Insurance Company | Directors & Officers Liability | 13th Excess - 01-073-57-40 | Undetermined |
| AIG - WorldSource | International (Foreign) Package Program | WS11011076 | Undetermined |
| AIG Specialty Ins Co. (Primary) | Cyber & Media/Advertising Liability | Primary Cyber - 03-960-78-12 | Undetermined |
| Allianz Global Risk US Ins Co. | Cyber & Media/Advertising Liability | 9th Excess - USF05397424 | Undetermined |
| Allianz Global Risks US Insurance Company | Hull, Liability, and War | A1AL000139324AM | Undetermined |
| ARCH Specialty Ins Co. | Cyber & Media/Advertising Liability | 1st Excess - NPL006642504 | Undetermined |
| Arch Specialty Insurance Co. | Cyber & Media/Advertising Liability | 4th Excess - NPL0067913-02 | Undetermined |
| Argonaut Insurance Company | Directors & Officers Liability | 6th Excess - MLX4289383-0 | Undetermined |
| Ascot Specialty Insurance Company | Directors & Officers Liability | 11th  Excess - MLXS2410000057-04 | Undetermined |
| Atlantic Specialty Insurance Company | Directors & Officers Liability | 4th Excess - MMX-05729-24 | Undetermined |
| AXA XL | Commercial Crime | Primary - ELU187133-22 | Undetermined |
| AXA XL - Indian Harbor Insurance Company | Cyber & Media/Advertising Liability | 8th Excess - MTE9034704 07 | Undetermined |
| AXA XL (XL Specialty Insurance Company) | Directors & Officers Liability | 1st Excess - ELU190026-24 | Undetermined |
| AXA XL (XL Specialty Insurance Company) | Directors & Officers Liability | 7th  Excess - ELU198864-24 | Undetermined |
| AXA XL (XL Specialty Insurance Company) | Directors & Officers Liability | 16th  Excess - ELU198865-24 | Undetermined |
| Axis Excess Insurance Policy | Cyber & Media/Advertising Liability | 7th Excess - P-001-000333279-05 | Undetermined |
| Axis Ins. Co. | Commercial Crime | Excess - P-001-000470585-03 | Undetermined |
| Beazley Group | Cyber & Media/Advertising Liability | 3rd Excess - W3211D240301 | Undetermined |
| Berkley | Compliance Bond | 74834 | Undetermined |
| Berkley | Compliance Bond | 74832 | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                              Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Berkley | Lease | 71983 | Undetermined |
| Berkley Colombia Seguros | Compliance Bond | 64422 | Undetermined |
| Berkley Colombia Seguros | Extracontractual Civil Liability | 22853 | Undetermined |
| Berkley Colombia Seguros | Extracontractual Civil Liability | 18867/1 | Undetermined |
| Berkley Colombia Seguros | Lease | 78909 | Undetermined |
| Berkley Colombia Seguros | Lease | 74535 | Undetermined |
| Berkley Insurance Company | Directors & Officers Liability | 14th  Excess - BPRO8109270 | Undetermined |
| Berkshire Hathaway | Directors & Officers Liability | 8th  Excess - 47-EPC-311026-04 | Undetermined |
| Brit (Lloyds of London) | Directors & Officers Liability | 10th  Excess - B0713SPRWR2400010 | Undetermined |
| Charles F. Engel And Associates LLC. | Other | SA-24-205 | Undetermined |
| Charles F. Engel And Associates LLC. | Other | SA-24-150 | Undetermined |
| Chubb | Fiduciary Liability | DOX G71214424 002 | Undetermined |
| CNA ; Continental Casualty Company | Employment Practices Liability | 652528416 | Undetermined |
| Convex Insurance UK Limited | Directors & Officers Liability | 9th  Excess - DOC 3061705-01 | Undetermined |
| Convex Insurance UK Limited (QBE) | Directors & Officers Liability | 2nd Excess - XDO000069-0824 | Undetermined |
| Crum & Forster Specialty | Cyber & Media/Advertising Liability | 2nd Excess - CYB-107249 | Undetermined |
| Freedom Specialty Insurance | Directors & Officers Liability | 12th  Excess - XMF2409586 | Undetermined |
| Great American Insurance | Locally Admitted Policy | AVA-F-297 | Undetermined |
| Grupo Mexicano De Seguros | Extracontractual Civil Liability | 7006284 | Undetermined |
| Grupo Mexicano De Seguros | Extracontractual Civil Liability | 7001076 | Undetermined |
| Grupo Mexicano De Seguros | Extracontractual Civil Liability | 7001077 | Undetermined |
| Hartford | Employment Practices Liability | 10 GT 0290393-24 | Undetermined |
| Hartford | Employment Practices Liability | EP00H00302 0408 | Undetermined |
| Hartford | Fiduciary Liability | 10 IA 0322602-24 | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                  Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Hartford | Fiduciary Liability | UX00H00300 0815 | Undetermined |
| Hartford (Primary) | Directors & Officers Liability | Primary - 10 DA 0279069-24 | Undetermined |
| HDI Global Insurance Company (Falcon) | Directors & Officers Liability | 3rd Excess - XS POL 80001 MU 05 23 | Undetermined |
| HDI Global Specialty | Hull, Liability, and War | ONE22HC0A1 | Undetermined |
| Hiscox / "A  XV"/Stable | Special Crime | UKA3023266.24 | Undetermined |
| Indemnity Insurance Company of North America (Chubb) | Commercial Auto Liability and Physical Damage | CALH10818254 | Undetermined |
| Indemnity Insurance Company of North America (Chubb) | Workers' Compensation | WLR C55519833 (AOS) | Undetermined |
| Instituto Nacional De Seguros | Extracontractual Civil Liability | 7133901000400 | Undetermined |
| Jmalucelli Travelers Seguros S.A. | Compliance Bond | 2038480 | Undetermined |
| Jmalucelli Travelers Seguros S.A. | Extracontractual Civil Liability | 79578 | Undetermined |
| Landmark American Insurance Co | Cyber & Media/Advertising Liability | 5th Excess - LHZ857262 | Undetermined |
| Liberty Surplus Insurance Corporation | Cyber & Media/Advertising Liability | 6th Excess - EO5CAC0SMC001 | Undetermined |
| Lloyd's of London | Cyber & Media/Advertising Liability | 2nd Excess - B0572MR246812 | Undetermined |
| Lloyd's of London and other Licensed Companies per One Global | Excess War Third Party Liability | ONEAV2466877 | Undetermined |
| Lloyd's of London and other Licensed Companies per One Global | Hull War, Hi-Jacking, and other Perils | ONEAV2266877 | Undetermined |
| Member Companies of La Reunion Aerienne | Hull, Liability, and War | P120068 | Undetermined |
| Nautilus Insurance Company (Berkley) | Storage Tank Advantage Pollution Liability | ENV CST 101 A CW 03 18 | Undetermined |
| Old Republic Insurance Company | Directors & Officers Liability | 15th  Excess - ORPRO 12 105380 | Undetermined |
| RLI Insurance Company | Fiduciary Liability | EPG0032741 | Undetermined |
| Seguros America | Compliance Bond | RC-001316-0 | Undetermined |
| Seguros America | Extracontractual Civil Liability | IN-010122-0 | Undetermined |
| Seguros Bolívar | Compliance Bond | 1000170829601 | Undetermined |
| Seguros Del Estado | Compliance Bond | 18-45-101133179 | Undetermined |
| Seguros Del Estado | Extracontractual Civil Liability | 18-40-101051636 | Undetermined |

Debtor Name:  Spirit Airlines, Inc.                                                                    Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Seguros Equinoccial | Other | B144431.C | Undetermined |
| Seguros Mundial | Compliance Bond | NB-100332193 | Undetermined |
| Selective Insurance Company of SE | Flood | FLD1726287 | Undetermined |
| Selective Insurance Company of SE | Flood | FLD1726436 | Undetermined |
| Sirius International Insurance Corporation | Hull, Liability, and War | IDAV205853 | Undetermined |
| Sompo (Endurance Assurance Corp) | Directors & Officers Liability | 5th Excess - DOX10004968909 | Undetermined |
| Southern Insurance Company | Directors & Officers Liability | 3rd Excess - ANV162490A | Undetermined |
| Starr Surplus Lines Insurance Company per Starr Aviation Agency, Inc. | Hull, Liability, and War | 1000189300-04 | Undetermined |
| Starstone Specialty Insurance Company | Directors & Officers Liability | 4th Excess - DNO00162037P-00 | Undetermined |
| Sweaden | Other | 14993 | Undetermined |
| The Hartford Premier Excess Policy | Directors & Officers Liability | 17th Excess - UX00H00300 0815 | Undetermined |
| Underwriters at Lloyd's of London and other Licensed Companies per OneGlobal Broking, Ltd. | Hull, Liability, and War | ONEAV2266876 | Undetermined |
| Westfield Insurance Company | Directors & Officers Liability | 6th Excess - XSD 00001 0222 | Undetermined |
| Zurich | Compliance Bond | SEPL-4326652-1 | Undetermined |
| Zurich | Compliance Bond | SDPL-158922460-1 | Undetermined |
| Zurich | Compliance Bond | SDPL-135266256-1 | Undetermined |
| Zurich | Extracontractual Civil Liability | LBCO-18234106-1 | Undetermined |
| Zurich | Other | SDPL-158919524-1 | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Spirit Airlines, Inc.

Case Number:  24-11988 (SHL)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples:* Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| Excise Tax Receivable | $37,701,516.20 |
| Income Tax Receivable | $4,193,172.04 |
| Interest Receivable | $2,411,890.83 |
| Maintenance Receivable | $6,112,792.60 |
| Other Receivables | $30,111,111.27 |
| Prepaid Asset Cost | $3,223,539.59 |
| Receivables from Airbus | $5,950,000.00 |
| Tax Receivable | $23,453,525.04 |
| **TOTAL** | **$113,157,547.57** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Spirit Airlines, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 24-11988 (SHL) |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of Claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name** BAC - HONDURAS | **Describe debtor's property that is subject to a lien** See Schedule D Disclosures |

$ ___ Undetermined          $ ___ Undetermined

**Creditor's mailing address**
BOULEVARD SUYAPA
TEGUCIGALPA
FRANCISCO MORAZAN,
HONDURAS

**Describe the lien**
Letter of credit #300389828 in the amount of $47,878.70 for the benefit of Direccion General de Aerocivil Honduras (AHAC)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

| | |
|---|---|
| **Creditor's name** BAC - HONDURAS | **Describe debtor's property that is subject to a lien** See Schedule D Disclosures |

$ ___ Undetermined          $ ___ Undetermined

**Creditor's mailing address**
BOULEVARD SUYAPA
TEGUCIGALPA
FRANCISCO MORAZAN,
HONDURAS

**Describe the lien**
Letter of credit #300389827 in the amount of $41,228.88 for the benefit of Direccion General de Aerocivil Honduras (AHAC)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,190,294,013.28

+ Undetermined Amounts

Debtor    Spirit Airlines, Inc.    Case number (If known): 24-11988 (SHL)
    Name

| **Part 1:** | Additional Page | Column A Amount of Claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2400195 in the amount of $11,315,626.93 for the benefit of Arch Insurance Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2400050 in the amount of $672,000.00 for the benefit of Navigator Aviation Delaware 3

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                                    Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**  **Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2400044 in the amount of $677,280.00 for the benefit of Wells Fargo

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.6**  **Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2400042 in the amount of $490,000.00 for the benefit of Navigator Aviation Delaware 3

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor | Spirit Airlines, Inc.
Name

Case number (If known): 24-11988 (SHL)

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**

DEUTSCHE BANK

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Creditor's email address, if known**

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ____ Undetermined    $ ____ Undetermined

**Describe the lien**

Letter of credit #839BGC2301564 in the amount of $688,900.00 for the benefit of Wilmington Trust Company

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

DEUTSCHE BANK

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Creditor's email address, if known**

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ____ Undetermined    $ ____ Undetermined

**Describe the lien**

Letter of credit #839BGC2301563 in the amount of $688,900.00 for the benefit of Wilmington Trust Company

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Spirit Airlines, Inc. | | Case number (If known): 24-11988 (SHL) |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2301562 in the amount of $688,900.00 for the benefit of Wilmington Trust Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.10**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2301558 in the amount of $672,000.00 for the benefit of UMB Bank

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Spirit Airlines, Inc. | Case number (If known): 24-11988 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2301557 in the amount of $687,530.50 for the benefit of UMB Bank

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

---

**2.12**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2301556 in the amount of $300,000.00 for the benefit of UMB Bank

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Spirit Airlines, Inc. | Case number (If known): 24-11988 (SHL) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

### 2.13

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301555 in the amount of $300,000.00 for the benefit of UMB Bank

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

### 2.14

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301553 in the amount of $682,938.00 for the benefit of SMBC Aviation Capital Limited

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor    Spirit Airlines, Inc.                                    Case number (If known):  24-11988 (SHL)
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.15** | **Creditor's name** | **Describe debtor's property that is subject to a lien**

DEUTSCHE BANK | See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301465 in the amount of $697,700.00 for the benefit of Fukuoka Road Co. LTD

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.16** | **Creditor's name** | **Describe debtor's property that is subject to a lien**

DEUTSCHE BANK | See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301318 in the amount of $677,280.00 for the benefit of Bank of Utah

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                            Case number (If known):   24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301280 in the amount of $694,418.00 for the benefit of Bank of Utah

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.18**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301279 in the amount of $689,826.00 for the benefit of Bank of Utah

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Spirit Airlines, Inc. | Case number (If known): 24-11988 (SHL) |
| --- | --- | --- |
| | Name | |

| **Part 1:** | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.19**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined    $ ___ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301224 in the amount of $688,900.00 for the benefit of Wilmington Trust Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.20**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined    $ ___ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2301220 in the amount of $656,000.00 for the benefit of UMB Bank

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.                                                                    Case number (If known):   24-11988 (SHL)
          Name

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.21** | **Creditor's name** | **Describe debtor's property that is subject to a lien**

DEUTSCHE BANK

See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2300605 in the amount of $472,000.00 for the benefit of San Jose International Airport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.22** | **Creditor's name** | **Describe debtor's property that is subject to a lien**

DEUTSCHE BANK

See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2300430 in the amount of $163,699.00 for the benefit of Charleston County Aviation

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.                                    Case number (if known)  24-11988 (SHL)
           Name

| Part 1: | Additional Page | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.23**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$            Undetermined    $            Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2201199 in the amount of $88,447.97 for the benefit of San Antonio International Airport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.24**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$            Undetermined    $            Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2201160 in the amount of $250,000.00 for the benefit of Valero Marketing and Supply Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Spirit Airlines, Inc. | | Case number (If known): 24-11988 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.25**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200951 in the amount of $27,585.58 for the benefit of Aero Lauderdale

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.26**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200949 in the amount of $26,883.00 for the benefit of Aero DFW III, LP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Spirit Airlines, Inc. | Case number (If known): 24-11988 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.27**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200948 in the amount of $56,114.00 for the benefit of AERO DFW III, L.P.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.28**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200839 in the amount of $215,500.00 for the benefit of Reno-Tahoe Airport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Spirit Airlines, Inc. | |
|---|---|---|
| | Name | Case number (If known): 24-11988 (SHL) |

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.29**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$    Undetermined    $    Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200837 in the amount of $50,000.00 for the benefit of Albuquerque International Sunport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.30**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$    Undetermined    $    Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200670 in the amount of $124,569.36 for the benefit of City of Houston - Houston Airport System

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.

Name    Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed.Continue numbering the lines sequentially
from the previous page.

---

**2.31** **Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined $ ___ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2200659 in the amount of $1,272,530.36 for
the benefit of Massachusetts Port Authority

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.32** **Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined $ ___ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2200602 in the amount of $85,219.96 for the
benefit of City of Pensacola - Pensacola International Airport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.
          Name                                                    Case number (If known):    24-11988 (SHL)

| **Part 1:** | Additional Page | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.33**   **Creditor's name**                     **Describe debtor's property that is subject to a lien**

DEUTSCHE BANK                         See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR                           **Describe the lien**
NEW YORK, NY 10019                   Letter of credit #839BGC2200478 in the amount of $5,165,000.00 for
                                     the benefit of The Port Authority of New York & New Jersey

**Creditor's email address, if known**

                                     **Is the creditor an insider or related party?**
                                     ☑ No
                                     ☐ Yes
**Date debt was incurred**    Undetermined
**Last 4 digits of account**         **Is anyone else liable on this claim?**
**number**                           ☑ No
                                     ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**Do multiple creditors have an interest in the**
**same property?**                   **As of the petition filing date, the claim is:**
☑ No                                 Check all that apply.
☐ Yes.  Have you already specified the relative   ☑ Contingent
        priority?                    ☑ Unliquidated
                                     ☐ Disputed
    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
         specified on lines

---

**2.34**   **Creditor's name**                     **Describe debtor's property that is subject to a lien**

DEUTSCHE BANK                         See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR                           **Describe the lien**
NEW YORK, NY 10019                   Letter of credit #839BGC2200454 in the amount of $35,178.00 for the
                                     benefit of Salt Lake City Corporation

**Creditor's email address, if known**

                                     **Is the creditor an insider or related party?**
                                     ☑ No
                                     ☐ Yes
**Date debt was incurred**    Undetermined
**Last 4 digits of account**         **Is anyone else liable on this claim?**
**number**                           ☑ No
                                     ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**Do multiple creditors have an interest in the**
**same property?**                   **As of the petition filing date, the claim is:**
☑ No                                 Check all that apply.
☐ Yes.  Have you already specified the relative   ☑ Contingent
        priority?                    ☑ Unliquidated
                                     ☐ Disputed
    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
         specified on lines

---

Debtor    Spirit Airlines, Inc.
          Name                                                Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.35**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200373 in the amount of $274,581.92 for the benefit of Miami Dade Aviation Department - Facilities

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.36**

**Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200372 in the amount of $263,603.00 for the benefit of Memphis-Shelby County Airport Authority

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Spirit Airlines, Inc.
         Name                                                    Case number (If known):   24-11988 (SHL)

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.37** | **Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200323 in the amount of $2,744,793.00 for the benefit of City of Los Angeles - Department of Airports

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.38** | **Creditor's name**
DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**
Letter of credit #839BGC2200322 in the amount of $52,350.00 for the benefit of Burbank-Glendale-Pasadena Airport Authority

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.
Name                                                                    Case number (If known):   24-11988 (SHL)

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.39**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2200320 in the amount of $2,428,297.00 for the benefit of Miami Dade Aviation Department

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.40**

**Creditor's name**

DEUTSCHE BANK

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTN: TRADE FINANCE & LENDING
1 COLUMBUS CIRCLE
17TH FLOOR
NEW YORK, NY 10019

**Describe the lien**

Letter of credit #839BGC2200317 in the amount of $211,000.00 for the benefit of Raleigh-Durham International Airport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
Name    Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.41**

**Creditor's name**
SCOTIABANK - LIMA

**Creditor's mailing address**
ATTN: ANAHI RIVADENEYRA
AV. DIONISIO DERTEANO 102
SAN ISIDRO
LIMA,
PERU

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$　　　Undetermined  $　　　Undetermined

**Describe the lien**
Letter of credit #10563840 in the amount of $5,562.00 for the benefit of DGAC - Ministerio de Transportes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.42**

**Creditor's name**
WELLS FARGO

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$　　　Undetermined  $　　　Undetermined

**Describe the lien**
Letter of credit #IS0502345U in the amount of $214,734.50 for the benefit of Afianzadora Aserta, S.A. de C.V.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                                    Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.43**

**Creditor's name**

WELLS FARGO

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**

Letter of credit #IS0428194U in the amount of $406,343.00 for the benefit of MBJ Airports Limited

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.44**

**Creditor's name**

WELLS FARGO

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**

Letter of credit #IS0370587U in the amount of $170,000.00 for the benefit of Oakland Airport

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                                    Case number (If known):   24-11988 (SHL)

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.45**

**Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS0338065U in the amount of $3,667,000.00 for the benefit of Clark County Department of Aviation

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.46**

**Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS0290847U in the amount of $39,550.00 for the benefit of Sheltair Aviation Center, LLC

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Spirit Airlines, Inc. | Case number (If known): 24-11988 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.47**

**Creditor's name**

WELLS FARGO

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**

ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**

Letter of credit #IS0277956U in the amount of $9,467,352.00 for the benefit of Ace American Insurance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.48**

**Creditor's name**

WELLS FARGO

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**

ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**

Letter of credit #IS0275412U in the amount of $50,000.00 for the benefit of New Orleans Aviation Board

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Spirit Airlines, Inc.
         Name

Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.49**

**Creditor's name**

WELLS FARGO

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**

ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**

Letter of credit #IS0146658U in the amount of $486,329.00 for the benefit of National Union/Chartis

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.50**

**Creditor's name**

WELLS FARGO

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**

ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**

Letter of credit #IS0085725U in the amount of $263,247.19 for the benefit of City of Phoenix

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.    Case number (If known)    24-11988 (SHL)
         Name

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.51**  **Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS0009060 in the amount of $656,000.00 for the benefit of ORIX

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.52**  **Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS000193653U in the amount of $347,997.69 for the benefit of County of Milwaukee

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.
          Name                                                    Case number (If known):  24-11988 (SHL)

| **Part 1:** | **Additional Page** | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.53**

**Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS000151328U in the amount of $600,000.00 for the benefit of Gemstone Delaware 4 LLC c/o Sirius Aviation Capital Holdings

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.54**

**Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS000149032U in the amount of $325,000.00 for the benefit of Bank of Utah

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.                                    Case number (If known)   24-11988 (SHL)
          Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.55** | **Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___Undetermined $ ___Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS000138844U in the amount of $335,637.45 for the benefit of PAC Kingston Airport Limited

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.56** | **Creditor's name**
WELLS FARGO

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___Undetermined $ ___Undetermined

**Creditor's mailing address**
ATTN: U.S. TRADE SERVICES
794 DAVIS STREET
2ND FLOOR
SAN LEANDRO, CA 94577-6922

**Describe the lien**
Letter of credit #IS000007256U in the amount of $1,623,425.23 for the benefit of Aeropuerto de Cancun

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor  Spirit Airlines, Inc.

Name    Case number (If known):  24-11988 (SHL)

---

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.57**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU12057170000 in the amount of $60,000.00 for the benefit of US Customs and Border Protection - USCBP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.58**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU11951230000 in the amount of $9,200,000.00 for the benefit of US Customs and Border Protection - USCBP

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

| | |
|---|---|
| Debtor | Spirit Airlines, Inc. |
| | Name |

Case number (If known): 24-11988 (SHL)

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.59**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1183128 in the amount of $77,538.00 for the benefit of Clark County Department of Aviation

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.60**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1161737 in the amount of $1,000.00 for the benefit of Utah Department of Alcoholic Beverage Control

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor  Spirit Airlines, Inc.

Name

Case number (If known)  24-11988 (SHL)

---

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.61**

**Creditor's name**

ARCH INSURANCE

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Creditor's email address, if known**

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

Surety bond #SU1161736 in the amount of $9,441.00 for the benefit of The Puerto Rico Ports Authority

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.62**

**Creditor's name**

ARCH INSURANCE

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Creditor's email address, if known**

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

Surety bond #SU1161730 in the amount of $75,000.00 for the benefit of St. Louis Lambert Intl Airport (STL)

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Spirit Airlines, Inc.
         Name

Case number (If known):  24-11988 (SHL)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.63**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    Undetermined   $    Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1161729 in the amount of $601,629.00 for the benefit of John Wayne Airport (SNA), Orange County

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.64**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    Undetermined   $    Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1161726 in the amount of $5,000.00 for the benefit of Connecticut Fuel Tax

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
Name                                                              Case number (If known)   24-11988 (SHL)

| **Part 1:** | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.65**  **Creditor's name**
ARCH INSURANCE

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**
Surety bond #SU1161725 in the amount of $100,000.00 for the benefit of Florida Fuel or Pollutants Tax Surety Bond

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.66**  **Creditor's name**
ARCH INSURANCE

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**
Surety bond #SU1161723 in the amount of $1,000.00 for the benefit of Tennessee Dept of Revenue (Nashville)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

Debtor    Spirit Airlines, Inc.                                    Case number (If known)  24-11988 (SHL)
          Name

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.67** | **Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    Undetermined $    Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1161722 in the amount of $500.00 for the benefit of North Carolina Fuel Tax

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.68** | **Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    Undetermined $    Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1161721 in the amount of $5,000.00 for the benefit of Maryland Fuel Tax

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                              Case number (If known):   24-11988 (SHL)

| **Part 1:** | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.69**

**Creditor's name**
ARCH INSURANCE

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___Undetermined___   $ ___Undetermined___

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**
Surety bond #SU1161720 in the amount of $14,347.52 for the benefit of Department of Licensing Fuel Tax Unit WA

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.70**

**Creditor's name**
ARCH INSURANCE

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ ___Undetermined___   $ ___Undetermined___

**Creditor's mailing address**
ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**
Surety bond #SU1161718 in the amount of $600,000.00 for the benefit of The State of Austin, Texas

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
         Name                                          Case number (If known):   24-11988 (SHL)

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.71**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1161717 in the amount of $1,000.00 for the benefit of Hanover New York Liquor Authority

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.72**

**Creditor's name**

ARCH INSURANCE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTN: TREASURY/COLLATERAL DEPARTMENT
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

**Describe the lien**

Surety bond #SU1119386 in the amount of $564,170.39 for the benefit of Horry County Department of Airports

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.

Name    Case number (If known): 24-11988 (SHL)

| **Part 1:** | **Additional Page** | **Column A** **Amount of Claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.73**

**Creditor's name**

MAPFRE-LA CENTRO AMERICANA

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

ALAMEDA ROOSEVELT 3107
SAN SALVADOR,
EL SALVADOR

**Describe the lien**

Surety bond in the amount of $42,917.63 for the benefit of Autoridad de Aviacion Civil (AAC)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.74**

**Creditor's name**

SWEADEN COMPANIA DE SEGUROS S.A.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

SANCHEZ DE AVILA
170508
ECUADOR

**Describe the lien**

Surety bond #0014993 in the amount of $30,000.00 for the benefit of Direccion General de Aviacion - Ecuador

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                                    Case number (If known):  24-11988 (SHL)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.75**

**Creditor's name**

ZURICH

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____Undetermined_ $ _____Undetermined_

**Creditor's mailing address**

CALLE 100 NO. 7-33 PISO 5O.
BOGOTA,
COLOMBIA

**Describe the lien**

Surety bond #SDPL-135266256-1 in the amount of $554,014.52 for the benefit of Aeronautica Civil - Colombia - Unidad Administrativa de Aeronautica Civil

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.76**

**Creditor's name**

APPLE BANK FOR SAVINGS

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____11,479,770.23_ $ _____Undetermined_

**Creditor's mailing address**

122 EAST 42ND STREET
ATTN: JONATHAN BYRON
NEW YORK, NY 10168

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 639

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Spirit Airlines, Inc. | Case number (If known) | 24-11988 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A** Amount of Claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.77**

**Creditor's name**

APPLE BANK FOR SAVINGS

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 11,470,677.39 $ Undetermined

**Creditor's mailing address**

122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY 10168

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 640

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

**2.78**

**Creditor's name**

APPLE BANK FOR SAVINGS

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 17,638,355.67 $ Undetermined

**Creditor's mailing address**

122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY 10168

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 647

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.
          Name

Case number (If known):   24-11988 (SHL)

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.79** **Creditor's name**

APPLE BANK FOR SAVINGS

**Creditor's mailing address**

122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY 10168

**Creditor's email address, if known**

Date debt was incurred    Undetermined

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 17,609,445.12    $    Undetermined

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 648

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.80** **Creditor's name**

APPLE BANK FOR SAVINGS

**Creditor's mailing address**

122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY 10168

**Creditor's email address, if known**

Date debt was incurred    Undetermined

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 19,739,214.77    $    Undetermined

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 674

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **Part 1:** | **Additional Page** | | **Column A** Amount of Claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.81**

**Creditor's name**

APPLE BANK FOR SAVINGS

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 22,424,158.89  $ Undetermined

**Creditor's mailing address**

122 EAST 42ND STREET
ATTN: SUSAN GALLO
NEW YORK, NY 10168

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 691

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.82**

**Creditor's name**

BNP PARIBAS, NEW YORK BRANCH

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 7,628,593.68  $ Undetermined

**Creditor's mailing address**

787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY 10019

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 632

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.                                        Case number (If known):   24-11988 (SHL)
          Name

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.83**  **Creditor's name**

BNP PARIBAS, NEW YORK BRANCH

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    8,367,747.59  $    Undetermined

**Creditor's mailing address**

787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY 10019

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 638

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.84**  **Creditor's name**

BNP PARIBAS, NEW YORK BRANCH

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    15,519,737.43  $    Undetermined

**Creditor's mailing address**

787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY 10019

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 650

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.
          Name                                          Case number (If known):  24-11988 (SHL)

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.85**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$    10,363,685.83    $    Undetermined

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY 10019

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 657

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.86**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$    11,146,505.71    $    Undetermined

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY 10019

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 658

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.                                              Case number (If known)   24-11988 (SHL)
          Name

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>that supports this<br>claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.87**

**Creditor's name**
BNP PARIBAS, NEW YORK BRANCH

**Creditor's mailing address**
787 SEVENTH AVENUE
ATTENTION: AVIATION FINANCE GROUP
NEW YORK, NY 10019

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 18,304,625.86   $ Undetermined

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 678

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.88**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
C/O CITIBANK DELAWARE
ONE PENNS WAY
OPS 2.2
ATTN: AGENCY OPERATIONS
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 302,050,468.33   $ Undetermined

**Describe the lien**
Borrower to Revolving Credit Facility

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name                                          Case number (if known)  24-11988 (SHL)

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.89**

**Creditor's name**
CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 23,237,560.25   $ Undetermined

**Creditor's mailing address**
CREDIT AGRICOLE CIB
C/O SFI AGENCY & MIDDLE OFFICE
1301 AVENUE OF THE AMERICAS, 20TH FLOOR
ATTENTION: JUSTIN VENTRELLI/CLAIRE VACA
NEW YORK, NY 10019

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 681

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.90**

**Creditor's name**
CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 23,189,911.75   $ Undetermined

**Creditor's mailing address**
CREDIT AGRICOLE CIB
C/O SFI AGENCY & MIDDLE OFFICE
1301 AVENUE OF THE AMERICAS, 20TH FLOOR
ATTENTION: JUSTIN VENTRELLI/CLAIRE VACA
NEW YORK, NY 10019

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 682

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

Debtor   Spirit Airlines, Inc.
_____   Case number (If known)   24-11988 (SHL)
         Name

| **Part 1:** | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.91**

**Creditor's name**
CREDIT INDUSTRIEL ET COMMERCIAL, NEW YORK BRANCH

**Creditor's mailing address**
520 MADISON AVENUE
37TH FLOOR
ATTN: ASSET FINANCE
ADRIENNE MOLLOY MANAGING DIRECTOR /
ANDREW MCKUIN MANAGING DIRECTOR
NEW YORK, NY 10022

**Creditor's email address, if known**

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$        18,106,190.15    $        Undetermined

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 673

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.92**

**Creditor's name**
CREDIT INDUSTRIEL ET COMMERCIAL, NEW YORK BRANCH

**Creditor's mailing address**
520 MADISON AVENUE
37TH FLOOR
ATTN: ASSET FINANCE
ADRIENNE MOLLOY MANAGING DIRECTOR /
ANDREW MCKUIN MANAGING DIRECTOR
NEW YORK, NY 10022

**Creditor's email address, if known**

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$        21,154,169.53    $        Undetermined

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 692

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___Spirit Airlines, Inc._____   Case number (If known) _24-11988 (SHL)_
     Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.93** | **Creditor's name**

DEKABANK DEUTSCHE GIROZENTRALE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$     10,478,090.16  $     Undetermined

**Creditor's mailing address**

MAINZER LANDSTRABE 16
PO BOX 11 05 23
FRANKFURT AM MAIN, 60040
GERMANY

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 641

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.94** | **Creditor's name**

DEKABANK DEUTSCHE GIROZENTRALE

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$     11,226,208.08  $     Undetermined

**Creditor's mailing address**

MAINZER LANDSTRABE 16
PO BOX 11 05 23
FRANKFURT AM MAIN, 60040
GERMANY

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 642

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Spirit Airlines, Inc.
          Name

Case number (If known):   24-11988 (SHL)

| Part 1: | Additional Page | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.95**

**Creditor's name**
LANDESBANK BADEN-WUERTTEMBERG

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$        19,429,467.19   $        Undetermined

**Creditor's mailing address**
CHRISTIAN EIßMANN
INFRASTRUKTUR-UND
TRANSPORTFINANZIERUNGEN (71 H)
LANDESBANK BADEN-WÜRTTEMBERG
AM HAUPTBAHNHOF 2
STUTTGART, 70173
GERMANY

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 693

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.96**

**Creditor's name**
LANDESBANK BADEN-WUERTTEMBERG

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$        19,429,467.19   $        Undetermined

**Creditor's mailing address**
CHRISTIAN EIßMANN
INFRASTRUKTUR-UND
TRANSPORTFINANZIERUNGEN (71 H)
LANDESBANK BADEN-WÜRTTEMBERG
AM HAUPTBAHNHOF 2
STUTTGART, 70173
GERMANY

**Describe the lien**
Borrower to Aircraft Loan related to Tail # 694

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Spirit Airlines, Inc. | Case number (if known): 24-11988 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.97**

**Creditor's name**

LANDESBANK BADEN-WUERTTEMBERG

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$     20,025,228.53   $     Undetermined

**Creditor's mailing address**

CHRISTIAN EIßMANN
INFRASTRUKTUR-UND
TRANSPORTFINANZIERUNGEN (71 H)
LANDESBANK BADEN-WÜRTTEMBERG
AM HAUPTBAHNHOF 2
STUTTGART, 70173
GERMANY

**Creditor's email address, if known**

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 695

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.98**

**Creditor's name**

LANDESBANK BADEN-WUERTTEMBERG

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$     20,688,267.98   $     Undetermined

**Creditor's mailing address**

CHRISTIAN EIßMANN
INFRASTRUKTUR-UND
TRANSPORTFINANZIERUNGEN (71 H)
LANDESBANK BADEN-WÜRTTEMBERG
AM HAUPTBAHNHOF 2
STUTTGART, 70173
GERMANY

**Creditor's email address, if known**

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 696

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Spirit Airlines, Inc.    Case number (if known)    24-11988 (SHL)
        Name

| **Part 1:** | Additional Page | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.99**

**Creditor's name**

WILMINGTON TRUST COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 15,666,037.24    $ Undetermined

**Creditor's mailing address**

RODNEY SQUARE NORTH
ATTENTION: CORPORATE TRUST
ADMINISTRATION - JACQUELINE SOLONE
WILMINGTON, DE 19890

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 649

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.100**

**Creditor's name**

WILMINGTON TRUST COMPANY

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 18,296,626.91    $ Undetermined

**Creditor's mailing address**

RODNEY SQUARE NORTH
ATTENTION: CORPORATE TRUST
ADMINISTRATION - JACQUELINE SOLONE
WILMINGTON, DE 19890

**Describe the lien**

Borrower to Aircraft Loan related to Tail # 675

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Spirit Airlines, Inc. | | Case number (If known): 24-11988 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.101**

**Creditor's name**

WILMINGTON TRUST, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___Undetermined___ $ ___Undetermined___

**Creditor's mailing address**

1100 NORTH MARKET STREET
ATTENTION: JACQUELINE SOLONE
WILMINGTON, DE 19801

**Describe the lien**

Guarantor to 8.00% Senior Secured Notes due 2025

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

---

**2.102**

**Creditor's name**

WILMINGTON TRUST, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ ___235,263,476.18___ $ ___Undetermined___

**Creditor's mailing address**

1100 NORTH MARKET STREET
ATTENTION: CORPORATE TRUST
ADMINISTRATION
WILMINGTON, DE 19801

**Describe the lien**

Issuer of Fixed-Rate Class A 2015-1 Enhanced Equipment Trust Certificates due through 2028

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Spirit Airlines, Inc.                                    Case number (If known):  24-11988 (SHL)
          Name

| **Part 1:** | Additional Page | **Column A** **Amount of Claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

**2.103**  **Creditor's name**                      **Describe debtor's property that is subject to a lien**
WILMINGTON TRUST, NATIONAL ASSOCIATION       See Schedule D Disclosures

                                                                    $         214,680,039.95  $       Undetermined

**Creditor's mailing address**

1100 NORTH MARKET STREET
ATTENTION: JACQUELINE SOLONE
WILMINGTON, DE 19801                          **Describe the lien**

                                              Issuer of Fixed-Rate Class A 2017-1 Enhanced Equipment Trust
                                              Certificates due through 2030

**Creditor's email address, if known**

                                              **Is the creditor an insider or related party?**
                                              ☒ No
                                              ☐ Yes
**Date debt was incurred**      Undetermined

**Last 4 digits of account**
**number**                                    **Is anyone else liable on this claim?**
                                              ☒ No
                                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**Do multiple creditors have an interest in the**
**same property?**                            **As of the petition filing date, the claim is:**
☐ No                                          Check all that apply.
☒ Yes.  Have you already specified the relative ☐ Contingent
        priority?                             ☐ Unliquidated
                                              ☐ Disputed
   ☒ No. Specify each creditor, including this
       creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
       specified on lines

**2.104**  **Creditor's name**                      **Describe debtor's property that is subject to a lien**
WILMINGTON TRUST, NATIONAL ASSOCIATION       See Schedule D Disclosures

                                                                    $          45,680,285.69  $       Undetermined

**Creditor's mailing address**

1100 NORTH MARKET STREET
ATTENTION: JACQUELINE SOLONE
WILMINGTON, DE 19801                          **Describe the lien**

                                              Issuer of Fixed-Rate Class B 2017-1 Enhanced Equipment Trust
                                              Certificates due through 2030

**Creditor's email address, if known**

                                              **Is the creditor an insider or related party?**
                                              ☒ No
                                              ☐ Yes
**Date debt was incurred**      Undetermined

**Last 4 digits of account**
**number**                                    **Is anyone else liable on this claim?**
                                              ☒ No
                                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**Do multiple creditors have an interest in the**
**same property?**                            **As of the petition filing date, the claim is:**
☐ No                                          Check all that apply.
☒ Yes.  Have you already specified the relative ☐ Contingent
        priority?                             ☐ Unliquidated
                                              ☐ Disputed
   ☒ No. Specify each creditor, including this
       creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
       specified on lines

| Debtor | Spirit Airlines, Inc. | Case number (If known): | 24-11988 (SHL) |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Spirit Airlines, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-11988 (SHL)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>1111 CONSTITUTIONAL AVENUE<br>NW WASHINGTON, DC 20224 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Tax Audit Claim | $ _____ Undetermined | $ _____ Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address**<br>TRANSPORTATION SECURITY ADMINISTRATION<br>601 12TH STREET SOUTH<br>ARLINGTON, VA 22202 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Tax Audit Claim | $ _____ Undetermined | $ _____ Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ _____ | $ _____ |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 32.47

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ACCERTIFY, INC
2 PIERCE PLACE #900
ITASCA, IL 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 28.99

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
ACTS AVIATION SECURITY INC
DEPT 2286
P.O. BOX 122286
DALLAS, TX 75312-2286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 259.30

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
AEROSERVICIOS DE HONDURAS
AEROPUERTO INT'L LA MESA
OFICINA DE CRGA SWISSPORT,303
SAN PEDRO SULA, HONDURAS,
HONDURAS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
|---|---|---|---|---|---|

Spirit Airlines, Inc.

Name

Pg 106 of 615

Case Number (if known)    24-11988 (SHL)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 35.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

AGI GROUND, INC
9130 S DADELAND BLVD STE 1801
MIAMI, FL 33156-7858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 71.27

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

AGN AVIATION SERVICES SA DE CV
A.V. TEXCOCO
VENUSTIANO CARRANZA, 15520
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 167.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

AGO SECURITY SA DE CV
LA CAPILLA, COL. SAN BENITO #353
SAN SALVADOR,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      99.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

AIRLINE TARIFF PUBLISHING CO.
450005 AVIATION DRIVE
DULLES, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      117.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

AIRWAY CLEANERS LLC
15 CLINTON AVENUE
ROCKVILLE CENTRE, NY 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    85.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

ALAVE SOLUCIONES AEREAS, SA. DE CV
ALVARO OBREGON MZA. 63 LOTE 542
ALFREDO V. BONFIL
CANCUN, 77560
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    38.65

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

AIRPORT RETAIL MANAGEMENT JV
8685 W SAHARA AVE #280
LAS VEGAS, NV 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    28.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

ALTICE DOMINICANA, S.A.
AVENIDA NUNEZ DE CACERES #8
BELLA VISTA
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          500.00

---

**3.23** **Nonpriority creditor's name and mailing address**

AMADEUS MARKETING, S.A.
SALVADOR DE MADARIAGA, NO 1
28027 MADRID
SPAIN,
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.24** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            0.13

---

**3.25** **Nonpriority creditor's name and mailing address**

AMERICAN SALES & MANAGEMENT ORG COR
PO BOX 521305
MIAMI, FL 33152-1305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.26** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          180.23

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ARINC / SISTEMAS AEROPORTIARIOS
CARRERA 9 NO.127C-60 OFICINA 311
BOGATA D.C., 1004
COLOMBIA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 60.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 691.50 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 372.88 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AVIATION GROUND SERVICES N.V.
SUN PLAZA, SUITE 301
L.G. SMITH BLVD 160
ORANJESTAD,
ARUBA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.32** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 148.84

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

AVIATION SECURITY WORLDWIDE
QUEEN BEATRX INTERNATIONAL
AIRPORT, ROOM A1. 32
ARUBA, D.W.I,
ARUBA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 236.31

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

BRASFIELD & GORRIE, LLC
3021 7TH AVE S
BIRMINGHAM, AL 35233-3502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 846.38

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

BROADRIDGE INVESTOR COMMUNICATION S
PO BOX 416423
BOSTON, MA 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$  160.91

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

C3 CUSTOMER CONTACT CHANNELS
1200 S PINE ISLAND ROAD
SUITE 200
PLANTATION, FL 33324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$  1,691.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

CAE FLIGHT SERVICES USA
W WALNUT HILL LN
IRVING, TX 75038-1001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 96.44

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address**

CALABRIO, INC
241 5TH AVE N STE 1200
8033 IDAHO C
MINNEAPOLIS, MN 55401-7506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 248.05

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address**

CDW COMPUTER CENTERS, INC.
PO BOX 75723
CHICAGO, IL 60675-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,226.45

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | 24-11988-shl     Doc 312     Filed 01/02/25     Entered 01/02/25 18:10:58     Main Document |
|---|---|
| | Spirit Airlines, Inc. |
| | Name |

Pg 114 of 615

Case number *(if known)*  24-11988 (SHL)

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CHARLES TOMBRAS ADVERTISING, INC
620 S GAY ST
KNOXVILLE, TN 37902-1603

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 806.79 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

CLARO
KM 11 CARRETERA NORTE AEROPUERTO
MANAGUA,
NICARAGUA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 81.00 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 36.04 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

COFORGE, INC.
1050 CROWN POINTE PARKWAY
5TH FLOOR
ATLANTA, GA 30338

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    175.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

COLUMBUS NETWORKS DE COLOMBIA LTDA
CALLE 116 #7 - 15 INT 2 OF 405
BOGOTA,
COLOMBIA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    23.81 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    49.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57** | **Nonpriority creditor's name and mailing address**

COMPANIA DOMINICANA DE TELEFONOS,
AVE. JOHN F. KENNEDY NO. 54
SERRALLÉS SANTO DOMINGO, 1377
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 204.84

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

CONDON & FORSYTH LLP
7 TIME SQUARE
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 783.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

CONTAX360 BPO SOLUTIONS, INC.
PETERS RD
PLANTATION, FL 33324-3266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
Name        Pg 117 of 615        Case Number (if known)    24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 140.07 |
|---|---|---|---|
| | [NAME ON FILE] <br> [ADDRESS ON FILE] | | |
| | **Date or dates debt was incurred**    Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | CONVERGE TECHNOLOGY SOLUTIONS US <br> 130 TECHNOLOGY PKWY <br> PEACHTREE CORNERS, GA 30092-2908 | | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 245.15 |
|---|---|---|---|
| | [NAME ON FILE] <br> [ADDRESS ON FILE] | | |
| | **Date or dates debt was incurred**    Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | CONVERGINT <br> COMMERCE PKWY <br> MIRAMAR, FL 33025-3943 | | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 0.12 |
|---|---|---|---|
| | [NAME ON FILE] <br> [ADDRESS ON FILE] | | |
| | **Date or dates debt was incurred**    Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67**  **Nonpriority creditor's name and mailing address**

CUSHMAN & WAKEFIELD U.S. INC.
PO BOX 9296
NEW YORK, NY 10087-9296

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.68**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    191.25

---

**3.69**  **Nonpriority creditor's name and mailing address**

DEBEVOISE & PLIMPTON
919 THIRD AVE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.70**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    54.85

---

**3.71**  **Nonpriority creditor's name and mailing address**

DIRECT AIRLINE SERVICES
4030 N W 29TH STREET
MIAMI, FL 33142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
|---|---|---|---|---|---|

Spirit Airlines, Inc.

Name

Case Number *(if known)*   24-11988 (SHL)

Pg 119 of 615

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 305.34 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 116.82 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

EMBROSS NORTH AMERICA LTD
3600 STEELES AVE EAST
MARKHAM, ON L3R 9Z7
CANADA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29.99 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ENITEL

NICARAGUA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
   Spirit Airlines, Inc.    Pg 120 of 615    Case Number (if known)    24-11988 (SHL)
Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 216.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ERC CCI LIMITED
LEVEL 2, ALEXANDER HOUSE
SILICON AV
EBENE, 72201
MAURITIUS

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 582.45 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ERMC AVIATION, LLC
PO BOX 745197
ATLANTA, GA 30374-5197

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 477.54 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $     Undetermined |
| --- | --- | --- | --- |

**3.82**

EUREST DINING SERVICES
2400 YORKMONT RD
2400 YORKMONT ROAD
CHARLOTTE, NC 28217-4511

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.83**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     49.44

---

**3.84**    **Nonpriority creditor's name and mailing address**

EXPERTOS SEGURIDAD
AV. 6 NORTE NO. 49N - 78
CALI,
COLOMBIA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.85**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     127.24

---

**3.86**    **Nonpriority creditor's name and mailing address**

FIRST HOSPITAL LABORATORIES INC
ALHAMBRA CIR
VAULTH HEALTH
CORAL GABLES, FL 33134-7407

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
|---|---|---|---|---|---|

Spirit Airlines, Inc.

Name

Pg 122 of 615

Case Number *(if known)*  24-11988 (SHL)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.87** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 179.31

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

FIRST KONTACT BPO DBA ADVANTAGE
W AZURE DR
ADV COMMUNICATIONS JAMAICA
LAS VEGAS, NV 89130-4413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 272.43

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

FLEETIO
2ND AVE N
BIRMINGHAM, AL 35203-3620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 80.18

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| | FLL CREW TRANSPORT ABD FLL LIMO<br>7317 NW 58TH CT<br>TAMARAC, FL 33321-6018 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address** | $ 175.50 |
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| | G2 SECURE STAFF, LLC<br>PO BOX 674159<br>DALLAS, TX 75267-4159 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.95** | **Nonpriority creditor's name and mailing address** | $ 218.38 |
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| | GAT AIRLINE GROUND SUPPORT<br>PO BOX 88029<br>MOBILE, AL 36608 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
     Spirit Airlines, Inc.          Pg 124 of 615
    Name                                    Case number *(if known)*     24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    90.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

GCG GROUND SERVICES
NISKY MALL BOXES PMB 403
ST THOMAS, USVI, 802
VIRGIN ISLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    175.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

GCG SECURITY DE COSTA RICA SOCIEDAD
CASINO FIESTA 100M ESTE
CASA ESQUINERA COLOR TERRACOTA
ALAJUELA,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    135.68

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.102**   **Nonpriority creditor's name and mailing address**

GE APPLIANCES, A HAIER COMPANY
4000 BUECHEL BANK RD
LOUISVILLE, KY 40225-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.103**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

$    29.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.104**   **Nonpriority creditor's name and mailing address**

GEN2 SYSTEMS LIMITED
UNIT3 BONEHILL MEWS LICHFIELD ST
FAZELEY, TAMWORTH, B78 3QU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.105**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

$    225.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.106**   **Nonpriority creditor's name and mailing address**

GENERAL AIR SERVICES- AUA
L.G SMITH BLVD., 52
P.O. BOX 1196
ORANJESTAD,,
ARUBA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
   Spirit Airlines, Inc.
   Name

Pg 126 of 615

Case Number (if known)    24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.00 |
|---|---|---|---|
| | [NAME ON FILE] <br> [ADDRESS ON FILE] | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | GENERAL AIR SERVICES- PUJ <br> SANTO DOMINGO <br> P.O. BOX 22032 <br> REPUBLICA DOMINICANA, <br> DOMINICAN REPUBLIC | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 135.00 |
|---|---|---|---|
| | [NAME ON FILE] <br> [ADDRESS ON FILE] | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | GREEN IRONY, LLC <br> 2ND AVE S <br> SAINT PETERSBURG, FL 33701-4313 | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 196.79 |
|---|---|---|---|
| | [NAME ON FILE] <br> [ADDRESS ON FILE] | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| | **Last 4 digits of account number** | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.112 Nonpriority creditor's name and mailing address**

GROUND MOTIVE DEPENDABLE
P.O BOX 37667 AIRPORT STATION
SAN JUAN, PR 00937-7667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 90.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 Nonpriority creditor's name and mailing address**

HAECO AMERICAS AIRFRAME SERVICES
623 RADAR ROAD
GREENSBORO, NC 27410-6221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.10

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 Nonpriority creditor's name and mailing address**

HIRERIGHT, LLC
PO BOX 847891
DALLAS, TX 75284-7891

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
| --- | --- |
| | Spirit Airlines, Inc. |
| | Name |

Pg 128 of 615

Case Number (if known)    24-11988 (SHL)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 128.49 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>HOME SERV DELIVERY, LLC<br>6751 FORUM DR STE 200<br>ORLANDO, FL 32821-8089 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Accrued Trade Payable | $ Undetermined |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>AV-DEC<br>3215 W LOOP 820 S<br>FORT WORTH, TX 76116 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 3,099.12 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>HONEYWELL INTERNATIONAL, INC.<br>21380 NETWORK PLACE<br>CHICAGO, IL 60673-1213 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Accrued Trade Payable | $ Undetermined |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>AVIATION SECURITY WORLDWIDE<br>AIRPORT, ROOM A1. 32<br>ARUBA, D.W.I,<br>ARUBA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 30,645.94 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

HPI DIRECT
200 CENTRAL AVE STE 2000
SAINT PETERSBURG, FL 33701-3567

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 196.05 |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

HUNTLEIGH  USA CORPORATION
DEPARTMENT #96-0429
OKLAHOMA CITY, OK 73196-0429

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 810.00 |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

HUNTON BRADY ARCHITECTS, PA
333 S GARLAND AVE STE 1100
ORLANDO, FL 32801-3356

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73.06 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

INTEGRATED DEICING SERVICES
175 AMMON DRIVE
MANCHESTER, NH 03103

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

INTERFACE SOLUTIONS S.A.
COL LOMAS DEL MAYAB
AVE REP DE COSTA RICA LOCAL #705
TEGUCIGALPA,
HONDURAS

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,080.39 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

Debtor  Spirit Airlines, Inc.
       Name

24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Case Number (if known)    24-11988 (SHL)
Pg 131 of 615

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** **Nonpriority creditor's name and mailing address**

INTERNATIONAL AERO ENGINES AG
400 MAIN STREET MS121-10
EAST HARTFORD, CT 06108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.133** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 270.00

---

**3.134** **Nonpriority creditor's name and mailing address**

INTERNATIONAL AERO ENGINES LLC
400 MAIN ST
EAST HARTFORD, CT 06118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.135** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 113.00

---

**3.136** **Nonpriority creditor's name and mailing address**

INTERNATIONAL SECURITY DEFENSE
6717 DELOACHE AVE.
DALLAS, TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 50.00**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 31.31**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

JEPPESEN SANDERSON
PO BOX 840864
BOEING DIGITAL SOLUTIONS, INC.
DALLAS, TX 75284-0864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**$ Undetermined**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 150.00**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

JONES LANG LASALLE AMERICAS INC
200 E RANDOLPH ST STE 43000
CHICAGO, IL 60694-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**$ Undetermined**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3.75 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☑ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | KIRSTEIN & YOUNG PLLC 1750 K. STREET N.W SUITE 200 WASHINGTON, DC 20006 | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 196.50 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☑ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | KONICA MINOLTA 21146 NETWORK PL CHICAGO, IL 60673-1211 | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,852.19 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☑ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

KRONOS INCORPORATED
P.O. BOX 743208
ATLANTA, GA 30374

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    158.98 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

KYNDRYL, INC.
51 E 42ND ST FL 15
NEW YORK, NY 10017-5430

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    108.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

LEVARTI LIMITED
8 PARK LIFTS, 63 LYHAM RD
LONDON, EC2M 5QQ
UNITED KINGDOM

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.152**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   91.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153**   **Nonpriority creditor's name and mailing address**

LONGPORT AIRPORT SERVICES S.A.S
CRA 9 #80 - 45 OFICINA #401
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   29.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**   **Nonpriority creditor's name and mailing address**

LONGPORT COLOMBIA LTDA.
CRA. 103 BIS NO. 25B-20
PBX: (57-1) 415 67 81
BOGOTA D.C,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   279.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
       Spirit Airlines, Inc.            Pg 136 of 615     Case Number (if known)    24-11988 (SHL)
      Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

**3.157**   **Nonpriority creditor's name and mailing address**

LONGPORT ECUADOR CIA. LTDA.
EDIFICO AIRPORT CENTER Y 4 PISO
GUAYAQUIL,
ECUADOR

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    187.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159**   **Nonpriority creditor's name and mailing address**

LONGPORT HAITI S.A.
AEROPORT INTERNATIONAL TOUSSAINT
LOUVERTURE
PORT-AU-PRINCE,
HAITI

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    1,900.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161**   **Nonpriority creditor's name and mailing address**

LSG SKYCHEFS
6191 N STATE HWY 161
IRVING, TX 75038

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.162** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 260.67

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

LUFTHANSA TECHNIK
PO BOX 7247 - 0006739
PHILADELPHIA, PA 19170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.74

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**

MASERGY COMMUNICATIONS
2740 N. DALLAS PARKWAY SUITE#260
PLANO, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 113.84

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.167**   **Nonpriority creditor's name and mailing address**

MAXIMUS GLOBAL SERVICES LLC
PO BOX 227295
MIAMI, FL 33222-7295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      54.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169**   **Nonpriority creditor's name and mailing address**

MESSIER-GOODRICH
78142 VELIZY-VILLACOUBLAY
CEDEX - FRANCE,
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      13.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171**   **Nonpriority creditor's name and mailing address**

MICHELIN AIRCRAFT TIRE CO., LLC
ONE PARKWAY SOUTH
GREENVILLE, SC 29602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.172** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 27.65

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

MICROSOFT LICENSING, GP
LOCK BOX 842467
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 72.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

MRO COMMERCIAL, S.A
AVE. SAMUEL LEWIS Y CALLE 54
PANAMÁ,
PANAMA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 159.90

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

MTU MAINTENANCE CANADA
6020 RUSS BAKER WAY
RICHMOND, BC V7B 1B4
CANADA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 124.50 |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

NAVBLUE INC
HAGEY BLVD
106
WATERLOO, ON N2L 6R5
CANADA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 26.91 |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

NAVITAIRE, INC.
23604 NETWORK PLACE
CHICAGO, IL 60673-1236

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **24-11988-shl** Doc 312 Filed 01/02/25 Entered 01/02/25 18:10:58 Main Document | |
|---|---|---|
| | Spirit Airlines, Inc. | Case Number (if known) 24-11988 (SHL) |
| | Name | |

Pg 141 of 615

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 108.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
LOS ANGELES, CA 90071-2899

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 94.50 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

OPTIV SECURITY INC
1125 17TH ST STE 1700
SUITE 1700
DENVER, CO 80202-2032

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 112.50 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

PAUL, WEISS, RIFKIND, WHARTON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 235.92 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

PERIMETER LOGISTICS INC
STORY RD W
IRVING, TX 75038-5267

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 65.63 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

PRIME FLIGHT AVIATION SVCS/GSE
3 SUGAR CREEK CENTER BLVD STE 450
SUGAR LAND, TX 77478-2216

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 286.19

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

PROSEGUR SERVICES GROUP, INC.
HERNDON PKWY
HERNDON, VA 20170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 50.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

RYAN INC.
THREEE GALLERIA TOWER
13155 NOEL ROAD, 12TH FL, LB 2
DALLAS, TX 75240-5090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,067.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 24-11988-shl Doc 312 Filed 01/02/25 Entered 01/02/25 18:10:58 Main Document |
|---|---|
| | Spirit Airlines, Inc. |
| | Name |

Pg 144 of 615

Case number (if known)  24-11988 (SHL)

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.197** | **Nonpriority creditor's name and mailing address**

SABRE, INC.
3150 SABRE DRIVE
MD 8510
SOUTHLAKE, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.198** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                145.34

---

**3.199** | **Nonpriority creditor's name and mailing address**

SAFRAN LANDING SYSTEMS SERVICES MX
AV DE LA NORIA NO 131
MEXICO, 76220
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.200** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                166.42

---

**3.201** | **Nonpriority creditor's name and mailing address**

SAMSIC HANDLING DOMINICANA S.A.S.
AEROPUERTO INTERNACIONAL DE LAS AME.
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.202**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      38.33

---

**3.203**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      11.76

---

**3.204**   **Nonpriority creditor's name and mailing address**

SCOOTAROUND
7703 KINGSPOINTE PKWY UNIT 400
ORLANDO, FL 32819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.205**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      283.46

---

**3.206**   **Nonpriority creditor's name and mailing address**

SECURIPRO LTD
1 PARAISO AVENUE
KINGSTON 10,,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 324.60 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SECURITAS COLOMBIA, S.A.
AV. CALLE 26 NO. 92-32 LOTE 1-16
EDIFICIO D CENTRO EMPRESARIAL
BOGOTA,
COLOMBIA

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SECURITAS TRANSPORT AVIATION MEXICO
MZA. 06, L 01 INT. D-3, 2-N
SM 32 C.P.
BENITO JUAREZ, 77508
MEXICO

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 139.98 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

SERVAIR S.A.
NO 93 PLAZA PIANTINI 1 ER PISO
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$     561.66

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

SERVICIOS AEROPORTUARIOS INTEGRADOS
CALLE 25D #95A-40
CALLE 25D
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$     360.80

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

SMITH GAMBRELL & RUSSELL LLP
1230 PEACHTREE ST NE #3100
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | **Amount of claim** |

**3.217**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 135.00

---

**3.218**

**Nonpriority creditor's name and mailing address**

SOLVO SOLUTIONS, LLC DBA SOLVO, INC
W GERONIMO PL
CHANDLER, AZ 85224-4996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.219**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 189.05

---

**3.220**

**Nonpriority creditor's name and mailing address**

SWISSPORT USA INC
PO BOX 734001
CHICAGO, IL 60673-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.221**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,291.65

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | TA CONNECTIONS DE & IL, LLC<br>PO BOX 746841<br>ATLANTA, GA 30374-6841 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 112.79 |
|---|---|---|---|
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | TRAVELPORT GALILEO<br>PO BOX 402395<br>ATLANTA, GA 30384-2395 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.00 |
|---|---|---|---|
| | CITY OF TAMPA<br>POST OFFICE BOX 2200<br>TAMPA, FL 33601-2200 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | TRAX USA CORP<br>2601 S. BAYSHORE DR #500<br>COCONUT GROVE, FL 33133 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.227** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 604.96

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

TREGO DUGAN AVIATION OF GRAND ISLAN
PO BOX 1226
NORTH PLATTE, NE 69103-1226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 182.23

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**

ULTIMATE SOFTWARE GROUP INC.
P.O. BOX 930953
ATLANTA, GA 31193-0953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 91.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
    Spirit Airlines, Inc.             Pg 151 of 615     Case Number (if known)    24-11988 (SHL)
      Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232**   **Nonpriority creditor's name and mailing address**

UNE EPM TELECOMUNICACIONES S.A
CARRETERA 16 NO 11A SUR-100
MEDELLIN, COLOMBIA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$     24.02

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234**   **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
PO BOX 660720
DALLAS, TX 75266-0720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$     662.55

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236**   **Nonpriority creditor's name and mailing address**

WACKENHUT DE GUATEMALA, S.A
AVENIDA PETAPA 42-51 ZONA 12
GUATEMALA,
GUATEMALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.237** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    39.71

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**

WEISER SECURITY SERVICES, INC.
TULANE AVE
NEW ORLEANS, LA 70119-6936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    196.94

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**

WORLDCOM DE COSTA RICA, S.A
OFICENTRO EJEC. LA SABANA
EDIFICIO NO. 3, PISO 2
SAN JOSE,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    103.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | | **Amount of claim** |

**3.242** **Nonpriority creditor's name and mailing address**

WORLDWIDE FLIGHT SERVICES
PO BOX 910501
DALLAS, TX 75391-0501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.243** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      222.09

---

**3.244** **Nonpriority creditor's name and mailing address**

XTREME AVIATION LLC
14900 NW 42ND AVE HANGAR 48
OPA LOCKA, FL 33054-2332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.245** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      79.49

---

**3.246** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      382.19

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.247**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 59.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 181.88

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 97.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 187.46

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 216.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.     Case Number (if known)    24-11988 (SHL)
Name
Pg 155 of 615

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.252**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   36.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   35.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   147.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   17.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$   58.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 187.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 99.43

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 157.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 619.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,530.44 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 263.72 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 279.87 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 190.00 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 372.00 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.267** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    57.42

---

**3.268** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    417.93

---

**3.269** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    72.00

---

**3.270** **Nonpriority creditor's name and mailing address**

DELAWARE NORTH CO
17901 WOODLAND DR.
NEW BOSTON, MI 48164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    116.73

---

**3.271** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    316.19

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.272** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 180.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 133.62

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 8.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 135.66

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 180.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 357.20 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 57.11 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25.99 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 180.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.57 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document
   Spirit Airlines, Inc.      Pg 161 of 615     Case Number (if known)    24-11988 (SHL)
   Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.282**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 280.13

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.283**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 100.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.284**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 45.37

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.285**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 319.49

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.286**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 101.48

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.287**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 645.01 |
|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.288**

**Nonpriority creditor's name and mailing address**    $ 6.39

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.289**

**Nonpriority creditor's name and mailing address**    $ 29.74

EINSTEIN BROS BAGELS
T-4 SUITE W-1
PHOENIX, AZ 85034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.290**

**Nonpriority creditor's name and mailing address**    $ 127.60

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.291**

**Nonpriority creditor's name and mailing address**    $ 63.75

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39.08 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 163.43 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26.32 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 262.58 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                200.40 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                 70.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                101.70 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                135.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address**<br><br>EMBRY-RIDDLE AERONAUTICAL UNIVERSITY<br>600 S. CLYDE MORRIS BOULEVARD<br>DAYTONA BEACH, FL 32114-3900 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                475.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**     Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.302**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 130.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 197.78

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 169.29

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.305**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 23.41

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 96.39

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.307**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                79.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                66.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                82.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                63.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 222.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 37.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 72.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 95.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 508.29

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document
       Spirit Airlines, Inc.         Pg 168 of 615
     Name                                      Case Number (if known)     24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.317**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    60.76

---

**3.318**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    116.81

---

**3.319**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    112.50

---

**3.320**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    585.31

---

**3.321**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    90.00

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.322 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**3.322 Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 47.00

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.323 Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 66.30

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.324 Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.01

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.325 Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 844.29

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.326 Nonpriority creditor's name and mailing address**
[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 67.53

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.327** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 139.21

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 157.24

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,584.31

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 50.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 939.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | |
|---|---|
| **3.332** **Nonpriority creditor's name and mailing address** <br> [NAME ON FILE] <br> [ADDRESS ON FILE] | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 81.00 |
| **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| | |
|---|---|
| **3.333** **Nonpriority creditor's name and mailing address** <br> [NAME ON FILE] <br> [ADDRESS ON FILE] | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 67.50 |
| **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| | |
|---|---|
| **3.334** **Nonpriority creditor's name and mailing address** <br> [NAME ON FILE] <br> [ADDRESS ON FILE] | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 130.45 |
| **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| | |
|---|---|
| **3.335** **Nonpriority creditor's name and mailing address** <br> [NAME ON FILE] <br> [ADDRESS ON FILE] | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 32.18 |
| **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| | |
|---|---|
| **3.336** **Nonpriority creditor's name and mailing address** <br> [NAME ON FILE] <br> [ADDRESS ON FILE] | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 120.91 |
| **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,975.80 |
| --- | --- | --- | --- |

GEORGIA CROWN DISTRIBUTING COMPANY
1102 CENTRAL AVE
LSG SKY CHEFS ATL
EAST POINT, GA 30344

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.21 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11.59 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 319.31 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 34.25 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.342**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 172.94

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 130.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.345**

**Nonpriority creditor's name and mailing address**

GOLDBERGS AIRPORT DELI
6000 NORTH TERMINAL PKWY, CON TF-3
ATLANTA, GA 30320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 132.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 156.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Spirit Airlines, Inc.
         Name

24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
                                  Pg 174 of 615
Case Number (if known)   24-11988 (SHL)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.00 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 33,151.56 |
| --- | --- | --- | --- |

GREAT LAKES WINE & SPIRITS, LLC
BUILDING 505 WEST SERVICE DR.
DETROIT, MI 48242

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.07 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 456.11 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 192.97 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**$ 209.64**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**$ 116.73**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.354**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**$ 237.27**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**$ 126.00**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**$ 48.75**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 307.94 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No<br>☐ Yes |

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 640.04 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No<br>☐ Yes |

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 167.01 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No<br>☐ Yes |

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 405.64 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No<br>☐ Yes |

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31.50 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No<br>☐ Yes |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.41 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35.00 |
|---|---|---|---|

HILTON BOSTON LOGAN AIRPORT
85 TERMINAL ROAD
BOSTON, MA 02128

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.367** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 34.97

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 113.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 270.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 63.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.372** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 112.59

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 164.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 160.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 26.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 40.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.377** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 100.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 123.36

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 26.98

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.21

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.381** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 333.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
|---|---|
| | Spirit Airlines, Inc. | | Case Number *(if known)* | 24-11988 (SHL) |
| | Name |

Pg 181 of 615

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.382**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 189.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 103.43

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,314.93

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 180.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 243.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8.79 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38.96 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,285.30 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 258.75 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.392** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 0.94

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.393** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 83.19

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 244.05

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 4.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.396** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 159.69

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.397** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 129.59

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 135.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 452.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 45.61

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.402** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    207.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    116.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    148.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    112.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    363.89

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.407** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.09

---

**3.408** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171.25

---

**3.409** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.00

---

**3.410** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 322.61

---

**3.411** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49.22

---

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
| | Spirit Airlines, Inc.                                                              Case Number (if known)    24-11988 (SHL) |
| | Name |

Pg 187 of 615

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.412** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | [NAME ON FILE] | ☒ Contingent |
| | [ADDRESS ON FILE] | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**  Unclaimed Property |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| | | ☒ No |
| | **Last 4 digits of account number** | ☐ Yes |

$ 728.30

| | | |
|---|---|---|
| **3.413** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | [NAME ON FILE] | ☒ Contingent |
| | [ADDRESS ON FILE] | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**  Unclaimed Property |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| | | ☒ No |
| | **Last 4 digits of account number** | ☐ Yes |

$ 127.17

| | | |
|---|---|---|
| **3.414** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | [NAME ON FILE] | ☒ Contingent |
| | [ADDRESS ON FILE] | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**  Unclaimed Property |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| | | ☒ No |
| | **Last 4 digits of account number** | ☐ Yes |

$ 247.50

| | | |
|---|---|---|
| **3.415** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | [NAME ON FILE] | ☒ Contingent |
| | [ADDRESS ON FILE] | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**  Unclaimed Property |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| | | ☒ No |
| | **Last 4 digits of account number** | ☐ Yes |

$ 227.70

| | | |
|---|---|---|
| **3.416** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | [NAME ON FILE] | ☒ Contingent |
| | [ADDRESS ON FILE] | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**  Unclaimed Property |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| | | ☒ No |
| | **Last 4 digits of account number** | ☐ Yes |

$ 81.00

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.417** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 65.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 53.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 41.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 312.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 477.05

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 180.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 300.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 337.12

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.425**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 100.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 90.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
| | Spirit Airlines, Inc. |
| | Name | Case Number *(if known)* | 24-11988 (SHL) |

Pg 190 of 615

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.427** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 116.93

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 475.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 170.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 97.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 51.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 197.57 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 126.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 195.30 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25.60 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 72.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.437** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    80.10

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    39.49

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address**

JV VENTURES INC
2207 W GOWAN RD
NORTH LAS VEGAS, NV 89032-7989

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    13.85

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    265.06

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    323.50

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.442**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    127.09

---

**3.443**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    589.79

---

**3.444**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    338.96

---

**3.445**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    143.09

---

**3.446**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    44.15

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$      117.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.448**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$      113.39

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.449**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$      89.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.450**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$      18.89

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.451**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$      78.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75.00

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 466.31

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.00

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22.04

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 191.42

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.457**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,333.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 147.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 17.09

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 78.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.461**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 108.97

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.462** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 116.43

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 99.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,962.71

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.465** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 64.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 39.06

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 144.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 154.44 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,315.64 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13.25 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,064.54 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
     Spirit Airlines, Inc.
     Name

Pg 199 of 615

Case Number (if known)    24-11988 (SHL)

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.472**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 879.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.473**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 419.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 130.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 120.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,888.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.477** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 424.65

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 606.51

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 29.93

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 135.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.481** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** — **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483** — **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 53.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.484** — **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 15.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.485** — **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 161.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.486** — **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 117.93

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 189.00 |
|---|---|---|---|
| | [NAME ON FILE] | ☒ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 89.50 |
|---|---|---|---|
| | [NAME ON FILE] | ☒ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23.51 |
|---|---|---|---|
| | [NAME ON FILE] | ☒ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 114.07 |
|---|---|---|---|
| | [NAME ON FILE] | ☒ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.00 |
|---|---|---|---|
| | [NAME ON FILE] | ☒ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.492**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    54.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.493**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    2,650.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    133.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    866.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    23.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.497** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 126.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.498** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 60.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.499** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 38.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.500** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 103.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.501** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 19.88

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100.00 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 141.80 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,169.10 |
|---|---|---|---|
| | [NAME ON FILE] [ADDRESS ON FILE] | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 353.62 |
|---|---|---|---|
| | MACK II, INC. DBA POPEYES CHICKEN 3421 DOGWOOD DRIVE HAPEVILLE, GA 30354 | ☒ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | [NAME ON FILE] | **As of the petition filing date, the claim is:** | $ 897.96 |
| | [ADDRESS ON FILE] | *Check all that apply.* | |
| | | ☒ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No | |
| | | ☐ Yes | |

| 3.508 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | [NAME ON FILE] | **As of the petition filing date, the claim is:** | $ 171.00 |
| | [ADDRESS ON FILE] | *Check all that apply.* | |
| | | ☒ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No | |
| | | ☐ Yes | |

| 3.509 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | [NAME ON FILE] | **As of the petition filing date, the claim is:** | $ 67.84 |
| | [ADDRESS ON FILE] | *Check all that apply.* | |
| | | ☒ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No | |
| | | ☐ Yes | |

| 3.510 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | [NAME ON FILE] | **As of the petition filing date, the claim is:** | $ 292.89 |
| | [ADDRESS ON FILE] | *Check all that apply.* | |
| | | ☒ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No | |
| | | ☐ Yes | |

| 3.511 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | [NAME ON FILE] | **As of the petition filing date, the claim is:** | $ 259.20 |
| | [ADDRESS ON FILE] | *Check all that apply.* | |
| | | ☒ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No | |
| | | ☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 135.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.513**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 225.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 67.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 121.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 49.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.517** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    146.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    352.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    80.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    61.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$    202.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.522 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 50.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.523 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 75.48 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.524 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 80.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 123.48 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.526 | **Nonpriority creditor's name and mailing address**<br><br>[NAME ON FILE]<br>[ADDRESS ON FILE] | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 86.67 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
    Spirit Airlines, Inc.
    Name      Pg 210 of 615     Case number (if known)    24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    500.00

---

**3.528**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    9.75

---

**3.529**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    50.84

---

**3.530**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    174.12

---

**3.531**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,651.62

---

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
| | Spirit Airlines, Inc. | | | | |
| | Name | | | Case Number (if known) | 24-11988 (SHL) |

Pg 211 of 615

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.532**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    89.00

---

**3.533**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    45.00

---

**3.534**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    50.00

---

**3.535**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    169.59

---

**3.536**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    45.00

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 450.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 86.39

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 6.24

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.541**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 103.09

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Spirit Airlines, Inc.     24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Name      Case Number *(if known)*    24-11988 (SHL)

Pg 213 of 615

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 570.95

---

**3.543**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,545.61

---

**3.544**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81.26

---

**3.545**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 73.82

---

**3.546**   **Nonpriority creditor's name and mailing address**

MBC CONCESSIONS
PO BOX 796
SAGAMORE BEACH, MA 02562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.97

| Debtor | 24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document |
|---|---|
| | Spirit Airlines, Inc. |
| | Name |

Pg 214 of 615

Case number (if known)  24-11988 (SHL)

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 69.54

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 47.68

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 9.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 12,629.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 187.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.552**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 159.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.553**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.554**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 128.97

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.555**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8,907.85

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.556**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 198.24

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 247.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 356.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 139.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 60.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 64.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 144.72 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 198.24 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 81.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 329.87 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 91.55 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.567** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 45.95

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.568** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 79.75

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.569** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 10.65

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 100.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571** **Nonpriority creditor's name and mailing address**

MOUNTAIN VALLEY WATER CO
10985 GUILFORD RD
ANNAPOLIS JUNCTION, MD 20701-1125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 201.27

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
|---|---|
| | Spirit Airlines, Inc. | Case Number (if known) | 24-11988 (SHL) |
| | Name |

Pg 219 of 615

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.572** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 76.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.573** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 279.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 148.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 220.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.576** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.577** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 101.48

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.578** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 109.61

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.579** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 87.66

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.580** | **Nonpriority creditor's name and mailing address**

NATIONAL DISTRIBUTING
ONE NATIONAL DRIVE SW
ATLANTA, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 46,421.38

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.581** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    **24-11988-shl**    **Doc 312**    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
    Spirit Airlines, Inc.      Pg 221 of 615
Name             Case number *(if known)*   24-11988 (SHL)

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.582** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 28.12

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 332.89

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 61.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 34.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.587** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 54.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.588** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 19.67

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.589** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 173.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.590** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 321.14

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.591** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 108.05

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,980.31 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 4,122.93 |
|---|---|---|---|---|

OHM CONCESSIONS GROUP, LLC
4482 WOODSON RD.
ST. LOUIS, MO 63134-3722

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 113.12 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 92.31 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 285.63 |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 893.12 |
| | [NAME ON FILE] | ☑ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No   ☐ Yes | |

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,500.00 |
| | UNCLAIMED CHECK - UNNAMED OWNER | ☑ Contingent | |
| | 107 NEWEL STREET 3L | ☐ Unliquidated | |
| | BROOKLYN, NY 11222 | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No   ☐ Yes | |

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.85 |
| | [NAME ON FILE] | ☑ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No   ☐ Yes | |

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 162.00 |
| | [NAME ON FILE] | ☑ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No   ☐ Yes | |

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 53.10 |
| | [NAME ON FILE] | ☑ Contingent | |
| | [ADDRESS ON FILE] | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No   ☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.602**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 165.00

---

**3.603**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 181.15

---

**3.604**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 426.74

---

**3.605**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.35

---

**3.606**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.84

---

| Debtor | 24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document |
|---|---|
| | Spirit Airlines, Inc. |
| | Name |

Pg 226 of 615

Case Number (if known)   24-11988 (SHL)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 36.84

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.608** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 178.22

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.609** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 403.58

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.610** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.611** Nonpriority creditor's name and mailing address

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 125.99

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document |
| | Spirit Airlines, Inc. |
| | Name |
| | Pg 227 of 615 |

Case number (if known)   24-11988 (SHL)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,026.45

---

**3.613** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 147.12

---

**3.614** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97.97

---

**3.615** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 446.27

---

**3.616** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60.00

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.617**  **Nonpriority creditor's name and mailing address**

PROPROFS
6800 ALTAMOR DR
LOS ANGELES, CA 90045-6800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                2,880.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.618**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                   71.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.619**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                   40.93

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.620**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                   61.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.621**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                   70.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 185.45

---

**3.623**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.624**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.15

---

**3.625**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.50

---

**3.626**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 135.00

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 67.56 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 67.50 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 125.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40.92 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.97 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 110.58

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.633** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.634** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 554.32

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.635** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 88.26

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.636** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,960.68

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,717.93 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.03 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 171.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.21 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 278.97 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28.76 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,244.90 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 990.74 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15.84 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

<table>
<tr><td colspan="2"></td><td></td></tr>
</table>

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.647**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 36.97

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.648**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 144.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.649**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 49.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 389.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.651**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 854.51

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 84.16 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19.89 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26.91 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 124.84 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 151.02 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
       Spirit Airlines, Inc.              Pg 236 of 615      Case number (if known)   24-11988 (SHL)
       Name

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 305.57

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.658**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 9.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.659**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 82.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.660**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 48.68

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.661**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 35.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.662**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 377.98

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.663**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 16.21

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.664**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 375.69

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.665**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 924.17

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.666**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 125.35

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | **Amount of claim** |

---

**3.667** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,869.47

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 18.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 92.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 217.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 359.34

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 326.81

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.673** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 40.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 86.13

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 143.99

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 13.06

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.677**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 307.55

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 561.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 269.98

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 90.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.681**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 270.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
   Spirit Airlines, Inc.     Case Number (if known)    24-11988 (SHL)
   Name      Pg 241 of 615

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.682** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 135.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.683** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 90.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.684** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 319.89

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.685** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 7.56

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.686** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 118.80

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.687** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 116.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.688** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 310.48

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.689** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.690** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 412.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.691** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.692**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 125.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.693**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 104.59

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.694**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 321.35

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.695**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 365.99

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.696**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 66.77

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 654.00 |
|---|---|---|---|
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73.80 |
|---|---|---|---|
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11.05 |
|---|---|---|---|
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,503.17 |
|---|---|---|---|
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 72.00 |
|---|---|---|---|
| | [NAME ON FILE]<br>[ADDRESS ON FILE] | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

Debtor    Spirit Airlines, Inc.    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Name    Case number *(if known)*    24-11988 (SHL)

Pg 245 of 615

| Part 2: | Additional Page | |
|---------|-----------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 111.67

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.703**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 51.61

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.704**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 470.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.705**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 195.99

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.706**   **Nonpriority creditor's name and mailing address**

SPIRIT AIRLINES-BETTER SPIRIT FUND
1731 RADIANT DRIVE
DANIA BEACH, FL 33004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.707**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    45.00

---

**3.708**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    123.75

---

**3.709**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    180.00

---

**3.710**    **Nonpriority creditor's name and mailing address**

STS TRANSLATIONS INC
5773 WOODWAY DR #140
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    455.40

---

**3.711**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    514.63

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.713**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,144.05

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.714**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 66.39

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.715**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 690.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.716**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 250.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.717** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 272.31

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.718** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 147.00

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.719** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 210.04

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.720** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 487.40

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.721** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 40.00

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
| | Spirit Airlines, Inc. | | | Case Number (If known) | 24-11988 (SHL) |
| | Name | | | | |

Pg 249 of 615

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.722** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 175.94

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.723** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 35.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.724** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 85.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.725** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 207.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.726** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 203.98

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
    Spirit Airlines, Inc.        Pg 250 of 615      Case Number (if known)    24-11988 (SHL)
    Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.727**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 194.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.728**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 54.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.729**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 173.51

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.730**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 253.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.731**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 99.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 453.10 |

UNCLAIMED CHECK - UNNAMED OWNER
3989 SILVER STREET
EASTON RAPIDS, MI 48827

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 371.00 |

UNCLAIMED CHECK - UNNAMED OWNER
LAS VEGAS, NV 89103

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.734** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 434.77 |

UNCLAIMED CHECK - UNNAMED OWNER
3404 DARLENE CIR NW
HUNTSVILLE, AL 35810

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.735** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69.51 |

UNCLAIMED CHECK - UNNAMED OWNER
601 YUPON PLACE
MANDEVILLE, LA 70471

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.736** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29.90 |

UNCLAIMED CHECK - UNNAMED OWNER
PO BOX 176
ILWACO, WA 98624

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** | |

**3.737** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
PO BOX 176
ILWACO, WA 98624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                   156.50

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
3941 JOSLIN WAY
WEST MELBOURNE, FL 32904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                    89.99

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
16388 MULBERRY WAY
NORTHVILLE, MI 48168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                   823.37

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
2207 WILKES RIDGE PLACE
HENRICO, VA 23233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                 1,000.44

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
2780 COLD SPRINGS TRL SW
MARIETTA, GA 30064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                    67.20

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
|---|---|---|---|---|---|

Spirit Airlines, Inc.

Name

Pg 253 of 615

Case Number (if known)  24-11988 (SHL)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.742** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
2201 SCENIC HWY APT G7
PENSACOLA, FL 32503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 7.30

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.743** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
3318 W DIVERSEY AVE APT 1
CHICAGO, IL 60647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 143.37

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.744** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
6407 HIGHLAND OAK DR
GREENSBORO, NC 27410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,153.34

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.745** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
733 CASTLEWOOD DRIVE
DRESHER, PA 19025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 485.64

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.746** **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
842 CLARA DRIVE
PALO ALTO, CA 94303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 517.20

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.747**   **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
5600 NE 4TH AVE APT 314
MIAMI, FL 33137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

$    648.34

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.748**   **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
MARCOS MACEDO STREET APT 2301
FORTALEZA, 60150 190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

$    1,053.73

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.749**   **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
ZYTNIA 18 M17
WARSAW, 01-014
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

$    124.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750**   **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
106 BERRYLAND ROAD
HARVEST, AL 35749

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

$    52.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751**   **Nonpriority creditor's name and mailing address**

UNCLAIMED CHECK - UNNAMED OWNER
946 DENVER PLACE
VENTURA, CA 93004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unclaimed Property

$    2,301.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 185.12 |
| --- | --- | --- | --- |

UNIFIRST CORPORATION
P.O BOX 650481
DALLAS, TX 75265-0481

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,852.00 |
| --- | --- | --- | --- |

UNITED DISTRIBUTORS,INC.
1102 CENTRAL AVE
EAST POINT, GA 30344

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.36 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 295.45 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 99.02 |
| --- | --- | --- | --- |

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document |
| | Spirit Airlines, Inc. |
| | Name                                                        Pg 256 of 615 |

Case Number (if known)   24-11988 (SHL)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.757** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                       248.27

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.758** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                       389.40

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.759** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                       105.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.760** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                         7.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.761** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                       248.04

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 90.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined    **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**    ☐ Yes

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined    **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**    ☐ Yes

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 724.75 |
|---|---|---|---|

WASTE PRO OF FL
PO BOX 946228
ATLANTA, GA 30394-6228

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined    **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**    ☐ Yes

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 390.97 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined    **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**    ☐ Yes

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 235.26 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined    **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**    ☐ Yes

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
| | Spirit Airlines, Inc. |
| | Name | Case Number (if known) | 24-11988 (SHL) |

Pg 258 of 615

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.767** | **Nonpriority creditor's name and mailing address**

WEST SIDE BEER DISTRIBUTING
28100 GORSUCH AVENUE
ROMULUS, MI 48174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 90.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 63.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 410.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 38.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 247.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.14 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined      **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**      ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26.63 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined      **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**      ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 684.27 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined      **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**      ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 108.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined      **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**      ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 320.17 |
|---|---|---|---|

XN TRAVELS PRIVATE LIMITED
N289 PHASE 1
GURGAON, 122017
INDIA

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined      **Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**      ☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
Name    Pg 260 of 615    Case Number (if known)    24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 89.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.778** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.779** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.52

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.780** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 200.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.781** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 30.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.22 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 270.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40.00 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 348.45 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 189.09 |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **24-11988-shl**   **Doc 312**   Filed 01/02/25   Entered 01/02/25 18:10:58   **Main Document**
    Spirit Airlines, Inc.                         Pg 262 of 615        Case Number (if known)    24-11988 (SHL)
    Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.787** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.788** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      36.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.789** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      434.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      144.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,077.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.793**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,012.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.794**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 77.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.795**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 281.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.796**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 894.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
      Spirit Airlines, Inc.            Pg 264 of 615       Case number *(if known)*    24-11988 (SHL)
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.797**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   112.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.798**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.799**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.800**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   126.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.801**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.     Case Number (if known)    24-11988 (SHL)
Name
Pg 265 of 615

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|---|

**3.802** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 0:24-cv-61200

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 267-2018

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 487-2022-01713

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1157/2024

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 708987/2024

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.807** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 92-2024/PS1

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.808** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1126/2024

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.809** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1:23-cv-04033

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.810** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: DGPC-D-394-2023

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.811** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 24-C-02922-S1

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1:23-cv-10678-WGY

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 892/2024

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 6:21-cv-1008-PGB-DCI

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1:24-cv-03939

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 2024-49273

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __24-11988-shl__ __Doc 312__ Filed 01/02/25 Entered 01/02/25 18:10:58 __Main Document__
      Spirit Airlines, Inc.              Pg 268 of 615
   Name                             Case Number (if known)    24-11988 (SHL)

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 510-2023-10033

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.818** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24-C-04437- S4

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.819** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1214/2024

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.820** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 900/2024

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.821** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1287-2022

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
   Spirit Airlines, Inc.      Pg 269 of 615      Case Number (if known)    24-11988 (SHL)

Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.822** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: DGPC-D-103-2024

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.823** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 891/2024

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.824** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1:24-cv-00883

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.825** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 510-2023-09717

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.826** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CACE-24-005666 (21)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.827**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 22-CA-008473

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.828**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 583/2024

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.829**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 2023-011424-CA-01

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.830**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: DGPC-D-623-2022

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.831**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24-11800

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.832** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 487-2024-01344

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.833** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 584/2024

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.834** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CAL21-10090

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.835** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CACE-24-013156

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.836** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 652795/2017

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.837**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 2430-2024

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.838**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 16-2024-SC-019003

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.839**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: DRPC-D-354-2023

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.840**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 2024CV31335

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.841**  **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 3:24-CV – 19

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.842**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.843**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 893/2024

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.844**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 471-2024-01577

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.845**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 510-2023-06324

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.846**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 22-07-GG

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 24-11988-shl  Doc 312  Filed 01/02/25  Entered 01/02/25 18:10:58  Main Document |
|---|---|
| | Spirit Airlines, Inc. |
| | Name |
| | Case Number (if known)  24-11988 (SHL) |

Pg 274 of 615

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.847** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24-1757

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.848** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24-11800

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.849** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 510-2024-05631

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.850** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 897/2024

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.851** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 510-2024-04266

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.852** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CACE-23-017056 (08)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.853** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 895/2024

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.854** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 01215-2018-02661

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.855** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 898/2024

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.856** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 717/2024

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.857**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 416/2024

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.858**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: ESX-L-4757-21

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.859**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 716/2024

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.860**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 161-2023/ILN-CPC

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.861**    **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 23CA008562

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **24-11988-shl**   **Doc 312**   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document
Name   Spirit Airlines, Inc.                                           Case Number (if known)   24-11988 (SHL)

Pg 277 of 615

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.862** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 377-18

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.863** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CV-24-102160

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.864** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.865** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 460-2023-05157

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.866** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CACE-24-007811 (03)

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.867** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1127/2024

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CACE-24-005666 (21)

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24-003497

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 23-C-03882 – 57

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
Name        Case Number (if known)    24-11988 (SHL)
Pg 279 of 615

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.872**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 582/2024

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.873**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1213/2024

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.874**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24TRCV03377

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.875**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1123/2024

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.876**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 24-11988-shl  Doc 312  Filed 01/02/25  Entered 01/02/25 18:10:58  Main Document |
|--------|---|
|        | Spirit Airlines, Inc. |
|        | Name |

Case Number (if known)   24-11988 (SHL)

Pg 280 of 615

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 348-340472-23

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.878**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 896/2024

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.879**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 510-2022-04035

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.880**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1212/2024

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.881**

**Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: DGPC-D-483-2023

$                  Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.882** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: ST-2023- CV – 321

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.883** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: A-24-888802-C

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.884** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24-cv-60074

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.885** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 415/2024

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.886** **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CV-013234-24/NY

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.887** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 450-2023-10007

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 23-13022

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1127-2024/ILN-PS0

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 829-2024/ILN-PS0

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 24-003630-NO

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: CACE-23-004968 (08)

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 2482CV00869

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 487-2024-02759

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 24BEM00567

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 229/2024

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.897**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 894/2024

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.898**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1125/2024

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.899**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 652795/2017

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.900**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: DGPC-D-064-2023

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.901**   **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 901/2024

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.902** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 546/2022/rmdeg

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CACE-24-007811 (03)

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 16-2024-SC-019004

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: FBT-CV-24-6133823-S

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1124/2024

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 123-CV-00071 (LDH)(LB)

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: GLO-L-000758-24

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 718/2024

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 899/2024

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

[NAME ON FILE]
[ADDRESS ON FILE]

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 202436950

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.912** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 715/2024

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.913** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 1215/2024

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address**

[NAME ON FILE]
[ADDRESS ON FILE]

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 2:21-CV-00898-TLN-ac

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address**

3CHEM CORPORATION
9002 NW 106TH ST
MEDLEY, FL 33178-1202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address**

AA ADVANCE AIR
1920 NW 32ND STREET
POMPANO BEACH, FL 33064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___24-11988-shl___ Doc 312 Filed 01/02/25 Entered 01/02/25 18:10:58 Main Document
    Spirit Airlines, Inc.             Pg 288 of 615
    Name                            Case number (if known)    24-11988 (SHL)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.917** **Nonpriority creditor's name and mailing address**

AAR AIRCRAFT SERVICES
2825 W PERIMETER RD
INDIANAPOLIS, IN 46241-3612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**3.918** **Nonpriority creditor's name and mailing address**

ABC INTERIORS UNLIMITED, INC.
BLOOMER RD
MAHOPAC, NY 10541-3708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**3.919** **Nonpriority creditor's name and mailing address**

ABOGADOS SIERRA Y VAZQUEZ, SC
PROLONGACION REFORMA 1190
25TH FLOOR
SANTA FE, 05300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          9,437.72

---

**3.920** **Nonpriority creditor's name and mailing address**

ABQ FUEL COMPANY, LLC
3551 ACCESS RD C SE
ALBUQUERQUE, NM 87106-4651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          2,681.06

---

**3.921** **Nonpriority creditor's name and mailing address**

ABSOLUTE AVIATION SERVICES, LLC
CHENEY SPOKANE RD
CHENEY, WA 99004-9082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,833.33 |
|---|---|---|---|---|

ACCESS INFORMATION MANAGEMENT CORPORATION
500 UNICORN PARK DR
WOBURN, MA 01801-3377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 400.60 |
|---|---|---|---|---|

ACCURATE SUPERIOR SCALE OF KC
1830 LINN ST
KANSAS CITY, MO 64116-3627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 20,594.48 |
|---|---|---|---|---|

ACRO AIRCRAFT SEATING LTD
UNIT 16 PERRYWOOD BUSINESS PARK
REDHILL, RH1 5JQ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,370.16 |
|---|---|---|---|---|

ACUITY SPECIALTY PRODUCTS INC
600 GALLERIA PKWY SE STE 1500
ATLANTA, GA 30339-5910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 568.76 |
|---|---|---|---|---|

ADMINISTRATION GENERALE DES
DOUANE DE L'AEROPORT
PORT-AU-PRINCE,
HAITI

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.927** | **Nonpriority creditor's name and mailing address** | |
| | ADVANCED IDENTIFICATION SOLUTIONS I<br>E HALLANDALE BEACH BLVD<br>HALLANDALE BEACH, FL 33009-4722 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $     Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.928** | **Nonpriority creditor's name and mailing address** | |
| | ADVOCATES FOR DISABLED AMERICANS<br>370 GROVE AVE<br>APT 106<br>WEST DEPTFORD, NJ 08086 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Legal Claim - Case No.: GLO-L-000758-24 | $     Undetermined |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.929** | **Nonpriority creditor's name and mailing address** | |
| | AERO 1 AIRCRAFT SUPPORT LLC.<br>SW 77TH AVE<br>MIAMI, FL 33156-2660 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $     2,742.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.930** | **Nonpriority creditor's name and mailing address** | |
| | AERO COMMERCIAL SERVICE, INC -ACS<br>411 S GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-1737 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $     Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.931** | **Nonpriority creditor's name and mailing address** | |
| | AERO COMPOSITES AND STRUCTURES INC.<br>CRESCENT DR<br>CARROLLTON, TX 75006-3642 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $     Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.932**   **Nonpriority creditor's name and mailing address**

AERO GROUND SOLUTIONS
340 KNOLL WOODS TER
ROSWELL, GA 30075-3415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.933**   **Nonpriority creditor's name and mailing address**

AERO INDUSTRIES INC
5745 HUNTSMAN RD
RICHMOND, VA 23250-2416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.934**   **Nonpriority creditor's name and mailing address**

AERO MAG 2000 BWI LLC
1003 AVIATION BLVD
BALTIMORE, MD 21240-2011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,743.54

---

**3.935**   **Nonpriority creditor's name and mailing address**

AERO MAG 2000 CLE LLC
PO BOX 81256
CLEVELAND, OH 44181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,804.94

---

**3.936**   **Nonpriority creditor's name and mailing address**

AERO PARTS MANAGEMENT
13639 TORTONA LN APT 2206
WINDERMERE, FL 34786-7469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

Pg 292 of 615

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AERO SYSTEMS ENGINEERING INC
DELK RD SE
MARIETTA, GA 30067-8836

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 42,389.64 |
|---|---|---|---|---|

AEROJET DE COSTA RICA SA
AEROPUERTO INT'L JUAN SANTAMARIA
ALAJUELA,
COSTA RICA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AEROSAFE PRODUCTS, INC. 1010493A
4405 INTERNATIONAL BLVD
STE B 116
NORCROSS, GA 30093

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,279.22 |
|---|---|---|---|---|

AEROSERVICIOS DE HONDURAS
AEROPUERTO INT'L LA MESA
OFICINA DE CRGA SWISSPORT,303
SAN PEDRO SULA, HONDURAS,
HONDURAS

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AEROSPACE ACCESSORY SERVICE, INC
2001 NW 79TH AVE
DORAL, FL 33122-1612

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942**   **Nonpriority creditor's name and mailing address**

AEROTECH AIRPORT MAINTENANCE
5164 GLENCOE AVE
WEBSTER, MN 55088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.943**   **Nonpriority creditor's name and mailing address**

AERSALE, INC.
255 ALHAMBRA CIR STE 435
CORAL GABLES, FL 33134-7409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.944**   **Nonpriority creditor's name and mailing address**

AETNA US HEALTHCARE-DENTAL DMO
PO BOX 70944
CHICAGO, IL 60673-0966

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    31,799.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.945**   **Nonpriority creditor's name and mailing address**

AGGREGATE INTELLIGENCE, INC.
615 GRISWOLD ST STE 520
DETROIT, MI 48226-3980

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,291.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.946**   **Nonpriority creditor's name and mailing address**

AGI GROUND, INC
9130 S DADELAND BLVD STE 1801
MIAMI, FL 33156-7858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    2,833,252.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.947**

**Nonpriority creditor's name and mailing address**

AGI INTERNATIONAL INC
10460 SW 64TH ST
MIAMI, FL 33173-2811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.948**

**Nonpriority creditor's name and mailing address**

AIR COST CONTROL
13800 NW 2ND ST, #100
SUNRISE, FL 33325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    27.10

---

**3.949**

**Nonpriority creditor's name and mailing address**

AIRBUS NORTH AMERICA CUSTOMER SERVI
PO BOX 822761
ROUTE 38 & EAST GATE DRIVE
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.950**

**Nonpriority creditor's name and mailing address**

AIRGAS GREAT LAKES
259 N RADNOR-CHESTER RD
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.951**

**Nonpriority creditor's name and mailing address**

AIRGAS INC DBA AIRGAS USA LLC
259 N RADNOR CHESTER RD
WAYNE, PA 19087-5240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
    Spirit Airlines, Inc.                                Pg 295 of 615
    Name                                                    Case number (if known)    24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.952** | **Nonpriority creditor's name and mailing address**

AIRLINE MAINTENANCE SERVICE INC
1857 AIR LANE DR
NASHVILLE, TN 37210-3811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.953** | **Nonpriority creditor's name and mailing address**

AIRLINE SUPPORT SERVICES OF EL SAL
2 NIVIL LOCAL, NO. 2-11
URB. MADRESELVA III, CALLE LLAMA
ANTIGUO CUSCATLAN
ANTIGUO CUSCATLAN, LA LIBERTAD,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.954** | **Nonpriority creditor's name and mailing address**

AIRLINES FOR AMERICA
1301 PENNSYLVANIA AVENUE
NW- SUITE 1100
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         16,110.67

---

**3.955** | **Nonpriority creditor's name and mailing address**

AIRLINES PARKING
8325 MERRIMAN ROAD
ROMULUS, MI 48174-0307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.956** | **Nonpriority creditor's name and mailing address**

AIRPORT SHOPPES
LUIS MUNOZ INT'L AIRPORT
P.O. BOX 37779
SAN JUAN, PR 00937

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         13.16

---

| Debtor | 24-11988-shl Doc 312 Filed 01/02/25 Entered 01/02/25 18:10:58 Main Document |
|---|---|
| | Spirit Airlines, Inc.          Case Number (if known)   24-11988 (SHL) |
| | Name |

Pg 296 of 615

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.957** | **Nonpriority creditor's name and mailing address**

AIRSITE 1010870A
CALLE 16 NO 41-143
OF 1302
MEDELLIN,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.958** | **Nonpriority creditor's name and mailing address**

AIRWAY MAINTENANCE LLC
15 CLINTON AVENUE
ROCKVILLE CENTRE, NY 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.959** | **Nonpriority creditor's name and mailing address**

AKZO NOBEL AEROSPACE COATINGS, INC
PO BOX 847204
DALLAS, TX 75284-7204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.960** | **Nonpriority creditor's name and mailing address**

ALL JETS MAINTENANCE
2011 BAYBERRY DRIVE
PEMBROKE PINES, FL 33024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.961** | **Nonpriority creditor's name and mailing address**

ALLIED AVIATION FUELING OF MIAMI
PO BOX 260847
MIAMI, FL 33126-0016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    8,806.75

---

Debtor __24-11988-shl__ __Doc 312__ Filed 01/02/25 Entered 01/02/25 18:10:58 __Main Document__
   Spirit Airlines, Inc.                          Pg 297 of 615      Case Number *(if known)*    24-11988 (SHL)
   Name

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.962** | **Nonpriority creditor's name and mailing address**

ALLIED AVIATION SERVICES
266 WEST 37TH STREET
SUITE 302
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 191,495.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address**

ALPINE SPRINGS BOTTLE WATER LLC
6575 ARVILLE ST STE A
LAS VEGAS, NV 89118-4386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address**

ALTICE DOMINICANA, S.A.
AVENIDA NUNEZ DE CACERES #8
BELLA VISTA
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address**

AM ALTERNATIVA AMBIENTAL S.A.S
CALLE 3 #65 - 95
MEDELLIN,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES, INC.
PO BOX 81226
SEATTLE, WA 98108-1300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.967** | **Nonpriority creditor's name and mailing address**

AMAZON.COM SALES, INC.
PO BOX 81207
SEATTLE, WA 98108-1207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address**

AMERICAN ARBITRATION ASSOCIATION
WARD & COOPER, LLC
ATTN: PATRICK C. COOPER
2100 SOUTHBRIDGE PARKWAY
SUITE 645
BIRMINGHAM, AL 35209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.969** | **Nonpriority creditor's name and mailing address**

AMERICAN ARBRITRATION ASSOCIATION
120 BROADWAY FL 21
NEW YORK, NY 10271-2700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    7,262.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address**

AMSAFE AVIATION-01
1043 N 47TH AVE
PHOENIX, AZ 85043-1817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address**

ANAGO FRANCHISING INC
6960 ORCHARD LAKE RD #231
WEST BLOOMFIELD, MI 48322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 979.67 |
|---|---|---|---|
| | ANCHOR FENCE INC<br>26345 PLYMOUTH RD<br>REDFORD, MI 48239-2210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|---|
| | ANSETT AIRCRAFT SPARES & SERVICES<br>12675 ENCINITAS AVE<br>SYLMAR, CA 91342 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,950.00 |
|---|---|---|---|
| | AOG ACCESSORIES<br>2549 NW 74TH AVE<br>MIAMI, FL 33122-1417 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | APPLEBY CAYMAN LTD<br>9TH FLOOR, 60 NEXUS WAY<br>PO BOX 190<br>CAMANA BAY<br>GRAND CAYMAN, KY1-1104 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | APS AVIATION INC<br>6700 DE LA CÔTE-DE-LIESSE CH<br>SAINT-LAURENT, QC H4T 2B5<br>CANADA | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Accrued Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.977** | **Nonpriority creditor's name and mailing address**

ARINC
PO BOX 951273
DALLAS, TX 75395-1273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.978** | **Nonpriority creditor's name and mailing address**

ARMOR-X LIMITED
RM 811
WEALTH COMMERCIAL CENTRE
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      667.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address**

ASCENT AVIATION GROUP, INC
ONE MILL STREET
PARISH, NY 13131-9715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.980** | **Nonpriority creditor's name and mailing address**

ASIRU, S.A. DE C.V.
AV. LA LUNA NO. MANZANA 5 LOTE 2
DEPT. A REGION 506
CANCUN,
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      1,778.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.981** | **Nonpriority creditor's name and mailing address**

ASLA - ASOCIACION SALVADORENA DE
CALLE CUSCATLAN ENTRE 81 Y 83 AV.
SUR. #133, COLONIA ESCALON
SAN SALVADOR,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.982** | **Nonpriority creditor's name and mailing address**

ASOC. DE MALETEROS UNIDOS
AEROPUERTO JUAN SANTAMARIA
ALAJUELA,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,078.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.983** | **Nonpriority creditor's name and mailing address**

ASTRONICS LUMINESCENT SYSTEMS, INC
130 COMMERCE WAY
EAST AURORA, NY 14052-2164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address**

AT&T - UNIVERSAL BILLER
PO BOX 5019
CAROL STREAM, IL 60197-5019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,238.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,646.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address**

ATLANTA AEROSPACE COMPOSITES
129 SKY HARBOR WAY
GRIFFIN, GA 30224-4873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.987**   **Nonpriority creditor's name and mailing address**

ATLANTA SCALES, INC
2100 MEREDITH PARK DR STE 2100
MCDONOUGH, GA 30253-7537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.988**   **Nonpriority creditor's name and mailing address**

ATLANTIC AVIATION MSY
P.O. BOX 951058
ATLANTIC AVIATION NEW ORLEANS
DALLAS, TX 75395-1058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     15,144.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.989**   **Nonpriority creditor's name and mailing address**

ATTRACT VENTURES INC
3154 HARTRIDGE TER
WELLINGTON, FL 33414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.990**   **Nonpriority creditor's name and mailing address**

AUSTIN FBO LLC DBA MILLION AIR AUST
4801 EMMA BROWNING AVE
AUSTIN, TX 78719-3303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     5,355.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.991**   **Nonpriority creditor's name and mailing address**

AUTOMATIC DATA PROCESSING
PO BOX 842875
BOSTON, MA 02284-2875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.992** | **Nonpriority creditor's name and mailing address**

AUTOTEK COATINGS AND COLLISION
8314 CHESWICK DR
HOUSTON, TX 77037-3621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**$**    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address**

AVAIRPROS SERVICES INC
5551 RIDGEWOOD DR
NAPLES, FL 34108-2718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**$**    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address**

AVAIRPROS, INC.
3555 KRAFT ROAD, SUITE 300
NAPLES, FL 34105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**$**    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address**

AVANADE INC
2ND AVE
SEATTLE, WA 98101-3427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**$**    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address**

AVFLIGHT AKRON - CANTON CORPORATION
6061 W AIRPORT DR
NOAH CANTON, OH 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$**    1,547.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.997** **Nonpriority creditor's name and mailing address**

AVIACION MANTENIMIENTO, S.A.
BARRIO LA PRIMAVERA DEL PAI 2 CN
1 CO 1/CN
MANAGUA,
NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.998** **Nonpriority creditor's name and mailing address**

AVIANOR, INC
12405 SERVICE ROAD A-2
MIRABEL, QC J7N 1E4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  19,160.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.999** **Nonpriority creditor's name and mailing address**

AVIATION SERVICE PARTNERS
210 AVIATION WAY
ALBERTVILLE, AL 35950-5600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 0** **Nonpriority creditor's name and mailing address**

AVIONICS SOLUTIONS LLC
LA RUE FRANCE
LAFAYETTE, LA 70508-3136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 1** **Nonpriority creditor's name and mailing address**

AVIS BUDGET GROUP, INC.
6 SYLVAN WAY STE 1
AVIS RENT A CAR SYSTEM, LLC
PARSIPPANY, NJ 07054-3826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  19,794.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.100 2**   **Nonpriority creditor's name and mailing address**

B & L SERVICE, INC.
PO BOX 950
FORT LAUDERDALE, FL 33302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.100 3**   **Nonpriority creditor's name and mailing address**

B/E AEROSPACE, INC.
88269 EXPEDITE WAY
CHICAGO, IL 60695-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     Undetermined

---

**3.100 4**   **Nonpriority creditor's name and mailing address**

BAGCENTRAL
790 ATLANTA SOUTH PKWY
ATLANTA, GA 30349-5986

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     142,135.30

---

**3.100 5**   **Nonpriority creditor's name and mailing address**

BAGGAGE - COLOMBIA
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     2,183.18

---

**3.100 6**   **Nonpriority creditor's name and mailing address**

BAGGAGE - DOMINICAN REPUBLIC
SANTO DOMINDO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     4,585.12

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 7** | **Nonpriority creditor's name and mailing address**

BAGGAGE - ECUADOR
GUAYAQUIL,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,280.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 8** | **Nonpriority creditor's name and mailing address**

BAGGAGE - GUA
GUATEMALA,
GUATEMALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 458.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 9** | **Nonpriority creditor's name and mailing address**

BAGGAGE - JAMAICA
MONTEGO BAY,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,938.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 0** | **Nonpriority creditor's name and mailing address**

BAGGAGE - MEXICO

MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,195.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 1** | **Nonpriority creditor's name and mailing address**

BAGGAGE - NICARAGUA
MANAGUA,
NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 288.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| **3.101 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 655.01 |
|---|---|---|---|
| | BAGGAGE - PERU | ☐ Contingent | |
| | PERU | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| **3.101 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 679.36 |
|---|---|---|---|
| | BAGGAGE - PTY PANAMA, PANAMA | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| **3.101 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 310.26 |
|---|---|---|---|
| | BAGGAGE - SAL EL SALVADOR, EL SALVADOR | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| **3.101 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 587.83 |
|---|---|---|---|
| | BAGGAGE - SAP TEGUCIGALPA, HONDURAS | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| **3.101 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,436.46 |
|---|---|---|---|
| | BAGGAGE - SJO SAN JOSE, COSTA RICA | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39,179.76 |
|---|---|---|---|

BAGS OF NEVADA
6751 FORUM DRIVE #200
ORLANDO, FL 32821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,113.99 |
|---|---|---|---|

BANCO DE COSTA RICA
ALAJUELA,
COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BARFIELD, INC.
PO BOX 931565
ATLANTA, GA 31193-1565

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 168.75 |
|---|---|---|---|

BERICK'S ENTERPRISES INC
2369 KRONPRINDSENS GADE
ST THOMAS, VI 00802-6252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BEST FIRE TECH CORP
PO BOX 190502
SAN JUAN, PR, PR 00919-0502

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.     Pg 309 of 615     Case Number (if known)    24-11988 (SHL)
Name

**Part 2:**    **Additional Page**

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.** | **Amount of claim** |
|---|---|

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

BEST WESTERN HOTEL LAS MERCEDES - M
FRENTE AL AEROPUERTO INTERNACIONAL
MANAGUA, NICARAGUA,
NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

BESTWAY SERVICES INC.
METROPLEX DR
NASHVILLE, TN 37211-3131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

BF AEROSPACE
W STATE ROAD 84
DAVIE, FL 33317-7364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

BFI WASTE SERVICES OF TEXAS
LITTLE YORK RD
HOUSTON, TX 77016-2435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

BIDW TECHNOLOGY PVT LTD
T
9/107
FARIDABAD, 121002
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    26,695.41

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102 7**

**Nonpriority creditor's name and mailing address**

BIG SKY AVIATION INC
405 N MILITARY TRAIL
WEST PALM BEACH, FL 33415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

BIRLASOFT CONSULTING, INC.
399 THORNALL STREET
EDISON, NJ 08837-2236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,975.75

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

BOEING DISTRIBUTION INC.
PO BOX 842267
DALLAS, TX 75284-2267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 303.36

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

BOEING DISTRIBUTION SRVC INC
88289 EXPEDITE WAY
CHICAGO, IL 60695-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

BOSFUEL CORP
PO BOX 16487
WASHINGTON, DC 20041-6487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,752.32

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
Name
Pg 311 of 615
Case Number (if known)    24-11988 (SHL)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 2**   **Nonpriority creditor's name and mailing address**

BRANCH METRICS, INC.
1400B SEAPORT BLVD STE 200
REDWOOD CITY, CA 94063-5635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 3**   **Nonpriority creditor's name and mailing address**

BREAKTHRU BEVERAGE ILLINOIS LLC
3333 S. LARAMIE AVE
CICERO, IL 60804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 4**   **Nonpriority creditor's name and mailing address**

BRIDPORT AIR CARRIER INC
2220 E CERRITOS AVE
ANAHEIM, CA 92806-5709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 5**   **Nonpriority creditor's name and mailing address**

BUDGET RENT A CAR SYSTEM, INC
14297 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    69,942.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 6**   **Nonpriority creditor's name and mailing address**

C&W FACILITY SERVICES INC.
140 KENDRICK ST BLDG 201
NEEDHAM HEIGHTS, MA 02494-2739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

C3 CUSTOMER CONTACT CHANNELS
1200 S PINE ISLAND ROAD
SUITE 200
PLANTATION, FL 33324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 341,090.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

CABLE & WIRELESS JA LTD. / LIME
47 HALF WAY TREE ROAD
KINGSTON 5,,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 264.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

CAE FLIGHT SERVICES USA
W WALNUT HILL LN
IRVING, TX 75038-1001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 486,435.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

CALIBER SERVICE MANAGEMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

CANTEEN REFRESHMENTS SERVICES
1050 MILLER DR
ALTAMONTE SPRINGS, FL 32701-7505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.      Pg 313 of 615    Case Number (if known)    24-11988 (SHL)

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 2** **Nonpriority creditor's name and mailing address**

CARDINAL PATH LLC
515 N STATE ST STE 2200
CHICAGO, IL 60654-4974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,609.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 3** **Nonpriority creditor's name and mailing address**

CARE PROPERTY SERVICES, LLC
4230 CAMERON ST
LAS VEGAS, NV 89103-3718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 4** **Nonpriority creditor's name and mailing address**

CARRIER CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 5** **Nonpriority creditor's name and mailing address**

CAUSEY AVIATION SERVICES
1725 E INTERNATIONAL DR
MORRISVILLE, NC 27560-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,966.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 6** **Nonpriority creditor's name and mailing address**

CCA FINANCIAL, LLC
7275 GLEN FOREST DR
RICHMOND, VA 23226-3779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 7**    **Nonpriority creditor's name and mailing address**

CDS MESTEL CONSTRUCTION CORP
2120 JERICHO TPKE
NEW HYDE PARK, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 8**    **Nonpriority creditor's name and mailing address**

CERTIFIED AVIATION SERVICES LLC
P.O. BOX 225
SANTA CLARA, CA 95052-0225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    5,306.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 9**    **Nonpriority creditor's name and mailing address**

CHARLES SCHWAB BANK
P.O BOX 75714
CLEVELAND, OH 44101-4755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 0**    **Nonpriority creditor's name and mailing address**

CHARLES TOMBRAS ADVERTISING, INC
620 S GAY ST
KNOXVILLE, TN 37902-1603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 1**    **Nonpriority creditor's name and mailing address**

CINTAS CORP-LOC 49k acct 19402
PO BOX 630910
CINCINNATI, OH 45263-0921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.     Pg 315 of 615     Case Number (if known)    24-11988 (SHL)

Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.105 2

**Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFETY
P.O. BOX 631025
CINCINNATI, OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,940.05

---

### 3.105 3

**Nonpriority creditor's name and mailing address**

CITY OF HOUSTON, UTILITIES
P.O BOX 1560
HOUSTON, TX 77251-1560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,629.30

---

### 3.105 4

**Nonpriority creditor's name and mailing address**

CITYWIDE COMMERCIAL SERVICES, INC.
1527 LINCOLN AVE
HOLBROOK, NY 11741-2216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 631.48

---

### 3.105 5

**Nonpriority creditor's name and mailing address**

CLARK HILL P.L.C.
ATTORNEYS AT LAW
500 WOODWARD AVENUE SUITE 3500
DETROIT, MI 48226-3435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,310.50

---

### 3.105 6

**Nonpriority creditor's name and mailing address**

CLEAN HARBORS ENVIRONMENTA SERVICES
PO BOX 9149
BOSTON, MA 02061-9149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| | **Part 2:** | **Additional Page** | | | |
|---|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | | **Amount of claim** | |

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

CLIPMAKERZ, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

COBHAM AEROSPACE COMMUNICA
4105 RUE COUSENS
SAINT-LAURENT, QC H4S 1V6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

COFAE - BOG
AEROPUERTO EL DORADO
LOCAL 2419-7 MUELLE NAL
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

COFORGE, INC.
1050 CROWN POINTE PARKWAY
5TH FLOOR
ATLANTA, GA 30338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    103,534.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

COLIBRI-HAITI, S.A.
TOUSSAINT LOUVERTURE INTERNATIONAL AIRPO
GUY MALARY AEROGARE
PORT AU PRINCE,
HAITI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    5,666.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2**   **Nonpriority creditor's name and mailing address**

COLIN CRILLEY
1201 NW 21ST ST
FORT LAUDERDALE, FL 33311-3650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 3**   **Nonpriority creditor's name and mailing address**

COMCAST
PO BOX 37601
PHILADELPHIA, PA 19101-0601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    3,886.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 4**   **Nonpriority creditor's name and mailing address**

COMCEL S.A. / CLARO
DIRECCION BOCAGRANDE CR 2 # 9
CARTAGENA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    541.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 5**   **Nonpriority creditor's name and mailing address**

COMPANIA MUNDIAL DE SEGUROS SA
CALLE 33 N 6B-24 PISOS 1, 2 Y3
SEGUROS MUNDIAL
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    50.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 6**   **Nonpriority creditor's name and mailing address**

COMPUTACENTER UNITED STATES, INC.
UNIVERSITY AVE
WESTWOOD, MA 02090-2180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

CONHYDRA S.A.
CALLE 32F
NO 63A-117
MEDELLIN,,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

CONROE WELDING SUPPLY
S FRAZIER ST
CONROE, TX 77301-5006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    819.23

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

CONSTANT AVIATION LLC
5211 SECONDARY RD
CLEVELAND, OH 44135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,000.22

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

CONSULATE-GENERAL OF JAMAICA, MIAMI
44 W FLAGLER ST STE 400
MIAMI, FL 33130-6800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

CONTRACT AIRCRAFT MX
16395 NW 136TH STREET
PLATTE CITY, MO 64079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.107 2** Nonpriority creditor's name and mailing address

CONVERGE TECHNOLOGY SOLUTIONS US
130 TECHNOLOGY PKWY
PEACHTREE CORNERS, GA 30092-2908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,460.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 3** Nonpriority creditor's name and mailing address

COOPESA
P.O. BOX 24-4060
ALAJUELA,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 4** Nonpriority creditor's name and mailing address

CORRIGAN OIL CO NO II
775 N 2ND ST
BRIGHTON
BRIGHTON, MI 48116-1218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 5** Nonpriority creditor's name and mailing address

COUPA SOFTWARE, INC
950 TOWER LANE, 20TH FLOOR
FOSTER CITY, CA 94404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 6** Nonpriority creditor's name and mailing address

COURONNE BAR
AEROPPORT TOUSSAINT LOUVERTURE
AEROPPORT TOUSSAINT LOUVERTURE
PORT-AU-PRINCE,
HAITI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 126.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
   Spirit Airlines, Inc.    Pg 320 of 615    Case Number (if known)    24-11988 (SHL)

Name

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

CREATIVE CONCEPTS OF ORLANDO, INC
1650 FOREST AVE
LONGWOOD, FL 32750-6423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,760.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

CREW & BA SA DE CV
MEXICO,
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,017.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

CRITICAL INVESTIGATIVE SERVICE
500 E BROWARD BLVD, STE 1710
FORT LAUDERDALE, FL 33394-3005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT CORPORATION
44 S WASHINGTON ST
CROWN LIFT TRUCHS
NEW BREMEN, OH 45869-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 168.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**

CSI AEROSPACE INC
2020 W DETROIT
BROKEN ARROW, OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

CURTIS STRINGFELLOW dba CURTISS AER
6905 GILLIS JOHNSON ST
FORT WORTH, TX 76179-3315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     6,998.33

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

CUSHMAN & WAKEFIELD U.S. INC.
PO BOX 9296
NEW YORK, NY 10087-9296

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     24,190.42

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

DADE GSE INC.
5727 NW 7TH ST # 162
5727 NW 7TH ST
MIAMI, FL 33126-3105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

DAIFUKU SERVICES AMERICA CORP
PO BOX 487
TAVARES, FL 32778-0487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.108 7**

**Nonpriority creditor's name and mailing address**

DASI LLC
PO BOX 392817
PITTSBURGH, PA 15251-2817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

DATASITE LLC
MARQUETTE AVE
MINNEAPOLIS, MN 55402-2352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

DAVIES SKYCAP SERVICES, INC
2627 N HOLLYWOOD WAY
BURBANK, CA 91505-1062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

DC GROUP
1977 W RIVER RD STE 1
MINNEAPOLIS, MN 55411-3444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

DEDIENNE AEROSPACE LLC
1550 NW 96 AVE
MIAMI, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

DELI INTERNACIONAL S.A.
AV DE LAS AMERICAS SN
COREA 128 Y AV AMAZONAS
GUAYAQUIL,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 46.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

DELOITTE RD, S.A.
NO.150 EDIFICIO DIANDY XIX
4TO. PISO
SANTO DOMINGO, D.N.,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

DELTA AIR LINES, INC
PO BOX 101153
ATLANTA, GA 30392-1153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

DENVER INTERNATIONAL AIRPORT
8500 PEÑA BLVD
DENVER, CO 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 2024CV31335

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

DES WHOLESALE LLC
601 W CROSSVILLE RD
ROSWELL, GA 30075-2693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 812.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.1097 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 12,933.45 |
|---|---|---|---|---|

DESTER NORTH AMERICA, INC
6191 N. STATE HIGHWAY 161
IRVING, TX 75038-2246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1098 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,968.50 |
|---|---|---|---|---|

DFW WASTE OIL SERVICE INC
PO BOX 40531
FORT WORTH, TX 76140-0531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DHL
14076 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DIEHL AEROSPACE, INC
12001 HIGHWAY 280
STERRETT, AL 35147-8901

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 380.82 |
|---|---|---|---|---|

DIGICEL
RKA BLDG, 10-16 GRENADA WAY
KINGSTON 5,,
JAMAICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

DIRECCION GENERAL DE ADUANAS
AV. ABRAHAM LINCOLN NO. 1101
CASI ESQUINA JOHN F. KENNEDY DEL ENSANCHE SERRALLES EDIFI
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

DIRECCION GENERAL DE MIGRACION
DE LUPERON
AUT 30 DE MAYO, ESQ. HEROES
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            156.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

DIRECTV
PO BOX 60036
LOS ANGELES, CA 90060-0036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            1,269.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

DISTRESSED PASSENGERS SOLUTIONS
DISTRESSED PASSENGERS
AIR PROTECTION SERVICE
CANCUN,
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            10,173.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

DIVERSIFIED COMMUNICATIONS GROUP
4435 AICHOLTZ ROAD, SUITE 900
CINCINNATI, OH 45245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            1,450.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**

DJB GAS SERVICES, INC.
PO BOX 1811
SALT LAKE CITY, UT 84110-1811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,010.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

DMARCIAN, INC.
PO BOX 1007
BREVARD, NC 28712-1007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,488.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

DOLLAR THRIFTY CAR RENTAL
PO BOX 121194
TRAVEL INDURSTRY DEPT
DALLAS, TX 75312-1194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

DONE RIGHT BUILDING SERVICES, INC.
COPLEY PL
BOSTON, MA 02116-6504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 579.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

DRIESSEN CATERING EQUIPMENT, INC.
3340C GREENS ROAD SUITE 300
HOUSTON, TX 77032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 2**   **Nonpriority creditor's name and mailing address**

DS JORDAN CONSTRUCTION INC.
12555 BISCAYNE BLVD # 880
NORTH MIAMI, FL 33181-2522

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 3**   **Nonpriority creditor's name and mailing address**

DT INSTRUMENTATION SERVICES, INC
PO BOX 2225
MANATI, PR 00674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    663.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 4**   **Nonpriority creditor's name and mailing address**

DUCERA PARTNERS LLC
11 TIMES SQ FL 36
NEW YORK, NY 10036-6600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 5**   **Nonpriority creditor's name and mailing address**

DYNAMIC ENGINE SOLUTIONS
11511 FM 830 RD
WILLIS, TX 77318-5555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,598.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 6**   **Nonpriority creditor's name and mailing address**

ECUBE SOLUTIONS LLC
3536 S CESSNA DR
COOLIDGE, AZ 85128-1204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

EDMO DISTRIBUTORS INC
12830 E MIRABEAU PKWY
SPOKANE VALLEY, WA 99216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

ELC SECURITY PRODUCTS
8252 NW 30TH TERRACE
MIAMI, FL 33122-1914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

ELP AVIATION
1159 DONALD LANE
CONWAY SPRINGS, KS 67031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,372.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

EMPIRE OFFICE, INC
654 MADISON AVE # 14FL
NEW YORK, NY 10065-8404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

EMPRESA DE ENERGIA DEL QUINDIO
CARRERA 13 NO 14-17
ARMENIA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 2**

**Nonpriority creditor's name and mailing address**

EMPRESAS AIC
UVERAL, LICEY SANTIAGO
DOMINICAN REPUBLIC,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           Undetermined

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

EMPRESAS GUTIERREZ-LAS FLORES ICE
SECTOR LAS FLORES #55
BDA. LAS FLORES ICE PLANT
RIO GRANDE, PR 00745-5035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           Undetermined

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

ENITEL

NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           107.93

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

EPIC AVIATION LLC
VETERANS WAY
ORLANDO, FL 32827-7719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           Undetermined

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

EQUINITI TRUST COMPANY
CENTRE POINTE CURV
SAINT PAUL, MN 55120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           Undetermined

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 187.50 |
|---|---|---|---|

ERIE AVIATION, INC
PO BOX 8283
ERIE, PA 16505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ESPECIALES TRANSGIREN TOURS S.A.S.
CALLE 24 # 19A - 52
SAN JOSE DEL GUAVIARE,
COLOMBIA

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,486.03 |
|---|---|---|---|

ESTUDIO SPINGARN & MARKS S.A.
ORELLANA E4-430 Y AMAZONAS
ORELLANA 500
EDIFICIO,
ECUADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,437.99 |
|---|---|---|---|

EUREST DINING SERVICES
2400 YORKMONT RD
2400 YORKMONT ROAD
CHARLOTTE, NC 28217-4511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

EVIDENT SCIENTIFIC, INC.
WOERD AVE
WALTHAM, MA 02453-3826

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.113 2**    **Nonpriority creditor's name and mailing address**

EXCEL CORPORATE SERVICES INC
1370 NW 191 ST
MIAMI GARDENS, FL 33169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.113 3**    **Nonpriority creditor's name and mailing address**

EXOTIC METALS
5411 SOUTH 226 STREET
KENT, WA 98032-1891

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.113 4**    **Nonpriority creditor's name and mailing address**

EXPRESS CATERING LIMITED
SANGSTERS INTL AIRPORT
MONTEGO BAY, W.I.,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5.94

---

**3.113 5**    **Nonpriority creditor's name and mailing address**

F & E AIRCRAFT MAINTENANCE LLC
PO BOX 660707
MIAMI, FL 33159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.113 6**    **Nonpriority creditor's name and mailing address**

FAIR AUDITORS LTDA
CARRERA 8 A N 106-54
OFFICINA 303
BOGOTA,,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    542.76

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.113 7**   **Nonpriority creditor's name and mailing address**

FEDERAL AVIATION ADMINISTRATION
OFFICE OF THE CHIEF COUNSEL AVIATION LITIGATION DIVISION
ATTN: DAVID KESSLER, ESQ.
800 INDEPENDENCE AVENUE
SW WASHINGTON, DC 20591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 2024SO950028

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 8**   **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
P.O. BOX 94515
PALATINE, IL 60094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    7,768.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 9**   **Nonpriority creditor's name and mailing address**

FIRECRAFT OF NEW YORK
45 W JEFRYN BLVD STE 101
DEER PARK, NY 11729-5722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 0**   **Nonpriority creditor's name and mailing address**

FIRE-LINK TECHNOLOGIES, INC
5200 SW 163RD AVE
SOUTHWEST RANCHES, FL 33331-1438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 1**   **Nonpriority creditor's name and mailing address**

FIRETROL PROTECTION SYSTEMS
400 GARDEN OAKS BLVD
HOUSTON, TX 77018-5504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.114
2**

**Nonpriority creditor's name and mailing address**

FISK ELECTRIC COMPANY
10855 WESTVIEW DR
HOUSTON, TX 77043-5047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.114
3**

**Nonpriority creditor's name and mailing address**

FJET,LLC
1551 LAS GLORIETAS SW
ALBUQUERQUE, NM 87105-8414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      1,100.00

---

**3.114
4**

**Nonpriority creditor's name and mailing address**

FLIGHT CHECK COMMERCIAL AVIATION SE
142 TOUHY CT
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      527.03

---

**3.114
5**

**Nonpriority creditor's name and mailing address**

FLIGHT TECH WORLDWIDE CORPORATION
5600 NW 36TH ST
1799 NW 20TH ST, HO
MIAMI, FL 33166-2787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      21,055.00

---

**3.114
6**

**Nonpriority creditor's name and mailing address**

FLIGHTDECK SOLUTIONS S de RL
10 AVENIDA1RA CALLE CENTRO COMERCIAL
SAN PEDRO,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      9,158.60

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.114 7**   **Nonpriority creditor's name and mailing address**

FLIGHTLINE MAINTENANCE LLC
2367 AIRLINE
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 819.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 8**   **Nonpriority creditor's name and mailing address**

FLORIDA SUPPLY USA
N GOLDENROD RD
ORLANDO, FL 32807-8360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 9**   **Nonpriority creditor's name and mailing address**

FLOW / COLUMBUS COMMUNICATIONS JA L
6-8 ST LUCIA AVE
KINGSTON 5,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 97.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 0**   **Nonpriority creditor's name and mailing address**

FORD & HARRISON LLP
PO BOX 890836
CHARLOTTE, NC 28289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,331.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 1**   **Nonpriority creditor's name and mailing address**

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.115 2 | **Nonpriority creditor's name and mailing address** <br><br> FRANK WEINBERG & BLACK PL <br> 7805 SW 6TH CT <br> PLANTATION, FL 33324-3203 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $              10,258.67 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.115 3 | **Nonpriority creditor's name and mailing address** <br><br> G & S MECHANICAL USA INC <br> 3409 W HARRY ST <br> WICHITA, KS 67213-1407 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Accrued Trade Payable | $              Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.115 4 | **Nonpriority creditor's name and mailing address** <br><br> G T MICHELLI CO INC <br> 130 BROOKHOLLOW ESPLANADE <br> NEW ORLEANS, LA 70123-5102 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Accrued Trade Payable | $              Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.115 5 | **Nonpriority creditor's name and mailing address** <br><br> G1 FACILITY SERVICES <br> 2029 MORRIS AVE STE 2 <br> UNION, NJ 07083-6047 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Accrued Trade Payable | $              Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.115 6 | **Nonpriority creditor's name and mailing address** <br><br> G2 SECURE STAFF, LLC <br> PO BOX 674159 <br> DALLAS, TX 75267-4159 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $              222,619.56 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

GA TELESIS
1850 N W 49TH STREET
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

GALLUP INC
1001 GALLUP DR
P.O. BOX 74007531
OMAHA, NE 68102-4222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

GAT AIRLINE GROUND SUPPORT
PO BOX 88029
MOBILE, AL 36608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    922,217.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

GCG GROUND SERVICES JAMAICA LTD
SANGSTER INTERNATIONAL AIRPORT
P.O. BOX 604
MONTEGO BAY,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    35,009.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

GCG SECURITY DE COSTA RICA SOCIEDAD
CASINO FIESTA 100M ESTE
CASA ESQUINERA COLOR TERRACOTA
ALAJUELA,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    13,577.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

GENERAL AIR SERVICES- AUA
L.G SMITH BLVD., 52
P.O. BOX 1196
ORANJESTAD,,
ARUBA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,067.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

GENERAL ELECTRIC COMPANY
1 NEUMANN WAY
CINCINNATI, OH 45215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 123-CV-00071 (LDH)(LB)

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

GLOBAL AIRTECH
16539 SATICOY ST
VAN NUYS, CA 91406-1739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

GLOBAL ENGINE STANDS, INC
SW 143RD CT
MIAMI, FL 33186-7612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

GLOBAL OPERADORA HOTELERA S.A.S.
KM 26 VIA SAJONIA GLORIETA
AEROPUERTO J.M.C.
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.116 7** | **Nonpriority creditor's name and mailing address**

GM VOICES, INC
6515 SHILOH RD, STE 300
ALPHARETTA, GA 30005-8325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 8** | **Nonpriority creditor's name and mailing address**

GODDARD CATERING GROUP COLOMBIA S.A
CR 41 A A 18 B SUR 36 P 3
MEDELLÍN, 169
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 9** | **Nonpriority creditor's name and mailing address**

GOLD COAST BEVERAGE DISTRB. INC
1751 N.W 12TH AVENUE
POMPANO BEACH, FL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,841.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 0** | **Nonpriority creditor's name and mailing address**

GOODRICH LIGHTING SYSTEMS
GMBH
BERTRAMSTR. 8
LIPPSTADT, 59557
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 1** | **Nonpriority creditor's name and mailing address**

GOOGLE INC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 2**   **Nonpriority creditor's name and mailing address**

GOVERNMENT OF GUATEMALA
15 AVENIDA 9-69 ZONA 13
CIUDAD DE GUATEMALA,
GUATEMALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 01042-2019-00818

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 3**   **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS
100 NEWPORT AVENUE EXT
QUINCY, MA 02171-1759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    10,177.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 4**   **Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
33960 TREASURY CENTER
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 5**   **Nonpriority creditor's name and mailing address**

GREEN IRONY, LLC
2ND AVE S
SAINT PETERSBURG, FL 33701-4313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    69,610.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 6**   **Nonpriority creditor's name and mailing address**

GREENBERG TRAURIG PA
333 SE 2ND AVE #4400
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,512.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.117 7**

**Nonpriority creditor's name and mailing address**

GRUPO DE TRANSPORTE CH TURISMO
LA LIMA, CORTES
COL. LOS PINOS, CALLE PRINCIPAL
SAN PEDRO SULA,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 162.55

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

GSE AMERICA LLC
ANCHUCA DR
LAKELAND, FL 33811-1859

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

H&E EQUIPMENT SERVICES INC
6227 E ADAMO DR
TAMPA, FL 33619-3407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,181.35

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

HAECO CABIN SOLUTIONS, LLC
8010 PIEDMONT TRIAD PKWY
GREENSBORO, NC 27409-9407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

HAMILTON SUNDSTRAND CORP.
PO BOX 120647
DEPT 890647
DALLAS, TX 75312-0647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.     Pg 341 of 615     Case Number (if known)    24-11988 (SHL)
Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

HARVEY WATT & CO
475 N CENTRAL AVE
ATLANTA, GA 30354-1650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

HAWK EXPRESS INC.
5578 NW 161ST STREET
MIAMI GARDENS, FL 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

HEICO AEROSPACE CORPORATION
PO BOX 116914
ATLANTA, GA 30368-6914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      12,555.28

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD
BONITA SPRINGS, FL 34134-4325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

HI-LINE
P.O. BOX 972081
DALLAS, TX 75397-2081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      57.88

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

HIREQUEST LLC DBA SNELLING
VANTAGE PKWY E
HOUSTON, TX 77032-1977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,084.00

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

HIRERIGHT, LLC
PO BOX 847891
DALLAS, TX 75284-7891

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,876.96

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

HOME SERV DELIVERY, LLC
6751 FORUM DR STE 200
ORLANDO, FL 32821-8089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    7,342.30

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

HOPPER
265 FRANKLIN ST STE 1702
BOSTON, MA 02110-3144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

HPI DIRECT
200 CENTRAL AVE STE 2000
SAINT PETERSBURG, FL 33701-3567

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    41,783.62

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2**

**Nonpriority creditor's name and mailing address**

HR DIRECT / G NEIL DIRECT
PO BOX 451179
SUNRISE, FL 33345-1179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

HRD AERO SYSTEMS, INC.
25555 AVENUE STANFORD
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

HUNTLEIGH  USA CORPORATION
DEPARTMENT #96-0429
OKLAHOMA CITY, OK 73196-0429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,248.54

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

IAH FUEL COMPANY LLC
W 37TH ST
NEW YORK, NY 10018-4547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,528.75

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

IATA - BSP CANADA
800 PLACE VICTORIA PO BOX 113, 14 FL
MONTREAL, QC H4Z 1M1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1197**   **Nonpriority creditor's name and mailing address**

IATA ORGANISMO INTERNACIONAL REGINA
CALLE RAMON BELLOSO, FINAL PASAJE ISOLDE
COLONIA ESCALON
SAN SALVADRO,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    4,420.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1198**   **Nonpriority creditor's name and mailing address**

ILLGANAYEV

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: CV-013234-24/NY

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1199**   **Nonpriority creditor's name and mailing address**

IMSS / INSTITUTO MEXICANO DE SEGURO
MEXICO CITY,
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    4,964.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1200**   **Nonpriority creditor's name and mailing address**

INAC
KM 11 1/2 CARRETERA NORTE
APARTADO POSTAL 4936
MANAGUA,,
NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    4,512.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1201**   **Nonpriority creditor's name and mailing address**

INFARE SOLUTIONS
BORGERGADE 14, 2 FLOOR
KOBENHAVN, 1300
DENMARK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1202**

**Nonpriority creditor's name and mailing address**

INFOTEL CONSEIL / BLAGNAC
13 RUE MADELEINE MICHELIS
NEUILLY-SUR-SEINE, 92200
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                55,476.00

---

**3.1203**

**Nonpriority creditor's name and mailing address**

INGENIERIA EN REFRIGERACION GOMEZ G
CALLE 25 SUR NO. 1-14 ESTE
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    423.85

---

**3.1204**

**Nonpriority creditor's name and mailing address**

INMIGRATION OFFICE
BOULEVARD SANTA ELENA
ANTIGUO CUSCATLÁN,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 022-GL15-2024

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.1205**

**Nonpriority creditor's name and mailing address**

INMIGRATION OFFICE
BOULEVARD SANTA ELENA
ANTIGUO CUSCATLÁN,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 929-GL12-2023

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.1206**

**Nonpriority creditor's name and mailing address**

INSTITUTO COSTARICENCE

COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    150.15

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.120 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 153,811.48 |
|---|---|---|---|---|

INTEGRATED DEICING SERVICES
175 AMMON DRIVE
MANCHESTER, NH 03103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 597.74 |
|---|---|---|---|---|

INTERASEO AEROPUERTO S.A.S. E.S.P
124- A AVENIDA CALLE 17 #124100
BOGOTA,
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 4.34 |
|---|---|---|---|---|

INVERSIONES LLERS, S.R.L.
ZONA FRANCA
AEROPUERTO INT'L DE LAS AMERICAS
SANTO DOMINGO,
DOMINICAN REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

J&J&D SERVICES, INC DBA SIERRA AVIA
9247 ARCHIBALD AVE
SIERRA AVIATION GROUP
RANCHO CUCAMONGA, CA 91730-5207

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

J.D.L INDUSTRIES, INC.
9500 NW 12 STREET
BAY 6
MIAMI, FL 33172

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Spirit Airlines, Inc. | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
| | Name | | Case Number (if known) | 24-11988 (SHL) | |

24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Pg 347 of 615

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**

JB GARAGE DOORS
12195 NW 98TH AVE
HIALEAH, FL 33018-2941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

JC INTERNATIONAL S.A.
AEROPORT INTERNATIONAL
TOUSSAINT LOUVERTURE
PORT-AU-PRINCE,
HAITI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

JET AIRCRAFT MAINTENANCE, INC.
PO BOX 668965
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

JET INFRASTRUCTURE HOLDING IA LLC
2900 SE 14TH AVE
FORT LAUDERDALE, FL 33316-4214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

JET INTERNATIONAL - AUA
CAYA FRERE ARNOLD #4
ORANJESTAD,
ARUBA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$     2,015.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.121 7**

**Nonpriority creditor's name and mailing address**

JET REPAIR CENTER, INC.
7501 NW 52ND STREET
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

JETBLUE AIRWAYS
PO BOX 842124
DALLAS, TX 75284-2124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

JETBLUE AIRWAYS CORPORATION
2701 QUEENS PLZ N
FLOOR 6
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1:23-cv-10678-WGY

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

JETRIGHT AVIATION MAINTENANCE, LLC
HANGAR LN
NASHVILLE, TN 37217-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      21,277.60

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

JETSCAPE SERVICES LLC
240 SW 34TH STREET
FOR LAUDERDALE, FL 33315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

Debtor   24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document
Spirit Airlines, Inc.   Pg 349 of 615   Case Number *(if known)*   24-11988 (SHL)
Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122 2**

**Nonpriority creditor's name and mailing address**

JETT PRO LINE MAINTENANCE
2601 FORTUNE CIRCLE DRIVE E.
SUITE 101-A
INDIANAPOLIS, IN 46241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,639.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

JLL VALUATION & ADVISORY SERVICES
200 EAST RANDOLPH STREET
FLOOR 43-48
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

JORGE HUMBERTO CASTANEDA BAMBU Y SABOR DEL EDEN
LOCAL 10B - 10C
AEROPUERTO EL EDEN
ARMENIA, QUINDIO,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

JOSE LLOREDA CAMACHO & CO. S.A
CALLE 72 NO. 5-83 PISO 5
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 117.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

JP ORLANDO LLC
ATTN: JAN-PRO OF CENTRAL FLORIDA
4403 VINELAND RD
ORLANDO, FL 32811-7362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JULIANA AIRPORT HANDLERS N.V
PRINCESS JULIANA IN'L AIRPORT
ST. MAARTEN, N.A,
SAN MARINO

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KEENAN TECHNICAL INDUSTRIES, INC
PO BOX 1101
SOUTHWICK, MA 01077-1101

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.122 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KELLSTROM COMMERCIAL AEROSPACE INC
DEPT. CH 17334
PALATINE, IL 60055-7334

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.123 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,141.60 |
|---|---|---|---|

KFORCE INC AND SUBSIDIARIES
P.O. BOX 277997
ATLANTA, GA 30384-7997

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.123 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

KIMBALL ELECTRONIC LAB INC
8081 WEST 21ST LANE
HIALEAH, FL 33016

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

Debtor  24-11988-shl  Doc 312  Filed 01/02/25  Entered 01/02/25 18:10:58  Main Document
    Spirit Airlines, Inc.            Pg 351 of 615     Case Number (if known)   24-11988 (SHL)
    Name

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 76,260.34 |
|---|---|---|---|

KIRSTEIN & YOUNG PLLC
1750 K. STREET N.W
SUITE 200
WASHINGTON, DC 20006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 65,257.90 |
|---|---|---|---|

KLDISCOVERY ONTRACK
GREENSBORO DR
MC LEAN, VA 22102-3814

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,584.59 |
|---|---|---|---|

KONICA MINOLTA
21146 NETWORK PL
CHICAGO, IL 60673-1211

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|

KPMG ACCOUNTING ADVISORY SERV
EDIFICIO KMPG, BLVD MULTIPLAZA
ESCAZU, COSTA RICA
CEDULA JURIDICA 3-101-147673,
COSTA RICA

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 34,098.00 |
|---|---|---|---|

KRONOS INCORPORATED
P.O. BOX 743208
ATLANTA, GA 30374

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 7** **Nonpriority creditor's name and mailing address**

KYNDRYL, INC.
51 E 42ND ST FL 15
NEW YORK, NY 10017-5430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 109,700.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 8** **Nonpriority creditor's name and mailing address**

LABELMASTER
5724 N. PULASKI AVE
CHICAGO, IL 60647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 9** **Nonpriority creditor's name and mailing address**

LAERDAL MEDICAL CORPORATION
167 MYERS CORNERS RD
WAPPINGERS FALLS, NY 12590-3869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 0** **Nonpriority creditor's name and mailing address**

LATITUDE 83 LTD
WICKSTEAD COURT
CROESWYLAN LANE
OSWESTRY, SY10 9PN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 1** **Nonpriority creditor's name and mailing address**

LAUREL HIGHLANDS JET CENTER
AVIATION LN
LATROBE, PA 15650-5399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.124 2**   **Nonpriority creditor's name and mailing address**

LEE THOMPSON CO
1718 ELMVIEW DR
HOUSTON, TX 77080-7215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 3**   **Nonpriority creditor's name and mailing address**

LEGEND AEROSPACE
8292 NW SOUTH RIVER DRIVE
MEDLEY, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 4**   **Nonpriority creditor's name and mailing address**

LEKI AVIATION USA, INC
14251 NW 4TH ST
SUNRISE, FL 33325-6225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 5**   **Nonpriority creditor's name and mailing address**

LEVARTI LIMITED
8 PARK LIFTS, 63 LYHAM RD
LONDON, EC2M 5QQ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    135,395.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 6**   **Nonpriority creditor's name and mailing address**

LGAFUEL, LLC
266 W 37TH ST FL 302
3RD FLOOR / SU
NEW YORK, NY 10018-4547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    46,669.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LIEBHERR AEROSPACE SALINE  INC
1465 WOODLAND DRIVE
SALINE, MI 48176-1259

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,184.84 |
|---|---|---|---|

LIFESAFETY MANAGEMENT INC.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LINDE GAS & EQUIPMENT INC
10 RIVERVIEW DR
DANBURY, CT 06810-6268

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 127,011.28 |
|---|---|---|---|

LITTLER MENDELSON
PO BOX 45547
SAN FRANCISCO, CA 94145-0547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LIVELYHOOD, INC.
1666 CONNECTICUT AVE NW STE 100
WASHINGTON, DC 20009-1060

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.125 2** **Nonpriority creditor's name and mailing address**

LOCKTECH
26A BROOKFIELD RD.
PASADENA, MD 21122-2102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.125 3** **Nonpriority creditor's name and mailing address**

LONGPORT AVIATION SECURITY SDQ
AEROPUERTO INTL LAS AMERICAS
SANTO DOMINGO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      8,470.73

---

**3.125 4** **Nonpriority creditor's name and mailing address**

LONGPORT COLOMBIA LTDA.
CRA. 103 BIS NO. 25B-20
PBX: (57-1) 415 67 81
BOGOTA D.C,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      62,098.03

---

**3.125 5** **Nonpriority creditor's name and mailing address**

LOOPUP LLC
2ND ST
SAN FRANCISCO, CA 94105-3122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      1,514.70

---

**3.125 6** **Nonpriority creditor's name and mailing address**

LOS ANGELES COUNTY TREASURER
PO BOX 512399
LOS ANGELES, CA 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      35,297.75

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 7** **Nonpriority creditor's name and mailing address**

LOS ANGELES WORLD AIRPORTS
1 WORLD WAY
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 24TRCV03377

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 8** **Nonpriority creditor's name and mailing address**

LOUISVILLE REGIONAL AIRPORT AUTHORI
700 ADMINISTRATION DR
LOUISVILLE, KY 40209-1537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 9** **Nonpriority creditor's name and mailing address**

LOWE'S COMPANIES, INC.
1000 LOWES BLVD
MOORESVILLE, NC 28117-8520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 0** **Nonpriority creditor's name and mailing address**

LUFTHANSA TECHNIK
PO BOX 7247 - 0006739
PHILADELPHIA, PA 19170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 65,609.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 1** **Nonpriority creditor's name and mailing address**

MAHALICHI'S CONSTRUCTION
186 ANDES DRIVE OLD HARBOUR
SAINT CATHERINE, JMACE18
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 2**

**Nonpriority creditor's name and mailing address**

MAINSAIL PROPERTY MANAGEMENT, LLC.
4602 EISENHOWER BLVD
TAMPA, FL 33634-6359

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

MAIZES
WARD & COOPER, LLC
ATTN: PATRICK C. COOPER
2100 SOUTHBRIDGE PARKWAY
SUITE 645
BIRMINGHAM, AL 35209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

MANKIEWICZ COATINGS, LLC
415 JESSEN LANE
CHARLESTON, SC 29492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    598.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

MANTOMAIN CIA. LTDA.
CONCEPCION EDMUNDO CHIRIBOGA N46-115
Y ALCIVAR OFC. PB
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    6,446.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

MAXIMUS GLOBAL SERVICES LLC
PO BOX 227295
MIAMI, FL 33222-7295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    45,253.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7**

**Nonpriority creditor's name and mailing address**

MEASURETECH INTERNATIONAL INC
20650 BAHAMA ST
CHATSWORTH
CHATSWORTH, CA 91311-6101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,370.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

MED-AIR, INC
2450 NW 110TH AVE
MIAMI, FL 33172-1915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

MEDAIRE, INC.
1250 W WASHINGTON
SUITE 442
TEMPE, AZ 85281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

MELBOURNE AIRPORT AUTHORITY
1 AIR TERMINAL PKWY STE 220
MELBOURNE, FL 32901-1888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,131.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

MENZIES AVIATION (ASIG)
4900 DIPLOMACY ROAD
FORT WORTH, TX 76155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MENZIES AVIATION ST. MAARTEN
PRINCESS JULIANA INTL. AIRPORT
P.O. BOX 2003
ST. MAARTEN, NTHLAND, ANTILLES,
SAN MARINO

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,670.80 |
|---|---|---|---|

MERCURY AIR CENTER BURBANK ATLANTIC
10750 SHERMAN WAY
BURBANK, CA 91505-1042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

METASOURCE LLC
S BUSINESS PARK DR
DRAPER, UT 84020-7621

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

METRON AVIATION INC
45300 CATALINA CT STE 101
DULLES, VA 20166

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MIAMI SWIMMING ACADEMY
2199 NE 180TH ST
MSA & BRAVO SWIMMING
NORTH MIAMI BEACH, FL 33162

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 283.33 |
|---|---|---|---|

MICRO ACCOUNTING SERVICES LTD.
7 WEST AVENUE
KINGSTON GARDENS
PO BOX 13 KINGSTON 4,
JAMAICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,837.50 |
|---|---|---|---|

MILLER & CHEVALIER
900 16TH ST NW
WASHINGTON, DC 20006-2915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,788.10 |
|---|---|---|---|

MOFFITT HOLDINGS, LLC
HOUSE HAHL RD
CYPRESS, TX 77433-8213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.128 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MONROE PLUMBING & HEATING CO
506 COOPER ST
MONROE, MI 48161-1647

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.128 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N MARKET ST
WILMINGTON, DE 19801-1147

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
   Spirit Airlines, Inc.    Pg 361 of 615
   Name      Case Number *(if known)*    24-11988 (SHL)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.128 2 | **Nonpriority creditor's name and mailing address** <br> MOSAIC CONSULTING GROUP LLC <br> P.O. BOX 306138 <br> NASHVILLE, TN 37230-6138 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 1,077.38 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.128 3 | **Nonpriority creditor's name and mailing address** <br> MOTAVITA ASESORES S.A.S <br> CR 69G 70 53 <br> BOGOTA, <br> COLOMBIA | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.128 4 | **Nonpriority creditor's name and mailing address** <br> MOTOROLA SOLUSTIONS, INC <br> 500 W MONROE ST <br> CHICAGO, IL 60661-3671 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 1,660.35 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.128 5 | **Nonpriority creditor's name and mailing address** <br> NASSAR HOLDING CORPORATION <br> CENTRO AMERICA <br> CENTRO AMERICA, NY | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 15,466.18 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.128 6 | **Nonpriority creditor's name and mailing address** <br> NATIONAL AVIATION SERVICES <br> PO BOX 3753 <br> MOORESVILLE, NC 28117 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 3,534.30 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1287**

**Nonpriority creditor's name and mailing address**

NATIONAL DISTRIBUTING DBA RNDC GA
ONE NATIONAL DRIVE SW
ATLANTA, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1288**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26439/24-17-03-2

$                                Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1289**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 28032/24-17-03-1

$                                Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1290**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 27332/24-17-03-2

$                                Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1291**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26446/24-17-08-7

$                                Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.129 2** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26445/24-17-11-9

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 3** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 18860/24-17-09-2

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 4** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 19231/24-17-12-1

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 5** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 28026/24-17-06-5

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 6** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 27338/24-17-08-3

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1297**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 18354/24-17-05-3

$                              Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.1298**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26440/24-17-02-4

$                              Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.1299**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26847/24-17-07-6

$                              Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.1300**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 28023/24-17-07-9

$                              Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.1301**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim

$                              Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.130 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26436/24-17-04-4

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26853/24-17-12-7

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 28028/24-17-05-3

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 27334/24-07-10-5

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26852/24-17-06-9

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 19746/24-17-12-1

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 28031/24-17-10-3

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 27347/24-17-10-9

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 28033/24-17-06-9

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26850/24-17-09-2

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
| | Spirit Airlines, Inc. | | | | |
| | Name | | Case Number (if known) | | 24-11988 (SHL) |

Pg 367 of 615

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 28030/24-17-04-5

$                                     Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26447/24-17-08-4

$                                     Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26854/24-17-04-9

$                                     Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 19747/24-17-03-6

$                                     Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 27337/24-17-11-4

$                                     Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 7**    **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 8**    **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26441/24-17-11-8

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 9**    **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26848/24-17-01-1

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 0**    **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26435/24-17-12-2

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 1**    **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26849/24-17-12-5

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
        Name               Pg 369 of 615      Case number *(if known)*    24-11988 (SHL)

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.132
2**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26844/24-17-04-5

$               Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132
3**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26451/24-17-01-2

$               Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132
4**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26437/24-17-10-3

$               Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132
5**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 27336/24-17-01-6

$               Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132
6**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26444/24-17-09-4

$               Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 7**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26036/23-17-05-6

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 28035/24-17-10-1

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 19748/24-17-08-9

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.133 2**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26449/24-17-10-2

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26448/24-17-05-4

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26442/24-17-05-7

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 26438/24-17-14-4

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.133 7**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26443/24-17-03-6

$    Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 26450/24-17-10-4

$    Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 19745/24-17-12-6

$    Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 19238/24-17-04-5

$    Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 18353/24-17-05-9

$    Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.134 2** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 28025/24-17-05-6

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 3** **Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF MIGRATION
AV. HOMERO 1832
SECC, MIGUEL HIDALGO
POLANCO, POLANCO
CIUDAD DE MÉXICO, 11510
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 27333/24-17-06-1

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 4** **Nonpriority creditor's name and mailing address**

NATIONAL MINORITY SUPPLIER DEVELOPM
BROADWAY
NEW YORK, NY 10018-7102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 5** **Nonpriority creditor's name and mailing address**

NAVBLUE SAS
1 ROND-POINT MAURICE
BLAGNAC, 31707
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 6** **Nonpriority creditor's name and mailing address**

NAVEX GLOBAL, INC
5500 MEADOWS RD
SUITE 500
LAKE OSWEGO, OR 97035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.134 7** **Nonpriority creditor's name and mailing address**

NAVITAIRE, INC.
23604 NETWORK PLACE
CHICAGO, IL 60673-1236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,908.76

---

**3.134 8** **Nonpriority creditor's name and mailing address**

NETTRACER, INC.
2675 PACES FERRY ROAD
SUITE 240
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,869.47

---

**3.134 9** **Nonpriority creditor's name and mailing address**

NEW ORLEANS AIRLINE CONSORTIUM LLC
RIDGEWOOD DR
NAPLES, FL 34108-2718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.135 0** **Nonpriority creditor's name and mailing address**

NEW TECH AIRCRAFT SERVICES
PO BOX 90653
LOS ANGELES, CA 90009-0653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.135 1** **Nonpriority creditor's name and mailing address**

NEXGEN AERO
2900 NW 112TH AVE UNIT 2
DORAL, FL 33172-1834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**

NIACC-AVITECH TECHNOLOGIES, INC
245 W DAKOTA AVE
CLOVIS, CA 93612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

NICA SAFE
VILLA LIBERTAD -CASA COMUNAL 1 C AL SUR
MANAGUA,
NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

NOLA AVIATION
1516 HACKBERRY AVE
METAIRIE, LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   18,502.07

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

NUART
322 E WELCH CT
TRAVERSE CITY, MI 49686-4873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

NYCO AMERICA LLC
87 AMLAJACK WAY
NEWNAN, GA 30265-1068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   32,793.60

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

ODP BUSINESS SOLUTIONS LLC
PO BOX 1413
CHARLOTTE, NC 28201-1413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    4,909.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

OPERACIONES TURISTICAS PERUANAS
CALLE COLON NO. 115
MIRAFLORES, LIMA,
PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

OPERADORA TURISTICA DARA GL SA DE C
SMZA 3 MZ 12LT 22 CALLE ROBALO
CANCUN, 77500
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

ORACLE AMERICA , INC.
P.O. BOX  203448
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

ORD FUEL COMPANY LLC
4900 DIPLOMACY RD
FORT WORTH, TX 76155-2639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    7,455.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

ORD LIFT GSE INC
4430 ARMITAGE AVE
MELROSE PARK, IL 60160-1031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 402.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

ORGANISMO INTERNACIONAL - GUA
AEROPUERTO LA AURORA
GUATEMALA,
GUATEMALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

ORLANDO FUEL FACILITIES LLC
4900 DIPLOMACY RD
FORT WORTH, TX 76155-2639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

ORLANDO UTILITIES COMMISSION
100 W ANDERSON STREET
ORLANDO, FL 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

OWL AEROSPACE
2311 THOMAS ST
HOLLYWOOD, FL 33020-2038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,518.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.136 7** **Nonpriority creditor's name and mailing address**

OXFORD ELECTRONICS, INC.
PO BOX 10566
NEWARK, NJ 07193-0566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.136 8** **Nonpriority creditor's name and mailing address**

PAGE EXTERMINATING SERVICES, INC.
30A MAVERICK ST
EAST BOSTON, MA 02128-2311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.136 9** **Nonpriority creditor's name and mailing address**

PALMEROLAINTERNATIONAL AIRPORT S.A.
COLONIA LOMAS DE GUIJARRO SUR
DISTRITO CENTRAL FCO
MORAZAN,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.137 0** **Nonpriority creditor's name and mailing address**

PAN AMERICAN TOOL CORPORATION
5990 N.W. 31ST AVENUE
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.137 1** **Nonpriority creditor's name and mailing address**

PAUL HASTINGS, LLP
515 S FLOWER ST
LOS ANGELES, CA 90071-2228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.137 2 | **Nonpriority creditor's name and mailing address**<br><br>PEOPLE2STRATEGY INC.<br>PETERS RD<br>SUITE 1000<br>PLANTATION, FL 33324-3266 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.137 3 | **Nonpriority creditor's name and mailing address**<br><br>PERIMETER LOGISTICS INC<br>STORY RD W<br>IRVING, TX 75038-5267 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 274,067.15 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.137 4 | **Nonpriority creditor's name and mailing address**<br><br>PERIMETERX, INC.<br>S EL CAMINO REAL<br>SAN MATEO, CA 94402-1710 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.137 5 | **Nonpriority creditor's name and mailing address**<br><br>PERKINS SCALE CORP<br>4184 RESERVOIR AVE<br>LOUISVILLE, KY 40213-2039 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 240.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.137 6 | **Nonpriority creditor's name and mailing address**<br><br>PERRONE LEATHER APPAREL<br>50 SOUTH MAIN STREET<br>GLOVERSVILLE, NY 12078 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,872.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.137 7 | **Nonpriority creditor's name and mailing address**<br><br>PERSISTENT SYSTEMS, INC<br>2055 LAURELWOOD RD STE 210<br>SANTA CLARA, CA 95054-2727 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 2,592.50 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.137 8 | **Nonpriority creditor's name and mailing address**<br><br>PHILIPPI, PRIETOCARRIZOSA, FERRERO<br>AVENIDA SANTA CRUZ NO. 888 PISO 4<br>MIRAFLORES<br>LIMA,<br>PERU | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.137 9 | **Nonpriority creditor's name and mailing address**<br><br>PHL FUEL FACILITIES LLC<br>3 HOG ISLAND RD<br>PHILADELPHIA, PA 19153-3809 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 21,373.51 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.138 0 | **Nonpriority creditor's name and mailing address**<br><br>PIT ATLANTIC AVIATION<br>300 HORIZON DR<br>MOON TOWNSHIP, PA 15108 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 616.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.138 1 | **Nonpriority creditor's name and mailing address**<br><br>PLUXOTEL<br>29 BOULEVARD CARENAGE<br>CAP-HAITIEN,<br>HAITI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 131.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 2**   **Nonpriority creditor's name and mailing address**

POLLOCK INVESTMENTS, INC
1 POLLOCK PL
GRAND PRAIRIE, TX 75050-7939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    612.50

---

**3.138 3**   **Nonpriority creditor's name and mailing address**

PORTLAND AIRLINES CONSORTIUM, LLC
7000 N E AIRPORT WAY SUITE 3108
PORTLAND, OR 97218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    40,359.63

---

**3.138 4**   **Nonpriority creditor's name and mailing address**

PPG INDUSTRIES, INC.
PO BOX 534985
ATLANTA, GA 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.138 5**   **Nonpriority creditor's name and mailing address**

PRATT & WHITNEY - GTF ENG LEASING
400 MAIN ST
EAST HARTFORD, CT 06118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.138 6**   **Nonpriority creditor's name and mailing address**

PRATT & WHITNEY COMMERCIAL ENGINE
400 MAIN STREET
EAST HARTFORD, CT 06118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.138 7**   **Nonpriority creditor's name and mailing address**

PREFERRED COMPOSITE SERVICES
8474 NW 61ST ST
MIAMI, FL 33166-3338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.138 8**   **Nonpriority creditor's name and mailing address**

PREVENTIVE MAINTENANCE TECHNOLOGIES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.138 9**   **Nonpriority creditor's name and mailing address**

PRIME FLIGHT AVIATION SVCS/GSE
3 SUGAR CREEK CENTER BLVD STE 450
SUGAR LAND, TX 77478-2216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    677,056.63

---

**3.139 0**   **Nonpriority creditor's name and mailing address**

PROMOZATION LLC
N PLEASANTBURG DR
GREENVILLE, SC 29609-2728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,064.00

---

**3.139 1**   **Nonpriority creditor's name and mailing address**

PROPONENT/KAPCO
PO BOX 841349
LOS ANGELES, CA 90084-1349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139 2**   **Nonpriority creditor's name and mailing address**

PROSEGUR SERVICES GROUP, INC.
HERNDON PKWY
HERNDON, VA 20170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    61,238.04

---

**3.139 3**   **Nonpriority creditor's name and mailing address**

PROSERV AVIATION HOLDINGS, LLC
10551 S OAKVIEW PKWY STE 400
OAK CREEK, WI 53154-5630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    18,165.08

---

**3.139 4**   **Nonpriority creditor's name and mailing address**

PYE BARKER FIRE & SAFETY, LLC
2924 NW 109TH AVE
DORAL, FL 33172-5073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    240.07

---

**3.139 5**   **Nonpriority creditor's name and mailing address**

QUALTRICS LLC
400 W 5050 N STE 100
PROVO, UT 84604-5650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.139 6**   **Nonpriority creditor's name and mailing address**

QUENCH USA, INC
630 ALLENDALE RD STE 200
SUITE 200
KING OF PRUSSIA, PA 19406-1695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.139 7**

**Nonpriority creditor's name and mailing address**

QUIQ, INC.
BAXTER LN
PO BOX 11062
BOZEMAN, MT 59719-7044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 221,323.96

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

R2 UNIFIED TECHNOLOGIES
N FEDERAL HWY
980 980 N FEDERAL HWY
BOCA RATON, FL 33432-2708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

REALWAVE, INC
OWENS AVE
CARLSBAD, CA 92008-5507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,137.86

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

REGENT AEROSPACE CORPORATION
28110 WEST HARRISON PARKWAY
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

RENO FUELING FACILITIES CORPORATION
PO BOX 16487
WASHINGTON, DC 20041-6487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,083.73

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.      Pg 385 of 615      Case Number *(if known)*    24-11988 (SHL)

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING COMP
441 SW 12TH AVE
DEERFIELD BEACH, FL 33442-3109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

RESTAURANT.COM
W SHURE DR
ARLINGTON HEIGHTS, IL 60004-1460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    415.00

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

RESTAURANTES MALINCHE COSTA RICA
300 MTS SUR DEL CITY MALL
SAN ANTONIO
RAADIAL FRANCISCO,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    122.52

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

RETAIL IN MOTION LIMITED
UNIT 57 BLACKTHORN ROAD
SANDYFORD,
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

RL PUBLICIDAD
2 CUADRAS AL ESTE, 3 CUARAS AL SUR
NICARAGUA,
NICARAGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    100.00

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 7** | **Nonpriority creditor's name and mailing address**

RMT GLOBAL PARTNERS
E SOUTHLAKE BLVD
SOUTHLAKE, TX 76092-8040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 8** | **Nonpriority creditor's name and mailing address**

RO & LA PRIVATE SECURITY SRV
ANDADOR MZA-1 LTE-44 QUINTANA
BENITO JUAREZ
CANCUN, SM2 7750
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    74,332.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 9** | **Nonpriority creditor's name and mailing address**

ROHR, INC. 1000282A
PO BOX 905594
CHARLOTTE, NC 28290-5594

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 0** | **Nonpriority creditor's name and mailing address**

ROSE PEST SOLUTIONS
PO BOX 309
TROY, MI 48099-0309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 1** | **Nonpriority creditor's name and mailing address**

ROYAL WASTE SERVICES, INC.
18740 HOLLIS AVE
HOLLIS, NY 11423-2808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    510.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

RSW FUEL COMPANY LLC
201 E PINE ST
ORLANDO, FL 32801-2729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,765.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

SABRE, INC.
3150 SABRE DRIVE
MD 8510
SOUTHLAKE, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   43,469.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

SAFRAN AEROSYSTEMS SERVICES AMERICA
WORLD DR
PEACHTREE CITY, GA 30269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

SAFRAN CABIN CZ S.R.O. 1000359A
UNIVERZITNI 1119/34
PLZEN 301 00
CZECH REPUBLIC,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

SAFRAN CABIN INC.
5701 BOLSA AVE
HUNTINGTON BEACH, CA 92647-2063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,191.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1417** **Nonpriority creditor's name and mailing address**

SAFRAN LANDING SYSTEMS (SAS)
ATTN: FINANCE DEPARTMENT
78142 VELIZY-VILLACOUBLAY
CEDEX - FRANCE,
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$　　Undetermined

---

**3.1418** **Nonpriority creditor's name and mailing address**

SAFRAN LANDING SYSTEMS SERVICES MX
AV DE LA NORIA NO 131
MEXICO, 76220
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$　　294,697.46

---

**3.1419** **Nonpriority creditor's name and mailing address**

SALT LAKE TERMINAL & EQUIPMENT CONS
CONTINENTAL BLVD
EL SEGUNDO, CA 90245-5047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$　　Undetermined

---

**3.1420** **Nonpriority creditor's name and mailing address**

SAN ANTONIO AIRLINES CONSORTIUM, IN
AIRPORT BLVD
TERMINAL A
SAN ANTONIO, TX 78216-4888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$　　Undetermined

---

**3.1421** **Nonpriority creditor's name and mailing address**

SAN DIEGO AIRLINES CONSORTIUM
3707 N HARBOR DR
SAN DIEGO, CA 92101-1096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$　　42,279.45

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**

SANIDAD VEGETAL - PUJ
SUBDIRECCION CUARENTENA VEGETAL
DEPARTAMENTO SANIDAD VEGETAL
PUNTA CANA,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

SANTAREY SERVICES
5900 AVE. ISLA VERDE
SUITE 2-358
CAROLINA, PR 00979-5746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,428.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

SAP AMERICA INC
3999 WEST CHESTER PIKE
NEWTOWN SQUARE, PA 19073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,393.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

SARL ERGOSS LOGICIELS
RUE DE CAULET ERGOSS LOGICIELS
TOULOUSE, 31300
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

SATAIR
PO BOX 74008759
CHICAGO, IL 60674-8759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

SCANDIT INC
711 ATLANTIC AVE FL 6
BOSTON, MA 02111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,950.00

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

SCG & ASSOCIATES DBA TEAM SCG
3149 SW 42ND ST
FORT LAUDERDALE, FL 33312-6802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

SEATAC FUEL FACILITIES LLC
PO BOX 16487
WASHINGTON, DC 20041-6487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,188.39

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

SEATTLE TACOMA AIRLINE CONSORTIUM
INTERNATIONAL BLVD
SEATAC, WA 98158-1202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,853.63

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

SECRETARIA DE ADMINISTRACION Y FINA
PROLONGACION REFORMA NO. 1190
TB PISO 25
CUAJIMALPA DE MORELOS, 05349
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 530.51

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 2**   **Nonpriority creditor's name and mailing address**

SECURITAS COLOMBIA, S.A.
AV. CALLE 26 NO. 92-32 LOTE 1-16
EDIFICIO D CENTRO EMPRESARIAL
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 994.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 3**   **Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SERVICES
SEDGWICK WAY
MEMPHIS, TN 38125-1128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 136,432.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 4**   **Nonpriority creditor's name and mailing address**

SENTRY AEROSPACE CORP
708 GINESI DRIVE
MORGANVILLE, NJ 07751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 5**   **Nonpriority creditor's name and mailing address**

SEPROISA SERVICIOS
AV. JAVIER PRADO ESTE 1104.
OF 602
LIMA 27,,
PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 6**   **Nonpriority creditor's name and mailing address**

SERVICE ELECTRIC SUPPLY INC.
15424 OAKWOOD DR
ROMULUS, MI 48174-3653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 48.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1437**

**Nonpriority creditor's name and mailing address**

SERVICIOS AEREOS GUATEMALTECOS
PRIMER NIVEL RAMPA SUR TERMINAL AEREA
ZONA 13
GUATEMALA,
GUATEMALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1438**

**Nonpriority creditor's name and mailing address**

SERVICIOS AEROPORTUARIOS INTEGRADOS
CALLE 25D #95A-40
CALLE 25D
BOGOTA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    76,154.89

---

**3.1439**

**Nonpriority creditor's name and mailing address**

SERVICORE GS CORP
NW 119TH ST
HIALEAH, FL 33018-4106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1440**

**Nonpriority creditor's name and mailing address**

SETNA IO, LLC.
475 BOND ST
LINCOLNSHIRE, IL 60069-4228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1441**

**Nonpriority creditor's name and mailing address**

SHEMLON S.A.
COREA #126 Y AV AMAZONAS
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    145.41

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**

SICHALA
LA CALETA, BOCA CHICA
AEROPUERTO INTL DE LAS AMERICAS
SANTO DOMINGO ESTE,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

SIGNED BY BB dba PDF SIGNS
6021 NW 31ST AVE
FORT LAUDERDALE, FL 33309-2209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

SITA
P.O. BOX 26212
NETWORK PLACE
CHICAGO, IL 60673-1262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    57,422.14

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

SJC FUEL COMPANY, LLC
2500 SEABOARD AVE
SAN JOSE, CA 95131-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    17,763.64

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

SKILLSOFT CORP
107 NORTHEASTERN BLVD
NASHUA, NH 03062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 7**   **Nonpriority creditor's name and mailing address**

SKY MART SALES CORPORATION
PO BOX 522007
MIAMI, FL 33152-2007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 8**   **Nonpriority creditor's name and mailing address**

SKYKO INTERNATIONAL, LLC
GATEWAY DR
PLATTSBURGH, NY 12901-5382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 9**   **Nonpriority creditor's name and mailing address**

SKYLARK CONSTRUCTION CORP
121 MOORE ST
NEW HYDE PARK
NEW HYDE PARK, NY 11040-1344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145 0**   **Nonpriority creditor's name and mailing address**

SKYTEAM INTERNATIONAL CO.
6851 W. SUNRISE BLVD, #130
PLANTATION, FL 33313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145 1**   **Nonpriority creditor's name and mailing address**

SKYTOP VENDING LLC
1509 WESTERN AVE
LAS VEGAS, NV 89102-2601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.145 2 | **Nonpriority creditor's name and mailing address**<br><br>SLC FUEL COMPANY, LLC<br>1070 N 3930 W<br>SALT LAKE CITY, UT 84116-1274 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 7,851.16 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address**<br><br>SLICKOR, INC. | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.145 4 | **Nonpriority creditor's name and mailing address**<br><br>SMCONT S.A.S.<br>AMAZONAS E4-430 Y ORELLANA<br>EDIFICIO ORELLANA 500<br>PISO,<br>ECUADOR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.145 5 | **Nonpriority creditor's name and mailing address**<br><br>SMF FUEL COMPANY<br>7330 EARHART DR<br>SACRAMENTO, CA 95837-1134 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 8,655.71 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.145 6 | **Nonpriority creditor's name and mailing address**<br><br>SMITH GAMBRELL & RUSSELL LLP<br>1230 PEACHTREE ST NE #3100<br>ATLANTA, GA 30309 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 47,868.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | 24-11988-shl | Doc 312 | Filed 01/02/25 | Entered 01/02/25 18:10:58 | Main Document |
|---|---|---|---|---|---|

Spirit Airlines, Inc.
Name

Pg 396 of 615

Case Number (if known)   24-11988 (SHL)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.145 7** **Nonpriority creditor's name and mailing address**

SMITHS DETECTION
2202 LAKESIDE BLVD
EDGEWOOD, MD 21040-1102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,387.32

---

**3.145 8** **Nonpriority creditor's name and mailing address**

SNELLING HIREQUEST NJ
1915 NEW ROAD
NORTHFIELD, NJ 08225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.145 9** **Nonpriority creditor's name and mailing address**

SNI COMPANIES CORP
PO BOX 825811
PHILADELPHIA, PA 19182-5811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.146 0** **Nonpriority creditor's name and mailing address**

SOFTGEAR SOLUTIONS PVT. LTD
DDA FLATS NO B792, TYPE-A
BINDAPUR,
NEW DELHI, 110059
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.146 1** **Nonpriority creditor's name and mailing address**

SOL AVIATION SERVICES LIMITED
3RD FLOOR ITC BUILDING
ST. MICHAEL, 23027
BARBADOS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.146 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,910.00 |
| --- | --- | --- | --- |

SOLAIR GROUP
10421 SW 187 TERR
MIAMI, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

SOLO GRAPHIX
305 MACHINE LOOP
SCOTT, LA 70583

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

SOUTHERN SKY AVIATION MAINTENANCE LLC
E LAKE BLVD
BIRMINGHAM, AL 35217-4325

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

SP PLUS CORPORATION
200 E RANDOLPH ST #7700
CHICAGO, IL 60601

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

SP PLUS GLOBAL IMS
PO BOX 60751
3110 SOUTH TERMINAL RO
HOUSTON, TX 77205-0751

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.146 7** | **Nonpriority creditor's name and mailing address**

SPECIALIZED TRANSFER LLC
NELS ANDERSON RD
BEND, OR 97701-5717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,660.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 8** | **Nonpriority creditor's name and mailing address**

SPRINGARN-NEWLAW S&M S.A.S
ORELLANA E4-430 Y AMAZONAS
EDIFICIO ORELLANA 500
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 9** | **Nonpriority creditor's name and mailing address**

SQS, INC.
13040 MERRIMAN RD
LIVONIA, MI 48150-1803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 0** | **Nonpriority creditor's name and mailing address**

STAR AVIATION, INC.
9001 W HIGHWAY 42
GOSHEN, KY 40026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 1** | **Nonpriority creditor's name and mailing address**

STARLINE SYSTEMS, INC
545 THIRD STREET
MANHATTAN BEACH, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147 2**  **Nonpriority creditor's name and mailing address**

STL FUEL COMPANY, LLC
PO BOX 16487
WASHINGTON, DC 20041-6487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,516.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 3**  **Nonpriority creditor's name and mailing address**

STS COMPONENT SOLUTIONS LLC
2910 SW 42 AVE
PALM CITY, FL 34990

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 4**  **Nonpriority creditor's name and mailing address**

STS REPAIR AND MODIFICATION LLC
100 AEROSPACE DR UNIT 6
MELBOURNE, FL 32901-1804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 222,949.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 5**  **Nonpriority creditor's name and mailing address**

STS SVCS / LINE MTNCE
P.O BOX 2684
STUART, FL 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,795.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 6**  **Nonpriority creditor's name and mailing address**

SUBVALLE S.A.S.
AVENIDA 6N NO. 21N - 22 PISO 2
CALI,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147 7**   **Nonpriority creditor's name and mailing address**

SUMMIT FIRE & SECURITY LLC
PO BOX 6783
CAROL STREAM, IL 60197-6783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,113.58

---

**3.147 8**   **Nonpriority creditor's name and mailing address**

SUN COAST RESOURCES INC
6405 CAVALCADE ST
HOUSTON, TX 77026-4315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 402.22

---

**3.147 9**   **Nonpriority creditor's name and mailing address**

SUNLINE TECHNICAL MAINTENANCE
AIRPORT RD 69, CARGO BULIDING
SINT MAARTEN, 1744
NETHERLANDS ANTILLES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,391.03

---

**3.148 0**   **Nonpriority creditor's name and mailing address**

SUPERIOR AIRCRAFT SERVICES INC
300 CHESTERFIELD CTR
CHESTERFIELD, MO 63017-4867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.148 1**   **Nonpriority creditor's name and mailing address**

SWISSPORT FUELING INC-MSP
PO BOX 16487
SWISSPORT SA FUEL SERVICES LLC
WASHINGTON, DC 20041-6487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.05

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.148 2**   **Nonpriority creditor's name and mailing address**

SWISSPORT SA FUEL SERVICES, LLC
FINANCE DEPARTMENT
45025 AVIATION DR #350
DULLES, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    58,535.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 3**   **Nonpriority creditor's name and mailing address**

SWISSPORT USA INC
PO BOX 734001
CHICAGO, IL 60673-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    129,365.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 4**   **Nonpriority creditor's name and mailing address**

SYNAPTIC AVIATION
PONCE DE LEON BLVD
CORAL GABLES, FL 33134-5446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 5**   **Nonpriority creditor's name and mailing address**

TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT ST STE 1800
CINCINNATI, OH 45202-3920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 6**   **Nonpriority creditor's name and mailing address**

TALENTO INC
255 ALHAMBRA CIRCLE
SUITE 520
CORAL GABLES, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |  |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.148 7**

**Nonpriority creditor's name and mailing address**

TALMA ECUADOR SERVICIOS
PICHINCHA, VIA ALPACHACA SN
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,297.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

TALMA SERVICIOS AEROPORTUARIOS
AV. ELMER FAUCETT NRO. 2879 LIMA CARGO
CITY CALLAO
CALLO,
PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

TALX CORP DBA EQUIFAX WORKFORCE
1550 PEACHTREE ST NE
ATLANTA, GA 30309-2402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

TANK TIGERS-STS AVIATION SERVICES
11502 JONES MALTSBERGER RD
SAN ANTONIO, TX 78216-2831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

TANTALLON ORLANDO, LLC
1500 SAND LAKE RD
ORLANDO, FL 32809-7081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,531.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.149 2** Nonpriority creditor's name and mailing address

TEAM JAS INC.
8493 BAYMEADOWS WAY
JACKSONVILLE, FL 32256-1222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 7,950.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.149 3** Nonpriority creditor's name and mailing address

TECHNA NDT 1011217A
S 216TH ST
KENT, WA 98032-1389

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Accrued Trade Payable

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.149 4** Nonpriority creditor's name and mailing address

TECHNOGYM USA CORP
700 US HIGHWAY 46
FAIRFIELD, NJ 07004-1591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Accrued Trade Payable

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.149 5** Nonpriority creditor's name and mailing address

TELEDYNE CONTROLS
501 CONTINENTAL BLVD
EL SEGUNDO, CA 90245

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Accrued Trade Payable

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.149 6** Nonpriority creditor's name and mailing address

TELEINTE S.A.S.
CRA. 10 NO. 96-29 OF. 201-211
BOGOTA,
COLOMBIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 21.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1497** **Nonpriority creditor's name and mailing address**

TELESOFT LLC DBA CALERO
5343 N. 16TH ST. STE 300
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   10,812.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1498** **Nonpriority creditor's name and mailing address**

TELOS CORPORATION
19886 ASHBURN RD
ASHBURN, VA 20147-2358

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   489.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1499** **Nonpriority creditor's name and mailing address**

TERMINIX PROCESSING CENTER
3467 N.W 55TH STREET, BLDG 8
FORT LAUDERDALE, FL 33309-6308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1500** **Nonpriority creditor's name and mailing address**

TEXAS CASTRO LANDSCAPING LLC
6658 THORNWALL ST
HOUSTON, TX 77092-5720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   8,919.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1501** **Nonpriority creditor's name and mailing address**

TEXTRON GSE INC.
PO BOX 538114
ATLANTA, GA 30353-8114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   158,537.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 2**

**Nonpriority creditor's name and mailing address**

THALES AVIONICS, INC IFE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

THALES AVIONICS, INC.
PO BOX #371172
PITTSBURGH, PA 15251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

THE AIR LINE PILOTS ASSOCIATION
ATTN: SPA MASTER EXECUTIVE COUNSEL
1800 SE 10TH AVENUE
SUITE 215
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 22-12-GG

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

THE AIR LINE PILOTS ASSOCIATION
ATTN: SPA MASTER EXECUTIVE COUNSEL
1800 SE 10TH AVENUE
SUITE 215
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

THE AIR LINE PILOTS ASSOCIATION
ATTN: SPA MASTER EXECUTIVE COUNSEL
1800 SE 10TH AVENUE
SUITE 215
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 22-07-GG

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 7**

**Nonpriority creditor's name and mailing address**

THE AIR LINE PILOTS ASSOCIATION
ATTN: SPA MASTER EXECUTIVE COUNSEL
1800 SE 10TH AVENUE
SUITE 215
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 22-02-GG

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

THE AIR LINE PILOTS ASSOCIATION
ATTN: SPA MASTER EXECUTIVE COUNSEL
1800 SE 10TH AVENUE
SUITE 215
FORT LAUDERDALE, FL 33316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 22-16-GG

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

THE BEANS GROUP, INC.
733 3RD AVE
NEW YORK, NY 10017-3204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

THE CUSTOMS AUTHORITY
MALECÓN SIMÓN BOLÍVAR, BETWEEN 9 DE OCTUBRE AND P. ICAZA
GUAYAQUIL, 090306
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 090-2023

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

THE FOONT LAW FIRM, LLC
11727 GAINSBOROUGH RD
POTOMAC, MD 20854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,087.76

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 2**

**Nonpriority creditor's name and mailing address**

THE IDEA BOX-POWERED BY PROFORMA
PO BOX 640814
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: MDI-SDM-DCM-20204-A2024-063

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 09802-2021-00063

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: RA-COA-24-003

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
BLVD. JUAN PABLO SEGUNDO, DIAG. REPÚBLICA DE COREA
ESQUINA CON EDIFICIO B, PISO 1
TEGUCIGALPA,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: TV-17062024-1427

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 7**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 09802-2021-00831

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151 8**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: MDI-SDM-DCM-2020-A2024-036

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151 9**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: 09802-2021-00637

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152 0**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: RA-COA-24-31

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152 1**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
BLVD. JUAN PABLO SEGUNDO, DIAG. REPÚBLICA DE COREA
ESQUINA CON EDIFICIO B, PISO 1
TEGUCIGALPA,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Legal Claim - Case No.: TV-02112023-2024

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 2**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
BLVD. JUAN PABLO SEGUNDO, DIAG. REPÚBLICA DE COREA
ESQUINA CON EDIFICIO B, PISO 1
TEGUCIGALPA,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: TV-19022024-678

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: MDI-SDM-DCM-2024-A2024-038

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

THE IMMIGRATION AUTHORITY
AV. MARIANA DE JESÚS OE7-02 Y NUÑO DE VALDERRAMA
QUITO,
ECUADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: MDI-VSC-SDM-DSM-2023-A2024-111

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

THE PHILLIP CHARLES GROUP
2759 UNIVERSITY DR
AUBURN HILLS, MI 48326-2542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

THE PROFESSIONAL AIRLINE FLIGHT CONTROL ASSOCIATION
ATTN: ALEX GIAROCCO
PAFCA-SPIRIT
1731 RADIANT DRIVE
DANIA BEACH, FL 33004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.152 7**

**Nonpriority creditor's name and mailing address**

THE TRAVEL AGENT NEXT DOOR
YORK ST
TORONTO, ON M5J 1R7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11.64

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

THE WALL STREET TRANSCRIPT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

THE WEATHER COMPANY AVIATION LLC
1001 SUMMIT BLVD SUITE 2000
BROOKHAVEN, GA 30319-6412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,805.00

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

TLC MANAGEMENT CONSULTANCY INTERNATIONAL
IFZA BUSINESS PARK
DDP BUILDING A1
DUBAI, 341041
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,000.00

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

T-MOBILE USA, INC.
PO BOX 742596
CINCINNATI, OH 45274-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,709.46

Debtor    <u>24-11988-shl</u>    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
    Name                       Pg 411 of 615       Case Number (if known)    24-11988 (SHL)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $        Undetermined |
|---|---|---|
| TOLERANCE TOOL & ENG., LTD. 20541 GLENDALE AVENUE DETROIT, MI 48223-3324 | ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** Accrued Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.153 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $        49,998.00 |
|---|---|---|
| TOOLING.AERO LLC 7863 SW 162ND PL MIAMI, FL 33193-3438 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.153 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $        33,600.00 |
|---|---|---|
| TOPCAST AVIATION USA INC 2100 S RESERVOIR ST POMONA, CA 91766-6402 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.153 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $        Undetermined |
|---|---|---|
| TORRANCE LOCK & KEY 2421 TORRANCE BLVD TORRANCE, CA 90501 | ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** Accrued Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.153 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $        Undetermined |
|---|---|---|
| TOTAL PACK INC 1867 NW 72ND AVE MIAMI, FL 33126-1305 | ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** Accrued Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 7** | **Nonpriority creditor's name and mailing address**

TRADEWINDS FLIGHT CENTER LLC
PO BOX
CEIBA, PR 00735-1223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 8** | **Nonpriority creditor's name and mailing address**

TRANSLIDERES SAS
CR 16 46 03
BARRANQUILLA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153 9** | **Nonpriority creditor's name and mailing address**

TRANSPORTATION SECURITY ADMINISTRATION
601 12TH STREET SOUTH
ARLINGTON, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Claim - Case No.: 2021DTW0506

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 0** | **Nonpriority creditor's name and mailing address**

TRAVELER'S CHOICE TRAVELWARE
2805 S. RESERVOIR ST
POMONA, CA 91766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,118.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 1** | **Nonpriority creditor's name and mailing address**

TRAVELPORT GALILEO
PO BOX 402395
ATLANTA, GA 30384-2395

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    12,816.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154.2**

**Nonpriority creditor's name and mailing address**

TRIPORT FLEET MAINTENANCE AND REPAI
150-46 182ND STREET
TRIPORT GSE
JAMAICA, NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154.3**

**Nonpriority creditor's name and mailing address**

TRIUMVIRATE ENVIRONMENTAL
3701 SW 47TH AVE #109
DAVIE, FL 33314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154.4**

**Nonpriority creditor's name and mailing address**

TRU FLIGHT AVIATION SERVICES LTD
THE DOMESTIC TERMINAL
SANGSTER INTERNATIONAL AIRPORT
MONTEGO BAY ST. JAMES,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           7,570.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154.5**

**Nonpriority creditor's name and mailing address**

TSS / TESORERIA DE LA SEGURIDAD SOC
AV. TIRADENTES NO 33 ENS. NACO
SANTO DOMINGO, D.R.,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           1,221.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154.6**

**Nonpriority creditor's name and mailing address**

TUNICA AIR GROUP LLC DBA FTAIR LLC
2456 WINCHESTER RD
HANGAR 14
MEMPHIS, TN 38116-3814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.154 7** | **Nonpriority creditor's name and mailing address**

TURBO RESOURCES INTERNATIONAL
2615 N ARIZONA AVE
CHANDLER, AZ 85225-1957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.154 8** | **Nonpriority creditor's name and mailing address**

TURNER AVIATION LIMITED
1 SPIERSBRIDGE TERRACE
GLASGOW, G46 8JQ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.154 9** | **Nonpriority creditor's name and mailing address**

TWISTAERO
5100 WAYNESVILLE JAMESTOWN RD
PO BO
JAMESTOWN, OH 45335-1542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.155 0** | **Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.155 1** | **Nonpriority creditor's name and mailing address**

UNE EPM TELECOMUNICACIONES S.A
CARRETERA 16 NO 11A SUR-100
MEDELLIN, COLOMBIA,
COLOMBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,072.85

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.155 2** | **Nonpriority creditor's name and mailing address**<br><br>UNICAL AVIATION<br>PO BOX 31001-0964<br>PASADENA, CA 91110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $    Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.155 3** | **Nonpriority creditor's name and mailing address**<br><br>UNIFIRST CORPORATION<br>P.O BOX 650481<br>DALLAS, TX 75265-0481 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $    138.40 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.155 4** | **Nonpriority creditor's name and mailing address**<br><br>UNITED AIRLINES, INC<br>PO BOX 301707<br>DALLAS, TX 75303-1707 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $    Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.155 5** | **Nonpriority creditor's name and mailing address**<br><br>UNITED DOOR & GATE MULTI-SERVICES, | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $    Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.155 6** | **Nonpriority creditor's name and mailing address**<br><br>UNITED GROUND EXPRESS, INC.<br>233 S WACKER DR<br>CHICAGO, IL 60606-7147 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Accrued Trade Payable | $    Undetermined |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 7**

**Nonpriority creditor's name and mailing address**

UNITED RENTALS NORTH AMERICA, INC
PO BOX 100711
ATLANTA, GA 30384-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,190.17

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

UNITED STATES DEPARTMENT OF JUSTICE
175 N STREET
NE
ROOM10.1310
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Claim - Case No.: 1:23-cv-10678-WGY

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

UNITED STATES TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Term Loans due 2031

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136,506,015.55

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

UNLISTED NAME

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95.61

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

V1MRO SOLUTIONS, LLC
7717 E RAY ROAD SUITE #101
MESA, AZ 85212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.156
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|

VENAFI
175 E 400 S STE 300
SALT LAKE CITY, UT 84111-4903

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.156
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|

VERITEXT LEGAL SOLUTIONS
S BISCAYNE BLVD
MIAMI, FL 33131-1815

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.156
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 14,399.91 |
|---|---|---|---|

VERIZON BUSINESS
P.O. BOX 15043
ALBANY, NY 12212-5043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.156
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|

VI TAXI ASSOCIATION
PO BOX 1377
ST THOMAS, VI 00804-1377

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.156
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|

VIATOUR COOPERATIVA MULTIACTIVA
CR 11 19 13 LC 2 CC FLORIDA MALL
ARMENIA,
COLOMBIA

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.
Name      Pg 418 of 615      Case Number (if known)    24-11988 (SHL)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 7**

**Nonpriority creditor's name and mailing address**

VISIONTRON CORP.
720 OLD WILLETS PATH
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

VSE AVIATION SERVICES, INC 1010595A
3361 ENTERPRISE WAY
MIRAMAR, FL 33025-3932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

W.W. GRAINGER, INC
PO BOX 419267
DEPT 480 - 855758348
KANSAS CITY, MO 64141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

W.W. TRANSPORTE S.R.L.
C/ HENRY RAMIREZ
NO. 6 LOS MINA STO. DGO. ESTE.
SANTO DOMINDO,
DOMINICAN REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

WAAG CORP
16000 STRATHERN ST
VAN NUYS, CA 91406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.157 2**  **Nonpriority creditor's name and mailing address**

WALKERS
190 ELGIN AVE.
GEORGE TOWN
GRAND CAYMAN, 9001
CAYMAN ISLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 207,869.05

---

**3.157 3**  **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF MICHIGAN
PO BOX 4648
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.01

---

**3.157 4**  **Nonpriority creditor's name and mailing address**

WENCOR WEST, INC.
3577 S MOUNTAIN VISTA PARKWAY
PROVO, UT 84606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.157 5**  **Nonpriority creditor's name and mailing address**

WESCO AIRCRAFT HARDWARE CORP
PO BOX 842302
BOSTON, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.157 6**  **Nonpriority creditor's name and mailing address**

WESTLAW-THOMSON REUTERS
WEST GROUP PAYMENT CENTER
PO BOX  6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,039.42

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.157 7** | **Nonpriority creditor's name and mailing address**

WILLIAMS SCOTSMAN, INC
4646 E VAN BUREN ST STE 400
PHOENIX, AZ 85008-6927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 8** | **Nonpriority creditor's name and mailing address**

WILMINGTON TRUST, NATIONAL ASSOCIATION
60 SOUTH SIXTH STREET
SUITE 1290
ATTENTION: SPIRIT AIRLINES, INC. NOTES ADMINISTRATOR
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  1.000% Convertible Senior Notes due 2031

$                    500,041,666.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 9** | **Nonpriority creditor's name and mailing address**

WILMINGTON TRUST, NATIONAL ASSOCIATION
1100 NORTH MARKET STREET
ATTENTION: JACQUELINE SOLONE
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  4.750% Convertible Senior Notes due 2025

$                    25,113,937.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 0** | **Nonpriority creditor's name and mailing address**

WORLD MANAGEMENT, INC.
10449 SAINT CHARLES ROCK RD # LL
SAINT ANN, MO 63074-1806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 1** | **Nonpriority creditor's name and mailing address**

WORLD SERVICE COMPANY
PO BOX 62225
HOUSTON, TX 77205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Accrued Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.158 2** | **Nonpriority creditor's name and mailing address**

WORLDCOM DE COSTA RICA, S.A
OFICENTRO EJEC. LA SABANA
EDIFICIO NO. 3, PISO 2
SAN JOSE,
COSTA RICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 676.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 3** | **Nonpriority creditor's name and mailing address**

WORLDWIDE FLIGHT SERVICES
PO BOX 910501
DALLAS, TX 75391-0501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 802,690.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 4** | **Nonpriority creditor's name and mailing address**

XCED AVIATION SERVICES, LLC
425 N MARTINGALE RD FL 8
SCHAUMBURG, IL 60173-2406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 5** | **Nonpriority creditor's name and mailing address**

XPONENT RESOURCES
2895 GAINESWAY CT
CUMMING, GA 30041-6312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42,312.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 6** | **Nonpriority creditor's name and mailing address**

XTREME AVIATION LLC
14900 NW 42ND AVE HANGAR 48
OPA LOCKA, FL 33054-2332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 146,936.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1587**

**Nonpriority creditor's name and mailing address**

Y-NOT DESIGN & MFG. INC.
1041 E 24TH ST
HIALEAH, FL 33013-4323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1588**

**Nonpriority creditor's name and mailing address**

ZIM AIRCRAFT CABIN SOLUTIONS LLC
8010 PIEDMONT TRIAD PKWY
GREENSBORO, NC 27409-9407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1589**

**Nonpriority creditor's name and mailing address**

ZODIAC (SAFRAN) SEATS US, LLC
2000 WEBER DRIVE
GAINESVILLE, TX 76240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1590**

**Nonpriority creditor's name and mailing address**

ZOETRY MONTEGO BAY
MAHOE BAY IRONSHORE MAIN RD
MONTEGO BAY,
JAMAICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    28.06

---

**3.1591**

**Nonpriority creditor's name and mailing address**

ZULU TECHNOLOGIES, LLC
E 17TH ST
CHEYENNE, WY 82001-4543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    9,824.00

---

| Debtor | Spirit Airlines, Inc. | Case number (if known): | 24-11988 (SHL) |
|--------|------------------------|-------------------------|----------------|
|        | Name                   |                         |                |

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Line<br>☐ Not listed.  Explain | |
| 4.2 | Line<br>☐ Not listed.  Explain | |
| 4.3 | Line<br>☐ Not listed.  Explain | |
| 4.4 | Line<br>☐ Not listed.  Explain | |
| 4.5 | Line<br>☐ Not listed.  Explain | |
| 4.6 | Line<br>☐ Not listed.  Explain | |
| 4.7 | Line<br>☐ Not listed.  Explain | |
| 4.8 | Line<br>☐ Not listed.  Explain | |
| 4.9 | Line<br>☐ Not listed.  Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
|  |  |  | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 673,718,246.71 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 673,718,246.71 |
|  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Spirit Airlines, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 24-11988 (SHL) |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ACY WAREHOUSE LEASE <br><br> 1050-1100 DOUGHTY ROAD LLC <br> 943 MILL ROAD <br> PLEASANTVILLE, NJ 08232 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORD WAREHOUSE LEASE <br><br> 3701-3749 N 25TH OWNER LP C/O AREG WESTMOUNT VENTURE LP <br> 700 N PEARL STREET <br> SUITE N1650 <br> DALLAS, TX 75201 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TERMINAL / STATION - PAP <br><br> AAN <br> BOULEVARD TOUSSAINT LOUVERTURE <br> TABARRE, <br> HAITI |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TERMINAL / STATION - CAP <br><br> AAN <br> BOULEVARD TOUSSAINT LOUVERTURE <br> TABARRE, <br> HAITI |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/17/2019 <br><br> ABM AVIATION <br> 4151 ASHFORD DUNWOODY ROAD <br> SUITE 600 <br> ATLANTA, GA 30319 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/01/2019 | ABM AVIATION 4151 ASHFORD DUNWOODY ROAD SUITE 600 ATLANTA, GA 30319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/01/2019 | ABM AVIATION 4151 ASHFORD DUNWOODY ROAD SUITE 600 ATLANTA, GA 30319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2019 | ABM AVIATION 4151 ASHFORD DUNWOODY ROAD SUITE 600 ATLANTA, GA 30319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/17/2019 | ABM AVIATION 4151 ASHFORD DUNWOODY ROAD SUITE 600 ATLANTA, GA 30319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/01/2019 | ABM AVIATION 4151 ASHFORD DUNWOODY ROAD SUITE 600 ATLANTA, GA 30319 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TERMS AND CONDITIONS DATED 09/27/2016 | ACCERTIFY, INC. TWO PIERCE PLACE SUITE 900 ITASCA, IL 60143 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #4 DATED 08/30/2022 | ACCERTIFY, INC. TWO PIERCE PLACE SUITE 900 ITASCA, IL 60143 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #3 DATED 07/08/2022<br><br>ACCERTIFY, INC.<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL 60143 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #2 DATED 04/01/2019<br><br>ACCERTIFY, INC.<br>TWO PIERCE PLACE<br>SUITE 900<br>ITASCA, IL 60143 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT: RECORDS STORAGE AND MANAGEMENT SERVICES DATED 06/17/2021<br><br>ACCESS INFORMATION MANAGEMENT CORPORATION<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK TO MASTER SERVICE AGREEMENT DATED 09/27/2023<br><br>ACCESS INFORMATION MANAGEMENT CORPORATION<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMS & CONDITIONS DATED 05/07/2024<br><br>ACTIONABLE SCIENCE INC<br>3333 QUALITY DRIVE<br>RANCHO CORDOVA, CA 95670 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 08/08/2024<br><br>ACTIONABLE SCIENCE INC.<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVACY POLICY DATED 05/07/2024<br><br>ACTIONABLE SCIENCE INC.<br>4725 WEST SAND LAKE ROAD<br>SUITE 300<br>ORLANDO, FL 32819 |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.20** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 03/01/2018 | ACTS-AVIATION SECURITY, INC.<br>1669 PHOENIX PARKWAY<br>SUITE 104<br>COLLEGE PARK, GA 30349 |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVENUE SHARE AGREEMENT DATED 10/01/2012 | ADARA MEDIA, INC.<br>444 CASTRO STREET<br>SUITE 130<br>MOUNTAIN VIEW, CA 94041 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4912 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6712 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4927 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4966 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6726 | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |

Debtor    Spirit Airlines, Inc.

Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4940 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4928 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4908 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4910 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6728 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4901 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6723 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    Spirit Airlines, Inc.

Name

Case number (If known):    24-11988 (SHL)

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.34** AIRCRAFT LEASE TAIL #6731<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.35** AIRCRAFT LEASE TAIL #6725<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.36** AIRCRAFT LEASE TAIL #6703<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.37** AIRCRAFT LEASE TAIL #4963<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.38** AIRCRAFT LEASE TAIL #4902<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.39** AIRCRAFT LEASE TAIL #4947<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.40** AIRCRAFT LEASE TAIL #4913<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |

Debtor    Spirit Airlines, Inc.                                            Case number (If known):    24-11988 (SHL)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4905<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4903<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4907<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6702<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6721<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4915<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6717<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |

| Debtor | 24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document |
|---|---|
| | Spirit Airlines, Inc.                                                        Pg 432 of 615 |

Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6720 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6708 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4904 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6729 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6718 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4946 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4906 |
| | | AERCAP IRELAND LIMITED 4450 ATLANTIC AVE. WESTPARK SHANNON CO. CLARE, IRELAND |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor 
24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Pg 433 of 615
Spirit Airlines, Inc.
Name
Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6706<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.56** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6709<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.57** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6724<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.58** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6710<br><br>AERCAP IRELAND LIMITED<br>4450 ATLANTIC AVE.<br>WESTPARK<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.59** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - SJO<br><br>AERIS HOLDING CR S.A.<br>AEROPUERTO INTERNACIONAL JUAN SANTAMARIA<br>RUTA NACIONAL 1 AUTOPISTA GENERAL CANAS<br>20101<br>ALAJUELA,<br>COSTA RICA |
| **2.60** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 03/15/2018<br><br>AERO INDUSTRIES INCORPORATED<br>5745 HUNTSMAN RD<br>RICHMOND INTERNATIONAL AIRPORT, VA 23250 |
| **2.61** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 03/01/2018<br><br>AERO INDUSTRIES INCORPORATED<br>5745 HUNTSMAN RD<br>RICHMOND, VA 23250 |

| Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document |
|---|---|
| | Spirit Airlines, Inc.      Pg 434 of 615     Case number (If known):   24-11988 (SHL) |
| | Name |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/29/2017<br><br>AERO INDUSTRIES INCORPORATED<br>5745 HUNTSMAN RD<br>RICHMOND INTERNATIONAL AIRPORT, VA 23250 |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/15/2018<br><br>AERO INDUSTRIES INCORPORATED<br>5745 HUNTSMAN RD<br>RICHMOND INTERNATIONAL AIRPORT, VA 23250 |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOS-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/06/2020<br><br>AERO MAG 2000 BOS LLC<br>8181 RUE HERVE ST MARTIN<br>SAINT-LAURENT, QC H4S 2A5<br>CANADA |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BWI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/06/2020<br><br>AERO MAG 2000 BWI LLC<br>8181 RUE HERVE ST MARTIN<br>SAINT-LAURENT, QC H4S 2A5<br>CANADA |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLE-DEICING SERVICES AGREEMENT DATED 12/26/2014<br><br>AERO MAG 2000 CLE, LLC<br>6030 CARGO ROAD<br>CLEVELAND, OH 44135 |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - CLO<br><br>AEROCALI S.A<br>AEROPUERTO INTERNACIONAL ALFONSO BONILLA ARAGON PISO 3<br>DESDE EL LOCAL L-3209A AL LOCAL L-3210C,<br>COLOMBIA |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2015<br><br>AERODESPACHOS DE EL SALVADOR, S.A.<br>EL SALVADOR COMALAPA INTL AIRPORT<br>LA PAZ,<br>EL SALVADOR |

Debtor  24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                      Pg 435 of 615    Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ON-CALL AIRCRAFT MAINTENANCE SERVICES AGREEMENT DATED 05/10/2007<br><br>AERODESPACHOS, S.A<br>AEROPUERTO<br>LA AURORA,<br>GUATEMALA |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SJO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2015<br><br>AEROJET DE COSTA RICA SA<br>50 METROS NORTE BOMBEROS AEROPUERTO JUAN SANTA MARIA<br>ALAJUELA,<br>COSTA RICA |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - AXM<br><br>AERONÁUTICA CIVIL<br>KM 3 VIA ARMENIA<br>TEBAIDA<br>AEROPUERTO INTERNACIONAL EL EDEN,<br>COLOMBIA |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - BAQ<br><br>AERONÁUTICA CIVIL<br>CALLE VIA 30 KM<br>7 PRIMER PISO<br>AEROPUERTO ERNESTO CORTISSOZ<br>SOLEDAD<br>ATLANTICO,<br>COLOMBIA |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/05/1990<br><br>AERONAUTICAL RADIO, INC.<br>2551 RIVA ROAD<br>ANNAPOLIS, MD 21401 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - CUN<br><br>AEROPUERTO DE CANCUN, S.A DE C.V.<br>CARRETERA CANCUN CHETUMAL KM22 COL. CANCUN INTERNACIONAL DE CANCUN CANCUN.BENITO JUAREZ<br>QUINTANA ROO., C.P. 77569<br>MEXICO |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - PVR<br><br>AEROPUERTO DE PUERTO VALLARTA<br>KM 7.5 CARRETERA A TEPIC NO. S<br>/N C.P. 48335<br>PUERTO VALLARTA<br>JALISCO,<br>MEXICO |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - SJD | AEROPUERTO DE SAN JOSE DEL CABO<br>CARRETERA TRANSPENINSULAR KM. 43.5 NO. S<br>/N. C.P. 23400<br>SAN JOSE DEL<br>CABO<br>BAJA CALIFORNIA SUR,<br>MEXICO |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - STI | AEROPUERTO INTERNACIONAL DEL CIBAO<br>AVENIDA VICTOR MANUEL ESPAILLAT<br>SANTIAGO, 51081<br>DOMINICAN REPUBLIC |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - BGA | AEROPUERTOS DE ORIENTE<br>KM 25 VIA BUCARAMANGA<br>LEBRIJA<br>SANTANDER<br>TERCER PISO,<br>COLOMBIA |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - SDQ | AEROPUERTOS DOMINICANOS SIGLO XXI (AERODOM)<br>RUTA 66<br>3ER PISO<br>PUNTA<br>CAUCEDO,<br>DOMINICAN REPUBLIC |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 05/01/2016 | AEROSERVICIOS DE HONDURAS, S.A<br>INTERIOR TERMINAL DE CARGA ANTIGUA AEROPUERTO RAMON VILLEDA MORALES<br>SAN PEDRO SULA,<br>HONDURAS |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2015 | AEROSERVICIOS DE HONDURAS, S.A<br>50 METROS NORTE BOMBEROS AEROPUERTO JUAN SANTA MARIA<br>ALAJUELA,<br>COSTA RICA |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION LEASE - SJU | AEROSTAR AIRPORT HOLDINGS, LLC - PRESIDENT/CEO<br>TERMINAL D AIRPORT RD<br>CAROLINA, PR 00979 |

Debtor    Spirit Airlines, Inc.                                              Case number (If known):    24-11988 (SHL)
          Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** — ORDER FORM DATED 06/06/2023<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AEROSTRAT CORP.<br>999 3RD AVE<br>SUITE 700<br>SEATTLE, WA 98104 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** — PROFESSIONAL SERVICES ADDENDUM NO. 1 DATED 09/26/2023<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AEROSTRAT CORP.<br>999 3RD AVE<br>SUITE 700<br>SEATTLE, WA 98104 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** — MASTER AIRCRAFT WORK ORDER DATED 09/06/2023<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AERSALE, INC.<br>1658 SOUTH LITCHFIELD ROAD<br>GOODYEAR, AZ 85338 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** — RENEWAL AGREEMENT DATED 01/01/2025<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AETNA DENTAL INC.<br>1001 EAS PALM AVENUE<br>TAMPA, FL 33605 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** — HOUSING AND MAINTENANCE LETTER DATED 11/17/2021<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFG AVENGER FLIGHT GROUP<br>1450 LEE WAGNER BLVD<br>BUILDING #300<br>FT LAUDERDALE, FL 33315 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** — LGA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/18/2024<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGI GROUND, INC.<br>9130 S. DADELAND BOULEVARD<br>SUITE 1801<br>MIAMI, FL 33156 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** — SJD-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/08/2012<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGN AVIATION SERVICES S.A. DE C.V.<br>BOULEVARD DE LOS NARDOS<br>#220-B COLONIA MASIE<br>DURANGO, DURANGO, 34217<br>MEXICO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SJO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/15/2008 | AGO SECURITY C.R. SA 7901 WEST 25TH AVENUE BAY #2 HIALIEAH, FL 33016 |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AG - CTO LINE OF CREDIT AND SALES - AGREEMENT DATED 09/02/2020 | AGUNSA COLOMBIA CALLE 73 NO 7 31 7TH FLOOR BOGOTA, COLOMBIA |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER MARKETING AGREEMENT DATED 11/11/2015 | AIG TRAVEL, INC. 175 WATER STREET NEW YORK, NY 10038 |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRONIC DATA INTERCHANGE AGREEMENT DATED 04/07/2024 | AIR BP LIMITED CHERTSEY ROAD SUNBURY-ON-THAMES MIDDLESEX, TW16 7BP UNITED KINGDOM |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRONIC DATA INTERCHANGE AGREEMENT DATED 04/07/2022 | AIR BP LIMITED CHERTSEY ROAD SUNBURY-ON-THAMES MIDDLESEX, TW16 7BP UNITED KINGDOM |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRONIC DATA INTERCHANGE AGREEMENT | AIR BP LIMITED CHERTSEY ROAD SUNBURY-ON-THAMES MIDDLESEX, TW16 7BP UNITED KINGDOM |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 03/01/2009 | AIR CANADA CENTRE AIR CANADA 1233 C.P. 9000 STATION AIRPORT DORVAL, QC H4Y 1C2 CANADA |

Debtor    Spirit Airlines, Inc.
_____
Name

Case number (If known):    24-11988 (SHL)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.97** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 09/29/2011<br><br>AIR CANADA<br>CENTRE AIR CANADA ZIP 1233<br>P.O. BOX 14000<br>STATION AIRPORT<br>DORVAL, QC H4Y 1H4<br>CANADA |
| **2.98** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 10/15/2023<br><br>AIR COST CONTROL US, LLC<br>13800 NW 2ND STREET<br>SUITE 100<br>SUNRISE, FL 33325 |
| **2.99** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6730<br><br>AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA 90067 |
| **2.100** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6740<br><br>AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA 90067 |
| **2.101** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6715<br><br>AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA 90067 |
| **2.102** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6716<br><br>AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA 90067 |
| **2.103** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6737<br><br>AIR LEASE CORPORATION<br>2000 AVENUE OF THE STARS<br>SUITE 1000N<br>LOS ANGELES, CA 90067 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #6732 | AIR LEASE CORPORATION 2000 AVENUE OF THE STARS SUITE 1000N LOS ANGELES, CA 90067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 01/14/2015 | AIR SERVICES 5211 SECONDARY RD. CLEVELAND, OH 44135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 01/14/2015 | AIR SERVICES 5211 SECONDARY RD. CLEVELAND, OH 44135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3612 | AIRBORNE CAPITAL GROUP 1 PENN PLAZA 250 WEST 34TH STREET NEW YORK, NY 10119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | A320 NEO FAMILY PURCHASE AGREEMENT PLUS AMENDMENTS DATED 12/20/2019 | AIRBUS S.A.S ATTENTION: V.P CONTRACTS 2, ROND-POINT EMILE DEWOITINE 31700 BLAGNAC, FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4948 | AIRCASTLE ADVISOR LLC 201 TRESSER BOULEVARD SUITE 400 STAMFORD, CT 06901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4945 | AIRCASTLE ADVISOR LLC 201 TRESSER BOULEVARD SUITE 400 STAMFORD, CT 06901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4944<br><br>AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT 06901 |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4939<br><br>AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT 06901 |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3620<br><br>AIRCASTLE ADVISOR LLC<br>201 TRESSER BOULEVARD<br>SUITE 400<br>STAMFORD, CT 06901 |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT – PAYMENT AND TERMINATION PROVISIONS DATED 02/01/2024<br><br>AIRCO AVIATION SERVICES, LLC, INCLUDING ITS AFFILIATES<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.11 - SCHEDULE OF CHARGES DATED 01/15/2015<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/01/2016<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC<br>201 S. ORANGE AVE SUITE 1100-A<br>ORLANDO, FL 32801 |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2018<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2018 | AIRCRAFT SERVICE INTERNATIONAL, INC<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2018 | AIRCRAFT SERVICE INTERNATIONAL, INC<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/01/2016 | AIRCRAFT SERVICE INTERNATIONAL, INC<br>201 S. ORANGE AVE SUITE 1100-A<br>ORLANDO, FL 32801 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE B. 10 - SCHEDULE OF CHARGES DATED 05/03/2012 | AIRCRAFT SERVICE INTERNATIONAL, INC<br>201 S. ORANGE AVE SUITE 1100-A<br>ORLANDO, FL 32801 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE B.8 - SCHEDULE OF CHARGES DATED 09/07/2011 | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE B.7 - SCHEDULE OF CHARGES DATED 10/01/2010 | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY RD<br>FORT WORTH, TX 76155-2639 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2018 | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/27/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest — MASTER INTO-PLANE FUELING SERVICE AGREEMENT DATED 10/01/2010<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>201 SOUTH ORANGE AVENUE<br>SUITE 1100A<br>ORLANDO, FL 32801 |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest — SCHEDULE B.6 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY RD<br>FORT WORTH, TX 76155-2639 |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest — SCHEDULE B.2 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY RD<br>FORT WORTH, TX 76155-2639 |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest — SCHEDULE B.4 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/27/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/15/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B. 1 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER INTO-PLANE FUELING SERVICE AGREEMENT DATED 10/01/2010<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>201 SOUTH ORANGE AVENUE<br>SUITE 1100A<br>ORLANDO, FL 32801 |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/01/2016<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>201 S. ORANGE AVE SUITE 1100-A<br>ORLANDO, FL 32801 |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.9 - SCHEDULE OF CHARGES DATED 09/22/2022<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2018<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/14/2019<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.3 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC.<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |
| **2.140** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BDL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/04/2019 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |
| **2.141** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/14/2019 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |
| **2.142** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2020 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |
| **2.143** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2020 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |
| **2.144** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |
| **2.145** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2020 | AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION 4900 DIPLOMACY ROAD FORT WORTH, TX 76155 |


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/14/2019<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2020<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/14/2019<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/14/2019<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/14/2019<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. D/B/A MENZIES AVIATION<br>4900 DIPLOMACY ROAD<br>FORT WORTH, TX 76155 |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 06/02/2011<br><br>AIRLINE SUPPORT SERVICES OF EL SALVADOR, S.A. DE C.V<br>TERMINAL DE CARGA C-19<br>AEROPUERTO INTERNACIONAL EL SALVADOR,<br>EL SALVADOR |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>AIRLINE TARIFF PUBLISHING COMPANY ("ATPCO")<br>WASHINGTON DULLES INTERNATIONAL AIRPORT<br>45005 AVIATION DRIVE<br>DULLES, VA 20166 |

Spirit Airlines, Inc.

Name · Case number (If known): 24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH CONTRACT AMENDMENT DATED 04/01/2022 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.154** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #1 TO IATA AGREEMENT DATED 10/06/2011 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.155** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #1 DATED 10/06/2011 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.156** State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH CONTRACT AMENDMENT DATED 04/01/2022 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.157** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #1 DATED 10/06/2011 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.158** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #1 TO IATA AGREEMENT DATED 10/06/2011 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.159** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #1 TO IATA AGREEMENT DATED 10/06/2011 | AIRLINE TECH REPS DBA STS. LINE MAINTENANCE 2000 NE JENSEN BEACH BLVD. JENSEN BEACH, FL 34957 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #1 TO IATA AGREEMENT DATED 10/06/2011<br><br>AIRLINE TECH REPS DBA STS. LINE MAINTENANCE<br>2000 NE JENSEN BEACH BLVD.<br>JENSEN BEACH, FL 34957 |
| **2.161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #1 DATED 10/06/2011<br><br>AIRLINE TECH REPS DBA STS. LINE MAINTENANCE<br>2000 NE JENSEN BEACH BLVD.<br>JENSEN BEACH, FL 34957 |
| **2.162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TWELVE CONTRACT AMENDMENT DATED 05/01/2023<br><br>AIRLINE TECH REPS DBA STS. LINE MAINTENANCE<br>2000 NE JENSEN BEACH BLVD.<br>JENSEN BEACH, FL 34957 |
| **2.163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 05/05/2011<br><br>AIRLINE TECH REPS DBA STS. LINE MAINTENANCE<br>2000 NE JENSEN BEACH BLVD.<br>JENSEN BEACH, FL 34957 |
| **2.164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELEVENTH CONTRACT AMENDMENT DATED 04/01/2022<br><br>AIRLINE TECH REPS DBA STS. LINE MAINTENANCE<br>2000 NE JENSEN BEACH BLVD.<br>JENSEN BEACH, FL 34957 |
| **2.165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION AGREEMENT FOR UATP TRANSACTIONS DATED 01/28/2020<br><br>AIRLINES CLEARING HOUSE, INC.<br>1275 PENNSYLVANIA AVE.<br>SUITE 1300<br>N.W.<br>WASHINGTON, DC 20004 |
| **2.166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION AGREEMENT DATED 01/28/2020<br><br>AIRLINES CLEARING HOUSE, INC.<br>1275 PENNSYLVANIA AVE.<br>SUITE 1300<br>N.W.<br>WASHINGTON, DC 20004 |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.        Pg 449 of 615    Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - MDE<br><br>AIRPLAN<br>AEROPUERTO INTERNACIONAL JOSE MARIA CORDOVA<br>TERMINAL 1 PRIMER PISO LOCAL O126<br>RIONEGRO<br>ANTIOQUIA,<br>COLOMBIA |
| **2.168** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2022<br><br>AIRPORT TERMINAL SERVICES, INC<br>940 WESTPORT PLAZA DRIVE<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.169** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021<br><br>AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT PLAZA DRIVE<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.170** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021<br><br>AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT PLAZA DRIVE<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.171** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021<br><br>AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT PLAZA DRIVE<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.172** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2022<br><br>AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT PLAZA DRIVE<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.173** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021<br><br>AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT PLAZA DRIVE<br>SUITE 101<br>ST. LOUIS, MO 63146 |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.      Pg 450 of 615    Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.174**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRPORT TERMINAL SERVICES, INC. <br> 940 WESTPORT PLAZA DRIVE <br> SUITE 101 <br> ST. LOUIS, MO 63146 |
| **2.175**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRPORT TERMINAL SERVICES, INC. <br> 940 WESTPORT PLAZA DRIVE <br> SUITE 101 <br> ST. LOUIS, MO 63146 |
| **2.176**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FOURTH CONTRACT AMENDMENT DATED 10/01/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRSITE S.A.S <br> CALLE 16 NO 41-143 <br> OF 1302 <br> MEDELLIN, <br> COLOMBIA |
| **2.177**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FOURTH CONTRACT AMENDMENT DATED 10/01/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRSITE S.A.S <br> CALLE 16 NO 41-143 <br> OF 1302 <br> MEDELLIN, <br> COLOMBIA |
| **2.178**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FOURTH CONTRACT AMENDMENT DATED 10/01/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRSITE S.A.S <br> CALLE 16 NO 41-143 <br> OF 1302 <br> MEDELLIN, <br> COLOMBIA |
| **2.179**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FOURTH CONTRACT AMENDMENT DATED 10/01/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRSITE S.A.S <br> CALLE 16 NO 41-143 <br> OF 1302 <br> MEDELLIN, <br> COLOMBIA |
| **2.180**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FOURTH CONTRACT AMENDMENT DATED 10/01/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRSITE S.A.S <br> CALLE 16 NO 41-143 <br> OF 1302 <br> MEDELLIN, <br> COLOMBIA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH CONTRACT AMENDMENT DATED 10/01/2022 | AIRSITE S.A.S<br>CALLE 16 NO 41-143<br>OF 1302<br>MEDELLIN,<br>COLOMBIA |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH CONTRACT AMENDMENT DATED 10/01/2022 | AIRSITE S.A.S.<br>CALLE 16 NO 41-143<br>OF 1302<br>MEDELLIN,<br>COLOMBIA |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 03/01/2009 | AIRTRAN AIRWAYS, INC.,<br>9955 AIRTRAN BLVD.<br>ORLANDO, FL 32827 |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - CAK | AKRON - CANTON AIRPORT<br>5400 LAUBY ROAD NW<br>NORTH CANTON, OH 44720-1598 |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 11/01/2016 | ALASKA AIRLINES<br>ALASKA SERVICE ROAD<br>SEA-TAC INTERNATIONAL AIRPORT<br>SEATTLE, WA 98153 |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2017 | ALASKA AIRLINES<br>ALASKA SERVICE ROAD<br>SEA-TAC INTERNATIONAL AIRPORT<br>SEATTLE, WA 98153 |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2017 | ALASKA AIRLINES<br>ALASKA SERVICE ROAD<br>SEA-TAC INTERNATIONAL AIRPORT<br>SEATTLE, WA 98153 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.188** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | ON-CALL MAINTENANCE AGREEMENT DATED 04/12/2018 | ALASKA AIRLINES DOING BUSINESS AS ALASKA AIRLINES. INC. 19300 INTERNATIONAL BLVD. SEATTLE., WA 98188 |
| **2.189** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | CUN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/01/2011 | ALAVE SOLUCIONES AÉREAS S.A. DE C.V. ALVARO OBREGON MZA 63 LOTE 542 COL. ALFREDO V. BONFIL. CANCUN QUINTANA ROO, CP 77500 MEXICO |
| **2.190** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | MTY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/06/2022 | ALAVE SOLUCIONES AÉREAS S.A. DE C.V. SM 301 MZA 03 LOTE 03 SUNCOND. C UPES 106-107-108-109 P.B. BLVD. LUIS DONALDO COLOSIO CANCUN QUINTANA ROO, CP 77500 MEXICO |
| **2.191** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | PVR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2021 | ALAVE SOLUCIONES AÉREAS S.A. DE C.V. SM 301 MZA 03 LOTE 03 SUNCOND. C UPES 106-107-108-109 P.B. BLVD. LUIS DONALDO COLOSIO CANCUN QUINTANA ROO, CP 77500 MEXICO |
| **2.192** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | FUEL SYSTEM INTERLINE AGREEMENT DATED 09/29/2011 | ALLEGIANT AIR, LLC, 8360 SOUTH DURANGO DRIVE LAS VEGAS, NV 89113 |
| **2.193** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | DFW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/04/2020 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 940 WESTPORT PLAZA SUITE 101 ST. LOUIS, MO 63146 |
| **2.194** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** **List the contract number of any government contract** | OAK-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2017 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 28420 HARDY TOLL RD. SUITE 220 SPRING, TX 77373-8084 |

Debtor    Spirit Airlines, Inc.
_____    Case number (If known): 24-11988 (SHL)
Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.195** | State what the contract or lease is for and the nature of the debtor's interest | SNA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2020 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 940 WEST PORT PLAZA SUITE 101 ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.196** | State what the contract or lease is for and the nature of the debtor's interest | ORD-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2019 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 28420 HARDY TOLL RD SUITE 220 SPRING, TX 77373-8084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.197** | State what the contract or lease is for and the nature of the debtor's interest | PDX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2019 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 940 WESTPORT PLAZA SUITE 101 ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.198** | State what the contract or lease is for and the nature of the debtor's interest | STL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2021 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 940 WEST PORT PLAZA SUITE 101 ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.199** | State what the contract or lease is for and the nature of the debtor's interest | LAX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2018 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 28420 HARDY TOLL RD. SUITE 220 SPRING, TX 77373-8084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.200** | State what the contract or lease is for and the nature of the debtor's interest | IAH-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/15/2019 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 28420 HARDY TOLL RD SUITE 220 SPRING, TX 77373-8084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.201** | State what the contract or lease is for and the nature of the debtor's interest | PBI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2019 | ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC. 940 WESTPORT PLAZA SUITE 101 ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.202** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BWI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2019<br><br>ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.203** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOS-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/04/2020<br><br>ALLIANCE GROUND INTERNATIONAL FKA AIRPORT TERMINAL SERVICES, INC.<br>940 WESTPORT PLAZA<br>SUITE 101<br>ST. LOUIS, MO 63146 |
| **2.204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT<br><br>ALLIED AVIATION FUELING COMPANY OF SAN ANTONIO INC<br>266 WEST 37TH ST.<br>STE 302<br>NEW YORK, NY 10018 |
| **2.205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT<br><br>ALLIED AVIATION FUELING COMPANY OF SAN ANTONIO INC.<br>266 WEST 37TH ST.<br>STE 302<br>NEW YORK, NY 10018 |
| **2.206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT<br><br>ALLIED AVIATION FUELING COMPANY OF SAN ANTONIO INC.<br>266 WEST 37TH ST.<br>STE 302<br>NEW YORK, NY 10018 |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF INTENT DATED 11/23/2005<br><br>AMADEUS GLOBAL TRAVEL DISTRIBUTION S.A. ("AMADEUS")<br>SALVADOR DE MADARIAGA<br>1 28027<br>MADRID,<br>SPAIN |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRO WEB AGREEMENT DATED 06/02/2000<br><br>AMADEUS GLOBAL TRAVEL DISTRIBUTION S.A. ("AMADEUS")<br>SALVADOR DE MADARIAGA<br>1 28027<br>MADRID,<br>SPAIN |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.209 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract<br>GLOBAL DISTRIBUTION AGREEMENT | AMADEUS IT GROUP, S.A<br>C/SALVADOR DE MADARIAGA<br>1 28027<br>MADRID,<br>SPAIN |
| 2.210 ... OPTIONAL SERVICES AGREEMENT | AMADEUS IT GROUP, S.A.<br>C/SALVADOR DE MADARIAGA<br>1 28027<br>MADRID,<br>SPAIN |
| 2.211 ... PARTICIPATING CARRIER AGREEMENT DATED 04/21/1997 | AMADEUS MARKETING S.A.<br>SALVADOR DE MADARIAGA<br>1 28027<br>MADRID,<br>SPAIN |
| 2.212 ... PARTICIPATING CARRIER DISTRIBUTION AND SERVICES AGREEMENT DATED 01/06/1994 | AMERICAN AIRLINES, INC.<br>4200 AMERICAN BOULEVARD<br>FORT WORTH, TX 76155 |
| 2.213 ... FINANCIAL APPENDIX FOR CORPORATE PURCHASING CARD DATED 11/26/2007 | AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.<br>AMERICAN EXPRESS COMPANY, CORPORATE SERVICES OPERATIONS<br>AESC-P<br>20022 NORTH 31ST AVE<br>MAIL CODE AZ-08-03-11<br>PHOENIX, AZ 85027 |
| 2.214 ... TERMS AND CONDITIONS DATED 09/04/1998 | AMERICAN EXPRESS TRS<br>2401 WEST BEHREND DR. #55<br>PHOENIX, AZ 85027 |
| 2.215 ... AIRCRAFT SEAT BELTS PURCHASE AGREEMENT DATED 03/01/2022 | AMSAFE, INC.<br>1043 N. 47TH AVENUE<br>PHOENIX, AZ 85043 |

Debtor    Spirit Airlines, Inc.    Case number (If known): 24-11988 (SHL)
_____    Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOLDOVER TIMES APP PROPOSAL, BASIC CUSTOMIZATION (REV 1) DATED 06/13/2024 <br><br> APS AVIATION INC.<br>6700 COTE-DE-LIESSE<br>SUITE 102<br>MONTREAL, QC H4T 2B5<br>CANADA |
| **2.217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/09/2024 <br><br> ARAG INSURANCE COMPANY AND/OR ARAG SERVICES, LLC<br>PO BOX 660367<br>DALLAS, TX 75266-0367 |
| **2.218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 20-01 DATED 05/11/2005 <br><br> ARINC INCORPORATED<br>2551 RIVA ROAD<br>ANNAPOLIS, MD 2140-7465 |
| **2.219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBALINK®/HF SERVICE SUPPLEMENT DATED 12/15/2023 <br><br> ARINC INCORPORATED A PART OF COLLINS AEROSPACE<br>2551 RIVA ROAD<br>ANNAPOLIS, MD 21401-7465 |
| **2.220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - AUA <br><br> AROPUERTO INTERNACIONAL REINA BEATIX<br>LG SMITH BOULEVARD<br>52 ORANJESTAD,<br>ARUBA |
| **2.221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DATED 07/01/2021 <br><br> ASSOCIATED ENERGY GROUP, LLC<br>8686 NEW TRAILS DR.<br>SUITE 170<br>THE WOODLANDS, TX 77381 |
| **2.222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DATED 07/01/2021 <br><br> ASSOCIATED ENERGY GROUP, LLC<br>8686 NEW TRAILS DR<br>SUITE 170<br>THE WOODLANDS, TX 77381 |

| Debtor | 24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document | Case number (If known): 24-11988 (SHL) |
|--------|-----------------------------------------------------------------------------------------|-----------------------------------------|
| | Spirit Airlines, Inc. | |
| | Name | |

Pg 457 of 615

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 04/14/2023 | ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO<br>501 3RD STREET NW<br>WASHINGTON, DC 20001 |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING SCHEDULE DATED 12/18/2015 | AT&T CORP.<br>8650 W OAKLAND PARK BLVD<br>SUNRISE, FL 33351 |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING SCHEDULE DATED 12/18/2015 | AT&T CORP.<br>600 NW 79 AVE<br>3RD FLOOR<br>MIAMI, FL 33126 |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTRASTATE PRICING SCHEDULE/LETTER OF ELECTION DATED 07/26/2013 | AT&T CORP.<br>2180 LAKE BLVD NE<br>ATLANTA, GA 30319 |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING SCHEDULE DATED 01/12/2016 | AT&T CORP.<br>8650 W OAKLAND PARK BLVD<br>SUNRISE, FL 33351 |
| **2.228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTRASTATE PRICING SCHEDULE I LETTER OF ELECTION DATED 07/26/2013 | AT&T CORP.<br>2180 LAKE BLVD NE<br>ATLANTA, GA 30319 |
| **2.229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING SCHEDULE/LETTER OF ELECTION DATED 07/26/2013 | AT&T CORP.<br>2180 LAKE BLVD NE<br>ATLANTA, GA 30319 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.230** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING SCHEDULE (CUSTOM) DATED 12/28/2015<br><br>AT&T CORP.<br>8650 W OAKLAND PARK BLVD<br>SUNRISE, FL 33351 |
| **2.231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MULTI-SERVICE AGREEMENT DATED 06/24/2015<br><br>AT&T CORP.<br>600 NW 79TH AVE<br>MIAMI, FL 33126 |
| **2.232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 07/09/2015<br><br>AT&T ILEC SERVICE-PROVIDING AFFILIATE<br>600 NW 79 AVE<br>MIAMI, FL 33126 |
| **2.233** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAVEL AGENT LINE OF CREDIT - AGREEMENT DATED 01/01/2010<br><br>ATKINSON AND MULLEN TRAVEL II, LLC DBA APPLE VACATIONS<br>7 CAMPUS BLVD<br>NEWTOWN SQUARE, PA 19073 |
| **2.234** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SERVICE AGREEMENT DATED 03/01/2017<br><br>ATLANTIC AVIATION FBO, INC.<br>5201 TENNYSON PARKWAY, SUITE 150<br>PLANO, TX 75024 |
| **2.235** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2023<br><br>AUSTIN FBO, LLC<br>7555 IPSWICH<br>HOUSTON, TX 77061 |
| **2.236** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2023<br><br>AUSTIN FBO, LLC<br>7555 IPSWICH<br>HOUSTON, TX 77061 |

Debtor    Spirit Airlines, Inc.                                    Case number (If known):    24-11988 (SHL)
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2023 | AUSTIN FBO, LLC<br>7555 IPSWICH<br>HOUSTON., TX 77061 |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2023 | AUSTIN FBO, LLC<br>7555 IPSWICH<br>HOUSTON, TX 77061 |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MTY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/06/2022 | AVEESPRESS, S.A. DE C.V.<br>INT. DE URUAPAN MICH. ZONA HANGARES HANGAR H-13<br>COL. SAN JOSE OBRERO<br>URUAPAN<br>MICHOACAN, C.P. 60160<br>MEXICO |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PVR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2021 | AVEESPRESS, S.A. DE C.V.<br>INT. DE URUAPAN MICH. ZONA HANGARES HANGAR H-13<br>COL. SAN JOSE OBRERO<br>URUAPAN<br>MICHOACAN, C.P. 60160<br>MEXICO |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAS INFLIGHT + FLIGHT OPS TRAINING LEASE - AFG | AVENGER FLIGHT GROUP, LLC<br>1450 LEE WAGNER BLVD<br>STE 300<br>FORT LAUDERDALE, FL 33315 |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 08/11/2023 | AVENGER FLIGHT GROUP, LLC<br>1450 LEE WAGENER BOULEVARD<br>SUITE 300<br>FORT LAUDERDALE, FL 33315 |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DFW AFG TRAINING FACILITY LEASE | AVENGER FLIGHT GROUP, LLC<br>1450 LEE WAGNER BLVD<br>STE 300<br>FORT LAUDERDALE, FL 33315 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.244** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLL AFG FLIGHT TRAINING CENTER LEASE | AVENGER FLIGHT GROUP, LLC<br>1450 LEE WAGNER BLVD<br>STE 300<br>FORT LAUDERDALE, FL 33315 |
| **2.245** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBLEASE AGREEMENT DATED 11/19/2016 | AVENGER FLIGHT GROUP, LLC.<br>1450 LEE WAGENER BOULEVARD<br>SUITE 300<br>FORT LAUDERDALE, FL 33315 |
| **2.246** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBLEASE AGREEMENT DATED 03/28/2021 | AVENGER FLIGHT GROUP, LLC.<br>1450 LEE WAGENER BOULEVARD<br>SUITE 300<br>FORT LAUDERDALE, FL 33315 |
| **2.247** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/24/2021 | AVFLIGHT<br>47 WEST ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 |
| **2.248** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2018 | AVFLIGHT AKRON CANTON CORPORATION<br>47 WEST ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 |
| **2.249** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2018 | AVFLIGHT AKRON CANTON CORPORATION<br>47 WEST ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 |
| **2.250** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2018 | AVFLIGHT CORPORATION<br>47 WEST ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2016  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT CORPORATION 6061 W. AIRPORT DRIVE NORTH CANTON, OH 48108 |
| **2.252** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/24/2021  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT MILWAUKEE CORPORATION 47 WEST ELLSWORTH ROAD ANN ARBOR, MI 48108 |
| **2.253** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/24/2021  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT MILWAUKEE CORPORATION 47 WEST ELLSWORTH ROAD ANN ARBOR, MI 48108 |
| **2.254** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/24/2021  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT MILWAUKEE CORPORATION 47 WEST ELLSWORTH ROAD ANN ARBOR, MI 48108 |
| **2.255** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/18/2022  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT ROCHESTER 47 WEST ELLSWORTH ROAD ANN ARBOR, MI 48108 |
| **2.256** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/18/2022  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT ROCHESTER CORPORATION 47 WEST ELLSWORTH ROAD ANN ARBOR, MI 48108 |
| **2.257** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/18/2022  **State the term remaining**  **List the contract number of any government contract** | AVFLIGHT ROCHESTER CORPORATION 47 WEST ELLSWORTH ROAD ANN ARBOR, MI 48108 |

Debtor    Spirit Airlines, Inc.
_____
Name

Case number (If known):    24-11988 (SHL)

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.258** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FUEL USER AGREEMENT DATED 07/01/2024<br><br>AVFUEL CORPORATION<br>47 WEST ELLSWORTH ROAD<br>ANN ARBOR, MI 48108 |
| **2.259** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PUJ-ANNEX B1.2- PUNTA CANA, AGREED SERVICES AND CHARGES DATED 04/25/2013<br><br>AVIAM LIMITED<br>CALLE FANTINO FALCO 55<br>ENSANCHE NACO<br>SANTO DOMINGO, 10124<br>DOMINICAN REPUBLIC |
| **2.260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6713<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4980<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4959<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4950<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4969<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |

Debtor  Spirit Airlines, Inc.

Name

Case number (If known): 24-11988 (SHL)

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4978<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4972<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #6705<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4973<br><br>AVIATION CAPITAL GROUP LLC<br>840 NEWPORT CENTER DRIVE<br>SUITE 300<br>NEWPORT BEACH, CA 92660 |
| **2.269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AND SERVICE AGREEMENT DATED 05/21/2001<br><br>AVIATION MOBILITY<br>4455 WHITE BEAR PKWY<br>SAINT PAUL, MN 55110-7626 |
| **2.270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2012<br><br>AVIATION SECURITY GROUP, S.A.C<br>AV. CANAVAL Y MOREYRA NO. 766<br>OFICINA 301<br>LIMA, 27<br>PERU |
| **2.271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 07/05/2023<br><br>AVIATION SERVICE PARTNERS INC.<br>13807 SW 142 AVE<br>SUITE 4<br>MIAMI, FL 33186 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED 05/10/2023 | AVIATION SERVICE PARTNERS, INC.<br>13807 SW 142 AVE<br>SUITE 4<br>MIAMI, FL 33186 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/10/2021 | AVIONICS SOLUTION<br>2430 AIRPORT BLVD<br>STE 225<br>PENSACOLA, FL 32504 |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORLDWIDE RATE AGREEMENT DATED 08/15/2023 | AVIS BUDGET CAR RENTAL, LLC<br>11825 N. PENNSYLVANIA ST.<br>CARMEL, IN 46032 |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORLDWIDE RATE AGREEMENT DATED 08/15/2023 | AVIS BUDGET CAR RENTAL, LLC<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO WORLDWIDE RATE AGREEMENT DATED 05/23/2024 | AVIS BUDGET CAR RENTAL, LLC<br>11501 DUBLIN BLVD.<br>SUITE 200<br>DUBLIN, CA 94568 |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORLDWIDE RATE AGREEMENT DATED 08/15/2023 | AVIS BUDGET CAR RENTAL, LLC<br>717 17TH ST<br>SUITE 2700<br>DENVER, CO 80202 |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3698 | AVOLON<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 1<br>SHELBOURNE ROAD<br>DUBLIN 4,<br>IRELAND |

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                        Pg 465 of 615                    Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3697<br><br>AVOLON<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 1<br>SHELBOURNE ROAD<br>DUBLIN 4,<br>IRELAND |
| **2.280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4937<br><br>AVOLON<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 1<br>SHELBOURNE ROAD<br>DUBLIN 4,<br>IRELAND |
| **2.281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4938<br><br>AVOLON<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 1<br>SHELBOURNE ROAD<br>DUBLIN 4,<br>IRELAND |
| **2.282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/01/2020<br><br>BAGCENTRAL, LLC<br>100 GALLERIA PARKWAY<br>SUITE 400<br>ATTENTION DARIS MCCULLOUGH<br>ATLANTA, GA 30339 |
| **2.283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REMOTE AIRLINE CHECK-IN AGREEMENT<br><br>BAGGAGE AIRLINE GUEST SERVICES, INC.<br>6751 FORUM DRIVE<br>SUITE 200<br>ORLANDO, FL 32821 |
| **2.284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO. 2 TO  FIRST AMENDED AND RESTATED AFFINITY AGREEMENT DATED 04/10/2020<br><br>BANK OF AMERICA, N.A.<br>MS DE5-O04-O4-O2<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884 |
| **2.285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE SECOND AMENDED AND RESTATED AFFINITY AGREEMENT DATED 01/01/2023<br><br>BANK OF AMERICA, N.A.<br>MS DE5-O04-O4-O2<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDED AND RESTATED AFFINITY AGREEMENT DATED 03/26/2015 | BANK OF AMERICA, N.A.<br>MS DE5-O04-O4-O2<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884 |


| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest — FIRST AMENDED AND RESTATED AFFINITY AGREEMENT DATED 03/26/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | BANK OF AMERICA, N.A.<br>MS DE5-O04-O4-O2<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884 |
| **2.287** State what the contract or lease is for and the nature of the debtor's interest — ADDENDUM NO. 2 TO FIRST AMENDED AND RESTATED AFFINITY AGREEMENT DATED 04/10/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | BANK OF AMERICA, N.A.<br>MS DE5-O04-O4-O2<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884 |
| **2.288** State what the contract or lease is for and the nature of the debtor's interest — ADDENDUM DATED 06/13/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | BANK OF AMERICA, N.A.<br>MS DE5-O04-O4-O2<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884 |
| **2.289** State what the contract or lease is for and the nature of the debtor's interest — AIRCRAFT INSPECTION SERVICES AGREEMENT DATED 03/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | BENNETT AVIATION, GMBH<br>JENISCH STRASSE<br>1 22609<br>HAMBURG,<br>GERMANY |
| **2.290** State what the contract or lease is for and the nature of the debtor's interest — TERMINAL / STATION LEASE - BHM<br><br>State the term remaining<br><br>List the contract number of any government contract | BIRMINGHAM AIRPORT AUTHORITY<br>5900 MESSER AIRPORT HIGHWAY<br>BIRMINGHAM, AL 35212 |
| **2.291** State what the contract or lease is for and the nature of the debtor's interest — JEPPESEN SOFTWARE AND DATA ORDER DATED 12/29/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | BOEING DIGITAL SOLUTIONS, INC. D/B/A JEPPESEN<br>PO BOX 840864<br>BOEING DIGITAL SOLUTIONS, INC.<br>DALLAS, TX 75284-0864 |
| **2.292** State what the contract or lease is for and the nature of the debtor's interest — EFB SOFTWARE AND ASSOCIATED DATA SERVICES SUPPLEMENT DATED 12/29/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | BOEING DIGITAL SOLUTIONS, INC. D/B/A JEPPESEN<br>PO BOX 840864<br>BOEING DIGITAL SOLUTIONS, INC.<br>DALLAS, TX 75284-0864 |

Debtor    Spirit Airlines, Inc.                                                        Case number (If known):    24-11988 (SHL)
          Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPOSAL TO SUPPLY AIRCRAFT CARPET AND FABRICS FOR AIRBUS FLEET DATED 06/19/2024 | BOTANY WEAVING MILL VAUXHALL AVENUE CORK STREET DUBLIN 8, IRELAND |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 03/31/2021 | BREEZE AIR CHARTERS 8201 LINDBERGH BAY ST THOMAS, VI 00802 |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE ACCOUNT AGREEMENT DATED 03/14/2023 | BRIGHTLINE 520 S. MAIN STREET SUITE 300 GRAPEVINE, TX 76051 |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE TRAVEL AGREEMENT DATED 05/18/2024 | BRIGHTLINE TRAINS FLORIDA LLC 101 CRAWFORDS CORNER ROAD SUITE 3-100 HOLMDEL, NJ 07733 |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 02/01/2008 | BRITISH AIRWAYS PLC, INC. P.O. BOX 365 HARMONDSWORTH MIDDLESEX, UNITED KINGDOM |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - FLL | BROWARD COUNTY C/O BROWARD COUNTY AVIATION DEPARTMENT 320 TERMINAL DRIVE SUITE 200 FORT LAUDERDALE, FL 33315 |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATORY TERMINAL BUILDING LEASE AGREEMENT | BROWARD COUNTY, STATE OF FLORIDA, BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS GOVERNMENTAL CENTER SUITE 423 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE, FL 33301 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AND USE AGREEMENT AND ADDENDUM DATED 08/17/1999<br><br>BROWARD COUNTY, STATE OF FLORIDA, BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS<br>GOVERNMENTAL CENTER<br>SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRLINE-AIRPORT LEASE AND USE AGREEMENT AND ADDENDUM DATED 08/17/1999<br><br>BROWARD COUNTY, STATE OF FLORIDA, BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS<br>GOVERNMENTAL CENTER<br>SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATORY  TERMINAL BUILDING LEASE AGREEMENT DATED 09/27/2011<br><br>BROWARD COUNTY, STATE OF FLORIDA, BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS<br>GOVERNMENTAL CENTER<br>SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRLINE-AIRPORT LEASE AND USE AGREEMENT DATED 08/17/1999<br><br>BROWARD COUNTY, STATE OF FLORIDA, BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS<br>GOVERNMENTAL CENTER<br>SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRLINE-AIRPORT LEASE AND USE AGREEMENT DATED 08/17/1999<br><br>BROWARD COUNTY, STATE OF FLORIDA, BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS<br>GOVERNMENTAL CENTER<br>SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - BUR<br><br>BURBANK–GLENDALE–PASADENA AIRPORT AUTHORITY<br>2627 NORTH HOLLYWOOD WAY<br>BURBANK, CA 91505 |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DATED 05/01/2023<br><br>CALL CENTER, INC.<br>1 MANGROVE WAY<br>BLDG. G15<br>MONTEGO BAY,<br>JAMAICA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 08/17/2018 | CAPITAL JET CENTER<br>100 AIRPORT ROAD<br>SUITE 165<br>CHARLESTON, WV 25311 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINAL / STATION LEASE - RIC | CAPITAL REGION AIRPORT COMMISSION<br>TERMINAL 1<br>1 RICHARD E BYRD TERMINAL DR<br>RICHMOND, VA 23250 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #3624 | CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #1535 | CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #3623 | CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #1536 | CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #3618 | CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3622<br><br>CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| **2.315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3616<br><br>CARLYLE AVIATION PARTNERS LTD.<br>848 BRICKELL AVENUE<br>SUITE 500<br>MIAMI, FL 33131 |
| **2.316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EMPLOYER AGREEMENT DATED 09/07/2023<br><br>CARRUM HEALTH, INC.<br>101 CRAWFORDS CORNER RD<br>SUITE 3-100<br>HOLMDEL, NJ 07733 |
| **2.317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST CONTRACT AMENDMENT DATED 01/01/2024<br><br>CAUSEY AVIATION SERVICES<br>1725 E INTERNATIONAL DR<br>MORRISVILLE, NC 27560-7690 |
| **2.318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM SHEET TO WHITE LABEL AGREEMENT DATED 03/15/2024<br><br>CAVU ECOMMERCE (AMER) LLC<br>100 N. LASALLE STREET<br>SUITE 900<br>CHICAGO, IL 60602 |
| **2.319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAJOR ACCOUNT AGREEMENT DATED 10/04/2016<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920 |
| **2.320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/17/2018<br><br>CENTRAL WEST VIRGINIA REGIONAL AIRPORT DBA CAPITAL JET CENTER<br>100 AIRPORT ROAD<br>SUITE 165<br>CHARLESTON, WV 25311 |

Debtor  24-11988-shl  Doc 312  Filed 01/02/25  Entered 01/02/25 18:10:58  Main Document
Spirit Airlines, Inc.  Pg 471 of 615  Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest PRICE QUOTE DATED 04/29/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |
| **2.322** State what the contract or lease is for and the nature of the debtor's interest PRICE QUOTE DATED 04/29/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |
| **2.323** State what the contract or lease is for and the nature of the debtor's interest PRICING QUOTE DATED 11/12/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |
| **2.324** State what the contract or lease is for and the nature of the debtor's interest PRICING QUOTE DATED 05/08/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |
| **2.325** State what the contract or lease is for and the nature of the debtor's interest PRICE QUOTE DATED 02/19/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |
| **2.326** State what the contract or lease is for and the nature of the debtor's interest PRICE QUOTE DATED 12/16/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |
| **2.327** State what the contract or lease is for and the nature of the debtor's interest PRICE QUOTE DATED 02/05/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | CENTURYLINK<br>1801 CALIFORNIA ST.<br>#900<br>DENVER, CO 80202 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.328**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICE QUOTE DATED 02/21/2020 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.329**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICING QUOTE DATED 05/18/2020 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.330**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICE QUOTE DATED 07/15/2020 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.331**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICE QUOTE DATED 03/03/2020 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.332**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICE QUOTE DATED 07/20/2020 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.333**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICE QUOTE DATED 11/12/2019 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.334**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> PRICE QUOTE DATED 11/25/2019 | CENTURYLINK <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT TO TOTAL ADVANTAGE AGREEMENT DATED 06/22/2016 <br><br> CENTURYLINK COMMUNICATIONS, LLC <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.336** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | TOTAL ADVANTAGE AGREEMENT – EZ – MONTHLY ASSESSMENT DATED 03/24/2016 <br><br> CENTURYLINK COMMUNICATIONS, LLC <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.337** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRICE QUOTE <br><br> CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.338** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRICE QUOTE DATED 01/25/2021 <br><br> CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.339** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CUSTOMER INFORMATION AND CONTRACT SPECIFICATIONS DATED 02/19/2021 <br><br> CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.340** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRICE QUOTE DATED 02/26/2021 <br><br> CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |
| **2.341** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRICE QUOTE DATED 01/25/2021 <br><br> CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP <br> 1801 CALIFORNIA ST. <br> #900 <br> DENVER, CO 80202 |

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                           Pg 474 of 615
                                                                Case number (If known): 24-11988 (SHL)

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest | PRICING QUOTE DATED 09/22/2020 | CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP 1801 CALIFORNIA ST. #900 DENVER, CO 80202 |

2.342
State what the contract or lease is for and the nature of the debtor's interest — PRICING QUOTE DATED 09/22/2020

State the term remaining

List the contract number of any government contract

CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP
1801 CALIFORNIA ST.
#900
DENVER, CO 80202

2.343
State what the contract or lease is for and the nature of the debtor's interest — PRICE QUOTE DATED 12/08/2020

State the term remaining

List the contract number of any government contract

CENTURYLINK COMMUNICATIONS, LLC D/B/A LUMEN TECHNOLOGIES GROUP
1801 CALIFORNIA ST.
#900
DENVER, CO 80202

2.344
State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK - 2 DATED 02/21/2024

State the term remaining

List the contract number of any government contract

CERTIFIED AVIATION SERVICES, LLC
1150 S. VINEYARD AVE.
ONTARIO, CA 91761

2.345
State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT DATED 02/25/2014

State the term remaining

List the contract number of any government contract

CERTIFIED AVIATION SERVICES, LLC
1150 S. VINEYARD AVE.
ONTARIO, CA 91761

2.346
State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK - 3 DATED 01/30/2024

State the term remaining

List the contract number of any government contract

CERTIFIED AVIATION SERVICES, LLC
1150 S. VINEYARD AVE.
ONTARIO, CA 92833

2.347
State what the contract or lease is for and the nature of the debtor's interest — GENERAL TERMS AGREEMENT DATED 01/30/2024

State the term remaining

List the contract number of any government contract

CERTIFIED AVIATION SERVICES, LLC.
1150 SOUTH VINEYARD AVENUE
ONTARIO, CA 91761

2.348
State what the contract or lease is for and the nature of the debtor's interest — MASTER ADVERTISING AGENCY SERVICES AGREEMENT DATED 06/14/2024

State the term remaining

List the contract number of any government contract

CHARLES TOMBRAS ADVERTISING, INC. D/B/A TOMBRAS, A TENNESSEE CORPORATION
620 SOUTH GAY STREET
KNOXVILLE, TN 37902

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NO. 1 DATED 06/14/2024<br><br><br>CHARLES TOMBRAS ADVERTISING, INC. D/B/A TOMBRAS, A TENNESSEE CORPORATION<br>620 SOUTH GAY STREET<br>KNOXVILLE, TN 37902 |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - CHS<br><br><br>CHARLESTON COUNTY AVIATION AUTHORITY<br>5500 INTERNATIONAL BLVD<br>NORTH CHARLESTON, SC 29418 |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/05/1990<br><br><br>CHARTER ONCE INC.<br>750 SW 34TH ST<br>STE 211<br>FORT LAUDERDALE, FL 33315 |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION AGREEMENT DATED 07/01/2021<br><br><br>CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC<br>1500 LOUISIANA STREET<br>5TH FLOOR<br>HOUSTON, TX 77002 |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPOT SALE<br><br><br>CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC<br>1500 LOUISIANA STREET<br>5TH FLOOR<br>HOUSTON, TX 77002 |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION AGREEMENT DATED 07/01/2024<br><br><br>CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC<br>1500 LOUISIANA STREET<br>5TH FLOOR<br>HOUSTON, TX 77002 |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCATION AGREEMENT DATED 07/01/2021<br><br><br>CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC<br>1500 LOUISIANA STREET<br>5TH FLOOR<br>HOUSTON, TX 77002 |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                        Pg 476 of 615        Case number (If known):  24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPOT SALE | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC.<br>1500 LOUISIANA STREET<br>5TH FLOOR<br>HOUSTON, TX 77002 |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM CONTRACT SPECIAL PROVISIONS DATED 07/01/2024 | CITGO PETROLEUM CORPORATION<br>1293 ELDRIDGE PARKWAY<br>HOUSTON, TX 77002 |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - ABQ | CITY OF ALBUQERQUE<br>P.O. BOX 9948<br>ALBUQUERQUE, NM 87119 |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - ATL | CITY OF ATLANTA , DEPARTMENT OF AVIATION<br>P.O. BOX 20509<br>ATLANTA, GA 30320 |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATL CARGO LEASE | CITY OF ATLANTA , DEPARTMENT OF AVIATION<br>P.O. BOX 20509<br>ATLANTA, GA 30320 |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - AUS | CITY OF AUSTIN - AUSTIN-BERGSTROM INTERNATIONAL AIRPORT<br>3600 PRESIDENTIAL BOULEVARD<br>SUITE 102<br>AUSTIN, TX 78719 |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - BOI | CITY OF BOISE AIRPORT ADMINISTRATION<br>3201 AIRPORT WAY<br>SUITE 1000<br>BOISE, ID 83705 |

Debtor    Spirit Airlines, Inc.    Case number (If known):    24-11988 (SHL)
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - CLT | CITY OF CHARLOTTE DEPARTMENT OF AVIATION 5501 JOSH BIRMINGHAM PKWY CHARLOTTE, NC 28208 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - ORD | CITY OF CHICAGO DEPARTMENT OF AVIATION 10510 W. ZEMKE RD. CHICAGO, IL 60666 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | IAH HANGAR LEASE | CITY OF HOUSTON - HOUSTON AIRPORT SYSTEM 16930 JFK BOULEVARD HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - IAH | CITY OF HOUSTON - HOUSTON AIRPORT SYSTEM 16930 JFK BOULEVARD HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - MCI | CITY OF KANSAS CITY PO BOX 20047 KANSAS CITY, MO 64195-0047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - LAX | CITY OF LOS ANGELES - LOS ANGELES WORLD AIRPORTS 1 WORLD WAY P.O. BOX 92216 LOS ANGELES, CA 90009-2216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - PNS | CITY OF PENSACOLA 2430 AIRPORT BOULEVARD SUITE 225 PENSACOLA, FL 32504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |


■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - PHX | CITY OF PHOENIX DEPARTMENT OF AVIATION<br>3400 SKY HBR BLVD<br>PHOENIX, AZ 85034 |
| **2.371** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - PIT | CITY OF PITTSBURGH<br>PITTSBURGH INTERNATIONAL AIRPORT LANDSIDE TERMINAL<br>4TH FLOOR MEZZ<br>PO BOX 12370<br>PITTSBURGH, PA 15231-0370 |
| **2.372** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - SLC | CITY OF SALT LAKE<br>SALT LAKE CITY DEPARTMENT OF AIRPORTS<br>P.O. BOX 145550<br>SALT LAKE CITY, UT 84114-5550 |
| **2.373** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - SAT | CITY OF SAN ANTONIO - DIRECTOR OF AVIATION<br>9800 AIRPORT BLVD<br>SAN ANTONIO, TX 78216 |
| **2.374** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - SJC | CITY OF SAN JOSE - DIRECTOR OF AVIATION<br>SAN JOSE MINETA INTERNATIONAL AIRPORT<br>1701 AIRPORT BOULEVARD<br>SUITE B-1130<br>SAN JOSE, CA 95110-1206 |
| **2.375** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - STL | CITY OF ST. LOUIS - DEPARTMENT OF AVIATION AIRPORT DIRECTOR/CEO<br>P.O. BOX 10212<br>ST. LOUIS, MO 63145-00212 |
| **2.376** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>TERMINAL / STATION LEASE - LAS | CLARK COUNTY DEPARTMENT OF AVIATION<br>P.O. BOX 11005<br>LAS VEGAS, NV 89111-1005 |

Debtor | Spirit Airlines, Inc.
Name

Case number (If known): 24-11988 (SHL)

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MARKETING AGREEMENT DATED 06/01/2019<br><br>CLARUS COMMERCE LLC<br>500 ENTERPRISE DRIVE<br>ROCKY HILL, CT 06067 |
| **2.378** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TERMINAL / STATION LEASE - CLE<br><br>CLEVELAND AIRPORT SYSTEM<br>PO BOX 81009<br>CLEVELAND, OH 44181 |
| **2.379** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PARTNER TRIAL AGREEMENT ° INSERTION ORDER DATED 12/06/2016<br><br>CLICKTRIPZ<br>1112 OCEAN DRIVE<br>SUITE 200<br>MANHATTAN BEACH, CA 90266 |
| **2.380** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ORDER FORM & NETWORK SERVICE TERMS & CONDITIONS DATED 07/19/2019<br><br>COGENT COMMUNICATIONS, INC.<br>2450 N STREET. NW<br>WASHINGTON, DC 20037 |
| **2.381** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | NETWORK SERVICES TERMS & CONDITIONS NORTH AMERICA DATED 11/20/2016<br><br>COGENT COMMUNICATIONS, INC.<br>2450 N STREET NW<br>WASHINGTON, DC 20037 |
| **2.382** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CUSTOMER ORDER FORM & PRODUCT RIDER - ETHERNET SERVICES GLOBAL DATED 01/06/2016<br><br>COGENT COMMUNICATIONS, INC.<br>2450 N STREET NW<br>WASHINGTON, DC 20037 |
| **2.383** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/20/2011<br><br>COLIBRI-HAIII, S.A.<br>TOUSSAINT LOUVERTURE INTT AIRPORT GUY MALARY AEROGARE<br>PORT-AU-PRINCE,<br>HAITI |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.384** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - CMH<br><br>COLUMBUS REGIONAL AIRPORT AUTHORITY<br>4600 INTERNATIONAL GATEWAY<br>COLUMBUS, OH 43219 |
| **2.385** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT & SERVICE AGREEMENT DATED 01/01/2022<br><br>COMANT INDUSTRIES INC., DBA COBHAM AEROSPACE COMMUNICATIONS<br>577 BURNING TREE ROAD<br>FULLERTON, CA 92833 |
| **2.386** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - SAL<br><br>COMISION EJECUTIVA POTUARIA AUTONOMA CEPA<br>EDIFICIO TORRE ROBLE.<br>BLVR. DE LOS HEROES<br>SAN SALVADOR,<br>EL SALVADOR |
| **2.387** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BNA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/10/2019<br><br>COMMAND SECURITY CORPORATION<br>A PROSEGUR COMPANY<br>512 HERNDON PARKWAY<br>SUITE A<br>HERNDON, VA 20170 |
| **2.388** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOOD SERVICES AGREEMENT DATED 03/25/2024<br><br>COMPASS GROUP USA, INC.<br>2400 YORKMONT ROAD<br>CHARLOTTE, NC 28217 |
| **2.389** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 02/02/2021<br><br>CONNECTED SOLUTIONS GROUP, LLC ("CSG")<br>8529 MEADOWBRIDGE RD. STE 300<br>MECHANICSVILLE, VA 23116 |
| **2.390** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - BDL<br><br>CONNECTICUT AIRPORT AUTHORITY<br>SCHOEPHOESTER RD<br>WINDSOR LOCKS, CT 06096 |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAAS    AGREEMENT DATED 01/01/2022<br><br>CONTACTMONKEY<br>1001 GALLUP DR<br>P.O. BOX 74007531<br>OMAHA, NE 68102-4222 |
| **2.392** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DATED 05/01/2023<br><br>CONTAX360, INC.<br>8201 PETERS RD<br>STE 1000<br>PLANTATION, FL 33324 |
| **2.393** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/01/2023<br><br>CONTAX360360, INC.<br>8201 PETERS RD<br>STE 1000<br>PLANTATION, FL 33324 |
| **2.394** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENDORSEMENT  TO POLICY AND CERTIFICATE OF INSURANCE DATED 01/01/2022<br><br>CONTINENTAL AMERICAN INSURANCE COMPANY<br>3082 W MAPLE LOOP DR<br>STE 1500<br>LEHI, UT 84043 |
| **2.395** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MCI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2014<br><br>CONTRACT AIRCRAFT MAINTAINANCE<br>16395 NW 136TH ST.<br>PLATTE CITY, MO 64079 |
| **2.396** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINE MAINTENANCE CONTRACT N °925-2012 DATED 08/16/2023<br><br>COOPESA R. L<br>P.O. BOX 24-4060<br>ALAJUELA,<br>COSTA RICA |
| **2.397** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - SMF<br><br>COUNTY OF SACRAMENTO - DEPARTMENT OF AIRPORTS<br>DIRECTOR OF AIRPORTS<br>6900 AIRPORT BLVD<br>SACRAMENTO, CA 95837 |

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.398** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PARTNERSHIP AGREEMENT <br><br><br><br> COVER GENIUS LATIN AMERICA S.A <br> 1294 INNOVATION CENTER OFFICE 216 <br> MONTEVIDEO, <br> URUGUAY |
| **2.399** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CO-BRAND CREDIT CARD PROGRAM AGREEMENT DATED 08/07/2020 <br><br> CREDITSHOP LLC <br> 504 LAVACA STREET <br> SUITE 930 <br> AUSTIN, TX 78701 |
| **2.400** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CRW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/03/2011 <br><br> CRW SERVICES <br> 100 AIRPORT ROAD <br> SUITE 175 <br> CHARLESTON, WV 25311 |
| **2.401** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROPERTY MANAGEMENT AGREEMENT DATED 12/21/2023 <br><br> CUSHMAN & WAKEFIELD U.S., INC. <br> 225 NE MIZNER BLVD. <br> SUITE 300 <br> BOCA RATON, FL 33432 |
| **2.402** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #3605 <br><br><br><br> DAE (IRELAND) LIMITED <br> BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY <br> DUBLIN 2, D02RR77 <br> IRELAND |
| **2.403** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #3606 <br><br><br><br> DAE (IRELAND) LIMITED <br> BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY <br> DUBLIN 2, D02RR77 <br> IRELAND |
| **2.404** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #3611 <br><br><br><br> DAE (IRELAND) LIMITED <br> BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY <br> DUBLIN 2, D02RR77 <br> IRELAND |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3617<br><br>DAE (IRELAND) LIMITED<br>BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY<br>DUBLIN 2, D02RR77<br>IRELAND |
| **2.406** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4929<br><br>DAE (IRELAND) LIMITED<br>BLOCK B RIVERSIDE IV SIR JOHN ROGERSON'S QUAY<br>DUBLIN 2, D02RR77<br>IRELAND |
| **2.407** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDU-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/02/2019<br><br>DAL GLOBAL SERVICES, LLC DBA UNIFI<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| **2.408** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BDL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE<br><br>DAL GLOBAL SERVICES, LLC DBA UNIFI<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| **2.409** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/01/2021<br><br>DAL GLOBAL SERVICES, LLC DBA UNIFI<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| **2.410** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BNA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/10/2019<br><br>DAL GLOBAL SERVICES, LLC DBA UNIFI<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |
| **2.411** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MYR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/24/2015<br><br>DAL GLOBAL SERVICES, LLC DBA UNIFI<br>980 VIRGINIA AVENUE<br>4TH FLOOR<br>ATLANTA, GA 30354 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.412** State what the contract or lease is for and the nature of the debtor's interest — DTW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2020 <br><br> State the term remaining <br><br> List the contract number of any government contract | DAL GLOBAL SERVICES, LLC DBA UNIFI <br> 980 VIRGINIA AVENUE <br> ATLANTA, GA 30354 |
| **2.413** State what the contract or lease is for and the nature of the debtor's interest — CLT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | DAL GLOBAL SERVICES, LLC DBA UNIFI <br> 980 VIRGINIA AVENUE <br> 4TH FLOOR <br> ATLANTA, GA 30354 |
| **2.414** State what the contract or lease is for and the nature of the debtor's interest — TPA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/10/2014 <br><br> State the term remaining <br><br> List the contract number of any government contract | DAL GLOBAL SERVICES, LLC DBA UNIFI <br> 980 VIRGINIA AVENUE <br> 4TH FLOOR <br> ATLANTA, GA 30354 |
| **2.415** State what the contract or lease is for and the nature of the debtor's interest — MSP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2018 <br><br> State the term remaining <br><br> List the contract number of any government contract | DAL GLOBAL SERVICES, LLC DBA UNIFI <br> 980 VIRGINIA AVENUE <br> 4TH FLOOR <br> ATLANTA, GA 30354 |
| **2.416** State what the contract or lease is for and the nature of the debtor's interest — TPA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/10/2014 <br><br> State the term remaining <br><br> List the contract number of any government contract | DAL GLOBAL SERVICES, LLC. <br> 980 VIRGINIA AVENUE <br> 4TH FLOOR <br> ATLANTA, GA 30354 |
| **2.417** State what the contract or lease is for and the nature of the debtor's interest — TERMINAL / STATION LEASE - DFW <br><br> State the term remaining <br><br> List the contract number of any government contract | DALLAS FT. WORTH INTERNATIONAL AIRPORT <br> P.O. BOX 619428 <br> DFW AIRPORT, TX 75261 |
| **2.418** State what the contract or lease is for and the nature of the debtor's interest — CORPORATE HOUSING LEASE <br><br> State the term remaining <br><br> List the contract number of any government contract | DANIA LIVE 1748 II, LLC <br> PO BOX 30344 <br> TAMPA, FL 33630 |

Debtor     24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.             Pg 485 of 615     Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 | DAVIES SKYCAP SERVICES, INC<br>P.O. BOX 6818<br>BURBANK, CA 91510 |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INFLIGHT TRAINING LEASE | DECATUR BUSINESS CENTER LLC<br>6280 S. VALLEY VIEW BLVD<br>STE 106<br>LAS VEGAS, NV 89118 |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINE MAINTENANCE AGREEMENT DATED 04/01/2015 | DELTA AIR LINES, INC.<br>1010 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LINE MAINTENANCE AGREEMENT DATED 04/01/2015 | DELTA AIR LINES, INC.<br>1010 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPARE PARTS NON-POOL LOAN AGREEMENT | DELTA AIR LINES, INC.<br>HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT<br>ATLANTA, GA 30354 |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXHIBIT N TO ON-CALL MAINTENANCE AGREEMENT DATED 04/16/2017 | DELTA AIR LINES, INC.<br>HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT<br>ATLANTA, GA 30354 |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 02/01/2008 | DELTA AIR LINES, INC.<br>DEPARTMENT 920<br>P.O. BOX 20531<br>ATLANTA, GA 30320-2531 |

Debtor    Spirit Airlines, Inc.                                    Case number (If known):    24-11988 (SHL)
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SPARE PARTS NON-POOL LOAN AGREEMENT  DELTA AIR LINES, INC. HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT ATLANTA, GA 30354 |
| **2.427** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | TERMINAL / STATION - GUA  DIRECCION GENERAL DE AERONAUTICA CIVIL.  DGAC. 9A AVENIDA  14-75 ZONA 13 CIUDAD, GUATEMALA |
| **2.428** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | FLL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2011  DIRECT AIRLINE SERVICES 4030 NW 29TH MIAMI FL33142 MIAMI, FL 33142 |
| **2.429** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | MASTER SERVICES AGREEMENT  DIRECTPATH 11501 DUBLIN BLVD. SUITE 200 DUBLIN, CA 94568 |
| **2.430** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | DOCUSIGN MASTER SERVICES AGREEMENT DATED 05/13/2022  DOCUSIGN, INC. 221 MAIN STREET SUITE 1550 SAN FRANCISCO, CA 94105 |
| **2.431** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/23/2019  EAGLE AVIATION SERVICES LLC 1 ALABAMA AVENUE PLATTSBURGH, NY 12903 |
| **2.432** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | GENERAL TERMS AGREEMENT FOR THE SUPPLY OF SERVICES DATED 04/17/2023  ECUBE SOLUTIONS LLC 1209 ORANGE STREET WILMINGTON NEW CASTLE COUNTY, DE 19801 |

Debtor   Spirit Airlines, Inc.
_____
Name

Case number (If known): 24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.433** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 1 TO GTA | ECUBE SOLUTIONS LLC<br>1209 ORANGE STREET<br>WILMINGTON<br>NEW CASTLE COUNTY, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.434** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT FOR SAAS HOSTED PRODUCTS DATED 07/06/2021 | ELP AVIATION, INC.<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS 67031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.435** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK FOR SERVICES DATED 04/01/2024 | ELP AVIATION, INC.<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS 67031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.436** | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK FOR SERVICES-LICENSE TO USE CREW SCHEDULING DASHBOARD DATED 04/01/2024 | ELP AVIATION, INC.<br>1159 DONALD LANE<br>CONWAY SPRINGS, KS 67031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.437** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED 01/06/2024 | EMO ADVISORS, INC.<br>ONE EXPRESS WAY<br>ST. LOUIS, MO 63121 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.438** | State what the contract or lease is for and the nature of the debtor's interest | MGA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2011 | EMPRESA ADMINISTRADORA DE AEROPUERTOS INTERNACIONALES EAAI<br>AUGUSTO C SANDINO INTERNATIONAL AIRPORT<br>MANAGUA,<br>NICARAGUA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.439** | State what the contract or lease is for and the nature of the debtor's interest | MGA-CONTRATO DE SERVICIO DE SEGURIDAD | EMPRESA ADMINISTRADORA DE AEROPUERTOS INTERNACIONALES EAAI<br>AUGUSTO C SANDINO INTERNATIONAL AIRPORT<br>MANAGUA,<br>NICARAGUA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Spirit Airlines, Inc.    Case number (If known):    24-11988 (SHL)
Name

<table>
<tr><td colspan="2">■</td><td><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.440** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - MGA<br><br>EMPRESA ADMINISTRADORA DE AEROPUERTOS NACIONALES E INTERNACIONALES<br>KM 11.5 CARRETERA NORTE<br>MANAGUA,<br>NICARAGUA |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - SAP<br><br>EMPRESA HONDUREÑA DE INFRAESTRUCTURA Y SERVICIOS AEROPORTUARIOS S.A. (EHISA)<br>AEROPUERTO RAMON VILLEDA MORALES<br>MUNICIPIO SAN PEDRO<br>SULA DEPARTAMENTO<br>CORTES,<br>HONDURAS |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/18/2009<br><br>EMPRESAS AIC, S.A.<br>AEROPUERTO INTERNACIONAL DEL CIBAO UVERAL<br>LICEY AL MEDIO<br>SANTIAGO,<br>DOMINICAN REPUBLIC |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #17829<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3604<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #15204<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #16733<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #17583<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3601<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3603<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3602<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE LEASE ESN #15319<br><br>ENGINE LEASE FINANCE CORPORATION<br>156 SHANNON FREE ZONE<br>SHANNON<br>CO. CLARE,<br>IRELAND |
| **2.452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4951<br><br>EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10028 |
| **2.453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3633<br><br>EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10028 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3613<br><br>EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10028 |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3635<br><br>EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10028 |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3626<br><br>EOS AVIATION 10745 LLC<br>C/O MERX AVIATION FINANCE  LLC<br>1370 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10028 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNEX II - LOCATION AGREEMENTS FOR EACH LOCATION<br><br>EQUILON ENTERPRISES LLC<br>150 N. DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DATED 05/21/2019<br><br>EQUILON ENTERPRISES LLC<br>150 N. DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION FUEL SUPPLY AGREEMENT DATED 06/03/2019<br><br>EQUILON ENTERPRISES LLC<br>150 N. DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNEX II -    LOCATION AGREEMENTS    FOR EACH LOCATION<br><br>EQUILON ENTERPRISES LLC<br>150 N. DAIRY ASHFORD<br>HOUSTON, TX 77079 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.461** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/15/2019<br><br>ERC CCI LIMITED<br>LEVEL 2<br>ALEXANDER HOUSE<br>SILICON AVENUE<br>EBENE CYBERCITY, 72201<br>MAURITIUS |
| **2.462** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/15/2019<br><br>ERC CCI LIMITED<br>LEVEL 2<br>ALEXANDER HOUSE<br>SILICON AVENUE<br>EBENE CYBERCITY, 72201<br>MAURITIUS |
| **2.463** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DATED 07/15/2019<br><br>ERC-CCI LIMITED<br>LEVEL 2<br>ALEXANDER HOUSE<br>SILICON AVE<br>EBENE CYBERCITY, 72201<br>MAURITIUS |
| **2.464** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DATED 07/15/2019<br><br>ERC-CCI LIMITED<br>LEVEL 2<br>ALEXANDER HOUSE<br>SILICON AVE<br>EBENE CYBERCITY, 72201<br>MAURITIUS |
| **2.465** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DATED 07/15/2019<br><br>ERC-CCI LIMITED<br>ALEXANDER HOUSE<br>SILICON AVE<br>EBENE CYBERCITY, 72201<br>MAURITIUS |
| **2.466** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/01/2020<br><br>ERMC AVIATION, LLC<br>980 VIRGINIA AVENUE, 4TH FLOOR<br>ATLANTA, GA 30354 |
| **2.467** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MIA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/06/2021<br><br>EULEN AMERICA<br>7200 CORPORATE CENTER DR.<br>SUITE 206<br>MIAMI, FL 33126 |

Debtor    Spirit Airlines, Inc.                                Case number (If known):    24-11988 (SHL)
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.468** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RSW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2015 | EULEN AMERICA<br>7200 CORPORATE CENTER DR.<br>SUITE 206<br>MIAMI, FL 33126 |
| **2.469** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTATION SUMMARY DATED 07/02/2019 | EVERBRIDGE, INC.<br>155 NORTH LAKE AVENUE<br>SUITE 900<br>PASADENA, CA 91101 |
| **2.470** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/13/2019 | EVERBRIDGE, INC.<br>25 CORPORATE DRIVE<br>BURLINGTON, MA 01803 |
| **2.471** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED AND RESTATED MASTER SERVICES AGREEMENT DATED 10/12/2020 | EVERISE, INC.<br>600 N. PINE ISLAND ROAD<br>SUITE 320<br>PLANTATION, FL 33324 |
| **2.472** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED AND RESTATED STATEMENT OF WORK DATED 10/12/2021 | EVERISE, INC.<br>600 N. PINE ISLAND ROAD<br>SUITE 320<br>PLANTATION, FL 33324 |
| **2.473** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED AND RESTATED MASTER SERVICES AGREEMENT DATED 10/12/2020 | EVERISE, INC.<br>600 N. PINE ISLAND ROAD<br>SUITE 320<br>PLANTATION, FL 33324 |
| **2.474** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED AND RESTATED STATEMENT OF WORK DATED 10/12/2021 | EVERISE, INC.<br>600 N. PINE ISLAND ROAD<br>SUITE 320<br>PLANTATION, FL 33324 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TICKETING AGREEMENT DATED 12/01/2012<br><br>EXPEDIA, INC., A WASHINGTON CORPORATION FOR ITSELF AND ON BEHALF OF TRAVELSCAPE, LLC, AND VACATIONSPOT, S.L.<br>333 108TH AVENUE NE<br>BELLEVUE, WA 98004 |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PHARMACY BENEFIT MANAGEMENT AGREEMENT DATED 01/01/2016<br><br>EXPRESS SCRIPTS, INC.<br>P.O. BOX 84075<br>COLUMBUS, GA 31993-9103 |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/01/2022<br><br>F&E AIRCRAFT MAINTENANCE (MIAMI) LLC<br>657 SOUTH DRIVE<br>SUITE 306<br>MIAMI SPRINGS, FL 33166 |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE FOR LINE MAINTENANCE DATED 07/01/2024<br><br>FEDERAL EXPRESS CORPORATION<br>3610 HACKS CROSS ROAD<br>MEMPHIS, TN 38125X |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SGHA) DATED 07/01/2024<br><br>FEDERAL EXPRESS CORPORATION<br>3610 HACKS CROSS ROAD<br>MEMPHIS, TN 38125X |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR REDUCED RATE TRANSPORTATION DATED 05/25/2017<br><br>FEDEX CORPORATION<br>942 S. SHADY GROVE ROAD<br>MEMPHIS, TN 38120 |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #2 DATED 08/01/2023<br><br>FIRST KONTACT BPO DOING BUSINESS AS ADVANTAGE COMMUNICATIONS<br>7260 W. AZURE DRIVE #140-788<br>LAS VEGAS, NV 89130 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.482** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #2 DATED 08/01/2023 | FIRST KONTACT BPO DOING BUSINESS AS ADVANTAGE COMMUNICATIONS<br>7260 W. AZURE DRIVE #140-788<br>LAS VEGAS, NV 89130 |
| **2.483** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2022 | FJET LLC<br>1551 LAS GLORIETAS SW<br>ALBUQUERQUE, NM 87105 |
| **2.484** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 06/01/2023 | FLIGHT TECH WORLDWIDE CORP<br>5600 NW 36 STREET<br>MIAMI, FL 33166 |
| **2.485** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 04/05/2023 | FLIGHTCHECK COMMERCIAL AVIATION SERVICES<br>516 NORTH YORK RD<br>BENSENVILLE, IL 60106 |
| **2.486** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THE STANDARD GROUND HANDLING AGREEMENT (SGHA) OF JANUARY 2004 DATED 11/17/2021 | FLIGHTDECK SOLUTIONS S D R.L<br>PALMEROLA INTERNATIONAL AIRPORT LOCAL OFICINA #8 FRENTE A PLATAFORMA COMERCIAL<br>COMAYAGUA,<br>HONDURAS |
| **2.487** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PSE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/16/2022 | FORTUNE GROUP TRANSPORT, INC<br>CARGO AREA-BASE MUNIZ LUIS MUNOZ MARIN INTERNATIONAL AIRPORT<br>PO BOX 37187<br>SAN JUAN, PR 00937 |
| **2.488** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BQN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/01/2010 | FORTUNE GROUP TRANSPORT, INC<br>CARGO AREA BASE MUNIZ LUIS MUNOZ MARIN INTERNATIONAL AIRPORT<br>PO BOX 37187<br>SAN JUAN, PR 00937 |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                         Pg 495 of 615    Case number (If known):  24-11988 (SHL)

Name

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.489** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL SERVICE AGREEMENT DATED 12/01/2023 | FOXTROT AVIATION SERVICES LLC<br>5440 FULTON ROAD.<br>SUITE 201<br>CANTON, OH 44718 |
| **2.490** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOVATION AGREEMENT DATED 11/01/2021 | FPAP SOLUTIONS GMBH<br>THEODOR-HEUSS STR 2<br>BRAUNSCHWEIG, 38122<br>GERMANY |
| **2.491** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BILATERAL AGREEMENT FOR OBTAINING INVENTORY FOLLOWING AN IRREGULAR OPERATION | FRONTIER AIRLINES, INC.<br>4545 AIRPORT WAY<br>DENVER, CO 80239 |
| **2.492** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2023 | FSM GROUP, LLC<br>201 EAST PINE STREET<br>SUITE 210<br>ORLANDO, FL 32801 |
| **2.493** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2018 | FSM GROUP, LLC<br>201 EAST PINE STREET<br>SUITE 210<br>ORLANDO, FL 32801 |
| **2.494** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2023 | FSM GROUP, LLC<br>201 EAST PINE STREET<br>SUITE 210<br>ORLANDO, FL 32801 |
| **2.495** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/28/2018 | FSM GROUP, LLC<br>201 EAST PINE STREET<br>SUITE 210<br>ORLANDO, FL 32801 |

Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                              Pg 496 of 615              Case number (If known):  24-11988 (SHL)

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.496** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/28/2018 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |
| **2.497** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2023 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |
| **2.498** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/28/2018 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |
| **2.499** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/02/2019 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |
| **2.500** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2018 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |
| **2.501** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2018 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |
| **2.502** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2023 <br><br> FSM GROUP, LLC <br> 201 EAST PINE STREET <br> SUITE 210 <br> ORLANDO, FL 32801 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | FUEL SYSTEM INTERLINE AGREEMENT DATED 09/29/2011 | FT. LAUDERDALE FUEL FACILITIES LLC, 118-29 QUEENS BLVD. FOREST HILLS, NY 11375 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 09/15/2023 | FTAIR, LLC. 2456 WINCHESTER RD HANGAR #14 MEMPHIS, TN 38116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION SERVICE AGREEMENT | FUELPLUS THEODOR-HEUSS STR 2 BRAUNSCHWEIG, 38122 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | NOVATION AGREEMENT DATED 11/01/2021 | FUELPLUS SOFTWARE SCS THEODOR-HEUSS STR 2 BRAUNSCHWEIG, 38122 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4992 | FUYO GENERAL LEASE CO. LTD. 5-1-1 KOJIMACHI CHIYODA-KU TOKYO, JAPAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4986 | FUYO GENERAL LEASE CO. LTD. 5-1-1 KOJIMACHI CHIYODA-KU TOKYO, JAPAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4981 | FUYO GENERAL LEASE CO. LTD. 5-1-1 KOJIMACHI CHIYODA-KU TOKYO, JAPAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4990 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1  KOJIMACHI<br>CHIYODA-KU<br>TOKYO,<br>JAPAN |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4983 | FUYO GENERAL LEASE CO. LTD.<br>5-1-1  KOJIMACHI<br>CHIYODA-KU<br>TOKYO,<br>JAPAN |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/20/2022 | G.A.T. AIRLINE GROUND SUPPORT, INC.<br>244 CITY CIRCLE<br>STE. 2000A<br>PEACHTREE CITY, GA 30269 |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SDF-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021 | G.A.T. AIRLINE GROUND SUPPORT, INC.<br>244 CITY CIRCLE<br>STE. 2000A<br>PEACHTREE CITY, GA 30269 |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2017 | G2 SECURE STAFF FKA S.A.S. SERVICES GROUP, INC. (S.A.S.)<br>8939 S SEPULVEDA BLVD<br>SUITE 500<br>LOS ANGELES, CA 90045 |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/19/2016 | G2 SECURE STAFF FKA S.A.S. SERVICES GROUP, INC. (S.A.S.)<br>8939 S SEPULVEDA BLVD<br>SUITE 500<br>LOS ANGELES, CA 90045 |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RNO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/10/2022 | G2 SECURE STAFF FKA S.A.S. SERVICES GROUP, INC. (S.A.S.)<br>8939 S SEPULVEDA BLVD<br>SUITE 500<br>LOS ANGELES, CA 90045 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.517** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2007 | G2 SECURE STAFF FKA S.A.S. SERVICES LLP. (S.A.S.)<br>7600 W. MANCHESTER AVE.<br>STE #332<br>PLAYA DEL REY, CA 90283 |
| **2.518** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/15/2017 | G2 SECURE STAFF, L.L.C.<br>400 E. LAS COLINAS BLVD<br>SUITE 750<br>IRVING, TX 75039 |
| **2.519** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IND-FIRST CONTRACT AMENDMENT DATED 01/01/2022 | G2 SECURE STAFF, L.L.C.<br>400 E. LAS COLINAS BLVD<br>SUITE 750<br>IRVING, TX 75039 |
| **2.520** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOS-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/05/2021 | G2 SECURE STAFF, L.L.C.<br>400 E. LAS COLINAS BLVD<br>SUITE 750<br>IRVING, TX 75039 |
| **2.521** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BOI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/05/2022 | G2 SECURE STAFF, L.L.C.<br>400 E. LAS COLINAS BLVD<br>SUITE 750<br>IRVING, TX 75039 |
| **2.522** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021 | G2 SECURE STAFF, L.L.C.<br>400 E. LAS COLINAS BLVD<br>SUITE 750<br>IRVING, TX 75039 |
| **2.523** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OAK-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/15/2020 | G2 SECURE STAFF, L.L.C.<br>400 E. LAS COLINAS BLVD<br>SUITE 750<br>IRVING, TX 75039 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | SJC-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/07/2023 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | BOI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/05/2022 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | MEM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/20/2022 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SAT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2022 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | MKE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/24/2021 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | SAT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2022 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | SDF-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/27/2021 | G2 SECURE STAFF, L.L.C. 400 E. LAS COLINAS BLVD SUITE 750 IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Spirit Airlines, Inc.

Name

Case number (If known): 24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>GLOBAL AIRLINE DISTRIBUTION AGREEMENT DATED 01/06/1994 | GALILEO INTERNATIONAL PARTNERSHIP<br>9700 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 |
| **2.532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>AMENDMENT NO. 1 TO INTERNATIONAL AGREEMENT DATED 05/30/2008 | GALILEO INTERNATIONAL, L.L.C.<br>PO BOX 402395<br>ATLANTA, GA 30384-2395 |
| **2.533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>SERVICES AGREEMENT DATED 08/25/2006 | GALILEO INTERNATIONAL, L.L.C.<br>PO BOX 402395<br>ATLANTA, GA 30384-2395 |
| **2.534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>SERVICES AGREEMENT DATED 08/25/2006 | GALILEO NEDERLAND BV<br>PO BOX 402395<br>ATLANTA, GA 30384-2395 |
| **2.535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>AMENDMENT NO. 1 TO INTERNATIONAL AGREEMENT DATED 05/30/2008 | GALILEO NEDERLAND BV<br>PO BOX 402395<br>ATLANTA, GA 30384-2395 |
| **2.536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>ENGAGEMENT LETTER DATED 01/12/2016 | GALLUP, INC.<br>261 N UNIVERSITY DRIVE<br>PLANTATION, FL 33324 |
| **2.537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br>MCI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2020 | GAT AIRLINE GROUND SUPPORT<br>246 CITY CIRCLE<br>SUITE 2200<br>PEACHTREE CITY, GA 30269 |

Debtor    Spirit Airlines, Inc.
         _____
         Name

Case number (If known):    24-11988 (SHL)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.538** State what the contract or lease is for and the nature of the debtor's interest — AUS-FIFTH CONTRACT AMENDMENT DATED 11/01/2021 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 400 E. LAS COLINAS BLVD <br> SUITE 750 <br> IRVING, TX 75039 |
| **2.539** State what the contract or lease is for and the nature of the debtor's interest — SLC-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/26/2022 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 244 CITY CIRCLE SE. <br> STE. 2000A <br> PEACHTREE CITY, GA 30269 |
| **2.540** State what the contract or lease is for and the nature of the debtor's interest — BUR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 246 CITY CIRCLE <br> SUITE 2200 <br> PEACHTREE CITY, GA 30269 |
| **2.541** State what the contract or lease is for and the nature of the debtor's interest — SJC-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/07/2023 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 244 CITY CIRCLE SE. <br> STE. 2000A <br> PEACHTREE CITY, GA 30269 |
| **2.542** State what the contract or lease is for and the nature of the debtor's interest — PHL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2017 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 8525 AIRPORT BLVD WEST RAMP ROAD <br> MOBILE, AL 36608 |
| **2.543** State what the contract or lease is for and the nature of the debtor's interest — MSY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2018 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 8525 AIRPORT BLVD WEST RAMP ROAD <br> MOBILE, AL 36608 |
| **2.544** State what the contract or lease is for and the nature of the debtor's interest — SMF-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 <br> State the term remaining <br> List the contract number of any government contract | GAT AIRLINE GROUND SUPPORT <br> 246 CITY CIRCLE <br> SUITE 2200 <br> PEACHTREE CITY, GA 30269 |

Debtor   Spirit Airlines, Inc.

Name

Case number (If known):   24-11988 (SHL)

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.545** State what the contract or lease is for and the nature of the debtor's interest | SAN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2016 | GAT AIRLINE GROUND SUPPORT 8525 AIRPORT BLVD WEST RAMP ROAD MOBILE, AL 36608 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.546** State what the contract or lease is for and the nature of the debtor's interest | RIC-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/15/2018 | GAT AIRLINE GROUND SUPPORT 8525 AIRPORT BLVD. WEST RAMP ROAD MOBILE, AL 36608 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.547** State what the contract or lease is for and the nature of the debtor's interest | KIN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/10/2007 | GCG FKA JAMAICA DISPTACH SERVICES LIMITED SANGSTER INTERNATIONAL AIRPORT PO BOX 604 MONTEGO BAY 2, JAMAICA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.548** State what the contract or lease is for and the nature of the debtor's interest | STT-THIRD CONTRACT AMENDMENT DATED 05/01/2023 | GCG GROUND SERVICES NISKY MALL BOXES PMB 403 ST THOMAS, USVI, VI 00802 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.549** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 12/15/2017 | GEMA TOURS S.A. CALLE 30 #19 64 PISO 2 BARRIO PIE DE LA POPA CARTAGENA BOLIVAR, COLOMBIA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.550** State what the contract or lease is for and the nature of the debtor's interest | AUA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2007 | GENERAL AIR SERVICE, NV 52 L.G. SMITH BOULEVARD ORANJESTAD, ARUBA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.551** State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION - PUJ | GENERAL AIR SERVICES MAX HENRIQUEZ URENA EDIF ELAB STE 203 EVARISTO MORALES SANTO DOMINGO, DOMINICAN REPUBLIC |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | AG – CTO LINE OF CREDIT AND SALES - AGREEMENT DATED 01/01/2020 | GENERAL AIR SERVICES HOLDING LTD CALLE MAX HENRIQUEZ URENA ESQ. AVENIDA WINSTON CHURCHILL SUITES 103,104 SANTO DOMINGO, 10147 CHILE |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2018 | GENERAL AVIATION, LLC. D/B/A ATLANTIC AVIATION 749 LOCKHEED DRIVE KENNER, LA 70062 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | PTY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/30/2008 | GIRAG PANAMA S.A. TOCUMEN INTERNATIONAL AIRPORT APARTADO 6870 PANAMA CITY 5, PANAMA |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | SPARE PARTS NON-POOL LOAN AGREEMENT DATED 02/09/2023 | GLOBAL CROSSING AIRLINES, INC. BLDG. 5A MIAMI INT'L AIRPORT 4TH FLOOR 4200 NW 36TH STREET MIAMI, FL 33146 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | SPARE PARTS NON-POOL LOAN AGREEMENT DATED 02/09/2023 | GLOBAL CROSSING AIRLINES, INC. BLDG. 5A MIAMI INT'L AIRPORT 4TH FLOOR 4200 NW 36TH STREET MIAMI, FL 33146 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | LEASE GENERAL TERMS AGREEMENT DATED 08/01/2023 | GLOBAL ENGINE STANDS INC 14397 SW 143RD COURT UNIT 104 MIAMI, FL 33186 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | HAMILTON SUNDSTRAND FLIGHTSENSETM REPAIR AGREEMENT NO. 20-PMG03083B DATED 04/28/2021 | GOODRICH CORPORATION, A COLLINS AEROSPACE COMPANY 4115 CORPORATE CENTER DRIVE MONROE, NC 28110 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                    Pg 505 of 615        Case number (If known): 24-11988 (SHL)

Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | DATA LICENSE AND USE AGREEMENT DATED 07/12/2017 | GOOGLE INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | FLIGHTS BOOKING VERIFICATION AGREEMENT DATED 04/23/2024 | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | WAREHOUSE LEASE | GREATER ORLANDO AVIATION AUTHORITY ONE JEFF FUQUA BLVD ORLANDO, FL 32827-4392 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | MCO OCC LEASE | GREATER ORLANDO AVIATION AUTHORITY ONE JEFF FUQUA BLVD ORLANDO, FL 32827-4392 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - MCO | GREATER ORLANDO AVIATION AUTHORITY ONE JEFF FUQUA BLVD ORLANDO, FL 32827-4392 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 04/08/2024 | GREEN IRONY, LLC 200 2ND AVENUE S SUITE 825 ST. PETERSBURG, FL 33701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE REQUEST DATED 06/28/2024 | GREEN IRONY, LLC 200 2ND AVENUE S SUITE 825 ST. PETERSBURG, FL 33701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Spirit Airlines, Inc.
_____
Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT | GREEN IRONY, LLC <br> 200 2ND AVENUE SOUTH <br> SUITE 825 <br> ST. PETERSBURG, FL 33701 |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 08/18/2020 | GREEN IRONY, LLC <br> 200 2ND AVENUE S <br> SUITE 825 <br> ST. PETERSBURG, FL 33701 |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SJU-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/01/2009 | GROUND MOTIVE DEPENDABLE (GMD) <br> CARGO AREA-BASE MUNIZ LUIS MUNOZ MARIN INTERNATIONAL AIRPORT <br> PO BOX 37667 <br> SAN JUAN, PR 00937-7667 |
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BQN-SECOND CONTRACT AMENDMENT DATED 01/01/2022 | GROUND MOTIVE DEPENDABLE (GMD) <br> CARGO AREA-BASE MUNIZ LUIS MUNOZ MARIN INTERNATIONAL AIRPORT <br> PO BOX 37667 <br> SAN JUAN, PR 00937-7667 |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT SERVICES AGREEMENT DATED 10/15/2021 | HAECO AIRFRAME SERVICES, LLC <br> 102 SE ACADEMIC AVE <br> LAKE CITY, FL 32025 |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 1 TO PURCHASE AGREEMENT DATED 05/15/2023 | HAECO CABIN SOLUTIONS, LLC <br> 8010 PIEDMONT TRIAD PARKWAY <br> GREENSBORO, NC 27409 |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AGREEMENT DATED 10/08/2021 | HAECO CABIN SOLUTIONS, LLC <br> 8010 PIEDMONT TRIAD PARKWAY <br> GREENSBORO, NC 27409 |

Debtor    Spirit Airlines, Inc.

Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2014    HAMASERCO<br>AEROPORT INTERNATIONAL TOUSSAINT LOUVERTURE HAITIAN AMERICAN AVIATIN SERVICE CO S.A.<br>PORT-AU-PRINCE,<br>HAITI |
| **2.574**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSE LEASE    HILLSBOROUGH COUNTY AVIATION AUTH<br>P.O. BOX 22287<br>TAMPA, FL 33622-2287 |
| **2.575**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - TPA    HILLSBOROUGH COUNTY AVIATION AUTHORITY - AIRPORT CEO<br>P.O. BOX 22287<br>TAMPA, FL 33622-2287 |
| **2.576**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HIRERIGHT SERVICE AGREEMENT GUIDE DATED 02/14/2022    HIRERIGHT, LLC<br>662 KING STREET WEST<br>TORONTO, ON M5V 1M7<br>CANADA |
| **2.577**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR BAGGAGE DELIVERY SERVICES DATED 09/01/2016    HOME SERV DELIVERY, LLC<br>HOME SERV DELIVERY LLC<br>ATTN BOB MILES<br>6751 FORUM DRIVE<br>SUITE 200<br>ORLANDO, FL 32821 |
| **2.578**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 5 TO MAINTENANCE SERVICE AGREEMENT DATED 02/22/2022    HONEYWELL INTERNATIONAL INC<br>1944 E. SKY HARBOR CIRCLE<br>PHOENIX, AZ 85034 |
| **2.579**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 3 TO MASTER SERVICE AGREEMENT DATED 01/29/2020    HONEYWELL INTERNATIONAL INC.<br>1944 E. SKY HARBOR CIRCLE.<br>PHOENIX., AZ 85034 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT & SERVICE AGREEMENT DATED 01/01/2006 | HONEYWELL INTERNATIONAL INC. 1944 E. SKY HARBOR CIRCLE NORTH PHOENIX, AZ 85034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERVICE AGREEMENT DATED 04/01/2016 | HONEYWELL INTERNATIONAL INC. 1944 EAST SKY HARBOR CIRCLE PHOENIX, AZ 85034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT & SERVICE AGREEMENT DATED 01/19/2022 | HONEYWELL INTERNATIONAL INC., 1944 E. SKY HARBOR CIRCLE NORTH PHOENIX, AZ 85034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NAVIGATION DATA BASE UPDATE SERVICE FOR AIRBORNE NAVIGATION SYSTEM DATED 08/16/2004 | HONEYWELL INTERNATIONAL INC., ACTING THROUGH AEROSPACE ELECTRONIC SYSTEMS (AES) 21111 NORTH 19TH AVENUE PHOENIX, AZ 85027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | FUEL SYSTEM INTERLINE AGREEMENT DATED 02/01/2008 | HOOKERS POINT FUEL FACILITIES LLC, PO BOX 36611 HDQ7FM 2702 LOVE FIELD DRIVE DALLAS, TX 75235-1611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 08/30/2022 | HOPPER (USA), INC. 65 FRANKLIN STREET SUITE 1702 BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | ON-CALL MAINTENANCE AGREEMENT DATED 01/31/2017 | HORIZON AIR INDUSTRIES, INC. DOING BUSINESS AS WASHINGTON CORPORATION 19521 INTERNATIONAL BLVD. SEATTLE, WA 98188 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Spirit Airlines, Inc.    Case number (If known): 24-11988 (SHL)
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.587** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AIRCRAFT FUELING SERVICE AGREEMENT DATED 02/14/2018 <br><br> HORRY COUNTY DEPARTMENT OF AIRPORTS <br> 1100 JETPORT ROAD <br> MYRTLE BEACH, SC 29577 |
| **2.588** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | HOTEL CONNECTIONS REPRESENTATION AGREEMENT DATED 03/01/2017 <br><br> HOTEL CONNECTIONS, INC. <br> 6100 BLUE LAGOON DRIVE <br> MIAMI, FL 33126 |
| **2.589** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | HOTEL CONNECTIONS REPRESENTATION AGREEMENT DATED 03/01/2017 <br><br> HOTEL CONNECTIONS, INC. <br> 6100 BLUE LAGOON DRIVE <br> MIAMI, FL 33126 |
| **2.590** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SEA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/24/2016 <br><br> HUNTLEIGH USA CORPORATION <br> 545 E JOHN CARPENTER FREEWAY <br> SUITE 175 <br> IRVING, TX 75062 |
| **2.591** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CLE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/15/2015 <br><br> HUNTLEIGH USA CORPORATION <br> 545 E JOHN CARPENTER FREEWAY <br> SUITE 175 <br> IRVING, TX 75062 |
| **2.592** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | BDL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/27/2017 <br><br> HUNTLEIGH USA CORPORATION <br> 545 E JOHN CARPENTER FREEWAY <br> SUITE 175 <br> IRVING, TX 75062 |
| **2.593** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MCI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/07/2014 <br><br> HUNTLEIGH USA CORPORATION <br> 545 E JOHN CARPENTER FREEWAY <br> SUITE 175 <br> IRVING, TX 75062 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.594** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MHT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/07/2021 | HUNTLEIGH USA CORPORATION<br>545 E JOHN CARPENTER FREEWAY<br>SUITE 175<br>IRVING, TX 75062 |
| **2.595** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PDX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2014 | HUNTLEIGH USA CORPORATION<br>545 E JOHN CARPENTER FREEWAY<br>SUITE 300<br>DALLAS, TX 75062 |
| **2.596** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CMH-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/15/2018 | HUNTLEIGH USA CORPORATION<br>545 E JOHN CARPENTER FREEWAY<br>SUITE 175<br>IRVING, TX 75062 |
| **2.597** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE DEAL AGREEMENT DATED 05/18/2024 | HUSKY MARKETING AND SUPPLY COMPANY<br>5550 BLAZER PARKWAY<br>SUITE 200<br>DUBLIN, OH 43017 |
| **2.598** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENEWAL ORDER FORM DATED 05/29/2020 | ICIMS, INC.<br>425 MARKET STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA 94105-2426 |
| **2.599** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/27/2021 | ICIMS, INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |
| **2.600** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLIENT AGREEMENT DATED 01/01/2014 | ID90T, INC.<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYER BRANDING HUB AGREEMENT DATED 01/09/2024<br><br>INDEED, INC<br>350 NW 1ST AVENUE<br>SUITE 200<br>MIAMI, FL 33128 |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - IND<br><br>INDIANAPOLIS AIRPORT AUTHORITY<br>7800 COL. H. WEIR COOK MEMORIAL DRIVE<br>INDIANAPOLIS, IN 46241 |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DTW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2014<br><br>INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORD-THIRD CONTRACT AMENDMENT DATED 10/01/2021<br><br>INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2012<br><br>INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PIT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2017<br><br>INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PHL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2017<br><br>INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |

Debtor    Spirit Airlines, Inc.

Name

Case number (if known)    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.608** State what the contract or lease is for and the nature of the debtor's interest — IND-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |
| **2.609** State what the contract or lease is for and the nature of the debtor's interest — CLT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | INTEGRATED DEICING SERVICES, LLC<br>175 AMMON DRIVE<br>MANCHESTER, NH 03103 |
| **2.610** State what the contract or lease is for and the nature of the debtor's interest — ENGINE PURCHASE SUPPORT AGREEMENT DATED 08/27/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL AERO ENGINES, LLC<br>400 MAIN STREET<br>EAST HARTFORD, CT 06118 |
| **2.611** State what the contract or lease is for and the nature of the debtor's interest — PW1100G-JM COMPREHENSIVE SPARE ENGINE SUPPORT AGREEMENT DATED 08/27/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL AERO ENGINES, LLC<br>400 MAIN STREET<br>EAST HARTFORD, CT 06118 |
| **2.612** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT FOR THE PROVISION OF INTERNATIONAL MARKET INTELLIGENCE SERVICE – MARKETIS DATED 05/30/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL AIR TRANSPORT ASSOCIATION<br>800 PLACE VICTORIA<br>MONTREAL, QC H4Z 1M1<br>CANADA |
| **2.613** State what the contract or lease is for and the nature of the debtor's interest — PROJECT CHANGE REQUEST FORM DATED 05/09/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>PO BOX 534151<br>ATLANTA, GA 30353-4151 |
| **2.614** State what the contract or lease is for and the nature of the debtor's interest — PAP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/13/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL SECURITY DEFENSE SYSTEMS, LLC (ISDS)<br>6717 DELOCAHE AVENUE<br>DALLAS, TX |

▉    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SXM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/08/2016 | INTERNATIONAL SECURITY DEFENSE SYSTEMS, LLC (ISDS)<br>6717 DELOCAHE AVENUE<br>DALLAS, TX |
| **2.616** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE TRAVEL AGREEMENT DATED 09/15/2016 | INTERNET TRAVEL SERVICES LLC<br>8111 LBJ FREEWAY<br>SUITE 900<br>DALLAS, TX 75251 |
| **2.617** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER TRAVEL AGREEMENT DATED 08/01/2024 | INTERNET TRAVEL SERVICES, LLC<br>8750 NORTH CENTRAL EXPRESSWAY<br>SUITE 300<br>DALLAS, TX 07523 |
| **2.618** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MBJ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/10/2007 | JAMAICA DISPATCH SERVICES FKA GCG<br>SANGSTER INTERNATIONAL AIRPORT<br>PO BOX 604<br>MONTEGO BAY 2,<br>JAMAICA |
| **2.619** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/03/2020 | JC INTERNATIONAL S.A.<br>AEROPORT INTERNATIONAL TOUSSAINT LOUVERTURE<br>PORT-AU-PRINCE, 6110HT<br>HAITI |
| **2.620** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2024 | JET AIRCRAFT MAINTENANCE, INC.<br>5600 NW 36TH ST.<br>SUITE # 613-A<br>MIAMI, FL 33166 |
| **2.621** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 11/08/2012 | JET CABO<br>CARRETERA TRANSP. KM 43.5 S/N COL. LAS VEREDAS<br>CP 23435<br>SAN JOSE DEL CABO BCS,<br>MEXICO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 11/08/2012 | JET CABO<br>CARRETERA TRANSP. KM 43.5 S/N COL. LAS VEREDAS<br>CP 23435<br>SAN JOSE DEL CABO BCS,<br>MEXICO |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DENTAL SERVICE AGREEMENT DATED 05/24/2023 | JET DENTAL<br>350 NW 1ST AVENUE<br>SUITE 200<br>MIAMI, FL 33128 |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 09/01/2015 | JET INTERNATIONAL<br>REINA BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD,<br>ARUBA |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 11/01/2015 | JET INTERNATIONAL<br>REINA BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD,<br>ARUBA |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 11/01/2015 | JET INTERNATIONAL<br>REINA BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD,<br>ARUBA |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 11/01/2015 | JET INTERNATIONAL<br>REINA BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD,<br>ARUBA |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ON-CALL AIRCRAFT MAINTENANCE SERVICES AGREEMENT DATED 09/18/2007 | JET INTERNATIONAL<br>REINA BEATRIX INTERNATIONAL AIRPORT<br>ORANJESTAD,<br>ARUBA |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2016 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2016 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 01/15/2014 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2016 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2016 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
|---|---|---|
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE DISCOUNT AGREEMENT DATED 06/23/2023 | JETBLUE AIRWAYS CORPORATION 27 01 QUEENS PLAZA NORTH LONG ISLAND CITY NEW YORK, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE DISCOUNT AGREEMENT DATED 06/23/2023 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY NEW YORK, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 01/15/2024 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 01/15/2024 | JETBLUE AIRWAYS CORPORATION 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 10/10/2019 | JETRIGHT AVIATION MAINTENANCE 801 HANGAR LANE HANGAR 9 NASHVILLE, TN 37217 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 04/14/2016 | JETSTREAM GROUND SERVICES, INC. 1070 EAST INDIANTOWN ROAD SUITE 400 JUPITER, FL 33477 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 04/14/2016 | JETSTREAM GROUND SERVICES, INC. 1070 EAST INDIANTOWN ROAD SUITE 400 JUPITER, FL 33477 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Spirit Airlines, Inc.
_____
Name

Case number (If known): 24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.643** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/10/2011<br><br>JETT PRO LINE MAINTENANCE<br>2920 E. INLAND EMPIRE BLVD.<br>STE #103<br>ONTARIO, CA 91764 |
| **2.644** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE LINE MAINTENANCE SERVICE AGREEMENT DATED 05/31/2012<br><br>JETT PRO UNE MAINTENANCE<br>2920 E INLAND EMPIRE BLVD.<br>STE #103<br>ONTARIO, CA 91764 |
| **2.645** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4920<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.646** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4918<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.647** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4943<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.648** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4942<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.649** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4925<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |

Debtor    Spirit Airlines, Inc.    Case number (If known): 24-11988 (SHL)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.650** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4923<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.651** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4924<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.652** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4917<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4926<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4941<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4933<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |
| **2.656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4934<br><br>JSA INTERNATIONAL U.S. HOLDINGS LLC<br>909 MONTGOMERY STREET<br>SUITE 500<br>SAN FRANCISCO, CA 94133 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.657** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4931 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |
| **2.658** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #3643 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |
| **2.659** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4930 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |
| **2.660** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4922 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |
| **2.661** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4921 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |
| **2.662** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4932 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |
| **2.663** State what the contract or lease is for and the nature of the debtor's interest | AIRCRAFT LEASE TAIL #4916 |
| | JSA INTERNATIONAL U.S. HOLDINGS LLC |
| State the term remaining | 909 MONTGOMERY STREET |
| List the contract number of any government contract | SUITE 500 SAN FRANCISCO, CA 94133 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.664** State what the contract or lease is for and the nature of the debtor's interest | SXM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/17/2007 | JULIANA AIRPORT HANDLERS N.V. PRINCESS JULIANA INTERNATIONAL AIRPORT SIMPSON BAY ST. MAARTEEN, NETHERLANDS ANTILLES |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.664** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SXM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/17/2007 | JULIANA AIRPORT HANDLERS N.V. PRINCESS JULIANA INTERNATIONAL AIRPORT SIMPSON BAY ST. MAARTEEN, NETHERLANDS ANTILLES |
| **2.665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2017 | KEENAN TECHNICAL INDUSTRIES, INC. AKA KTI AIRCRAFT MAINTENANCE PO BOX 1101 SOUTHWICK, MA 01077 |
| **2.666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES SUPPORT AGREEMENT DATED 04/04/2022 | KELLSTROM COMMERCIAL AEROSPACE, INC. 3430 DAVIE ROAD SUITE 301 DAVIE, FL 33314 |
| **2.667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT | KENYON INTERNATIONAL EMERGENCY SERVICES, INC. 612 SPRING HILL DRIVE SUITE 180 SPRING, TX 77386 |
| **2.668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLIENT SERVICES AGREEMENT DATED 03/28/2017 | KFORCE INC. 379 INTERPACE PARKWAY PARSIPPANY, NJ 07054 |
| **2.669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 02/01/2021 | KLDISCOVERY ONTRACK, LLC D/B/A KLDISCOVERY 8201 GREENSBORO DRIVE SUITE 300 MCLEAN, VA 22102 |
| **2.670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PREMIER LEASE AGREEMENT | KONICA MINOLATA PREMIER FINANCE 21146 NETWORK PL CHICAGO, IL 60673-1211 |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | ORDER PACKAGE ACCEPTANCE AGREEMENT DATED 11/05/2018 | KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC. 100 WILLIAMS DRIVE RAMSEY, NJ 07446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | ORDER PACKAGE ACCEPTANCE AGREEMENT DATED 07/31/2019 | KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC. 100 WILLIAMS DRIVE RAMSEY, NJ 07446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | ADVANTAGE LEASE AGREEMENT DATED 12/08/2021 | KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., D/B/A KONICA MINOLTA PREMIER FINANCE 21146 NETWORK PL CHICAGO, IL 60673-1211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | PREMIER ADVANTAGE AGREEMENT DATED 03/09/2021 | KONICA MINOLTA PREMIER FINANCE 1961 HIRST DR MOBERLY, MO 65270 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2018 | LANE AVIATION CORP 4389 INTERNATIONAL GATEWAY COLUMBUS, OH 43219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2018 | LANE AVIATION CORP 4389 INTERNATIONAL GATEWAY COLUMBUS, OH 43219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | CMH-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2018 | LANE AVIATION CORP. 4389 INTERNATIONAL GATEWAY COLUMBUS, OH 43219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.678** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPOSAL & CERTIFICATE OF INSURANCE PROVIDED<br><br>LANE AVIATION CORPORATION AND LANE AIR SERVICES COMPANY<br>P.O. BOX 360420<br>COLUMBUS, OH 43236-0420 |
| **2.679** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LBE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/12/2011<br><br>LATROBE AIRLINE SERVICES<br>WESTMORELAND COUNTY AIRPORT AUTHORITY<br>148 AVIATION LANE<br>SUITE 103<br>LATROBE, PA 15650 |
| **2.680** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - RSW<br><br>LEE COUNTY PORT AUTHORITY - EXECUTIVE DIRECTOR<br>SOUTHWEST FLORIDA INTERNATIONAL AIRPORT<br>11000 TERMINAL ACCESS RD<br>STE 8671<br>FORT MYERS, FL 33913 |
| **2.681** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VARIATION AGREEMENT DATED 06/21/2019<br><br>LEVARTI LIMITED<br>5TH FLOOR<br>744-750 SALISBURY HOUSE FINSBURY CIRCUS<br>LONDON, EC2M 5QQ<br>UNITED KINGDOM |
| **2.682** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENCE AND SUPPORT AGREEMENT DATED 06/21/2019<br><br>LEVARTI LIMITED<br>5TH FLOOR<br>744-750 SALISBURY HOUSE FINSBURY CIRCUS<br>LONDON, EC2M 5QQ<br>UNITED KINGDOM |
| **2.683** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VARIATION AGREEMENT DATED 06/21/2019<br><br>LEVARTI LIMITED<br>5TH FLOOR<br>744-750 SALISBURY HOUSE FINSBURY CIRCUS<br>LONDON, ENGLAND, EC2M 5QQ<br>UNITED KINGDOM |
| **2.684** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENCE AND SUPPORT AGREEMENT DATED 06/21/2019<br><br>LEVARTI LIMITED<br>5TH FLOOR<br>744-750 SALISBURY HOUSE FINSBURY CIRCUS<br>LONDON, EC2M 5QQ<br>UNITED KINGDOM |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.685** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | LEVEL 3 COMMUNICATIONS, LLC<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 |
| **2.686** State what the contract or lease is for and the nature of the debtor's interest — TERMINAL / STATION - LIM<br><br>State the term remaining<br><br>List the contract number of any government contract | LIMA AIRPORT PARTNERS S.R.L.<br>AV. ELMER FAUCETT NRO. SN<br>AEROPUERTO INTERNACIONAL JORGE CHAVEZ<br>1ER PISO<br>CALLAO,<br>PERU |
| **2.687** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 07/21/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | LINKEDIN CORPORATION<br>1299 ZURICH WAY<br>SCHAUMBURG, IL 60196 |
| **2.688** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 12/31/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | LINKEDIN CORPORATION<br>120 18TH ST. S<br>BIRMINGHAM, AL 35233 |
| **2.689** State what the contract or lease is for and the nature of the debtor's interest — CTG-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2011<br><br>State the term remaining<br><br>List the contract number of any government contract | LONGPORT AIRPORT SERVICES SAS<br>CRA. 9 NO. 80 45<br>OFICINA 401<br>BOGOTA,<br>COLOMBIA |
| **2.690** State what the contract or lease is for and the nature of the debtor's interest — BGA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/18/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | LONGPORT AIRPORT SERVICES SAS<br>BOGOTA AEROPUERTO INTERNACIONAL EL DORADO<br>LOCAL GBTM0660<br>BOGOTA,<br>COLOMBIA |
| **2.691** State what the contract or lease is for and the nature of the debtor's interest — BOG-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/24/2008<br><br>State the term remaining<br><br>List the contract number of any government contract | LONGPORT AVIATION SECURITY<br>BOGOTA AEROPUERTO INTERNACIONAL EL DORADO<br>CARRERA 103 NO. 25B-20<br>BOGOTA,<br>COLOMBIA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MDE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2009 | LONGPORT AVIATION SECURITY BOGOTA AEROPUERTO INTERNACIONAL EL DORADO CARRERA 103 NO. 25B-20 BOGOTA, COLOMBIA |

| **2.693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AXM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2009 | LONGPORT AVIATION SECURITY BOGOTA AEROPUERTO INTERNACIONAL EL DORADO CARRERA 103 NO. 25B-20 BOGOTA, COLOMBIA |

| **2.694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SDQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2010 | LONGPORT AVIATION SECURITY AEROPUERTO LAS AMERICAS AILA PUNTA CAUCEDO SANTO DOMINGO, DOMINICAN REPUBLIC |

| **2.695** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/01/2010 | LONGPORT AVIATION SECURITY SRL AEROPUERTO LAS AMERICAS AILA PUNTA CAUCEDO SANTO DOMINGO, DOMINICAN REPUBLIC |

| **2.696** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BAQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/19/2020 | LONGPORT COLOMBIA LTDA BOGOTA AEROPUERTO INTERNACIONAL EL DORADO LOCAL GBTM0660 BOGOTA, COLOMBIA |

| **2.697** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/20/2018 | LONGPORT COLOMBIA LTDA. LONGPORT COLOMBIA LTDA ATTN SR. GABRIEL GARCIA COUNTRY MANAGER BOGOTA AEROPUERTO INTERNACIONAL EL DORADO LOCAL GBTM0660 BOGOTA, COLOMBIA |

| **2.698** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GYE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/18/2022 | LONGPORT ECUADOR CIA LTDA. QUITO AIRPORT CENTER OFICINA 421 TABABELA, ECUADOR |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.      Pg 525 of 615      Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | CAP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/12/2018 | LONGPORT HAITI SA AEROPORT INTERNATIONAL TOUSSAINT LOUVERTURE PORT-AU-PRINCE, HAITI |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - SDF | LOUISVILLE REGIONAL AIRPORT AUTHORITY - EXECUTIVE DIRECTOR 700 ADMINISTRATION DRIVE LOUISVILLE, KY 40209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | MASTER ONBOARD RETAIL PROGRAM MANAGEMENT AGREEMENT DATED 09/05/2012 | LSG SKY CHEFS NORTH AMERICA SOLUTIONS, INC. 6191 NORTH STATE HIGHWAY 161 IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT DATED 11/15/2021 | LSG SKY CHEFS NORTH AMERICA SOLUTIONS, INC. N/K/A RETAIL INMOTION NORTH AMERICA, INC. 6191 NORTH STATE HIGHWAY 161 IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 12/14/2012 | LUFTHANSA SYSTEMS AG 1441 F.D. ROOSEVELT AVE SAN JUAN, PR 00920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TECHNICAL SERVICES DATED 10/01/2004 | LUFTHANSA TECHNIK AG WEG BEIM JAGER 193 22335 HAMBURG, GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT 7 DATED 07/23/2014 | LUFTHANSA TECHNIK AG PO BOX 7247 - 0006739 PHILADELPHIA, PA 19170 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.706**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> ATTACHMENT 2 TO MATERIAL POOL DATED 02/23/2016 | LUFTHANSA TECHNIK AG <br> WEG BEIM JAGER <br> 193 22335 <br> HAMBURG, <br> GERMANY |
| **2.707**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> AGREEMENT ON MOBILE ENGINE SERVICES DATED 07/03/2023 | LUFTHANSA TECHNIK AG <br> WEG BEIM JAGER <br> 193 22335 <br> HAMBURG, <br> GERMANY |
| **2.708**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> ATTACHMENT 1 TO COMPONENT MAINTENANCE SERVICES DATED 07/02/2018 | LUFTHANSA TECHNIK AG <br> WEG BEIM JAGER <br> 193 22335 <br> HAMBURG, <br> GERMANY |
| **2.709**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> MOBILE ENGINE SERVICES AGREEMENT DATED 02/22/2022 | LUFTHANSA TECHNIK AG <br> WEG BEIM JAGER <br> 193 22335 <br> HAMBURG, <br> GERMANY |
| **2.710**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> TRAINING ENGINE LEASE AGREEMENT DATED 08/10/2023 | LUFTHANSA TECHNIK AG <br> WEG BEIM JAEGER <br> 193 22335 <br> HAMBURG, <br> GERMANY |
| **2.711**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> TRAINING ENGINE LEASE AGREEMENT DATED 08/10/2023 | LUFTHANSA TECHNIK AG <br> WEG BEIM JAEGER <br> 193 22335 <br> HAMBURG, <br> GERMANY |
| **2.712**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract <br> AMENDMENT TO AGREEMENT ON TECHNICAL SERVICES DATED 02/23/2016 | LUFTHANSA TECHNIK AKTIENGESELLSCHAFT <br> DEPT. MARKETING AND SALES HAM TS <br> P.O. BOX 63 <br> 3 <br> 00 22313 <br> HAMBURG, <br> GERMANY |

Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc. | Pg 527 of 615 | Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT 17 TO AGREEMENT ON TECHNICAL SERVICES DATED 02/23/2016 <br><br> State the term remaining <br><br> List the contract number of any government contract | LUFTHANSA TECHNIK AKTIENGESELLSCHAFT WEG BEIM JAGER 193 22335 HAMBURG, GERMANY |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT NO.3 TO AGREEMENT ON TECHNICAL SERVICES DATED 01/01/2008 <br><br> State the term remaining <br><br> List the contract number of any government contract | LUFTHANSA TECHNIK AKTIENGESELLSCHAFT WEG BEIM JAGER 193 22335 HAMBURG, GERMANY |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest — MASTER APPLICATION SOFTWARE DEVELOPMENT AND SERVICES AGREEMENT DATED 10/30/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | MA SOFTWARE SYSTEMS, LLC. 1439 BRIERS DRIVE STONE MOUNTAIN, GA 30083 |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT DATED 03/29/2022 <br><br> State the term remaining <br><br> List the contract number of any government contract | MA SOFTWARE SYSTEMS, LLC. 1439 BRIERS DRIVE STONE MOUNTAIN, GA 30083 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017 <br><br> State the term remaining <br><br> List the contract number of any government contract | MACQUARIE AVIATION NORTH AMERICA 2 INC. D/B/A ATLANTIC AVIATION 300 HORIZON DRIVE MOON TOWNSHIP, PA 15108 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017 <br><br> State the term remaining <br><br> List the contract number of any government contract | MACQUARIE AVIATION NORTH AMERICA 2 INC. D/B/A ATLANTIC AVIATION 300 HORIZON DRIVE MOON TOWNSHIP, PA 15108 |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017 <br><br> State the term remaining <br><br> List the contract number of any government contract | MACQUARIE AVIATION NORTH AMERICA 2 INC. D/B/A ATLANTIC AVIATION 300 HORIZON DRIVE MOON TOWNSHIP, PA 15108 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017 | MACQUARIE AVIATION NORTH AMERICA 2 INC. D/B/A ATLANTIC AVIATION 300 HORIZON DRIVE MOON TOWNSHIP, PA 15108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017 | MACQUARIE AVIATION NORTH AMERICA 2 INC. D/B/A ATLANTIC AVIATION 300 HORIZON DRIVE MOON TOWNSHIP, PA 15108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017 | MACQUARIE AVIATION NORTH AMERICA 2 INC. D/B/A ATLANTIC AVIATION 300 HORIZON DRIVE MOON TOWNSHIP, PA 15108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY MANAGEMENT AGREEMENT DATED 06/16/2023 | MAINSAIL PROPERTY MANAGEMENT, LLC 4602 EISENHOWER BOULEVARD TAMPA, FL 33634 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - MHT | MANCHESTER-BOSTON REGIONAL AIRPORT ONE AIRPORT ROAD SUITE 300 MANCHESTER, NH 03103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) DATED 03/01/2018 | MANTOMAIN CIA. LTDA EDMUNDO CHIRIBOGA N46-115 QUITO, ECUADOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | JET FUEL SALES AGREEMENT DATED 07/01/2024 | MARATHON PETROLEUM COMPANY LP 539 S. MAIN STREET FINDLAY, OH 45840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | JET FUEL SALES AGREEMENT DATED 07/01/2022 | MARATHON PETROLEUM COMPANY LP 39 S. MAIN STREET FINDLAY, OH 45840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT SALES AGREEMENT DATED 05/17/2022 | MARATHON PETROLEUM COMPANY LP 539 S. MAIN STREET FINDLAY, OH 45840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 12/01/2019 | MARGLOBAI S.A., CITY TICKET OFFICE ("CTO") TUICAN 809 Y HURTADO 2DO PISO GUAYAQUIL, ECUADOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | AG – TRAVEL AGENT LINE OF CREDIT AND SALES - AGREEMENT DATED 10/09/2019 | MARGLOBAL S.A. TULCAN 809 Y HURTADO 2DO PISO GUAYAQUIL, ECUADOR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - BWI | MARYLAND DEPARTMENT OF TRANSPORTATION, MARYLAND AVIATION ADMINISTRATION P.O. BOX 8766 BWI AIRPORT, MD 21240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER FORM | MASERGY COMMUNICATIONS, INC. 2740 N. DALLAS PKWY SUITE 260 PLANO, TX 75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER FORM | MASERGY COMMUNICATIONS, INC. 2740 N. DALLAS PKWY SUITE 260 PLANO, TX 75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.734** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 01/27/2017<br><br>MASERGY COMMUNICATIONS, INC.,<br>2740 NORTH DALLAS PARKWAY<br>SUITE 260<br>PLANO, TX 75093 |
| **2.735** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL LEASE DATED 10/04/2016<br><br>MASSACHUSETTS PORT AUTHORITY<br>ONE HARBORSIDE DRIVE EAST<br>BOSTON, MA 02128-2909 |
| **2.736** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - BOS<br><br>MASSACHUSETTS PORT AUTHORITY<br>ONE HARBORSIDE DRIVE<br>SUITE 200S<br>EAST BOSTON, MA 02128 |
| **2.737** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-BRANDING/STRATEGIC ALLIANCE AGREEMENT DATED 04/01/2015<br><br>MASTERCARD INTERNATIONAL INCORPORATED<br>2000 PURCHASE STREET<br>PURCHASE, NY 10577 |
| **2.738** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO ACCEPTANCE AGREEMENT DATED 11/01/2022<br><br>MASTERCARD INTERNATIONAL INCORPORATED<br>2000 PURCHASE STREET<br>PURCHASE, NY 10577 |
| **2.739** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MCO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/07/2022<br><br>MAXIMUS GLOBAL SERVICES (MGS)<br>4471 NW 36 ST<br>SUITE 225<br>MIAMI, FL 33166 |
| **2.740** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAS-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/12/2024<br><br>MAXIMUS GLOBAL SERVICES (MGS)<br>4471 NW 36 ST<br>SUITE 225<br>MIAMI, FL 33166 |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.741 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - MBJ<br><br>MBJ AIRPORT LIMTED<br>ISLAND MAILBOXES<br>PO BOX 4000<br>MONTEGO BAY<br>ST. JAMES,<br>JAMAICA |
| 2.742 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WAREHOUSE LEASE<br><br>MCP CARGO LLC<br>222 VIA MARNELL WAY<br>LAS VEGAS, NV 89119 |
| 2.743 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LAS WAREHOUSE LEASE<br><br>MCP CARGO LLC<br>6650 VIA AUSTI PARKWAY<br>STE 150<br>LAS VEGAS, NV 89119 |
| 2.744 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION LEASE - MEM<br><br>MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY<br>2491 WINCHESTER RD<br>MEMPHIS, TN 38116 |
| 2.745 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SDQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2005<br><br>MENZIES AVIATION SANTO DOMINGO LTD<br>1920 EAST HALLANDALE BEACH BOULEVARD<br>SUITE PH-7<br>HALLANDALE, FL 33009 |
| 2.746 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SXM-AHM 810 STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2007<br><br>MENZIES AVIATION, ST.MAARTEN B.V.<br>PO BOX 2003<br>ST. MAARTEN,<br>NETHERLANDS ANTILLES |
| 2.747 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT N° 5 TO THE A321 MAIN WHEEL AND CARBON BRAKE AGREEMENT DATED 09/14/2022<br><br>MESSIER-GOODRICH S.A.<br>INOVEL PARC SUD<br>7 RUE GENERAL VALERIE ANDRE<br>78140<br>VELIZY-VILLACOUBLAY,<br>FRANCE |

Debtor | 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.    Pg 532 of 615    Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.748**   **State what the contract or lease is for and the nature of the debtor's interest**    AMENDMENT N° 6 TO MAIN WHEEL AND CARBON BRAKE AGREEMENT DATED 10/10/2024 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MESSIER-GOODRICH S.A. <br> INOVEL PARC SUD <br> 7 RUE GENERAL VALERIE ANDRE <br> 78140 <br> VELIZY VILLACOUBLAY, <br> FRANCE |
| **2.749**   **State what the contract or lease is for and the nature of the debtor's interest**    MAIN WHEEL AND CARBON BRAKE AGREEMENT DATED 01/01/2015 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MESSIER-GOODRICH S.A. <br> NOVEL PARC SUD <br> 7 RUE GENERAL VALERIE ANDRE <br> 78140 <br> VELIZY VILLACOUBLAY, <br> FRANCE |
| **2.750**   **State what the contract or lease is for and the nature of the debtor's interest**    AMENDMENT N° 5 DATED 09/14/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MESSIER-GOODRICH S.A. <br> INOVEL PARC SUD <br> 7 RUE GENERAL VALERIE ANDRE <br> 78140 <br> VELIZY-VILLACOUBLAY, <br> FRANCE |
| **2.751**   **State what the contract or lease is for and the nature of the debtor's interest**    GROUP INSURANCE PROGRAM AGREEMENT DATED 01/01/2022 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | METLIFE PET INSURANCE SOLUTIONS LLC <br> 379 INTERPACE PARKWAY <br> PARSIPPANY, NJ 07054 |
| **2.752**   **State what the contract or lease is for and the nature of the debtor's interest**    ADDENDUM TO END USE LICENSE AGREEMENT DATED 01/01/2012 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | METRON AVIATION <br> 45300 CATALINA COURT <br> SUITE 101 <br> DULLES, VA 20166 |
| **2.753**   **State what the contract or lease is for and the nature of the debtor's interest**    TERMINAL / STATION LEASE - MSP <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | METROPOLITAN AIRPORTS COMMISSION <br> 4300 GLUMACK DR <br> ST PAUL, MN 55111 |
| **2.754**   **State what the contract or lease is for and the nature of the debtor's interest**    TERMINAL / STATION LEASE - BNA <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | METROPOLITAN NASHVILLE AIRPORT AUTHORITY <br> 140 BNA PARK DRIVE <br> SUITE 520 <br> NASHVILLE, TN 37214 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - MIA<br><br>MIAMI-DADE COUNTY - MIAMI DADE DEPARTMENT OF AVIATION<br>POST OFFICE BOX 025504<br>MIAMI, FL 33102-5504 |
| **2.756** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO CONTRACT NUMBER – CPLNKS2016 DATED 05/14/2024<br><br>MICHELIN NORTH AMERICA, INC C/O MICHELIN AIRCRAFT TIRE COMPANY<br>ONE PARKWAY SOUTH<br>GREENVILLE, SC 29615 |
| **2.757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT TIRE  COST PER LANDING (CPL)  AGREEMENT DATED 01/01/2016<br><br>MICHELIN NORTH AMERICA, INC., BY AND THROUGH ITS DIVISION, MICHELIN AIRCRAFT TIRE COMPANY<br>ONE PARKWAY SOUTH<br>GREENVILLE, SC 29615 |
| **2.758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VOLUME LICENSING - ENTERPRISE ENROLLMENT (DIRECT)<br><br>MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |
| **2.759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM SIGNATURE FORM DATED 06/01/2019<br><br>MICROSOFT CORPORATION<br>DEPT. 551<br>VOLUME LICENSING<br>6880 SIERRA CENTER PARKWAY<br>RENO, NV 89511 |
| **2.760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVER AND CLOUD ENROLLMENT (DIRECT)<br><br>MICROSOFT CORPORATION<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 |
| **2.761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM SIGNATURE FORM DATED 10/01/2020<br><br>MICROSOFT CORPORATION<br>DEPT. 551<br>VOLUME LICENSING<br>6880 SIERRA CENTER PARKWAY<br>RENO, NV 89511 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM SIGNATURE FORM DATED 11/01/2020 | MICROSOFT CORPORATION DEPT. 551 VOLUME LICENSING 6880 SIERRA CENTER PARKWAY RENO, NV 89511 |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM SIGNATURE FORM DATED 06/01/2019 | MICROSOFT CORPORATION 551 VOLUME LICENSING 6880 SIERRA CENTER PARKWAY RENO, NV 89511 |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALTERNATIVE ACCEPTANCE FORM DATED 10/21/2020 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSING - PROGRAM SIGNATURE FORM DATED 11/01/2020 | MICROSOFT CORPORATION DEPT. 551 VOLUME LICENSING 6880 SIERRA CENTER PARKWAY RENO, NV 89511 |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALTERNATIVE ACCEPTANCE FORM DATED 01/11/2020 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSING DATED 06/26/2018 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VOLUME LICENSE DATED 09/30/2020 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER REGARDING USE OF TRADEMARKS DATED 09/27/2023 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | VOLUME LICENSING DATED 09/28/2021 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | ENTERPRISE ENROLLMENT (DIRECT) | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM SIGNATURE FORM DATED 06/01/2019 | MICROSOFT CORPORATION DEPT. 551 VOLUME LICENSING 6100 NEIL ROAD SUITE 210 RENO, NV 89511-1137 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYMENT SOLUTION NOTICE DATED 12/14/2021 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | VOLUME LICENSING DATED 09/30/2020 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSACTION TAX TERMS & CONDITIONS | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052-6399 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Spirit Airlines, Inc.    Case number (If known):    24-11988 (SHL)
         Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.776** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VOLUME LICENSING DATED 10/01/2020 <br><br> MICROSOFT CORPORATION <br> ONE MICROSOFT WAY <br> REDMOND, WA 98052-6399 |
| **2.777** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VOLUME LICENSING DATED 12/13/2021 <br><br> MICROSOFT CORPORATION <br> ONE MICROSOFT WAY <br> REDMOND, WA 98052-6399 |
| **2.778** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROGRAM SIGNATURE FORM DATED 10/01/2021 <br><br> MICROSOFT CORPORATION <br> DEPT. 551 <br> VOLUME LICENSING <br> 6880 SIERRA CENTER PARKWAY <br> RENO, NV 89511 |
| **2.779** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROGRAM SIGNATURE FORM <br><br> MICROSOFT CORPORATION <br> DEPT. 551 <br> VOLUME LICENSING <br> 6880 SIERRA CENTER PARKWAY <br> RENO, NV 89511 |
| **2.780** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROGRAM SIGNATURE FORM <br><br> MICROSOFT CORPORATION <br> DEPT. 551 <br> VOLUME LICENSING <br> 6880 SIERRA CENTER PARKWAY <br> RENO, NV 89511 |
| **2.781** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VOLUME LICENSING - CUSTOMER PRICE SHEET DATED 06/18/2019 <br><br> MICROSOFT CORPORATION <br> ONE MICROSOFT WAY <br> REDMOND, WA 98052-6399 |
| **2.782** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VOLUME LICENSING - ALTERNATIVE ACCEPTANCE FORM DATED 11/01/2020 <br><br> MICROSOFT CORPORATION <br> ONE MICROSOFT WAY <br> REDMOND, WA 98052-6399 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.783** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM SIGNATURE FORM DATED 10/20/2020<br><br>MICROSOFT CORPORATION<br>DEPT. 551<br>VOLUME LICENSING<br>6880 SIERRA CENTER PARKWAY<br>RENO, NV 89511 |
| **2.784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - MKE<br><br>MILWAUKEE COUNTY, MITCHELL INTERNATIONAL AIRPORT<br>5300 S HOWELL AVE<br>MILWAUKEE, WI 53207 |
| **2.785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - ROC<br><br>MONROE COUNTY AIRPORT AUTHORITY- ROC AIRPORT DIRECTOR<br>ROC AIRPORT<br>1200 BROOKS AVENUE<br>ROCHESTER, NY 14624 |
| **2.786** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT MAINTENANCE AGREEMENT DATED 01/01/2023<br><br>MRO COMMERCIAL, S.A.<br>EDIFICIO AFRA<br>AVE. SAMUEL LEWIS Y CALLE 54<br>PANAMA,<br>PANAMA |
| **2.787** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2022 ESCALATION V2500 AGREEMENT DATED 02/11/2022<br><br>MTU AERO ENGINES NORTH AMERICA<br>400 CAPITAL BLVD SUITE 300<br>ROCKY HILL, CT 06067 |
| **2.788** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 01/01/2024<br><br>MTU MAINTENANCE CANADA LTD<br>4300 80 STREET<br>DELTA, BC V4K 3N3<br>CANADA |
| **2.789** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE TREND MONITORING (ETM) - SERVICE AGREEMENT DATED 07/19/2022<br><br>MTU MAINTENANCE CANADA LTD<br>4300 80TH STREET<br>DELTA, BC V4K 3N3<br>CANADA |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.790** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ESCALATION LETTER DATED 05/28/2024<br><br>MTU MAINTENANCE CANADA LTD<br>6020 RUSS BAKER WAY<br>RICHMOND, BC V7B 1B4<br>CANADA |
| **2.791** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE, REPAIR, AND OVERHAUL SERVICES AGREEMENT DATED 11/18/2021<br><br>MTU MAINTENANCE CANADA LTD<br>4300 80TH STREET<br>DELTA, BC V4K 3N3<br>CANADA |
| **2.792** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGINE TREND MONITORING (ETM) - SERVICE AGREEMENT DATED 07/19/2022<br><br>MTU MAINTENANCE HANNOVER GMBH<br>MUENCHNER STRASSE<br>31 30855<br>LANGENHAGEN,<br>GERMANY |
| **2.793** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE, REPAIR, AND OVERHAUL SERVICES AGREEMENT DATED 11/18/2021<br><br>MTU MAINTENANCE HANNOVER GMBH<br>MUENCHNER STR.<br>31 30855<br>LANGENHAGEN,<br>GERMANY |
| **2.794** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2022 ESCALATION V2500 AGREEMENT DATED 02/11/2022<br><br>MTU MAINTENANCE HANNOVER GMBH<br>MUENCHNER STR.<br>31 30855<br>LANGENHAGEN,<br>GERMANY |
| **2.795** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE, REPAIR, AND OVERHAUL SERVICES AGREEMENT DATED 11/18/2021<br><br>MTU MAINTENANCE ZHUHAI CO. LTD<br>1 TIANKE ROAD<br>FREE TRADE ZONE,<br>CHINA |
| **2.796** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 01/15/2021<br><br>MULESOFT, LLC<br>50 FREMONT STREET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.797** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - MYR<br><br>MYRTLE BEACH INTERNATIONAL AIRPORT, HORRY COUNTY<br>1100 JETPORT RD<br>MYRTLE BEACH, SC 29577 |
| **2.798** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF CONFIDENTIALITY PROPOSAL TERMS DATED 02/24/2015<br><br>NAVITAIRE<br>23604 NETWORK PLACE<br>CHICAGO, IL 60673-1236 |
| **2.799** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOSTED SERVICES AGREEMENT DATED 02/28/2007<br><br>NAVITAIRE INC.<br>901 MARQUETTE AVENUE<br>SUITE 1600<br>MINNEAPOLIS, MN 55402 |
| **2.800** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER SERVICES AGREEMENT WORK ORDER # INC 87649 DATED 02/22/2010<br><br>NAVITAIRE INC.<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LATE CITY, UT 84121 |
| **2.801** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOSTED SERVICES AGREEMENT DATED 02/28/2007<br><br>NAVITAIRE INC.<br>901 MARQUETTE AVENUE<br>SUITE 1600<br>MINNEAPOLIS, MN 55402 |
| **2.802** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 02/28/2007<br><br>NAVITAIRE INC.<br>901 MARQUETTE AVENUE<br>SUITE 1600<br>MINNEAPOLIS, MN 55402 |
| **2.803** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER INC 74467 DATED 11/19/2009<br><br>NAVITAIRE INC.<br>23604 NETWORK PLACE<br>CHICAGO, IL 60673-1236 |

▮   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.804** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HOSTED SERVICES AGREEMENT DATED 02/28/2007 <br><br> NAVITAIRE INC. <br> 901 MARQUETTE AVENUE <br> SUITE 1600 <br> MINNEAPOLIS, MN 55402 |
| **2.805** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CUSTOMER SERVICES AGREEMENT DATED 08/01/2011 <br><br> NAVITAIRE LLC <br> 6322 SOUTH 3000 EAST <br> SUITE 150 <br> SALT LAKE CITY, UT 84121 |
| **2.806** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CUSTOMER SERVICES AGREEMENT WORK ORDER INC 715716 DATED 03/20/2017 <br><br> NAVITAIRE LLC <br> 6322 SOUTH 3000 EAST <br> SUITE 150 <br> SALT LAKE CITY, UT 84121 |
| **2.807** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WORK ORDER CS0391460 DATED 04/04/2024 <br><br> NAVITAIRE LLC <br> 6322 SOUTH 3000 EAST <br> SUITE 150 <br> SALT LAKE CITY, UT 84121 |
| **2.808** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WORK ORDER CS0398750 DATED 01/01/2024 <br><br> NAVITAIRE LLC <br> 6322 SOUTH 3000 EAST <br> SUITE 150 <br> SALT LAKE CITY, UT 84121 |
| **2.809** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGILE DEVELOPMENT WORK ORDER CS0321571 DATED 04/01/2023 <br><br> NAVITAIRE LLC <br> 6322 SOUTH 3000 EAST <br> SUITE 150 <br> SALT LAKE CITY, UT 84121 |
| **2.810** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CUSTOMER SERVICES AGREEMENT DATED 03/13/2017 <br><br> NAVITAIRE LLC <br> 6322 SOUTH 3000 EAST <br> SUITE 150 <br> SALT LAKE CITY, UT 84121 |

Debtor    Spirit Airlines, Inc.

Name

Case number (If known): 24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.811** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGILE FRAMEWORK  WORK ORDER INC 709407 DATED 02/01/2017<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.812** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HOSTED SERVICES AGREEMENT<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.813** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS0386793 DATED 02/28/2024<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.814** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.815** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER INC 664030 TO HOSTED SERVICES AGREEMENT DATED 02/27/2017<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.816** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS0325563 DATED 01/01/2024<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.817** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS310939 DATED 04/05/2023<br><br>NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |

Debtor    Spirit Airlines, Inc.
          Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.818** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER SERVICES AGREEMENT WORK ORDER INC 724527 DATED 03/20/2017 | NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.819** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS0386793 DATED 02/26/2024 | NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.820** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER CS0326241 DATED 04/24/2023 | NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.821** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK ORDER DATED 06/14/2024 | NAVITAIRE LLC<br>6322 SOUTH 3000 EAST<br>SUITE 150<br>SALT LAKE CITY, UT 84121 |
| **2.822** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - MSY | NEW ORLEANS AVIATION BOARD<br>P.O. BOX 20007<br>NEW ORLEANS, LA 70141 |
| **2.823** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #2  TO SGHA AGREEMENT DATED 10/01/2015 | NEW TECH AIRCRAFT SERVICES, INC<br>5600 W. CENTURY BLVD.<br>SUITE 201<br>LOS ANGELES, CA 90045 |
| **2.824** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2015 | NEW TECH AIRCRAFT SERVICES, INC.<br>5600 W. CENTURY BLVD.<br>SUITE 201<br>LOS ANGELES, CA 90045 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.825** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND REPAIR SERVICES AGREEMENT<br><br>NEXGEN AERO, LLC<br>2900 NW 112TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |
| **2.826** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AND REPAIR SERVICES AGREEMENT DATED 08/13/2018<br><br>NEXGEN AERO, LLC<br>2900 NW 1 12TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |
| **2.827** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPONENT SERVICES AGREEMENT DATED 09/24/2023<br><br>NEXGEN AERO, LLC<br>2900 NW 112TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |
| **2.828** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MSY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2017<br><br>NOLA AVIATION<br>200 CROFTON ROAD BUILDING 4 SUITE 100<br>KENNER, LA 70063 |
| **2.829** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/24/2013<br><br>NOLA AVIATION<br>15.16 HACKBERRY AVENUE<br>METAIRE, LA 70001 |
| **2.830** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - ORF<br><br>NORFOLK AIRPORT AUTHORITY<br>2200 NORVIEW AVE<br>NORFOLK, VA 23518 |
| **2.831** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANT SERVICES AIRLINE AGREEMENT DATED 06/06/1996<br><br>NOVUS SERVICES, INC.<br>2500 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.    Pg 544 of 615    Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL AVIATION LUBRICANTS SALES AGREEMENT DATED 06/01/2022 | NYCO AMERICA LLC<br>87 AMLAJACK WAY<br>NEWNAN, GA 30265 |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - CTG | OINAC<br>CRESPO CALLE 71 #3-89<br>AEROPUERTO INTERNACIONAL RAFAEL NUNEZ<br>3ER PISO,<br>COLOMBIA |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT BRAVO DATED 06/27/2024 | OLIVER WYMAN, LLC<br>1717 MAIN ST.<br>#4400<br>DALLAS, TX 75201 |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT BRAVO DATED 04/04/2024 | OLIVER WYMAN, LLC<br>1717 MAIN ST.<br>#4400<br>DALLAS, TX 75201 |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINAL / STATION - BOG | OPAIN<br>OFICINAS ADMINISTRATIVAS OPAIN AEROPUERTO INTERNACIONAL EL DORADO MEZANINE OFICINA # 3<br>BOGOTA D.C.,<br>COLOMBIA |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 10/01/2023 | OPTAVISE, LLC<br>211 MAIN STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK TO OPTAVISE MASTER SERVICES AGREEMENT DATED 10/01/2024 | OPTAVISE, LLC<br>1299 ZURICH WAY<br>SCHAUMBURG, IL 60196 |

Debtor    Spirit Airlines, Inc.
_____    Case number (If known): 24-11988 (SHL)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 1 TO AGREEMENT DATED 10/01/2024 | OPTAVISE, LLC 2950 CLEVELAND CLINIC BLVD WESTON, FL 33331-3609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK  TO OPTAVISE MASTER SERVICES AGREEMENT DATED 10/01/2023 | OPTAVISE, LLC 35 THOMSON PLACE BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | ORDERING DOCUMENT DATED 02/18/2022 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS DATED 01/31/2014 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 02/19/2016 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED 06/04/2024 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | ORDERING DOCUMENT DATED 07/09/2021 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Spirit Airlines, Inc.
Name

Case number (If known):  24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3615<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4976<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4988<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4985<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3609<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3608<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4991<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.853** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4982<br><br>ORIX AVIATION SYSTEMS LIMITED<br>THE OVAL<br>BLOCK 1<br>SHELBOURNE ROAD<br>DUBLIN,<br>IRELAND |
| **2.854** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SYSTEM INTERLINE AGREEMENT DATED 03/01/2009<br><br>ORLANDO FUEL FACILITIES LLC<br>PO BOX 36611<br>HDQ 7FM<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235-1611 |
| **2.855** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - KIN<br><br>PAC KINGSTON AIRPORT LIMITED<br>LEARNING AND DEVELOPMENT CENTRE<br>NORMAN MANLEY INTERNATIONAL AIRPORT<br>PALISADOES<br>KINGSTON,<br>JAMAICA |
| **2.856** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDUNG AGREEMENT DATED 09/05/2011<br><br>PACIFIC AIRCRAFT MAINTENANC E<br>2367 AIRLANE<br>SAN DIEGO, CA 92101 |
| **2.857** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - PBI<br><br>PALM BEACH COUNTY - DEPARTMENT OF AIRPORTS<br>846 PALM BEACH INTERNATIONAL AIRPORT<br>WEST PALM BEACH, FL 33406 |
| **2.858** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - XPL<br><br>PALMEROLA INTERNATIONAL AIRPORT, S.A DE C.V<br>KILOMETRO 73<br>CARRETERA CA-5<br>COMAYAGUA.,<br>HONDURAS |
| **2.859** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PNI DIRECT ORIGINATOR AGREEMENT DATED 12/02/2023<br><br>PAYOUTS NETWORK INC.<br>1285 NORTH ROUSE AVE<br>STE. 2A<br>BOZEMAN, MT 59715 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | SALE CONFIRMATION SPIRE24TS981210 DATED 06/25/2024 | PBF HOLDING COMPANY LLC 1 SYLVAN WAY 2ND FLOOR PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | SALE CONFIRMATION SPIRE22TS907281 DATED 06/08/2022 | PBF HOLDING COMPANY LLC 1 SYLVAN WAY 2ND FLOOR PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | SALE CONFIRMATION SPIRE24TS981210 DATED 06/25/2024 | PBF HOLDING COMPANY LLC 1 SYLVAN WAY 2ND FLOOR PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | RACK SALE CONFIRMATION SPIRE24WS977883 DATED 05/20/2024 | PBF HOLDING COMPANY LLC 1 SYLVAN WAY 2ND FLOOR PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION AGREEMENT DATED 02/15/2024 | PERIMETER INTERNATIONAL DBA PERIMETER GLOBAL LOGISTICS ("PGL") 2800 STORY ROAD W IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AMENDMENT #3 TO TRANSPORTATION AGREEMENT DATED 02/15/2024 | PERIMETER INTERNATIONAL DBA PERIMETER GLOBAL LOGISTICS ("PGL") 2700 STORY ROAD WEST STE 150 IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - PHL | PHILADELPHIA DEPARTMENT OF AVIATION PHILADELPHIA INTERNATIONAL AIRPORT PHILADELPHIA, PA 19153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                    Pg 549 of 615                Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.867** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT<br><br><br>PLUSGRADE L.P./PLUSGRADE S.E.C.<br>1130 SHERBROOKE WEST<br>SUITE 1500<br>MONTREAL, QC H3A 2M8<br>CANADA |
| **2.868** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br><br>PLUSGRADE L.P./PLUSGRADE S.E.C.<br>1130 SHERBROOKE WEST<br>SUITE 1500<br>MONTREAL, QC H3A 2M8<br>CANADA |
| **2.869** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES SCHEDULE - EARN MALL DATED 06/30/2013<br><br>POINTS INTERNATIONAL LTD.<br>171 JOHN STREET<br>5TH FLOOR<br>TORONTO, ON M5T 1X3<br>CANADA |
| **2.870** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES SCHEDULE - BUY/GIFT PROGRAM DATED 06/30/2013<br><br>POINTS.COM INC.<br>171 JOHN STREET<br>5TH FLOOR<br>TORONTO, ON M5T 1X3<br>CANADA |
| **2.871** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES SCHEDULE TO MASTER SERVICES AGREEMENT DATED 06/30/2013<br><br>POINTS.COM INC.<br>171 JOHN STREET<br>5TH FLOOR<br>TORONTO, ON M5T 1X3<br>CANADA |
| **2.872** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - EWR<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY - DEPARTMENT OF AVIATION<br>67 WEST<br>#1 WORLD TRADE CENTER<br>NEW YORK, NY 10048 |
| **2.873** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - LGA<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY - DEPARTMENT OF AVIATION<br>67 WEST<br>#1 WORLD TRADE CENTER<br>NEW YORK, NY 10048 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TERMINAL / STATION LEASE - OAK<br><br>PORT OF OAKLAND - PORTLAND INTERNATIONAL AIRPORT<br>1 AIRPORT DR<br>OAKLAND, CA 94621 |
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TERMINAL / STATION LEASE - PDX<br><br>PORT OF PORTLAND<br>PO BOX 3529<br>PORTLAND, OR 97218 |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TERMINAL / STATION LEASE - SEA<br><br>PORT OF SEATTLE,AVIATION DIVISION - MANAGING DIRECTOR<br>17801 INTERNATIONAL BLVD.<br>SEATAC, WA 98158 |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT DATED 06/10/2024<br><br>PREFERRED COMPOSITE SERVICES, INC.<br>2900 NW 112TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SUPPLY AND REPAIR SERVICES AGREEMENT<br><br>PREFERRED COMPOSITE SERVICES, INC.<br>2900 NW 112TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT DATED 09/24/2023<br><br>PREFERRED COMPOSITE SERVICES, INC.<br>2900 NW 112TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | COMPONENT SERVICES AGREEMENT DATED 03/25/2022<br><br>PREFERRED COMPOSITE SERVICES, INC.<br>2900 NW 112TH AVENUE<br>UNIT 2<br>DORAL, FL 33172 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.881** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AND REPAIR SERVICES AGREEMENT DATED 08/13/2018 | PREFERRED COMPOSITE SERVICES, INC. 2900 NW 1 12TH AVENUE UNIT 2 DORAL, FL 33172 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.882** State what the contract or lease is for and the nature of the debtor's interest | PARTNER AGREEMENT DATED 09/17/2021 | PRICELINE PARTNER NETWORK CORP. 2600-360 MAIN STREET WINNIPEG, MB CANADA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.883** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO  PARTNER AGREEMENT DATED 12/23/2022 | PRICELINE PARTNER SOLUTIONS (CANADA) CORPORATION 2600-360 MAIN STREET WINNIPEG, MB CANADA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.884** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO NETWORK PARTNER AGREEMENT DATED 11/11/2022 | PRICELINE PARTNER SOLUTIONS (CANADA) CORPORATION (FORMERLY KNOWN AS PRICELINE PARTNER NETWORK CORP.) 2600-360 MAIN STREET WINNIPEG, MB CANADA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.885** State what the contract or lease is for and the nature of the debtor's interest | DIRECT CONNECTIVITY AGREEMENT DATED 02/10/2021 | PRICELINE.COM, LLC 800 CONNECTICUT AVENUE NORWALK, CT 06854 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.886** State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 12/01/2021 | PRIME FLIGHT AVIATION SERVICES, INC. 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.887** State what the contract or lease is for and the nature of the debtor's interest | MKE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/24/2021 | PRIME FLIGHT AVIATION SERVICES, INC. THREE SUGAR CREEK BLVD. SUITE 450 SUGARLAND, TX 77478 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/14/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 12/01/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IAH-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/20/2012 | PRIME FLIGHT AVIATION SERVICES, INC.<br>7135 CHARLOTTE PIKE<br>NASHVILLE, TN 37209 |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 05/01/2022 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 05/01/2022 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 02/15/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>BOSTON MA BOS<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/14/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ATL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/26/2014 | PRIME FLIGHT AVIATION SERVICES, INC.<br>7135 CHARLOTTE PIKE<br>NASHVILLE, TN 37209 |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL SERVICE AGREEMENT DATED 12/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK CENTER BLVD.<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/18/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK BLVD.<br>SUITE 450<br>SUGARLAND, TX 77478 |
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 05/01/2022 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK BLVD.<br>SUITE 450<br>SUGARLAND, TX 77478 |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/14/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROC-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/18/2022 | PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK BLVD.<br>SUITE 450<br>SUGARLAND, TX 77478 |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 02/15/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |

| Debtor | Spirit Airlines, Inc. | | Case number (If known): | 24-11988 (SHL) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CLT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/20/2019 | PRIME FLIGHT AVIATION SERVICES, INC. THREE SUGAR CREEK BLVD. SUITE 450 SUGAR LAND, TX 77478 |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/10/2019 | PRIME FLIGHT AVIATION SERVICES, INC. 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 05/01/2022 | PRIME FLIGHT AVIATION SERVICES, INC. ATTN CLAY MUMFORD 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC. 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 06/14/2020 | PRIME FLIGHT AVIATION SERVICES, INC. 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020 | PRIME FLIGHT AVIATION SERVICES, INC. 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020 | PRIME FLIGHT AVIATION SERVICES, INC. 3 SUGAR CREEK CENTER SUITE 450 SUGAR LAND, TX 77478 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CMH-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK BLVD.<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PNS-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/10/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK BLVD.<br>SUITE 450<br>SUGARLAND, TX 77478 |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2023 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 02/15/2021 | PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.923** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTO PLANE AGREEMENT/!ATA SGHA - MC<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| **2.924** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| **2.925** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ABQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/03/2022<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>THREE SUGAR CREEK BLVD.<br>SUITE 450<br>SUGARLAND, TX 77478 |
| **2.926** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/14/2020<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| **2.927** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIC-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/15/2018<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>135 CHARLOTTE PIKE<br>NASHVILLE, TN 37209 |
| **2.928** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2020<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |
| **2.929** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 05/01/2022<br><br>PRIME FLIGHT AVIATION SERVICES, INC.<br>3 SUGAR CREEK CENTER<br>SUITE 450<br>SUGAR LAND, TX 77478 |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.930** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LGA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2013 | PRIME FLIGHT AVIATION SERVICES, INC.<br>7135 CHARLOTTE PIKE<br>NASHVILLE, TN 37209 |
| **2.931** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION - SXM | PRINCESS JULIANA INTERNATIONAL AIRPORT HOLDING COMPANY N.V.<br>P.O. BOX 2027<br>PHILIPSBURG,<br>SINT MAARTEN |
| **2.932** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLECTIVE BARGAINING AGREEMENT DATED 08/10/2024 | PROFESSIONAL AIRLINE FLIGHT CONTROL ASSOCIATION<br>14359 MIRAMAR PKWY #271<br>MIRAMAR, FL 33027 |
| **2.933** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDED AND RESTATED CO-BRANDED CREDIT CARD AGREEMENT DATED 09/10/2020 | PROMERICA FINANCIAL CORPORATION<br>PH ST GEORGES BANK<br>50 AND 53 STREET BANKING AREA<br>PANAMA,<br>PANAMA |
| **2.934** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-BRANDED CREDIT CARD AGREEMENT DATED 11/01/2017 | PROMERICA FINANCIAL CORPORATION<br>PH ST GEOGES BANK 50 AND 53 STREET BANKING AREA<br>PANAMA,<br>PANAMA |
| **2.935** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PIT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE | PROSEGUR SERVICES GROUP FKA AVIATION SAFEGUARDS<br>8929 S. SEPULVEDA BLVD.<br>SUITE 300<br>LOS ANGELES, CA 90045 |
| **2.936** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BWI-FIFTH CONTRACT AMENDMENT DATED 06/01/2024 | PROSEGUR SERVICES GROUP FKA AVIATION SAFEGUARDS<br>8929 S. SEPULVEDA BLVD.<br>SUITE 300<br>LOS ANGELES, CA 90045 |

Debtor    Spirit Airlines, Inc.
_____
Name    Case number (If known): 24-11988 (SHL)

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.937** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EWR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/30/2016 | PROSPECT AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.937** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EWR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/30/2016 | PROSPECT AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| **2.938** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DTW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/10/2021 | PROSPECT AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| **2.939** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORD-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2018 | PROSPECT AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| **2.940** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DFW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2018 | PROSPECT AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| **2.941** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PHL-SECOND CONTRACT AMENDMENT DATED 07/01/2022 | PROSPECT AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| **2.942** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PHX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2016 | PROSPECT INTERNATIONAL AIRPORT SERVICES<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| **2.943** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TPA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2014 | PROSPECT OF TAMPA, LTD.<br>2130 S. WOLF ROAD<br>DES PLAINES, IL 60018 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.944** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MIA INDUSTRIAL WAREHOUSE LEASE<br><br>PSBP INDUSTRIAL, L.L.C.<br>8181 NW 14TH STREET<br>SUITE 200<br>DORAL, FL 33126 |
| **2.945** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - SJU<br><br>PUERTO RICO PORTS AUTHORITY - DEPUTY EXECUTIVE DIRECTOR<br>P.O. BOX 362829<br>SAN JUAN, PR 00936-2829 |
| **2.946** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - PSE<br><br>PUERTO RICO PORTS AUTHORITY - DEPUTY EXECUTIVE DIRECTOR<br>P.O. BOX 362829<br>SAN JUAN, PR 00936-2829 |
| **2.947** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 3 - LOCATION AGREEMENT DATED 06/20/2024<br><br>PUMA ENERGIES (AVIATION) S.A<br>RUE DE JARGONNANT 1<br>GENEVA, 1207<br>SWITZERLAND |
| **2.948** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 3 - LOCATION AGREEMENT DATED 06/20/2024<br><br>PUMA ENERGY (AVIATION) S.A.<br>RUE DE JARGONNANT 1<br>GENEVA, 1207<br>SWITZERLAND |
| **2.949** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 3 DATED 07/01/2024<br><br>PUMA ENERGY (AVIATION) S.A.<br>RUE DE JARGONNANT 1<br>GENEVA, 1207<br>SWITZERLAND |
| **2.950** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 3 DATED 07/01/2024<br><br>PUMA ENERGY (AVIATION) S.A.<br>RUE DE JARGONNANT 1<br>GENEVA, 1207<br>SWITZERLAND |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.951** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 3 DATED 07/01/2024<br><br>PUMA ENERGY (AVIATION) S.A.<br>RUE DE JARGONNANT 1<br>GENEVA, 1207<br>SWITZERLAND |
| **2.952** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE-AS-A-SERVICE AGREEMENT<br><br>QUIQ, INC.<br>2201 BAXTER LANE<br>#11062<br>BOZEMAN, MT 59718 |
| **2.953** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 01/31/2022<br><br>QUIQ, INC.<br>2201 BAXTER LANE<br>#11062<br>BOZEMAN, MT 59718 |
| **2.954** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 01/31/2022<br><br>QUIQ, INC.<br>2201 BAXTER LANE<br>#11062<br>BOZEMAN, MT 59718 |
| **2.955** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - RDU<br><br>RALEIGH-DURHAM AIRPORT AUTHORITY OFFICES<br>P.O. BOX 80001<br>RDU AIRPORT, NC 27623 |
| **2.956** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DFW AEROTERM RAMP LEASE<br><br>REALTERM<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 |
| **2.957** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DFW AEROTERM WAREHOUSE LEASE<br><br>REALTERM<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLL WAREHOUSE LEASE | REALTERM<br>AERO LAUDERDALE, LLC<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 |
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FLL WAREHOUSE RAMP SPACE LEASE | REALTERM<br>AERO LAUDERDALE, LLC<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IDENTITY THEFT PROTECTION SERVICE BENEFIT AGREEMENT DATED 01/01/2022 | REHAB CORPORATION DBA ID WATCHDOG<br>100 1ST STREET<br>SUITE 350<br>SAN FRANCISCO, CA 94106 |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - RNO | RENO-TAHOE AIRPORT AUTHORITY - PRESIDENT/CEO<br>RENO-TAHOE INTERNATIONAL AIRPORT<br>P.O. BOX 12490<br>RENO, NV 89510-2490 |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2015 | REPUBLIC AIRWAYS HOLDINGS INC.<br>8909 PURDUE ROAD<br>INDIANAPOLIS, IN 46268 |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RIGHT MANAGEMENT OUTPLACEMENT CONSULTING SERVICES  AGREEMENT DATED 12/11/2023 | RIGHT MANAGEMENT<br>95 GLASTONBURY BLVD.<br>SUITE 102<br>GLASTONBURY, CT 06033 |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUN-FIRST AMENDMENT DATED 09/01/2021 | RO & LA PRIVATE SECURITY SERVICES, S. A DE C. V.<br>ANDADOR MZA-1 LTE-44 QUINTANA<br>BENITO JUAREZ<br>CANCUN, SM2 7750<br>MEXICO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR MAINTENANCE, REPAIR & OVERHAUL SERVICES DATED 06/27/2023 | ROHR AERO SERVICES LLC.<br>111 AIRPORT DRIVE<br>FOLEY, AL 36535 |
| **2.966** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPORT LETTER AGREEMENT FOR ROHR ENGINE NACELLES DATED 06/09/2021 | ROHR, INC. A PART OF COLLINS AEROSPACE<br>850 LAGOON DRIVE<br>CHULA VISTA, CA 91910 |
| **2.967** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AD-SERVDNG AGREEMENT DATED 09/01/2016 | ROKT PTE. LTD. (ROKT)<br>18 CROSS ST #07-06/07 CHINA SQUARE CENTRAL<br>SINGAPORE, 48423<br>SINGAPORE |
| **2.968** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO AD-SERVING AGREEMENT DATED 09/21/2023 | ROKT PTE. LTD. (ROKT)<br>60 ANSON ROAD #17-01<br>SINGAPORE, 7991<br>SINGAPORE |
| **2.969** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OPTIONAL SERVICES ADDENDUM TO PARTICIPATING CARRIER DISTRIBUTION AND SERVICES AGREEMENT DATED 01/15/2021 | SABRE GLBL, INC., F/K/A SABRE INC.<br>3150 SABRE DR.<br>SOUTHLAKE, TX 76092 |
| **2.970** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE TRAVEL MARKETING AGREEMENT DATED 02/01/2017 | SABRE GLBL, INC., F/K/A SABRE INC.<br>3150 SABRE DR.<br>SOUTHLAKE, TX 76092 |
| **2.971** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE A TO ASSOCIATE ACCESS AGREEMENT DATED 09/17/2015 | SABRE GLBL, INC., F/K/A SABRE INC.<br>3150 SABRE DR.<br>SOUTHLAKE, TX 76092 |

Debtor    Spirit Airlines, Inc.
Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PARTICIPATING CARRIER DISTRIBUTION AND SERVICES AGREEMENT DATED 02/01/2013 | SABRE INC. 3150 SABRE DRIVE MD 8311 SOUTHLAKE, TX 76092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 03/14/2006 | SABRE INC. 3150 SABRE DRIVE SOUTHLAKE, TX 76092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAVEL MARKETING AMENDMENT DATED 10/03/2006 | SABRE INC. 3150 SABRE DRIVE MD 8311 SOUTHLAKE, TX 76092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 PARTICIPATING CARRIER DISTRIBUTION AND SERVICES AGREEMENT DATED 01/31/2013 | SABRE INC. 3150 SABRE DRIVE MD 8311 SOUTHLAKE, TX 76092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRLINE PARTICIPATION CONTINUATION AMENDMENT DATED 10/11/2011 | SABRE INC. 3150 SABRE DRIVE MD 8311 SOUTHLAKE, TX 76092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING & INCENTIVES AGREEMENT DATED 01/01/2022 | SAFRAN AEROSPACE SERVICES AMERICAS 101 WORLD DRIVE SUITE 400 PEACHTREE CITY, GA 30296 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT DATED 11/15/2021 | SAFRAN CABIN CATERING, INC 2002 TIMBERLOCH PLACE SUITE 200 THE WOODLANDS, TX 77380 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT N° 3 DATED 04/01/2024 | SAFRAN LANDING SYSTEMS<br>INOVEL PARC SUD<br>7 RUE GENERAL VALERIE ANDRE<br>BP 70053<br>78140<br>VELIZY-VILLACOUBLAY,<br>FRANCE |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT N° 2 TO THE A319/A320CEO AND A319/A320NEO MAIN WHEEL AND CARBON BRAKE AGREEMENT DATED 09/14/2022 | SAFRAN LANDING SYSTEMS<br>INOVEL PARC SUD<br>7 RUE GENERAL VALERIE ANDRE<br>78140<br>VELIZY-VILLACOUBLAY,<br>FRANCE |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAIN WHEEL AND CARBON BRAKE AGREEMENT DATED 01/01/2019 | SAFRAN LANDING SYSTEMS<br>INOVEL PARC SUD<br>7 RUE GENERAL VALERIE ANDRE<br>78140<br>VELIZY-VILLACOUBLAY,<br>FRANCE |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR EXCHANGE, OVERHAUL & REPAIR OF AIRCRAFT LANDING GEARS DATED 01/29/2020 | SAFRAN LANDING SYSTEMS SERVICES AMERICAS SA DE CV<br>AV DE LA NORIA<br>131 PARQUE INDUSTRIAL QUERETARO<br>QUERETARO,<br>MEXICO |
| 2.983 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 06/28/2024 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.984 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 01/30/2024 | SALESFORCE, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.985 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT | SALESFORCE.COM, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |

Debtor    Spirit Airlines, Inc.
_____
Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | TERMINAL / STATION LEASE - SAN <br><br> SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY - PRESIDENT/CEO <br> 3225 N HARBOR DR <br> 3RD FLOOR <br> ADMINISTRATION BLDG <br> SAN DIEGO, CA 92101 |
| **2.987** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AG – CTO LINE OF CREDIT AND SALES - AGREEMENT DATED 11/22/2020 <br><br> SANTUR TRAVEL <br> CI. 52B <br> #31-41 BUCARAMANGA <br> SANTANDER, <br> COLOMBIA |
| **2.988** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE LICENSE ANO SUPPORT AGREEMENT DATED 03/29/2015 <br><br> SAP AMERICA, INC. <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |
| **2.989** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 11/09/2011 <br><br> SAP AMERICA, INC. <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |
| **2.990** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PARTIAL TERMINATION ADDENDUM DATED 12/31/2018 <br><br> SAP AMERICA, INC. <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |
| **2.991** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 05/21/2015 <br><br> SAP AMERICA, INC. <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |
| **2.992** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 03/31/2016 <br><br> SAP AMERICA, INC. <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |

Debtor    Spirit Airlines, Inc.    Case number (If known):    24-11988 (SHL)
    Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.993** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REINSTATEMENT AMENDMENT TO SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 12/31/2020<br><br>SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| **2.994** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 09/17/2012<br><br>SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 01907 |
| **2.995** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENCE AND SUPPORT AGREEMENT DATED 07/24/2012<br><br>SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| **2.996** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 11/09/2011<br><br>SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19064 |
| **2.997** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTIAL TERMINATION ADDENDUM DATED 12/31/2018<br><br>SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| **2.998** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AND SUPPORT AGREEMENT DATED 12/30/2016<br><br>SAP AMERICA, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| **2.999** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LAX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/01/2010<br><br>SAS SERVICE GROUP INC.<br>630 NORTH SEPULVEDA<br>EL SEGUNDO, CA 90245 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1000** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO THE INTEGRATED PURCHASING PROGRAMME SALES AGREEMENT DATED 12/19/2022 | SATAIR USA, INC.<br>525 WESTPARK DRIVE<br>SUITE 400<br>PEACHTREE CITY, GA 30269 |
| **2.1001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTEGRATED PURCHASING PROGRAMME SALES AGREEMENT DATED 04/14/2022 | SATAIR USA, INC.<br>525 WESTPARK DRIVE<br>SUITE 400<br>PEACHTREE CITY, GA 30269 |
| **2.1002** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INCENTIVE AGREEMENT DATED 04/19/2022 | SCHNELLER LLC<br>6019 POWDERMILL ROAD<br>KENT, OH 44240 |
| **2.1003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRIBUTION PLAN SERVICES AGREEMENT DATED 02/01/2014 | SCHWAB RETIREMENT PLAN SERVICES, INC.<br>95 GLASTONBURY BLVD.<br>SUITE 102<br>GLASTONBURY, CT 06033 |
| **2.1004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRIBUTION PLAN SERVICES AGREEMENT DATED 02/01/2014 | SCHWAB RETIREMENT PLAN SERVICES, INC.<br>2211 CONGRESS STREET<br>PORTLAND, ME 04122 |
| **2.1005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRIBUTION PLAN SERVICES AGREEMENT DATED 02/01/2014 | SCHWAB RETIREMENT PLAN SERVICES, INC.<br>2211 CONGRESS STREET<br>PORTLAND, ME 04122 |
| **2.1006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND SECURITY AGREEMENT- SIMPLIFIED PROCEDURE DATED 04/01/2017 | SCIS AIR SECURITY CORPORATION<br>SCIS AIR SECURITY CORPORATION<br>521 NORTH COOPER STREET<br>SUITE 300<br>ARLINGTON, TX 76011 |

Debtor    Spirit Airlines, Inc.

    Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | KIN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/19/2019 | SECURIPRO LTD. 1 PARAISO AVENUE KINGSTON 10, JAMAICA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | MBJ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/19/2009 | SECURIPRO LTD. 1 PARAISO AVENUE KINGSTON 10, JAMAICA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | MTY-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/06/2022 | SECURITAS TRANSPORT AVIATION MEXICO SA DE CV AV. KABAH RODRIGO GOMEZ MZA 06 L-01 INTERIOR D--3 2-N CANCUN QUINTANA ROO, C.P 77508 MEXICO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT FOR ADMINISTRATION OF A CLAIMS PROGRAM DATED 10/15/2020 | SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. 11825 N. PENNSYLVANIA ST. CARMEL, IN 46032 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | PUJ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/17/2011 | SERVAIR GUSTAVO MEJIA RICART STREET NO. 93 PIANTINI PLAZA SECOND FLOOR SANTO DOMINGO, DOMINICAN REPUBLIC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 12/22/2021 | SERVICENOW, INC 2225 LAWSON LANE SANTA CLARA, CA 95054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SERVICENOW, INC. 2225 LAWSON LANE SANTA CLARA, CA 95054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DATED 06/10/2021 | SERVICENOW, INC.<br>2225 LAWSON LANE<br>SANTA CLARA, CA 95054 |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2019 | SERVICIOS AEREOS GUATEMALTECOS, S.A.<br>16 CALLE 7-06<br>ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BAQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/19/2020 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI)<br>AEROPUERTO INTERNACIONAL EL DORADO<br>TERMINAL INTERNACIONAL T1<br>PISO 4<br>BOGOTA,<br>COLOMBIA |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MDE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/01/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI)<br>AEROPUERTO INTERNACIONAL EL DORADO<br>CARRERA 103<br>BOGOTA,<br>COLOMBIA |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BOG-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2008 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI)<br>AEROPUERTO INTERNACIONAL EL DORADO<br>CARRERA 103 NO. 25D-80<br>BOGOTA,<br>COLOMBIA |
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AXM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2009 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI)<br>AEROPUERTO INTERNACIONAL EL DORADO<br>CARRERA 103<br>NO. 25D-80<br>BOGOTA,<br>COLOMBIA |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CTG-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/01/2011 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI)<br>AEROPUERTO INTERNACIONAL EL DORADO<br>CARRERA 103<br>BOGOTA,<br>COLOMBIA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1021** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>CLO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 12/20/2018 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI) ATTN CARLOS MONZON GENERAL MANAGER AEROPUERTO INTERNACIONAL EL DORADO TERMINAL INTERNACIONAL PISO 4 BOGOTA, COLOMBIA |
| **2.1022** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>BGA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/18/2020 | SERVICIOS AEROPORTUARIOS INTEGRADOS (SAI) AEROPUERTO INTERNACIONAL EL DORADO TERMINAL INTERNACIONAL T1 PISO 4 BOGOTA, COLOMBIA |
| **2.1023** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013 | SERVISAIR FUEL SERVICES, LLC 151 NORTH POINT DRIVE HOUSTON, TX 77060 |
| **2.1024** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013 | SERVISAIR FUEL SERVICES, LLC 151 NORTH POINT DRIVE HOUSTON, TX 77060 |
| **2.1025** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013 | SERVISAIR FUEL SERVICES, LLC 151 NORTH POINT DRIVE HOUSTON, TX 77060 |
| **2.1026** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013 | SERVISAIR FUEL SERVICES, LLC 151 NORTH POINT DRIVE HOUSTON, TX 77060 |
| **2.1027** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SJD-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/08/2012 | SERVISEG, SA BY C.V. CALZ. DEL HUESO NO. 955 COL. GRANJAS COAPA DF, C.P. 14330 MEXICO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1028** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SHELTAIR-JACKSONVILLE<br>14600 WHIRLWIND AVENUE<br>JACKSONVILLE, FL 32218 |
| **2.1029** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT DATED 12/20/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | SHELTAIR-JACKSONVILLE<br>14600 WHIRLWIND AVENUE<br>JACKSONVILLE, FL 32218 |
| **2.1030** State what the contract or lease is for and the nature of the debtor's interest — SNA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | SIERRA AVIATION GROUP<br>ATTN JIM MOG<br>9247 ARCHIBALD AVE<br>RANCHO CUCAMONGA, CA 91730 |
| **2.1031** State what the contract or lease is for and the nature of the debtor's interest — RATE SCHEDULE NOTIFICATION DATED 12/23/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATURE AVIATION<br>ORF LOCATION AIRCRAFT MAINTENANCE<br>6101 BURTON STATION ROAD<br>NORFOLK, VA 23502 |
| **2.1032** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE.<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1033** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE.<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1034** State what the contract or lease is for and the nature of the debtor's interest — STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/06/2012<br><br>State the term remaining<br><br>List the contract number of any government contract | SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVENUE<br>SUITE 1100<br>ORLANDO, FL 32801 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1035** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE.<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1036** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 03/07/2023<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1037** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>13485 VETERANS WAY<br>SUITE 600<br>ORLANDO, FL 32827 |
| **2.1038** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/07/2021<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE.<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1039** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2020<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1040** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE.<br>SUITE 1100<br>ORLANDO, FL 32801 |
| **2.1041** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION<br>201 SOUTH ORANGE AVE.<br>SUITE 1100<br>ORLANDO, FL 32801 |

Debtor    Spirit Airlines, Inc.
         Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 04/15/2022 | SIGNATURE FLIGHT SUPPORT CORPORATION 201 SOUTH ORANGE AVE. SUITE 1100 ORLANDO, FL 32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018 | SIGNATURE FLIGHT SUPPORT CORPORATION 13485 VETERANS WAY SUITE 600 ORLANDO, FL 32827 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 09/06/2018 | SIGNATURE FLIGHT SUPPORT CORPORATION 201 SOUTH ORANGE AVE. SUITE 1100 ORLANDO, FL 32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 03/07/2023 | SIGNATURE FLIGHT SUPPORT LLC 13485 VETERANS WAY SUITE 600 ORLANDO, FL 32827 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 04/15/2022 | SIGNATURE FLIGHT SUPPORT LLC 13485 VETERANS WAY SUITE 600 ORLANDO, FL 32827 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest | MHT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2021 | SIGNATURE FLIGHT SUPPORT LLC 13485 VETERANS WAY STE. 600 ORLANDO, FL 32827 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD GROUND HANDLING AGREEMENT DATED 03/01/2013 | SIGNATURE FLIGHT SUPPORT LLC, D/B/A SIGNATURE TECHNICAIR 6101 BURTON STATION RD. NORFOLK, VA 32502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRAINING AGREEMENT DATED 10/01/2011 | SIM-LNDUSTRIES B.V.<br>HUB VAN DOOMEWEG<br>8 2171<br>KZ<br>SASSENHEIM,<br>NETHERLANDS |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3607 | SIRIUS AVIATION CAPITAL<br>51/52 FITZWILLIAM SQUARE WEST<br>DUBLIN 2,<br>IRELAND |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 3 TO THE MATERIAL SOLUTIONS AGREEMENT DATED 03/08/2018 | SJH SHEFFIELD AEROSPACE, LLC,<br>2002 W GRAND PARKWAY N SUITE 210<br>KATY, TX 77449 |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LICENSE AGREEMENT DATED 12/31/2023 | SKILLSOFT (US) LLC<br>185 ASYLUM STREET<br>HARTFORD, CT 06103-3408 |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3637 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5676 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5677 | SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |

Debtor  Spirit Airlines, Inc.
_____
Name

Case number (If known):  24-11988 (SHL)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1056** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3634<br><br>SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| **2.1057** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3631<br><br>SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| **2.1058** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5680<br><br>SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| **2.1059** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3629<br><br>SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| **2.1060** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3636<br><br>SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| **2.1061** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #5679<br><br>SKY AERO MANAGEMENT LIMITED<br>NUMBER ONE BALLSBRIDGE<br>BUILDING 3, 5TH FLOOR<br>126 PEMBROKE ROAD<br>DUBLIN,<br>IRELAND |
| **2.1062** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO MAINTAINENCE AGREEMENT DATED 08/12/2024<br><br>SKY AEROSPACE ENGINEERING, INC.<br>ORLANDO INTERNATIONAL AIRPORT<br>4219 LINDY CIRCLE HANGAR 435<br>ORLANDO, FL 32827 |

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4993<br><br>SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2,<br>IRELAND |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4935<br><br>SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2,<br>IRELAND |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4984<br><br>SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2,<br>IRELAND |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4989<br><br>SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2,<br>IRELAND |
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4987<br><br>SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2,<br>IRELAND |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4977<br><br>SKY HIGH 136 LEASING COMPANY LIMITED<br>2 GRAND CANAL SQUARE<br>GRAND CANAL HARBOUR<br>DUBLIN 2,<br>IRELAND |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 03/01/2019<br><br>SKYFUEL AVIATION SERVICES OF FORT LAUDERDALE, LLC<br>300 S. PINE ISLAND RD.<br>SUITE 201<br>PLANTATION, FL 33324 |

| ▮ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 03/01/2019 | SKYFUEL AVIATION SERVICES OF FORT LAUDERDALE, LLC<br>300 S. PINE ISLAND RD.<br>SUITE 201<br>PLANTATION, FL 33324 |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 03/01/2019 | SKYFUEL AVIATION SERVICES OF FORT LAUDERDALE, LLC<br>300 S. PINE ISLAND RD.<br>SUITE 201<br>PLANTATION, FL 33324 |
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 07/01/2020 | SKYFUEL AVIATION SERVICES OF FORT LAUDERDALE, LLC<br>610 SW 34TH STREET<br>SUITE #304<br>FT. LAUDERDALE, FL 33315 |
| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 02/01/2018 | SKYFUEL AVIATION SERVICES OF ORLANDO, LLC<br>300 S. PINE ISLAND RD.<br>SUITE 201<br>PLANTATION, FL 33324 |
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 07/01/2020 | SKYFUEL AVIATION SERVICES OF ORLANDO, LLC<br>610 SW 34TH STREET<br>SUITE #304<br>FT. LAUDERDALE, FL 33315 |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 12/01/2018 | SKYFUEL AVIATION SERVICES OF ORLANDO, LLC<br>300 S. PINE ISLAND RD.<br>SUITE 201<br>PLANTATION, FL 33324 |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 12/01/2018 | SKYFUEL AVIATION SERVICES OF ORLANDO, LLC<br>300 S. PINE ISLAND RD.<br>SUITE 201<br>PLANTATION, FL 33324 |

Debtor    24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.      Pg 579 of 615      Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1077** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 07/15/2020<br><br>SKYFUEL AVIATION SERVICES, DFW LLC<br>610 SW 34TH STREET<br>SUITE 304<br>FT. LAUDERDALE, FL 33315 |
| **2.1078** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 07/15/2020<br><br>SKYFUEL AVIATION SERVICES, DFW LLC<br>610 SW 34TH STREET<br>SUITE 304<br>FT. LAUDERDALE, FL 33315 |
| **2.1079** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 07/15/2020<br><br>SKYFUEL AVIATION SERVICES, DFW LLC<br>610 SW 34TH STREET<br>SUITE 304<br>FT. LAUDERDALE, FL 33315 |
| **2.1080** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CHANGE CONTROL NOTE (CCCN) DATED 09/01/2022<br><br>SKYMETRIX GMBH<br>THEODOR-HEUSS STR 2<br>BRAUNSCHWEIG, 38122<br>GERMANY |
| **2.1081** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAAS AGREEMENT DATED 08/23/2024<br><br>SKYPATH US INC.<br>251 LITTLE FALLS DRIVE<br>WILMINGTON<br>NEW CASTLE, DE 19808 |
| **2.1082** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTNER SERVICES AGREEMENT DATED 04/03/2024<br><br>SKYSQUAD INC.<br>8608 SPLIT OAK CIRCLE<br>BETHESDA, MD 20817 |
| **2.1083** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #4970<br><br>SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |

Debtor   Spirit Airlines, Inc.
_____
Name

Case number (If known):   24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1084** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4974  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |
| **2.1085** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4965  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |
| **2.1086** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4955  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |
| **2.1087** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4964  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |
| **2.1088** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4960  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |
| **2.1089** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4957  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |
| **2.1090** **State what the contract or lease is for and the nature of the debtor's interest**  AIRCRAFT LEASE TAIL #4967  **State the term remaining**  **List the contract number of any government contract** | SMBC AVIATION CAPITAL LIMITED IFSC HOUSE IFSC DUBLIN, IRELAND |

Debtor    Spirit Airlines, Inc.
          Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #4975 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #4979 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #3614 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #4971 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #4953 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #4968 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1097 | **State what the contract or lease is for and the nature of the debtor's interest** | AIRCRAFT LEASE TAIL #4936 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Spirit Airlines, Inc.                                                              Case number (If known):  24-11988 (SHL)
          Name

| ██ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1098** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4961 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |
| **2.1099** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4956 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |
| **2.1100** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4952 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |
| **2.1101** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #3630 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |
| **2.1102** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4949 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |
| **2.1103** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4962 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |
| **2.1104** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AIRCRAFT LEASE TAIL #4958 <br><br> SMBC AVIATION CAPITAL LIMITED <br> IFSC HOUSE <br> IFSC <br> DUBLIN, <br> IRELAND |

Debtor    Spirit Airlines, Inc.
      Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>AIRCRAFT LEASE TAIL #4954 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| **2.1106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>AIRCRAFT LEASE TAIL #3621 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| **2.1107** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>AIRCRAFT LEASE TAIL #4994 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| **2.1108** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>AIRCRAFT LEASE TAIL #3625 | SMBC AVIATION CAPITAL LIMITED<br>IFSC HOUSE<br>IFSC<br>DUBLIN,<br>IRELAND |
| **2.1109** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>PROVIDER AGREEMENT DATED 02/01/2013 | SOJEM, INC.<br>11602 WEST CENTER ROAD<br>SUITE 300<br>OMAHA, NE 68144 |
| **2.1110** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>DATA PROVIDER AGREEMENT DATED 11/18/2022 | SOJERN, INC.<br>18135 BURKE STREET<br>3RD FLOOR<br>OMAHA, NE 68022 |
| **2.1111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>AGREEMENT FOR THE SUPPLY OF AVIATION FUEL DATED 07/01/2024 | SOL AVIATION SERVICES LIMITED<br>3 COACH HOUSE YARD HAMPSTEAD HIGH STREET<br>LONDON, ENGLAND, NW3 1QD<br>UNITED KINGDOM |

Debtor    24-11988-shl    **Doc 312**    Filed 01/02/25    Entered 01/02/25 18:10:58    **Main Document**
Spirit Airlines, Inc.     Pg 584 of 615     Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1112** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | AGREEMENT FOR THE SUPPLY OF AVIATION FUEL DATED 07/01/2022  <br><br>SOL AVIATION SERVICES LIMITED <br>3 COACH HOUSE YARD HAMPSTEAD HIGH STREET <br>LONDON, ENGLAND, NW3 1QD <br>UNITED KINGDOM |
| **2.1113** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | STATEMENT OF WORK #1 DATED 01/01/2023  <br><br>SOLVO SOLUTIONS, LLC <br>2425 COMMERCE AVE NW <br>UNIT 300 <br>MEDELLIN, GA 30096 |
| **2.1114** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023  <br><br>SOLVO SOLUTIONS, LLC <br>2600 W. GERONIMO PLACE <br>SUITE 100 <br>CHANDLER, AZ 85224 |
| **2.1115** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | WAREHOUSE LEASE  <br><br>SOUTH JERSEY TRANSPORTATION AUTHORITY <br>PO BOX 351 <br>HAMMONTON, NJ 08037 |
| **2.1116** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | TERMINAL / STATION LEASE ACY  <br><br>SOUTH JERSEY TRANSPORTATION AUTHORITY <br>PO BOX 351 <br>HAMMONTON, NJ 08037 |
| **2.1117** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | ORDER FORM DATED 12/24/2023  <br><br>SPARK HIRE <br>185 ASYLUM STREET <br>HARTFORD, CT 06103-3408 |
| **2.1118** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | AMENDMENT NO. 2 TO COMPONENT SERVICES DATED 09/03/2024  <br><br>SPIRIT AEROSYSTEMS, INC <br>3801 S. OLIVER <br>WICHITA, KS 67210 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 04/17/2023<br><br>SPRINKLR INC.<br>29 W. 35TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 04/16/2021<br><br>SPRINKLR INC.,<br>29 W. 35TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3628<br><br>ST ENGINEERING AEROSPACE RESOURCES PTE. LTD<br>600 WEST CAMP ROAD<br>SINGAPORE 797654,<br>SINGAPORE |
| **2.1122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3627<br><br>ST ENGINEERING AEROSPACE RESOURCES PTE. LTD<br>600 WEST CAMP ROAD<br>SINGAPORE 797654,<br>SINGAPORE |
| **2.1123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSE LEASE<br><br>ST JOHN PROPERTIES INC<br>2560 LORD BALTIMORE DRIVE<br>BALTIMORE, MD 21244 |
| **2.1124** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIRCRAFT LEASE TAIL #3619<br><br>STRATOS<br>RINEANNA HOUSE<br>SHANNON,<br>IRELAND |
| **2.1125** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BULK SEAT AIRFARES PURCHASE AGREEMENT DATED 03/03/2022<br><br>STUDENT TRAVEL AMERICA<br>4424 WESTRIDGE AVENUE<br>FORT WORTH, TX 76116 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIOR HEADQUARTERS LEASE<br><br>SUNBEAM DEVELOPMENT CORP<br>10212 USA TODAY WAY<br>MIRAMAR, FL 33025 |
| **2.1127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIOR HEADQUARTERS LEASE<br><br>SUNBEAM DEVELOPMENT CORP<br>10212 USA TODAY WAY<br>MIRAMAR, FL 33025 |
| **2.1128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LEASE DATED 06/17/1999<br><br>SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH ST. CAUSEWAY IN THE<br>CITY OF MIAMI, FL 33141 |
| **2.1129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LEASE DATED 09/18/2013<br><br>SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH ST. CAUSEWAY IN THE<br>CITY OF MIAMI, FL 33141 |
| **2.1130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 09/26/2013<br><br>SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH ST. CAUSEWAY IN THE<br>CITY OF MIAMI, FL 33141 |
| **2.1131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 09/18/2013<br><br>SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH ST. CAUSEWAY IN THE<br>CITY OF MIAMI, FL 33141 |
| **2.1132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO PARKING LOT LEASE DATED 12/06/2019<br><br>SUNBEAM PROPERTIES INC.<br>1401 79TH STREET CSWY<br>NORTH BAY VILLAGE, FL 33141 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1133** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 09/01/2021 <br><br> SUNBEAM PROPERTIES INC. 1401 79TH ST. CAUSEWAY IN THE CITY OF MIAMI, FL 33141 |
| **2.1134** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 07/02/2019 <br><br> SUNBEAM PROPERTIES INC. 1401 79TH ST. CAUSEWAY IN THE CITY OF MIAMI, FL 33141 |
| **2.1135** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 09/01/2021 <br><br> SUNBEAM PROPERTIES INC. 1401 79TH ST. CAUSEWAY IN THE CITY OF MIAMI, FL 33141 |
| **2.1136** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 04/11/2023 <br><br> SUNBEAM PROPERTIES INC. 1401 79TH ST. CAUSEWAY IN THE CITY OF MIAMI, FL 33141 |
| **2.1137** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 09/01/2021 <br><br> SUNBEAM PROPERTIES INC. 1401 79TH ST. CAUSEWAY IN THE CITY OF MIAMI, FL 33141 |
| **2.1138** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE MODIFICATION AND EXTENSION AGREEMENT DATED 04/11/2023 <br><br> SUNBEAM PROPERTIES INC. 1401 79TH ST. CAUSEWAY IN THE CITY OF MIAMI, FL 33141 |
| **2.1139** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FIRST AMENDMENT TO PARKING LOT LEASE <br><br> SUNBEAM PROPERTIES INC. 1401 79TH STREET CSWY NORTH BAY VILLAGE, FL 33141 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1140** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LEASE DATED 03/11/2018<br><br>SUNBEAM PROPERTIES INC.C/O SUNBEAM DEVELOPMENT CORPORATION<br>1401 79TH ST. CAUSEWAY IN THE<br>CITY OF MIAMI, FL 33141 |
| **2.1141** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 03/06/2023<br><br>SUNLINE TECHNICAL MAINTENANCE N.V DBA S.T.M<br>PRICESS JULIANA INTERNATIONAL AIRPORT SXM<br>AIRPORT ROAD<br>#69 CARGO BUILDING<br>PJIA<br>ST. MAARTEN,<br>NETHERLANDS ANTILLES |
| **2.1142** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RDU-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/02/2019<br><br>SUPERIOR AIRCRAFT SERVICES<br>11801 ADIE ROAD<br>MARYLAND HEIGHTS, MO 63043 |
| **2.1143** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MYR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2017<br><br>SUPERIOR AIRCRAFT SERVICES<br>650 SW 34TH STREET<br>SUITE 307<br>FT. LAUDERDALE, FL 33315 |
| **2.1144** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NUMBER TWO TO SUPPLY CONTRACT<br><br>SUPERIOR UNIFORM GROUP, INC., THROUGH ITS DIVISION HPI DIRECT N/K/A SUPERIOR GROUP OF COMPANIES, INC., THROUGH ITS DIVISION HPI ("HPI")<br>785 GODDARD COURT<br>ALPHARETTA, GA 30005 |
| **2.1145** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/01/2013<br><br>SWISSPORT AVIATION SERVICES DE MEXICO<br>S.A. DE C.V.<br>CARR CANCUN CHETUMAL KM22 LOCALES 6 Y 7 AEROPUERTO INTERNACIONAL DE CANCUN<br>C.P. 77565<br>CANCUN QUINTANA ROO,<br>MEXICO |
| **2.1146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2022<br><br>SWISSPORT FUELING, INC.<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |  |
| --- | --- |
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.1147** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2022 <br><br> SWISSPORT FUELING, INC. <br> MEMPHIS INTERNATIONAL AIRPORT <br> MEMPHIS, TN 38116 |
| **2.1148** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2018 <br><br> SWISSPORT FUELING, INC. <br> 45025 AVIATION DRIVE <br> SUITE 350 <br> DULLES, VA 20166 |
| **2.1149** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 06/07/2023 <br><br> SWISSPORT FUELING, INC. <br> 227 FAYETTEVILLE STREET <br> 9TH FLOOR <br> RALEIGH, NC 27601 |
| **2.1150** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 09/01/2012 <br><br> SWISSPORT FUELING, INC. <br> 45025 AVIATION DRIVE <br> STE 350 <br> DULLES, VA 20166 |
| **2.1151** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2022 <br><br> SWISSPORT FUELING, INC. <br> 227 FAYETTEVILLE STREET <br> 9TH FLOOR <br> RALEIGH, NC 27601 |
| **2.1152** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2022 <br><br> SWISSPORT FUELING, INC. <br> 227 FAYETTEVILLE STREET <br> 9TH FLOOR <br> RALEIGH, NC 27601 |
| **2.1153** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 09/01/2012 <br><br> SWISSPORT FUELING, INC. <br> 45025 AVIATION DRIVE <br> STE 350 <br> DULLES, VA 20166 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1154** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 06/07/2023<br><br><br>SWISSPORT FUELING, INC.<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1155** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 04/01/2018<br><br><br>SWISSPORT FUELING, INC.<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1156** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2022<br><br><br>SWISSPORT FUELING, INC.<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1157** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2022<br><br><br>SWISSPORT FUELING, INC.<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1158** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2016<br><br><br>SWISSPORT FUELING, INC.<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1159** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIM-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 06/27/2007<br><br>SWISSPORT GBH PERU S.A.<br>CALLE CINCO #170<br>CALLAO,<br>PERU |
| **2.1160** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021<br><br><br>SWISSPORT SA FUEL SERVICES, LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |

Debtor    Spirit Airlines, Inc.

Name

Case number (If known):    24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1168** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1169** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1170** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 10/01/2021<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1171** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2016<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1172** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 01/01/2022<br><br>SWISSPORT SA FUEL SERVICES, LLC<br>227 FAYETTEVILLE STREET<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1173** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PHX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2017<br><br>SWISSPORT SA USA LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1174** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DFW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2017<br><br>SWISSPORT SA USA LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1175** State what the contract or lease is for and the nature of the debtor's interest — SEA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/24/2016<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT SA USA LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1176** State what the contract or lease is for and the nature of the debtor's interest — LGA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 01/01/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT SA USA LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1177** State what the contract or lease is for and the nature of the debtor's interest — RSW-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 04/29/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT SA USA LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1178** State what the contract or lease is for and the nature of the debtor's interest — DEN-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/15/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT SA USA LLC<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1179** State what the contract or lease is for and the nature of the debtor's interest — MIA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/08/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT USA, INC.<br>227 FAYETTEVILLE ST.<br>9TH FLOOR<br>RALEIGH, NC 27601 |
| **2.1180** State what the contract or lease is for and the nature of the debtor's interest — CLE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/01/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT USA, INC.<br>45025 AVIATION DRIVE<br>SUITE 350<br>DULLES, VA 20166 |
| **2.1181** State what the contract or lease is for and the nature of the debtor's interest — IAH-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/01/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | SWISSPORT USA, LLC<br>227 FAYETTEVILLE ST.<br>9TH FLOOR<br>RALEIGH, NC 27601 |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED 11/15/2022 <br><br> SYNTHESIA LIMITED<br>6659 KIMBALL DRIVE<br>SUITE C308<br>GIG HARBOR, WA 98335-5139 |
| **2.1183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO REPRESENTATION AGREEMENT DATED 08/02/2024 <br><br> TA CONNECTIONS DE, LLC, D/B/A TA CONNECTIONS, F/K/A HOTEL CONNECTIONS, INC.<br>PO BOX 746841<br>ATLANTA, GA 30374-6841 |
| **2.1184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAP-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2021 <br><br> TALENT HUNTERS<br>TORRE MAYAB #705<br>CP 30800<br>TEGUCIGALPA,<br>HONDURAS |
| **2.1185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOW #1 — STRATEGIC OUTSOURCING OF RECRUITING SERVICES DATED 03/02/2018 <br><br> TALENTO, INC.<br>119 W 24TH ST.<br>NEW YORK, NY 10011 |
| **2.1186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 DATED 02/03/2017 <br><br> TALLERES AERONAUTICOS DEL CARIBE (TAC)<br>AV SIMÓN BOLÍVAR 195<br>SANTO DOMINGO, 10108<br>DOMINICAN REPUBLIC |
| **2.1187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GYE-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 03/22/2018 <br><br> TALMA ECUADOR SERVICIOS AEROPORTUARIOS S.A<br>TABABELA<br>VIA ALPACHACA S/N JUNTO A ACCESO A AEROPUERTO INTERNACIONAL<br>MARISCAL SUCRE<br>QUITO,<br>ECUADOR |
| **2.1188** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/01/2015 <br><br> TALMA SERVICIOS AEROPORTUARIOS S.A<br>AV. ELMER FAUCETT N 2879 4TO PISO<br>CALLAO<br>LIMA,<br>PERU |

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.    Pg 595 of 615    Case number (If known): 24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1189** State what the contract or lease is for and the nature of the debtor's interest — UNEMPLOYMENT COST MANAGEMENT SERVICE DATED 09/01/2016<br><br>State the term remaining<br><br>List the contract number of any government contract | TALX CORPORATION<br>ELIZABETH ST<br>REDLANDS, CA 92373-7015 |
| **2.1190** State what the contract or lease is for and the nature of the debtor's interest — MASTER LEASE AGREEMENT DATED 11/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | TECH FINANCE CO.<br>7077 E MARILYN RD.<br>BLD 3/STE 125<br>SCOTTSDALE, AZ 85254 |
| **2.1191** State what the contract or lease is for and the nature of the debtor's interest — XPL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | TECNOLOGIAS UNIDAS<br>AEROPUERTO INTERNACIONAL TONCONTIN<br>TEGUCIGALPA,<br>HONDURAS |
| **2.1192** State what the contract or lease is for and the nature of the debtor's interest — TERMINAL / STATION - GYE<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL AEROPORTUARIA DE GUAYAQUIL S.A. TAGSA<br>AEROPUERTO INTERNACIONAL<br>JOSE JOAQUIN DE OLMEDO AV. DE LAS AMERICAS<br>GUAYAQUIL, CP 090513<br>ECUADOR |
| **2.1193** State what the contract or lease is for and the nature of the debtor's interest — JET FUEL SUPPLY REQUEST FOR PROPOSAL (RFP) DATED 04/19/2024<br><br>State the term remaining<br><br>List the contract number of any government contract | TERPEL A TU SERVICIO<br>CARRERA 7<br># 75 51 FLOOR<br>13 BOGOTA,<br>COLOMBIA |
| **2.1194** State what the contract or lease is for and the nature of the debtor's interest — CONNECTIVITY EQUIPMENT AND SERVICES AGREEMENT DATED 05/11/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | THALES AVIONICS, INC.<br>58 DISCOVERY<br>IRVINE, CA 92618 |
| **2.1195** State what the contract or lease is for and the nature of the debtor's interest — CONNECTIVITY EQUIPMENT AND SERVICES AGREEMENT DATED 05/11/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | THALES AVIONICS, INC.<br>1110 WEST HIBISCUS BOULEVARD<br>MELBOURNE, FL 32901 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1196** State what the contract or lease is for and the nature of the debtor's interest | CONNECTIVITY  EQUIPMENT AND SERVICES AGREEMENT DATED 05/11/2018 | THALES AVIONICS, INC. 58 DISCOVERY IRVINE, CA 92618 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1197** State what the contract or lease is for and the nature of the debtor's interest | CONNECTIVITY  EQUIPMENT AND SERVICES AGREEMENT DATED 05/11/2018 | THALES AVIONICS, INC. 1110 WEST HIBISCUS BOULEVARD MELBOURNE, FL 32901 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1198** State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT DATED 06/01/2019 | THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL 7950 JONES BRANCH DRIVE SUITE 400S MCLEAN, VA 22102 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1199** State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE HEALTH PROGRAM AGREEMENT DATED 12/26/2023 | THE CLEVELAND CLINIC 3349 MICHELSON DRIVE SUITE 150 IRVINE, CA 92612 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1200** State what the contract or lease is for and the nature of the debtor's interest | BEVERAGE MARKETING AGREEMENT DATED 01/01/2024 | THE COCA-COLA COMPANY, ACTING BY AND THROUGH COCA-COLA NORTH AMERICA P.O. BOX 1734 ATLANTA, GA 30301 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1201** State what the contract or lease is for and the nature of the debtor's interest | TERMINAL / STATION LEASE - SNA | THE COUNTY OF ORANGE JOHN WAYNE AIRPORT EDDIE MARTIN ADMINISTRATION BUILDING 3160 AIRWAY AVENUE COSTA MESA, CA 92626 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.1202** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL AIRLINE DISTRIBUTION AGREEMENT DATED 01/06/1994 | THE GALILEO COMPANY WINDMILL HILL SWINDON ENGLAND, SN5 6PH UNITED KINGDOM |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED 11/04/2021 | THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS 9000 MACHINISTS PLACE UPPER MARLBORO, MD 20772 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF LEASE DATED 12/31/2018 | THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY 4 WORLD TRADE CENTER 150 GREENWICH STREET NEW YORK, NY 10007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest | SNAPSHOT PROPOSAL DATED 09/05/2023 | THE SNAPBAR LLC ATTN LEAVE MANAGEMENT CENTER 3W 1 FOUNTAIN SQUARE CHATTANOOGA, TN 37402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT DATED 02/25/2005 | THE ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON, FL 33326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO INTERSOURCING SERVICE MODEL AGREEMENT DATED 02/03/2016 | THE ULTIMATE SOFTWARE GROUP, INC. 500 GRAND AVENUE SUITE 100 DES MOINES, IA 50309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT E TO INTERSOURCING SERVICE MODEL AGREEMENT DATED 03/07/2005 | THE ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON., FL 33326-6350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER ORDER REQUEST FORM DATED 12/13/2007 | THE ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON., FL 33326-6350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1210** State what the contract or lease is for and the nature of the debtor's interest  PRICING QUOTES DATED 02/23/2024  State the term remaining  List the contract number of any government contract | THE WEATHER COMPANY AVIATION, LLC 1001 SUMMIT BOULEVARD NE SUITE 2000 BROOKHAVEN, GA 30319 |
| **2.1211** State what the contract or lease is for and the nature of the debtor's interest  FOOD SERVICES AGREEMENT DATED 03/25/2024  State the term remaining  List the contract number of any government contract | THOMPSON HOSPITALITY, LLC 15800 NW 42ND AVE OPA LOCKA, FL 33054-6155 |
| **2.1212** State what the contract or lease is for and the nature of the debtor's interest  PVR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2021  State the term remaining  List the contract number of any government contract | TILC, S.A DE C.V AV. ALEMANIA NO. 1765 INT. 27 COL. MODERNA GUADALAJARA JALISCO, MEXICO |
| **2.1213** State what the contract or lease is for and the nature of the debtor's interest  STANDARD GROUND HANDLING AGREEMENT DATED 07/16/2010  State the term remaining  List the contract number of any government contract | TIMCO LINE CARE, LLC 815 RADAR ROAD GREENSBORO, NC 27410 |
| **2.1214** State what the contract or lease is for and the nature of the debtor's interest  PBI-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/10/2011  State the term remaining  List the contract number of any government contract | TOP FLIGHT AVIATION SERVICES 925 SOUTH B STREET LAKE WORTH, FL 33460 |
| **2.1215** State what the contract or lease is for and the nature of the debtor's interest  STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 07/01/2011  State the term remaining  List the contract number of any government contract | TOTAL AIRPORT SERVICES, INC. 1985 YOSEMITE AVENUE SUITE #230 SIMI VALLEY, CA 93063 |
| **2.1216** State what the contract or lease is for and the nature of the debtor's interest  AVIATION FUEL SUPPLY AGREEMENT DATED 07/01/2018  State the term remaining  List the contract number of any government contract | TOTAL SPECIALTIES USA, INC. 1201 LOUISIANA STREET SUITE 1800 HOUSTON, TX 77002 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AVIATION LOCATION CONTRACT<br><br>TOTALENERGIES AVIATION<br>1201 LOUISIANA STREET<br>STE 1800<br>HOUSTON, TX 77002 |
| **2.1218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 02/21/2022<br><br>TRANSPORT WORKERS UNION OF AMERICA<br>1220 19TH STREET NW<br>6TH FLOOR<br>WASHINGTON, DC 20036 |
| **2.1219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TERMS AND CONDITIONS DATED 01/01/2011<br><br>TRAVEL GUARD GROUP, INC.<br>3300 BUSINESS PARK DRIVE<br>STEVENS POINT, WI 54482 |
| **2.1220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCAL AGREEMENT FOR UNITED STATES OF AMERICA DATED 11/11/2015<br><br>TRAVEL GUARD GROUP, INC.<br>3300 BUSINESS PARK DRIVE<br>STEVENS POINT, WI 54482 |
| **2.1221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO CONTENT AMENDMENT DATED 10/01/2015<br><br>TRAVELPORT GLOBAL DISTRIBUTION SYSTEM B.V., (FORMERLY KNOWN AS GALILEO NEDERLAND B.V.)<br>TAURUSAVENUE<br>33A 2132 LS<br>HOOFDDORP,<br>NETHERLANDS |
| **2.1222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO DISTRIBUTION AGREEMENT DATED 10/01/2018<br><br>TRAVELPORT INTERNATIONAL OPERATIONS LIMITED<br>AXIS ONE, AXIS PARK, 10 HURRICANE WAY<br>LANGLEY<br>BERKSHIRE, SL3 8AG<br>UNITED KINGDOM |
| **2.1223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/25/2006<br><br>TRAVELPORT OPERATIONS, INC.<br>200 S. WACKER DRIVE<br>CHICAGO, IL 60606 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1224 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO DISTRIBUTION AGREEMENT DATED 10/01/2018 | TRAVELPORT, LP <br> 300 GALLERIA PARKWAY <br> ATLANTA, GA 30339 |
| 2.1225 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MUTUAL CONFIDENTIALITY AGREEMENT DATED 05/22/2019 | TRAVELPORT, LP <br> 300 GALLERIA PARKWAY <br> ATLANTA, GA 30339 |
| 2.1226 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO CONTENT AMENDMENT DATED 10/01/2015 | TRAVELPORT, LP <br> 300 GALLERIA PARKWAY N.W. <br> ATLANTA, GA 30339 |
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE INSTALLATION | TRAX USA CORP <br> SBS TOWER <br> 2601 SOUTH BAYSHORE DRIVE <br> SUITE 500 <br> COCONUT GROVE, FL 33133 |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AND SUPPORT AGREEMENT DATED 12/18/2013 | TRAX USA CORP <br> SBS TOWER <br> 2601 SOUTH BAYSHORE DRIVE <br> SUITE 500 <br> COCONUT GROVE, FL 33133 |
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE AND SUPPORT AGREEMENT DATED 12/18/2013 | TRAX USA CORP <br> SBS TOWER <br> 2601 SOUTH BAYSHORE DRIVE <br> SUITE 500 <br> COCONUT GROVE, FL 33133 |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK- EMOBILITY PROJECT DATED 07/05/2019 | TRAX USA CORP <br> SBS TOWER <br> 2601 SOUTH BAYSHORE DRIVE <br> SUITE 500 <br> COCONUT GROVE, FL 33133 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1231** State what the contract or lease is for and the nature of the debtor's interest — PIT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/25/2017<br>State the term remaining<br>List the contract number of any government contract | TREGO/DUGAN AVIATION OF GRAND ISLAND, INC.<br>3857 N. SKY PARK RD.<br>GRAND ISLAND, NE 68801 |
| **2.1232** State what the contract or lease is for and the nature of the debtor's interest — ADDENDUM TO RENEWAL CONTRACT FOR GROUP HEALTH INSURANCE DATED 01/01/2023<br>State the term remaining<br>List the contract number of any government contract | TRIPLE-S SALUD<br>KENT HOUSE<br>14/17 MARKET PLACE<br>LONDON, W1W 8AJ<br>UNITED KINGDOM |
| **2.1233** State what the contract or lease is for and the nature of the debtor's interest — XPL-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 11/17/2021<br>State the term remaining<br>List the contract number of any government contract | TRISTAR GLOBAL SERVICES<br>COLONIA HUMUYA<br>SENDERO AMBITO<br>2DA CALLE EDIFICIO OMCAL #2129<br>TEGUCIGALPA MDC,<br>HONDURAS |
| **2.1234** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED 10/15/2017<br>State the term remaining<br>List the contract number of any government contract | TURISMO POLARIS<br>CARRERA 77<br># 36 4 LAURELES<br>MEDELLIN,<br>COLOMBIA |
| **2.1235** State what the contract or lease is for and the nature of the debtor's interest — COMMERCIAL ACCOUNT AGREEMENT DATED 10/09/2019<br>State the term remaining<br>List the contract number of any government contract | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: CPS CONTRACT MANAGER<br>CORPORATE PAYMENT SYSTEMS<br>MAIL CODE EP-MN-A17S<br>901 MARQUETTE AVE.<br>MINNEAPOLIS, MN 55402 |
| **2.1236** State what the contract or lease is for and the nature of the debtor's interest — DEDICATED ENVIRONMENT SUPPLEMENT INTERSOURCING SERVICE MODEL AGREEMENT DATED 10/26/2020<br>State the term remaining<br>List the contract number of any government contract | UKG INC. (FORMERLY KNOWN AS THE ULTIMATE SOFTWARE GROUP, INC.)<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |
| **2.1237** State what the contract or lease is for and the nature of the debtor's interest — INTERSOURCING SERVICE MODEL AGREEMENT DATED 02/25/2005<br>State the term remaining<br>List the contract number of any government contract | ULTIMATE SOFTWARE GROUP, INC.<br>2000 ULTIMATE WAY<br>WESTON, FL 33326 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERSOURCING SERVICE/SAAS MODEL AGREEMENT DATED 07/25/2012 | ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON, FL 33326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERSOURCING SERVICE MODEL AGREEMENT DATED 05/18/2009 | ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON, FL 33326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERSOURCING SERVICE MODEL AGREEMENT DATED 01/04/2013 | ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON, FL 33326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER DATED 02/14/2013 | ULTIMATE SOFTWARE GROUP, INC. 2000 ULTIMATE WAY WESTON, FL 33326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 1 DATED 05/29/2014 | ULTIPRO MANAGED SERVICES, LLC. D/B/A UMS ("UMS") 6250 SHILOH ROAD SUITE 320 ALPHARETTA., GA 30005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/29/2014 | ULTIPRO MANAGED SERVICES, LLC. D/B/A UMS ("UMS") 6250 SHILOH ROAD SUITE 320 ALPHARETTA., GA 30005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest** | RNO-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/10/2022 | UNIFI AVIATION, LLC 950 PEACHTREE ROAD SUITE 2000 ATLANTA, GA 30326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    24-11988-shl    **Doc 312**    Filed 01/02/25    Entered 01/02/25 18:10:58    **Main Document**
Spirit Airlines, Inc.      Pg 603 of 615    Case number (If known):   24-11988 (SHL)
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1245**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ABQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/03/2022 <br><br> UNIFI AVIATION, LLC <br> 950 PEACHTREE ROAD <br> SUITE 2000 <br> ATLANTA, GA 30326 |
| **2.1246**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LAS-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2020 <br><br> UNIFI AVIATION, LLC (FORMERLY KNOWN AS DAL GLOBAL SERVICES) <br> 980 VIRGINIA AVENUE <br> ATLANTA, GA 30354 |
| **2.1247**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LOAN AND ACCOMMODATION SALES AGREEMENT DATED 12/02/2011 <br><br> UNITED <br> 1600 SMITH STREET <br> HOUSTON, TX 77002 |
| **2.1248**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LOAN AND ACCOMMODATION SALES AGREEMENT DATED 12/02/2011 <br><br> UNITED <br> 1600 SMITH STREET <br> HOUSTON, TX 77002 |
| **2.1249**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADMINISTRATIVE SERVICES AGREEMENT DATED 07/01/2021 <br><br> UNITED BEHAVIORAL HEALTH ("OPTUM") <br> 5 CONCOURSE PARKWAY <br> SUITE 1800 <br> ATLANTA, GA 30328 |
| **2.1250**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SDF-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2022 <br><br> UNITED GROUND EXPRESS <br> 11555 W TOUHY AVE <br> CHICAGO, IL 60666 |
| **2.1251**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ABQ-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/01/2022 <br><br> UNITED GROUND EXPRESS <br> 11555 W TOUHY AVE <br> CHICAGO, IL 60666 |

Debtor   24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document
Spirit Airlines, Inc.                              Pg 604 of 615   Case number (If known):   24-11988 (SHL)

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT DATED 01/01/2013 | UNITED HEALTHCARE SERVICES, INC. 1550 PEACHTREE ST NE ATLANTA, GA 30309-2402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL RENEWAL UNDER THE ADMINISTRATIVE SERVICES AGREEMENT DATED 01/01/2024 | UNITED HEALTHCARE SERVICES, INC. 1500 SKOKIE BLVD STE 10B NORTHBROOK, IL 60062-4112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED AGREEMENT DATED 01/25/2016 | UNIVERSAL AIR TRAVE) PLAN, INC. ("UATP") 1425 K STREET N.W. SUITE 700 WASHINGTON, DC 20005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL SALES AND CREDIT AGREEMENT DATED 06/17/2019 | UNIVERSAL CITY TRAVEL PARTNERS ("AG PARTNER"), 1000 UNIVERSAL STUDIOS PLAZA ORLANDO, FL 32819 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAVE ADMINISTRATION AGREEMENT DATED 01/01/2017 | UNUM GROUP 379 INTERPACE PARKWAY PARSIPPANY, NJ 07054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING AGREEMENT DATED 01/01/2025 | UNUM LIFE INSURANCE COMPANY OF AMERICA 300 INNOVATIVE WAY SUITE 201 NASHUA, NH 03062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATION MANAGEMENT SERVICES AGREEMENT DATED 07/17/2017 | UNUM LIFE INSURANCE COMPANY OF AMERICA 8125 SEDGWICK WAY MEMPHIS, TN 38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1259** State what the contract or lease is for and the nature of the debtor's interest — MASTER SUBSCRIPTION AGREEMENT DATED 06/01/2017 <br><br>State the term remaining <br><br>List the contract number of any government contract | UPLIFT, INC. <br>440 N WOLFE ROAD <br>SUNNYVALE, CA 94085 |
| **2.1260** State what the contract or lease is for and the nature of the debtor's interest — PARTICIPATION AGREEMENT FOR UATP TRANSACTIONS DATED 01/28/2020 <br><br>State the term remaining <br><br>List the contract number of any government contract | UPLIFT, INC. <br>801 EL CAMINO REAL <br>MENLO PARK, CA 94025 |
| **2.1261** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 06/12/2019 <br><br>State the term remaining <br><br>List the contract number of any government contract | UPLIFT, INC. <br>801 EL CAMINO REAL <br>MENLO PARK, CA 94025 |
| **2.1262** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 01/28/2020 <br><br>State the term remaining <br><br>List the contract number of any government contract | UPLIFT, INC. <br>801 EL CAMINO REAL <br>MENLO PARK, CA 94025 |
| **2.1263** State what the contract or lease is for and the nature of the debtor's interest — ROC-DEICING SERVICES PROPOSAL <br><br>State the term remaining <br><br>List the contract number of any government contract | USAIRPORTS FLIGHT SUPPORT <br>1 AIRPORT WAY <br>ROCHESTER, NY 14624 |
| **2.1264** State what the contract or lease is for and the nature of the debtor's interest — INVESTMENT ADVISORY AGREEMENT DATED 08/03/2012 <br><br>State the term remaining <br><br>List the contract number of any government contract | USI ADVISORS, INC. <br>AM WEIHER <br>24 D-65451 <br>KELSTERBACH, <br>GERMANY |
| **2.1265** State what the contract or lease is for and the nature of the debtor's interest — INVESTMENT ADVISORY AGREEMENT DATED 08/03/2012 <br><br>State the term remaining <br><br>List the contract number of any government contract | USI ADVISORS, INC. <br>400 MISSOURI AVENUE <br>JEFFERSONVILLE, IN 47130 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1266** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2023 VEE NEAL AVIATION 148 AVIATION LANE #SUITE 109 LATROBE, PA 15650 |
| **2.1267** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/01/2016 VEE NEAL AVIATION 148 AVIATION LANE SUITE 109 LATROBE, PA 15650 |
| **2.1268** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | U.S. SERVICES AGREEMENT DATED 10/09/2018 VERIZON BUSINESS NETWORK SERVICES INC. ONE VERIZON WAY BASKING RIDGE, NJ 07920 |
| **2.1269** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT DATED 10/04/2013 VERIZON BUSINESS NETWORK SERVICES INC. ONE VERIZON WAY BASKING RIDGE, NJ 07920 |
| **2.1270** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT DATED 10/09/2018 VERIZON BUSINESS NETWORK SERVICES INC. (D/B/A VERIZON BUSINESS SERVICES) ONE VERIZON WAY BASKING RIDGE, NJ 07920 |
| **2.1271** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | AMENDMENT NO. 1 DATED 02/03/2021 VERIZON WIRELESS ONE VERIZON WAY BASKING RIDGE, NJ 07920-1097 |
| **2.1272** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | TERMINAL / STATION LEASE - STT VIRGIN ISLANDS PORT AUTHORITY P.O. BOX 301707 ST. THOMAS, VI 00803 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1273** State what the contract or lease is for and the nature of the debtor's interest — TERMINAL / STATION LEASE - STX<br><br>State the term remaining<br><br>List the contract number of any government contract | VIRGIN ISLANDS PORT AUTHORITY<br>P.O. BOX 1134<br>ST. CROIX, VI 00820 |
| **2.1274** State what the contract or lease is for and the nature of the debtor's interest — ACCEPTANCE INCENTIVE AGREEMENT DATED 09/19/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | VISA U.S.A. INC.<br>900 METRO CENTER BLVD.<br>FOSTER CITY, CA 94404 |
| **2.1275** State what the contract or lease is for and the nature of the debtor's interest — GROUP VISION CARE POLICY DATED 01/01/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | VISION SERVICE PLAN INSURANCE COMPANY<br>211 MAIN STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| **2.1276** State what the contract or lease is for and the nature of the debtor's interest — AIRCRAFT LEASE TAIL #4919<br><br>State the term remaining<br><br>List the contract number of any government contract | VMO AIRCRAFT LEASING WAREHOUSE FINANCINGS<br>50 SOUTH 200 EAST<br>SUITE 110<br>SALT LAKE CITY, UT 84111 |
| **2.1277** State what the contract or lease is for and the nature of the debtor's interest — PBG-FIRST CONTRACT AMENDMENT DATED 06/01/2016<br><br>State the term remaining<br><br>List the contract number of any government contract | VOLO MANAGEMENT PLATTSBURGH LLC<br>42 AIRPORT LN STE 201<br>PLATTSBURGH, NY 12903-4406 |
| **2.1278** State what the contract or lease is for and the nature of the debtor's interest — GUA-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/01/2012<br><br>State the term remaining<br><br>List the contract number of any government contract | WACKENHUT DE GUATEMALA S.A.<br>AVENIDA PETAPA 42-51<br>ZONA 12<br>MUNICIPIO Y DEPARTAMENTO DE GUATEMAIA<br>GUATEMALA CITY,<br>GUATEMALA |
| **2.1279** State what the contract or lease is for and the nature of the debtor's interest — EARLY ACCESS AGREEMENT DATED 07/14/2015<br><br>State the term remaining<br><br>List the contract number of any government contract | WAYNE COUNTY AUTHORITY<br>DETROIT METROPOLITAN WAYNE COUNTY AIRPORT L.C. SMITH BUILDING<br>MEZZANINE LEVEL<br>DETROIT, MI 48242 |

Debtor    Spirit Airlines, Inc.
          Name

Case number (If known):   24-11988 (SHL)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - DTW | WAYNE COUNTY AVIATION AUTHORITY<br>11050 ROGELL DRIVE<br>#602<br>DETROIT, MI 48242 |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DTW MX HANGAR LEASE | WAYNE COUNTY AVIATION AUTHORITY<br>11050 ROGELL DRIVE<br>#602<br>DETROIT, MI 48242 |
| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TECHNOLOGY & ADMINISTRATION CONTRACT FOR SERVICES DATED 10/01/2017 | WEB BENEFITS DESIGN CORPORATION<br>211 MAIN STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/05/2022 | WESTERN AIRCRAFT INC.<br>4300 S. KENNEDY STREET<br>BOISE, ID 83705 |
| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 08/05/2022 | WESTERN AIRCRAFT INC.<br>4300 S. KENNEDY STREET<br>BOISE, ID 83705 |
| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINAL / STATION LEASE - LBE | WESTMORELAND COUNTY AIRPORT AUTHORITY<br>148 AVIATION LN<br># 103<br>LATROBE, PA 15650 |
| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL NON-DISCLOSURE AGREEMENT DATED 10/04/2021 | WILLIS TOWERS WATSON US LLC<br>101 NE 3RD AVE<br>SUITE 1820<br>FORT LAUDERDALE, FL 33301 |

Debtor   24-11988-shl   Doc 312   Filed 01/02/25   Entered 01/02/25 18:10:58   Main Document
Spirit Airlines, Inc.     Pg 609 of 615     Case number (If known):   24-11988 (SHL)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR THE SUPPLY OF AVIATION FUEL DATED 07/01/2022<br><br>WORLD FUEL INTERNATIONAL SRL<br>OFICENTRO EJECUTIVO LA SABANA SUR EDIFICIO #7<br>PISO 2<br>SAN JOSE,<br>COSTA RICA |
| **2.1288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B. 1 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER INTO-PLANE FUELING SERVICE AGREEMENT DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 418L9<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 09/06/2012<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.6 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.3 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 06/01/2013<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER INTO-PLANE FUELING SERVICE AGREEMENT DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.4 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.7 - SCHEDULE OF CHARGES DATED 10/01/2010<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| **2.1300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/01/2012<br><br>WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |

▮ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.11 - SCHEDULE OF CHARGES DATED 01/15/2015 | WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| 2.1302 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.9 - SCHEDULE OF CHARGES DATED 09/22/2022 | WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| 2.1303 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.2 - SCHEDULE OF CHARGES DATED 10/01/2010 | WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| 2.1304 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE B.8 - SCHEDULE OF CHARGES DATED 09/07/2011 | WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| 2.1305 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FUEL SERVICES SUPPORT AGREEMENT DATED 04/29/2009 | WORLD FUEL SERVICES. INC.<br>9800 N.W. 41ST STREET<br>SUITE 400<br>MIAMI, FL 33178 |
| 2.1306 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 09/01/2012 | WORLD FUEL SERVICES. INC.<br>9800 NW 41ST<br>SUITE 400<br>MIAMI, FL 33178 |
| 2.1307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PBG-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 02/25/2019 | WORLDWIDE FLIGHT SERVICES, INC<br>DFW CORPORATE OFFICE<br>1639 W. 23RD ST.<br>STE 240<br>DALLAS, TX 75261 |

Debtor  Spirit Airlines, Inc.
_____
Name

Case number (If known): 24-11988 (SHL)

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IND-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 08/22/2019 | WORLDWIDE FLIGHT SERVICES, INC<br>JFK INTERNATIONAL AIRPORT<br>BLDG. 151<br>E. HANGAR RD<br>SUITE 361<br>JAMAICA, NY 11430 |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MHT-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/07/2021 | WORLDWIDE FLIGHT SERVICES, INC.<br>JFK INTERNATIONAL AIRPORT<br>BLDG. 151<br>E. HANGAR RD<br>SUITE 361<br>JAMAICA, NY 11430 |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EWR-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 10/30/2016 | WORLDWIDE FLIGHT SERVICES, INC.<br>1925 WEST JOHN CARPENTER FREEWAY<br>SUITE 450<br>IRVING, TX 75063 |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STX-STANDARD GROUND HANDLING AGREEMENT - SIMPLIFIED PROCEDURE DATED 05/24/2018 | WORLDWIDE FLIGHT SERVICES, INC.<br>JFK INTERNATIONAL AIRPORT<br>BLDG. 151<br>E. HANGAR RD<br>SUITE 361<br>JAMAICA, NY 11430 |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/31/2016 | XTREME AVIATION LLC.<br>1442 NW 78TH AVENUE<br>DORAL, FL 33126 |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/31/2016 | XTREME AVIATION LLC.<br>1442 NW 78TH AVENUE<br>DORAL, FL 33126 |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STANDARD GROUND HANDLING AGREEMENT DATED 10/31/2016 | XTREME AVIATION LLC.<br>1442 NW 78TH AVENUE<br>DORAL, FL 33126 |

Debtor 24-11988-shl    Doc 312    Filed 01/02/25    Entered 01/02/25 18:10:58    Main Document
Spirit Airlines, Inc.                        Pg 613 of 615        Case number (If known):  24-11988 (SHL)

Name

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD GROUND HANDLING AGREEMENT DATED 10/31/2016 | XTREME AVIATION LLC. 1442 NW 78TH AVENUE DORAL, FL 33126 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO WORLDWIDE RATE AGREEMENT DATED 05/23/2024 | ZIPCAR, INC. 11501 DUBLIN BLVD STE 200 DUBLIN, CA 94568 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDATORY ENDORSEMENT DATED 01/01/2025 | ZURICH AMERICAN INSURANCE COMPANY 11825 N. PENNSYLVANIA ST. CARMEL, IN 46032 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDATORY ENDORSEMENT DATED 01/01/2025 | ZURICH AMERICAN INSURANCE COMPANY 11825 N. PENNSYLVANIA ST. CARMEL, IN 46032 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Spirit Airlines, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 24-11988 (SHL) |

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Spirit Finance Cayman 1 Ltd. | | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Spirit Finance Cayman 2 Ltd. | | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Spirit IP Cayman Ltd. | | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Spirit Loyalty Cayman Ltd. | | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Spirit Airlines, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known)  24-11988 (SHL)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule  _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2025
      MM / DD / YYYY

**X** /s/ Fred Cromer
Signature of individual signing on behalf of debtor

Fred Cromer
Printed name

Chief Financial Officer
Position or relationship to debtor