Judith Elkin, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  jelkin@pszjlaw.com

Michael D. Warner, Esq.
Ayala A. Hassell, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com
        ahassell@pszjlaw.com

*Counsel to LSG Sky Chefs North America Solutions, Inc., Retail inMotion North America, Inc., and RiM North America, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AIRLINES, INC., *et al.*, | Case No. 24-11988 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** LSG Sky Chefs North America Solutions, Inc., a/k/a Retail inMotion North America, Inc., n/k/a RiM North America, LLC ("**Sky Chefs**"), a party in interest in the above-captioned chapter 11 cases, hereby appears by and through its proposed counsel, Pachulski Stang Ziehl & Jones LLP ("**Counsel**"). Counsel hereby enters its appearance

---

[1] The Debtors' names and last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions are as follows: Spirit Airlines, Inc. (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

4920-2324-9937.1 79372.00005

pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Sky Chefs through service upon Counsel at the addresses, telephone numbers, and facsimile numbers set forth below:

| | |
|---|---|
| Michael D. Warner, Esq.<br>Ayala A. Hassell, Esq.<br>Benjamin L. Wallen, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002<br>Telephone:  (713) 691-9385<br>Facsimile: (713) 691-9407<br>Email:  mwarner@pszjlaw.com<br>             ahassell@pszjlaw.com<br>             bwallen@pszjlaw.com | Judith Elkin, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  jelkin@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these chapter 11 cases and any

proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above-referenced chapter 11 cases and the proceedings therein, all of which shall be sent to Counsel, as listed above.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Sky Chefs to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 22, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Judith Elkin*
Judith Elkin
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jelkin@pszjlaw.com

-and-

Michael D. Warner, Esq.
Ayala A. Hassell, Esq.
Benjamin L. Wallen, Esq.
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com
            ahassell@pszjlaw.com
            bwallen@pszjlaw.com

*Counsel to LSG Sky Chefs North America Solutions, Inc., Retail inMotion North America, Inc., and RiM North America, LLC*

## CERTIFICATE OF SERVICE

    I certify that on January 22, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was caused to be served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

*/s/ Judith Elkin*
Judith Elkin