**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| SPIRIT AIRLINES, INC., *et al*., | Case No. 24-11988 (SHL) |
| Debtors. [1] | (Jointly Administered) |

**<u>MASTER SERVICE LIST</u>**
**(as of March 7, 2025)[2]**

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Airlines, Inc. (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

[2] The Master Service List in Excel and label formats are available on the Debtor's website at https://dm.epiq11.com/case/spirit under "Case Actions."

**UNITED STATES TRUSTEE**

OFFICE OF THE US TRUSTEE, SDNY
ATTN: SHARA CORNELL, ANNIE WELLS, ERIC BRADFORD
ALEXANDER HAMILTON CUSTOM HOUSE
1 BOWLING GREEN, RM 534
NEW YORK NY 10004-1408
FAX: (212) 668-2361
EMAIL: SHARA.CORNELL@USDOJ.GOV; ERIC.K.BRADFORD@USDOJ.GOV;
ANNIE.WELLS@USDOJ.GOV

**DEBTOR**

SPIRIT AIRLINES, INC.
ATTN: LEGAL DEPARTMENT
1731 RADIANT DRIVE
DANIA BEACH FL 33004

**DEBTOR'S COUNSEL**

DAVIS POLK & WARDELL LLP
(COUNSEL FOR THE DEBTOR)
ATTN: MARSHALL S. HUEBNER, DARREN S. KLEIN,
CHRISTOPHER S. ROBERTSON, MOSHE MELCER, KAYLEIGH
YERDON
450 LEXINGTON AVENUE
NEW YORK NY 10017

**DIP FRONTING LENDER**

BARCLAYS BANK PLC
745 SEVENTH AVENUE
NEW YORK NY 10019
EMAIL: erik.jerrard@barclays.com; keith.baldrey@barclays.com;
doron.zeif@barclays.com

**PREPETITION RCF ADMINISTRATIVE AGENT**

CITIBANK, N.A.
C/O CITIBANK DELAWARE
ATTN: AGENCY OPERATIONS
ONE PENNS WAY, OPS 2/2
NEWCASTLE DE 19720

**PREPETITION SECURED NOTES TRUSTEE**

WILMINGTON TRUST, NA
ATTN: JACQUELINE SOLONE
CORPORATE TRUST ADMIN
1100 NORTH MARKET ST
WILMINGTON DE 19890
EMAIL: JSOLONE@WILMINGTONTRUST.COM;
DLTHOMAS@WILMINGTONTRUST.COM

**COUNSEL TO: DIP AGENT**

SCHULTE ROTH & ZABEL LLP

(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)

555 13TH STREET, NW, SUITE 6W

555 13TH STREET, NW, SUITE 6W

WASHINGTON DC 20004

EMAIL: DOUGLAS.MINTZ@SRZ.COM

SCHULTE ROTH & ZABEL LLP

(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)

ATTN: ADAM C. HARRIS, ADAM HEASLEY,

BABATUNDE ALADE, REUBEN DIZENGOFF)

919 THIRD AVENUE

NEW YORK NY 10022

FAX: 212-593-5955

EMAIL: ADAM.HARRIS@SRZ.COM; ADAM.HEASLEY@SRZ.COM; BABATUNDE.ALADE@SRZ.COM; REUBEN.DIZENGOFF@SRZ.COM

**COUNSEL TO: INDENTURE TRUSTEE**

PRYOR CASHMAN LLP

(COUNSEL TO INDENTURE TRUSTEE)

ATTN: DAVID SMITH

7 TIMES SQUARE

NEW YORK NY 10036-6569

FAX: 212-326-0806

EMAIL: DSMITH@PRYORCASHMAN.COM; SLIEBERMAN@PRYORCASHMAN.COM; PSIBLEY@PRYORCASHMAN.COM

**COUNSEL TO: THE ADHOC GROUP OF CONSENTING CONVERTIBLE NOTEHOLDERS**

PAUL HASTINGS LLP

ATTN: MATTHEW L. WARREN, GEOFFREY KING, WILLIAM

REILY, VALERIA ELIASEN

71 S. WACKER DR, SUITE 4500

CHICAGO IL 60606

EMAIL: MATTWARREN@PAULHASTINGS.COM; GEOFFKING@PAULHASTINGS.COM; WILLIAMREILY@PAULHASTINGS.COM; VALERIEELIASEN@PAULHASTINGS.COM

PAUL HASTINGS LLP

ATTN: ZACH COCHRAN

1170 PEACHTREE STREET N.E.

SUITE 100

ATLANTA GA 30309

EMAIL: ZACHCOCHRAN@PAULHASTINGS.COM

**COUNSEL TO: THE ADHOC GROUP OF SENIOR SECURED NOTEHOLDER ADVISORS**

AKIN GUMP STRAUSS HAUER & FELD LLP

(COUNSEL AD HOC GROUP OF SENIOR SECURED NOTHOLDER)

ATTN: MICHAEL STAMER, ABID QUERESH, JASON RUBIN

AND KEVIN ZUZOLO

ONE BRYAN PARK

NEW YORK NY 10036

FAX: 212-872-1002

EMAIL: mstamer@akingump.com;aqureshi@akingump.com; kzuzolo@akingump.com;jrubin@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

COUNSEL AD HOC GROUP OF SENIOR SECURED NOTEEHOLDR

ATTN: BLAINE SCOTT

2001 K STREET NW

WASHINGTON DC 20006

FAX: 202-887-4288

EMAIL: bscott@akingump.com

SEWARD & KISSEL LLP

(COUNSEL TO: WILMINGTON TRUS, NATIONAL ASSOCIATION

ONE BATTERY PARK PLAZA

NEW YORK NY 10004

EMAIL: ASHMEAD@SEWKIS.COM; BATEMAN@SEWKIS.COM; MATOTT@SEWKIS.COM

**COUNSEL TO: THE PREPETITION SECURED NOTES TRUSTEE**

REED SMITH LLP

ATTN: KURT GWYNNE

1201 MARKET STREET, SUITE 1500

WILMINGTON DE 19801

EMAIL: KGWYNNE@REEDSMITH.COM

SEWARD & KISSEL LLP

ATTN: KIMBERLY GIAMPIETRO, GREGG BATEMAN,

MICHAEL DANENBERG

ONE BATTERY PARK PLAZA

NEW YORK NY 10004

EMAIL: DANENBERG@SEWKIS.COM; GIAMPIETRO@SEWKIS.COM; BATEMAN@SEWKIS.COM

**COUNSEL TO: THE RCF ADMINISTRATIVE AGENT**

MILBANK LLP

ATTN: A HARMEYER, T LOMAZOW,

J FORMAN, J PASCALE

55 HUDSON YARDS

NEW YORK NY 10001-2163

FAX: 212-530-5219

EMAIL: AHARMEYER@MILBANK.COM; TLOMAZOW@MILBANK.COM; JFORMAN@MILBANK.COM; JPASCALE@MILBANK.COM

**GOVERNMENTAL AGENCY**

COMMONWEALTH OF PUERTO RICO ATTY GENERAL

ATTN: DOMINGO EMANUELLI HERNANDEZ

PO BOX 9020192

SAN JUAN PR 00902-0192

DISTRICT OF COLUMBIA ATTORNEY GENERAL

ATTN: BRIAN L. SCHWALB

400 6TH STREET, NW

WASHINGTON DC 20001

FAX: 202-347-8922

EMAIL: OAG@DC.GOV

FEDERAL AVIATION AUTHORITY

ATTN: LAURALYN J. REMO

OFFICE OF AVIATION ANALYSIS

800 INDEPENDENCE AVENUE, SW

WASHINGTON DC 20591

EMAIL: LAURA.REMO@DOT.GOV

FEDERAL AVIATION AUTHORITY

ATTN: LAURALYN J. REMO

US DEPT OF TRANSPORTATION

1200 NEW JERSEY AVENUE SE

WASHINGTON DC 20590-0001

EMAIL: LAURA.REMO@DOT.GOV

INTERNAL REVENUE SERVICE

ATTN CENTRALIZED INSOLVENCY OPERATION

PO BOX 7346

PHILADELPHIA PA 19101-7346

FAX: 855-235-6787

EMAIL: VICTORIA.G.MOSBY@IRS.GOV; MILLIE.H.AGENT@IRS.GOV

NORTHERN MARIANA ISLANDS ATTORNEY GENERAL

ATTN: EDWARD MANIBUSAN

CALLER BOX 10007

SAIPAN MP 96950-8907

FAX: 670-664-2349

OFFICE OF THE ATTORNEY GENERAL OF GUAM

ATTN:DOUGLAS B. MOYLAN

ADMINISTRATION DIVISION

590 S MARINE CORPS DR, STE 901

TAMUNING GU 96913

FAX: 671-477-4703

EMAIL: ADMINISTRATION@OAGGUAM.ORG

SECURITIES & EXCHANGE COMMISSION

100 F STREET, NE

WASHINGTON DC 20549

SECURITIES & EXCHANGE COMMISSION

ATTN: NEAL JACOBSON

100 PEARL ST.

SUITE 20-100

NEW YORK NY 10004-2616

EMAIL: JACOBSONN@SEC.GOV

STATE OF ALABAMA ATTORNEY GENERAL

ATTN: STEVE MARSHALL

501 WASHINGTON AVE

MONTGOMERY AL 36104

STATE OF ALABAMA ATTORNEY GENERAL

ATTN: STEVE MARSHALL

PO BOX 300152

MONTGOMERY AL 36130-0152

STATE OF ALASKA ATTORNEY GENERAL

ATTN: TREG TAYLOR

1031 W 4TH AVE, STE 200

ANCHORAGE AK 99501-1994

FAX: 907-276-3697

EMAIL: ATTORNEY.GENERAL@ALASKA.GOV

STATE OF AMERICAN SAMOA ATTORNEY GEN

ATTN: FAINU'ULELEI FALEFATU ALA'ILIM

AMERICAN SAMOA GOVT, EXEC OFC BLDG

UTULEI, TERRITORY OF AMERICAN SAMOA

PAGO PAGO AS 96799

STATE OF AMERICAN SAMOA ATTORNEY GEN

DEPT. OF LEGAL AFFAIRS

EXECUTIVE OFFICE BLDG., 3RD FLR

P.O. BOX 7

UTULEI AS 96799

EMAIL: AG@LA.AS.GOV

STATE OF ARIZONA ATTORNEY GENERAL

ATTN: KRIS MAYES

2005 NORTH CENTRAL AVENUE

PHOENIX AZ 85004-2926

FAX: 602-542-4085

EMAIL: AGINFO@AZAG.GOV

STATE OF ARKANSAS ATTORNEY GENERAL

ATTN: TIM GRIFFIN

323 CENTER ST, STE 200

LITTLE ROCK AR 72201-2610

FAX: 501-683-2520

EMAIL: OAG@ARKANSASAG.GOV

STATE OF CALIFORNIA ATTORNEY GENERAL

ATTN: ROB BONTA

1300 'I' ST

SACRAMENTO CA 95814-2919

FAX: 916-323-5341

STATE OF CALIFORNIA ATTORNEY GENERAL

CONSUMER PROTECTION SECTION

ATTN: BANKRUPTCY NOTICES

455 GOLDEN GATE AVE., STE. 11000

SAN FRANCISCO CA 94102-7004

STATE OF COLORADO ATTORNEY GENERAL

ATTN: PHIL WEISER

RALPH L CARR COLORADO JUDICIAL BLDG

1300 BROADWAY, 10TH FL

DENVER CO 80203

FAX: 720-508-6030

EMAIL: ATTORNEY.GENERAL@COAG.GOV

STATE OF CONNECTICUT ATTORNEY GENERAL

ATTN: WILLIAM TONG

165 CAPITOL AVENUE

HARTFORD CT 06106

FAX: 860-808-5387

EMAIL: ATTORNEY.GENERAL@CT.GOV

STATE OF DELAWARE ATTORNEY GENERAL

ATTN: KATHY JENNINGS

CARVEL STATE BUILDING

820 N FRENCH ST

WILMINGTON DE 19801

FAX: 302-577-6630

EMAIL: ATTORNEY.GENERAL@DELAWARE.GOV

STATE OF FLORIDA ATTORNEY GENERAL

ATTN: ASHLEY MOODY

PL 01 THE CAPITOL

TALLAHASSEE FL 32399-1050

FAX: 850-487-2564

STATE OF GEORGIA ATTORNEY GENERAL

ATTN: CHRIS CARR

40 CAPITOL SQUARE, SW

ATLANTA GA 30334

FAX: 404-657-8733

EMAIL: AGCARR@LAW.GA.GOV

STATE OF HAWAII ATTORNEY GENERAL

ATTN: ANN E LOPEZ

425 QUEEN ST

HONOLULU HI 96813

FAX: 808-586-1239

EMAIL: HAWAIIAG@HAWAII.GOV

STATE OF IDAHO ATTORNEY GENERAL

ATTN: RAUL R. LABRADOR

700 W JEFFERSON ST, STE 210

PO BOX 83720

BOISE ID 83720-0010

FAX: 208-854-8071

EMAIL: BANKRUPTCY@AG.IDAHO.GOV

STATE OF ILLINOIS ATTORNEY GENERAL

ATTN: KWAME RAOUL

100 W RANDOLPH ST

CHICAGO IL 60601

STATE OF INDIANA ATTORNEY GENERAL

ATTN: TODD ROKITA

INDIANA GOVERNMENT CENTER SOUTH

302 W WASHINGTON ST, 5TH FL

INDIANAPOLIS IN 46204

FAX: 317-232-7979

STATE OF IOWA ATTORNEY GENERAL

ATTN: BRENNA BIRD

HOOVER STATE OFFICE BUILDING

1305 E WALNUT ST

DES MOINES IA 50319

FAX: 515-281-4209

EMAIL: WEBTEAM@AG.IOWA.GOV

STATE OF KANSAS ATTORNEY GENERAL

ATTN: KRIS W. KOBACH

120 SW 10TH AVE, 2ND FL

TOPEKA KS 66612

FAX: 785-296-6296

STATE OF KENTUCKY ATTORNEY GENERAL

ATTN: DANIEL CAMERON

700 CAPITOL AVE, STE 118

FRANKFORT KY 40601-3449

FAX: 502-564-2894

STATE OF LOUISIANA ATTORNEY GENERAL

ATTN: JEFF LANDRY

1885 N THIRD ST

BATON ROUGE LA 70802

EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV

STATE OF LOUISIANA ATTORNEY GENERAL

ATTN: JEFF LANDRY

PO BOX 94005

BATON ROUGE LA 70804

EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV

STATE OF MAINE ATTORNEY GENERAL

ATTN: AARON FREY

6 STATE HOUSE STATION

AUGUSTA ME 04333

EMAIL: ATTORNEY.GENERAL@MAINE.GOV

STATE OF MARYLAND ATTORNEY GENERAL

ATTN: ATHONY G. BROWN

200 ST PAUL PLACE

BALTIMORE MD 21202

EMAIL: OAG@OAG.STATE.MD.US

STATE OF MASSACHUSETTS ATTORNEY GENERAL

ATTN: ANDREA JOY CAMPBELL

1 ASHBURTON PLACE, 20TH FL

BOSTON MA 02108-1518

STATE OF MICHIGAN ATTORNEY GENERAL

ATTN: DANA NESSEL

G. MENNEN WILLIAMS BLDG

525 W OTTAWA ST - PO BOX 30212

LANSING MI 48909

FAX: 517-335-7644

EMAIL: MIAG@MICHIGAN.GOV

STATE OF MINNESOTA ATTORNEY GENERAL

ATTN: KEITH ELLISON

445 MINNESOTA ST STE 1400

ST. PAUL MN 55101-2131

STATE OF MISSISSIPPI ATTORNEY GENERAL

ATTN: LYNN FITCH

PO BOX 220

JACKSON MS 39205

STATE OF MISSOURI ATTORNEY GENERAL

ATTN: ANDREW BAILEY

SUPREME CT BLDG, 207 W HIGH ST

PO BOX 899

JEFFERSON CITY MO 65102

FAX: 573-751-0774

EMAIL: ATTORNEY.GENERAL@AGO.MO.GOV

STATE OF MONTANA ATTORNEY GENERAL

ATTN: AUSTIN KNUDSEN

JUSTICE BLDG

215 N SANDERS ST

HELENA MT 59601

FAX: 406-444-3549

STATE OF NEBRASKA ATTORNEY GENERAL

ATTN: MIKE HILGERS

2115 STATE CAPITOL

PO BOX 98920

LINCOLN NE 68509

FAX: 402-471-3297

EMAIL: AGO.INFO.HELP@NEBRASKA.GOV

STATE OF NEVADA ATTORNEY GENERAL

ATTN: AARON D. FORD

100 N CARSON ST

CARSON CITY NV 89701

FAX: 775-684-1108

EMAIL: AGINFO@AG.NV.GOV

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL

ATTN: JOHN M. FORMELLA

NH DEPT OF JUSTICE

33 CAPITOL ST

CONCORD NH 03301

FAX: 603-271-2110

EMAIL: ATTORNEYGENERAL@DOJ.NH.GOV

STATE OF NEW JERSEY ATTORNEY GENERAL

ATTN: MATTHEW J. PLATKIN

RJ HUGHES JUSTICE COMPLEX

25 MARKET ST - PO BOX 080

TRENTON NJ 08625-0080

FAX: 609-292-3508

STATE OF NEW MEXICO ATTORNEY GENERAL

ATTN: RAUL TORREZ

408 GALISTEO ST

VILLAGRA BLDG

SANTA FE NM 87501

FAX: 505-490-4883

STATE OF NEW YORK ATTORNEY GENERAL

ATTN: LETITIA A. JAMES

DEPT. OF LAW

THE CAPITOL, 2ND FL

ALBANY NY 12224-0341

STATE OF NORTH CAROLINA ATTORNEY GENERAL

ATTN: JOSH STEIN

9001 MAIL SERVICE CTR

RALEIGH NC 27699-9001

FAX: 919-716-6750

STATE OF NORTH CAROLINA ATTORNEY GENERAL

ATTN: JOSH STEIN

PO BOX 629

RALEIGH NC 27602-0629

FAX: 919-716-6750

STATE OF NORTH DAKOTA ATTORNEY GENERAL

ATTN: DREW WRIGLEY

600 E BOULEVARD AVE

DEPT 125

BISMARCK ND 58505

EMAIL: NDAG@ND.GOV

STATE OF OHIO ATTORNEY GENERAL

ATTN: DAVE YOST

30 E BROAD ST, 14TH FL

COLUMBUS OH 43215

EMAIL: TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV

STATE OF OKLAHOMA ATTORNEY GENERAL

ATTN: DONNA HOPE

313 NE 21ST ST

OKLAHOMA CITY OK 73105

FAX: 405-521-6246

EMAIL: DONNA.HOPE@OAG.OK.GOV

STATE OF OREGON ATTORNEY GENERAL

ATTN: ELLEN F. ROSENBLUM

1162 COURT ST, NE

SALEM OR 97301-4096

EMAIL: ATTORNEYGENERAL@DOJ.STATE.OR.US

STATE OF PENNSYLVANIA ATTORNEY GENERAL

ATTN: MICHELLE HENRY

STRAWBERRY SQ

16TH FLR

HARRISBURG PA 17120

FAX: 717-787-8242

EMAIL: CONSUMERS@ATTORNEYGENERAL.GOV

STATE OF RHODE ISLAND ATTORNEY GENERAL

ATTN: PETER F. NERONHA

150 S MAIN ST

PROVIDENCE RI 02903

EMAIL: AG@RIAG.RI.GOV

STATE OF SOUTH CAROLINA ATTORNEY GENERAL

ATTN: ALAN WILSON

PO BOX 11549

COLUMBIA SC 29211-1549

EMAIL: ODCMAIL@SCCOURTS.ORG

STATE OF SOUTH CAROLINA ATTORNEY GENERAL

ATTN: ALAN WILSON

REMBERT C. DENNIS OFFICE BLDG

1000 ASSEMBLY ST, ROOM 519

COLUMBIA SC 29201

EMAIL: ODCMAIL@SCCOURTS.ORG

STATE OF SOUTH DAKOTA ATTORNEY GENERAL

ATTN: MARK JACKLEY

1302 EAST HIGHWAY 14, STE 1

PIERRE SD 57501-8501

FAX: 605-773-4106

EMAIL: CONSUMERHELP@STATE.SD.US

STATE OF TENNESSEE ATTORNEY GENERAL

ATTN: JONATHAN SKRMETTI

PO BOX 20207

NASHVILLE TN 37202-0207

FAX: 615-741-2009

EMAIL: AGBANKCAL@AG.TN.GOV

STATE OF TEXAS ATTORNEY GENERAL

ATTN: KEN PAXTON

300 W 15TH ST

AUSTIN TX 78701

STATE OF TEXAS ATTORNEY GENERAL

ATTN: KEN PAXTON

PO BOX 12548

AUSTIN TX 78711-2548

EMAIL: COMPLAINTS@OAG.TEXAS.GOV

STATE OF UTAH ATTORNEY GENERAL

ATTN: SEAN D. REYES

350 N STATE ST, STE 230

SALT LAKE CITY UT 84114-2320

EMAIL: BANKRUPTCY@AGUTAH.GOV

STATE OF UTAH ATTORNEY GENERAL

ATTN: SEAN D. REYES

PO BOX 142320

SALT LAKE CITY UT 84114-2320

EMAIL: BANKRUPTCY@AGUTAH.GOV

STATE OF VERMONT ATTORNEY GENERAL

ATTN: CHARITY R. CLARK

109 STATE ST

MONTPELIER VT 05609-1001

EMAIL: AGO.INFO@VERMONT.GOV

STATE OF VIRGINIA ATTORNEY GENERAL

ATTN: JASON MIYARES

202 N NINTH ST

RICHMOND VA 23219

FAX: 703-277-3547

STATE OF WASHINGTON ATTORNEY GENERAL

ATTN: BOB FERGUSON

1125 WASHINGTON ST SE

OLYMPIA WA 98504-0100

EMAIL: SERVICEATG@ATG.WA.GOV

STATE OF WASHINGTON ATTORNEY GENERAL

ATTN: BOB FERGUSON

PO BOX 40100

OLYMPIA WA 98504-0100

EMAIL: SERVICEATG@ATG.WA.GOV

STATE OF WEST VIRGINIA ATTORNEY GENERAL

ATTN: PATRICK MORRISEY

STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26

1900 KANAWHA BLVD. E

CHARLESTON WV 25305

FAX: 304-558-0140

EMAIL: COMMUNICATIONS@WVAGO.GOV

STATE OF WISCONSIN ATTORNEY GENERAL

ATTN: JOSH KAUL

WISCONSIN DEPARTMENT OF JUSTICE

17 PO BOX 7857

MADISON WI 53703-7857

FAX: 608-294-2907

EMAIL: DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US

STATE OF WYOMING ATTORNEY GENERAL

ATTN: BRIDGET HILL

109 STATE CAPITAL

200 W. 24TH ST

CHEYENNE WY 82002

FAX: 307-777-6869

U.S VIRGIN ISLANDS ATTORNEY GENERAL

ATTN: ARIEL SMITH

213 ESTATE LA REINE

KINGSHILL, 6151 RR1

ST. CROIX VI 00850

EMAIL: INFO@USVIDOJ.COM

U.S VIRGIN ISLANDS ATTORNEY GENERAL

ATTN: ARIEL SMITH

3438 KRONDPRINDSENS GADE

GERS BUILDING,2ND FLOOR

ST. THOMAS VI 00802

EMAIL: INFO@USVIDOJ.COM

UNITED STATES ATTORNEY'S OFFICE

SOUTHERN DISTRICT OF NEW YORK

86 CHAMBERS ST, 3RD FL

NEW YORK NY 10007

EMAIL: PETER.ARONOFF@USDOJ.GOV

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AERCAP

AERCAP IRELAND LIMITED

ATTN: SHANE O'REILLY AND KELLI WALSH

AVIATION HOUSE, WESTPARK

SHANNON, CO. CLARE  V14 AN29

IRELAND

EMAIL: SOREILLY@AERCAP.COM; KWALSH@AERCAP.COM

AGI GROUND, INC.

ATTN: ANGELO GENCARELLI

9130 S. DADELAND BLVD, STE 1801

MIAMI FL 33156

EMAIL: AGENCARELLI@AGI.AERO

AIRLINE PILOTS ASSOCIATION, INTERNATIONAL

ATTN: ANDY NELSON

7950 JONES BRANCH DR., STE 400S

MCLEAN VA 22102

EMAIL: ANDY.NELSON@ALPA.ORG

JSA INTERNATIONAL U.S. HOLDINGS, LLC

ATTN: SRUTI PRAKASH

909 MONTGOMERY ST, STE 500

SAN FRANCISCO CA 94133

EMAIL: SPRAKASH@JSA.COM

LUFTHANSA TECHNIK AG

ATTN: STEFAN FOSTER

HAM T/TJA

WEG BEIM JAGER 193

HAMBURG  22335

GERMANY

EMAIL: STEFAN.FORSTER@LHT.DLH.DE

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

WILLKIE FARR & GALLAGHER LLP

(COUNSEL TO: THE OFFICIAL COMMITTEE OF UNSECURED

CREDITORS)

ATTN: BRETT MILLER, TODD GOREN, CHRISTINE THAIN

787 SEVENTH AVENUE

NEW YORK NY 10019

FAX: 212-728-8111

EMAIL: BMILLER@WILLKIE.COM; TGOREN@WILLKIE.COM; CTHAIN@WILLKIE.COM

**PARTIES REQUESTING NOTICE**

AIR LINE PILOTS ASSOCIATION

ATTN: THOMAS CIANTRA AND JOSHUA ELLISON

7959 JONES BRANCH DR

SUITE 400S

MCLEAN VA 22102

EMAIL: Thomas.ciantra@alpa.org;  Joshua.ellison@alpa.org

ALSTON & BIRD LLP

(COUNSEL TO: WILMINGTON TRUST)

ATTN: DOUGLAS HARRIS

350 S GRAND AVE, 51ST FLOOR

LOS ANGELES CA 90071

FAX: 213-576-1100

EMAIL: DOUGLAS.HARRIS@ALSTON.COM

ALSTON & BIRD LLP

(COUNSEL TO: WILMINGTON TRUST)

ATTN: GERARD CATALANELLO, WILLIAM HAO, DYLAN
CASSIDY

90 PARK AVENUE

NEW YORK NY 10016

FAX: 212-210-9444

EMAIL: GERARD.CATALANELLO@ALSTON.COM; WILLIAM.HAO@ALSTON.COM;
DYLAN.CASSIDY@ALSTON.COM

AMERICAN AIRLINES, INC.

ATTN: DONALD BROADFIELD, JR.

1 SKYVIEW DR, MD 8B503

FORT WORTH TX 76155

EMAIL: DONAL.BROADFIELDJR@AA.COM

ARENTFOX SCHIFF LLP

(COUNSEL TO KIMCO REALTY CORPORATION DANIA LIVE
1748 II, LLC)

ATTN: BRETT D. GOODMAN

1301 AVENUE OF THE AMERICAS, 42ND FLOOR

NEW YORK NY 10019

EMAIL: BRETT.GOODMAN@AFSLAW.COM

ARMSTRONG TEASDALE, LLP

(COUNSEL TO DRURY HOTELS COMPANY, LLC)

ATTN: JOHN G. WILLARD AND DENISSE GUEVARA

7700 FORSYTH BLVD., STE 1800

ST. LOUIS MO 63105

FAX: 314-621-5065

EMAIL: JWILLARD@ATLLP.COM; DGUEVARA@ATLLP.COM

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC

(COUNSEL TO BRASFIELD & GORRIE, LLC)

ATTN: KATY G. FURR

3414 PEACHTREE RD, N.E.

STE 1500, MONARCH PLAZA

ATLANTA GA 30326

EMAIL: KFURR@BAKERDONELSON.COM

BALLARD SPAHR LLP

(COUNSEL TO MASERGY COMMUNICATIONS)

ATTN: MATTHEW SUMMERS, ESQ., LAUREL ROGLEN, ESQ.

MARGARET VESPER, ESQ.

919 N MARKET ST, 11TH FLOOR

WILMINGTON DE 19801-3034

FAX: 303-252-4466

EMAIL: SUMMERSM@BALLARDSPAHR.COM; ROGENL@BALLARDSPAHR.COM;
VESPERM@BALLARSPAHR.COM

BROWN & CONNERY, LLP

(COUNSEL TO SOUTH JERSEY TRANSPORTATION AUTHORITY)

ATTN: JULIE F MONTGOMERY, ESQ.

6 NORTH BROAD ST, STE 100

WOODBURY NJ 08096

FAX: 856-853-9933

EMAIL: JMONTGOMERY@BROWNCONNERY.COM

BRYAN CAVE LEIGHTON PAISNER LLP

(COUNSEL TO LUFTHANSA TECKNIK AG)

ATTN: JARRET HITCHINGS

ONE WELLS FARGO CENTER, STE 2150

301 S COLLEGE STREET

CHARLOTTE NC 28202

FAX: 704-749-8990

EMAIL: JARRET.HITCHINGS@BCLPLAW.COM

BRYAN CAVE LEIGHTON PAISNER LLP

(COUNSEL TO LUFTHANSA TECKNIK AG)

ATTN: SHARON WEISS

120 BROADWAY, STE 300

SANTA MONICA CA 90401-2386

FAX: 310-576-2200

EMAIL: SHARON.WEISS@BCLPLAW.COM

BUCHALTER, A PROFESSIONAL COPORATION

(COUNSEL TO: ORACLE AMERICA, INC.)

ATTN: SHAWN M CHRISTIANSON, ESQ.

425 MARKET ST, STE 2900

SAN FRANCISCO CA 94105-3493

EMAIL: SCHRISTIANSON@BUCHALTER.COM

CITY OF PHILADELPHIA LAW DEPARTMENT

(COUNSEL TO THE CITY OF PHILADELPHIA)

ATTN: MEGAN N HARPER

MUNICIPAL SERVICES BLDG

1401 JFK BLVD, 5TH FLOOR

PHILADELPHIA PA 19102-1595

EMAIL: MEGAN.HARPER@PHILA.GOV

CLIFFORD CHANCE US LLP

(COUNSEL TO KEYSTONE 9 LIMITED)

ATTN: MICHELLE M. MCGREAL

TWO MANHATTAN WEST

375 9TH AVENUE

NEW YORK NY 10001-1696

EMAIL: MICHELLE.MCGREAL@CLIFFORDCHANCE.COM

CLIFFORD CHANCE US LLP

(COUNSEL TO SMBC AVIATION CAPITAL LIMITED)

ATTN: MICHELLE M MCGREAL

TWO MANHATTAN WEST

375 9TH AVE

NEW YORK NY 10001-1696

EMAIL: MICHELLE.MCGREAL@CLIFFORDCHANCE.COM

COHEN WEISS AND SIMON LLP

(COUNSEL FOR AIR LINE PILOTS ASSOCIATON)

ATTN: RICHARD M SELTZER, PETER D DECHIARA,

MATTHEW STOLZ AND K JEFF WANG

909 THIRD AVE 12TH FL

NEW YORK NY 10022

FAX: 646-473-8219, 646-473-8216, 646-473-8213, 646-473-8271

EMAIL: rseltzer@cwsny.com;pdechiara@cwsny.com; mstolz@cwsny.com; jwang@cwsny.com

COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION

ATTN: MEGAN FORD

9062 OLD ANNAPOLIS RD

COLUMBIA MD 21045

EMAIL: MEGAN.FORD@COMPUTERSHARE.COM

COVINGTON & BURLING LLP

(COUNSEL TO: AMERICAN AIRLINES, INC.)

ATTN: DIANNE F. COFFINO, JULIA BLACKBURN

THE NEW YORK TIMES BLDG

620 8TH AVE

NEW YORK NY 10018-1405

FAX: 212-841-1010

EMAIL: DCOFFINO@COV.COM; JBLACKBURN@COV.COM

COZEN O'CONNOR

(COUNSEL TO: F.H. PASCHEN, S.N. NIELSEN & ASSOCIATES, LLC)

ATTN: IRA BODENSTEIN

123 N. WACKER DRIVE, STE 1800

CHICAGO IL 60606

FAX: 312-361-0646

EMAIL: ESCHMIDT@COZEN.COM; IBODENSTEIN@COZEN.COM

DAY PITNEY LLP

(COUNSEL TO: INTERNATIONAL AERO ENGINES, LLC)

ATTN: JOSHUA W. COHEN

195 CHURCH ST, 15TH FLOOR

NEW HAVEN CT 06510

FAX: 203-399-5854

EMAIL: JWCOHEN@DAYPITNEY.COM

DINSMORE & SHOHL LLP

(COUNSEL TO ORANGE COUNTRY FL TAX COLLECTOR)

ATTN: MICHAEL PAASCH, ESQ.

225 E ROBINSON ST, STE 600

ORLANDO FL 32801

FAX: 407-423-2016

EMAIL: MICHAEL.PAASCH@DINSMORE.COM

HARRIS COUNTY ATTORNEY'S OFFICE

(COUNSEL TO HARRIS COUNTY)

ATTN: PROPERTY TAX DIVISION, SUSAN FUERTES

P.O. BOX 2848

HOUSTON TX 77252

HOLLAND & KNIGHT LLP

(COUNSEL TO WILMINGTON TRUST COMPANY)

ATTN: BARBRA R PARLIN, ESQ.

787 7TH AVE, 31ST FLOOR

NEW YORK NY 10019

EMAIL: BARBRA.PARLIN@HKLAW.COM

HOLLAND & KNIGHT LLP

(COUNSEL TO WILMINGTON TRUST COMPANY)

ATTN: BRIAN SMITH, ESQ.

1722 ROUTH ST, STE 1500

DALLAS TX 75201

FAX: 214-964-9501

EMAIL: BRIANT.SMITH@HKLAW.COM

HOLLAND & KNIGHT LLP

(COUNSEL TO ENGINE LEASE FINANCE CORPORATION)

ATTN: BARBRA R PARLIN, ESQ.

787 7TH AVENUE, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-385-9010

EMAIL: BARBRA.PARLIN@HKLAW.COM

HOLLAND & KNIGHT LLP

(COUNSEL TO ENGINE LEASE FINANCE CORPORATION)

ATTN: BRIAN SMITH, ESQ.

1722 ROUTH ST, STE 1500

DALLAS TX 75201

FAX: 214-964-9501

EMAIL: BRIAN.SMITH@HKLAW.COM

HOLLAND AND KNIGHT LLP

(COUNSEL TO BANK OF UTAH AS OWNER TRUSTEE)

ATTN: BARBRA PARLIN, ESQ.

787 7TH AVE, 31ST FL

NEW YORK NY 10019

FAX: 212-385-9010

EMAIL: BARBRA.PARLIN@HKLAW.COM

HOLLAND AND KNIGHT LLP

(COUNSEL TO BANK OF UTAH AS OWNER TRUSTEE)

ATTN: BRIAN SMITH, ESQ.

1722 ROUTH ST, STE 1500

DALLAS TX 75201

FAX: 214-964-9501

EMAIL: BRIAN.SMITH@HKLAW.COM

JASON A. STARKS

(COUNSEL FOR TRAVIS COUNTY)

PO BOX 1748

AUSTIN TX 78767

EMAIL: JASON.STARKS@TRAVISCOUNTYTX.GOV

JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL

(COUNSEL TO THE STATE OF MICHIGAN
DEPARTMENT OF TREASURY)

CADILLAC PLACE BLDG

3030 W. GRAND BLVD, STE 10-200

DETROIT MI 48202

EMAIL: HARRISJ12@MICHIGAN.GOV

KAPLAN KIRSCH LLP

(COUNSEL TO THE AIRPORT CONSORTIUM)

ATTN: ERIC SMITH, ADAM GERCHICK

1634 I (EYE) STREET, NW, STE 300

WASHINGTON DC 20006

EMAIL: ESMITH@KAPLANKIRSCH.COM; AGERCHICK@KAPLANKIRSCH.COM

LEE J. ROHN AND ASSOCIATES LLC

(COUNSEL TO ELISA AND SYLVIA FRAZER)

1108 KING STREET, STE 3

CHRISTIANSTED, ST. CROIX

US VIRGIN ISLANDS  00820

EMAIL: INFO@ROHNLAW.COM; LEE@ROHNLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP

(COUNSEL FOR TARRANT COUNTY)

3500 MAPLE AVENUE STE 800

DALLAS TX 75219

FAX: 469-221-5003

EMAIL: dallas.bankruptcy@lgbs.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

(COUNSEL TO: BEXAR COUNTY)

112 E PECAN ST, STE 2200

SAN ANTONIO TX 78205

FAX: 210-225-6410

EMAIL: SANANTONIO.BANKRUPTCY@LGBS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

(COUNSEL TO: LONE STAR COLLEGE SYSTEM)

PO BOX 3064

HOUSTON TX 77253-3064

FAX: 713-844-3503

EMAIL: HOUSTON_BANKRUPTCY@LGBS.COM

MOORE & VAN ALLEN PLLC

(COUNSEL TO WILMINGTON TRUST COMPANY

AS OWNER TRUSTEE OF MSN 4595)

ATTN: ZACHARY H. SMITH

100 N TRYON ST, STE 4700

CHARLOTTE NC 28202-4003

FAX: 704-331-1046

EMAIL: ZACHARYSMITH@MVALAW.COM

MORRIS JAMES LLP

(COUNSEL TO WILMINGTON TRUST COMPANY)

ATTN: ERIC MONZO, ESQ., JASON LEVIN, ESQ.

500 DELAWARE AVENUE, STE 1500

WILMINGTON DE 19801

FAX: 302-571-1750

EMAIL: EMONZO@MORRISJAMES.COM; JLEVIN@MORRISJAMES.COM

NORTON ROSE FULBRIGHT US LLP

(COUNSEL TO: CREDIT AGRICOLE CORPORATE AND

INVESTMENT BANK)

ATTN: DAVID A. ROSENZWEIG

1301 AVENUE OF THE AMERICAS

NEW YORK NY 10019-6022

FAX: 212-318-3400

EMAIL: DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM

ORENSTEIN LAW GROUP, P.C.

(COUNSEL TO DALLAS/FORT WORTH INTERNATIONAL

AIRPORT BOARD)

ATTN: ROSA ORENSTEIN AND NATHAN NICHOLS

P.O. BOX 382538, 711 S. CEDAR RIDGE DR.

DUNCANVILLE TX 75138

FAX: 972-764-8110

EMAIL: ROSE@ORENSTEIN-LG.COM; NATHAN@ORENSTEIN-LG.COM

PACHULSKI STAND ZIEHL & JONES LLP

(COUNSEL TO LSG SKY CHEFS NA SOLUTIONS, INC.)

ATTN: JUDITH ELKIN

780 3RD AVE, 34TH FLOOR

NEW YORK NY 10017

FAX: 212-561-7777

EMAIL: JELKIN@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP

(COUNSEL TO LSG SKY CHEFS NA SOLUTIONS, INC.)

ATTN: MICHAEL WARNER, AYALA HASSELL,

BENJAMIN WALLEN

700 LOUISIANA ST, STE 4500

HOUSTON TX 77002

FAX: 713-691-9407

EMAIL: MWARNER@PSZJLAW.COM; AHASSELL@PSZJLAW.COM;
BWALLEN@PSZJLAW.COM

PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO CITY OF GRAPEVINE,

GRAPEVINE-COLLEYVILLE ISD)

ATTN: ELIZABETH BANDA CALVO

500 E BORDER ST, STE 640

ARLINGTON TX 76010

FAX: 817-860-6509

EMAIL: EBCALVO@PBFCM.COM

PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO CITY OF HOUSTON)

ATTN: MELISSA E VALDEZ

1235 NORTH LOOP WEST, STE 600

HOUSTON TX 77008

FAX: 713-862-1429

EMAIL: MVALDEZ@PBFCM.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP

(COUNSEL TO AERCAP IRELAND LIMITED)

ATTN: MIHCAEL BURKE, ANDREW ALFANO

31 WEST 52ND STREET

NEW YORK NY 10019

FAX: 212-858-1500

EMAIL: MICHAEL.BURKE@PILLSBURYLAW.COM;
ANDREW.ALFANO@PILLSBURYLAW.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP

(COUNSEL TO AIRBUS ENTITIES)

ATTN: DANIA SLIM, ANDREW ALFANO

31 WEST 52ND STREET

NEW YORK NY 10019

FAX: 212-858-1500

EMAIL: DANIA.SLIM@PILLSBURYLAW.COM;
ANDREW.ALFANO@PILLSBURYLAW.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP

(COUNSEL TO BNP PARIBAS)

ATTN: DANIA SLIM, ANDREW ALFANO

31 WEST 52ND ST

NEW YORK NY 10019

FAX: 212-858-1500

EMAIL: DANIA.SLIM@PILLSBURYLAW.COM;
ANDREW.ALFANO@PILLSBURYLAW.COM

PRYOR CASHMAN LLP

(COUNSEL TO COMPUTERSHARE TRUST COMPANY)

ATTN: SETH LIEBERMAN, PATRICK SIBLEY,

MATTHEW SILVERMAN

7 TIMES SQUARE

NEW YORK NY 10036-6569

FAX: 212-326-0806

EMAIL: SLIEBERMAN@PRYORCASHMAN.COM; PSIBLEY@PRYORCASHMAN.COM;
MSILVERMAN@PRYORCASHMAN.COM

PULLMAN & COMLEY, LLC

(COUNSEL TO THE CONNECTICUT AIRPORT AUTHORITY)

ATTN: IRVE GOLDMAN, ESQ.

850 MAIN STREET, P.O. BOX 7006

BRIDGEPORT CT 06601-7006

FAX: 203-576-8888

EMAIL: igoldman@pullcom.com

RUMBERGER KIRK & CALDWELL PC

(COUNSEL FOR GREATER ORLANDO AIRPORT AUTHORITY)

ATTN: R SCOTT WILLIAMS

2001 PARK PLACE NORTH STE 1300

BIRMINGHAM AL 35203

EMAIL: swilliams@rumberger.com

SEHAM SEHAM MELTZ & PETERSEN LLP

(COUNSEL TO AIRCRAFT MECH FRATERNAL ASSOC.)

ATTN: GEORGE DIAMANTOPOULOS, LEE SEEHAM

LUCAS MIDDLEBROOK

199 MAIN STREET, 7TH FL

WHITE PLAINS NY 10601

FAX: 914-997-7125

EMAIL: GDIAMAN@SSMPLAW.COM; LSEHAM@SSMPLAW.COM; LMIDDLEBROOK@SSMPLAW.COM

SILLS CUMMIS & GROSS P.C.

ATTN: GREGORY KOPACZ, ESQ.

101 PARK AVENUE, 28TH FLOOR

NEW YORK NY 10178

EMAIL: GKOPACZ@SILLSCUMMIS.COM

STEVENS AND LEE PC

(COUNSEL FOR STS AVIATION GROUP INC)

ATTN: CONSTANTINE D. POURAKIS

485 MADISON AVE 20TH FL

NEW YORK NY 10022

EMAIL: constantine.pourakis@stevenslee.com

SUGARMAN, SUSSKIND, BRASWELL & HERRERA P.A.

(COUNSEL TO ASSOCIATION OF FLIGHT

ATTENDANTS - CWA)

ATTN: D. MARCUS BRASWELL, JR.

150 ALHAMBRA CIRCLE, STE 725

CORAL GABLES FL 33134

FAX: 305-447-8115

EMAIL: MBRASWELL@SUGARMANSUSSKIND.COM

VEDDER PRICE P.C.

(COUNSEL TO AIR LEASE CORPORATION)

ATTN: MICHAEL J. EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO AIR LEASE CORPORATION)

ATTN: WILLIAM THORSNESS, BROOK BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO AVIATION CAPITAL GROUP LLC)

ATTN: MICHAEL J. EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO: AVIATION CAPITAL GROUP LLC)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N. LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO CREDIT INDUSTRIEL ET COMMERCIAL

NEW YORK BRANCH)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO: CREDIT INDUSTRIEL ET

COMMERCIAL, NEW YORK BRANCH)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO CONTRARIAN CAPTIAL MANAGEMENT LLC)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO: CONTRARIAN CAPTIAL MANAGEMENT LLC)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO DEKABANK DEUTSCHE GIROZENTRALE)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO DEKABANK DEUTSCHE GIROZENTRALE)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO ING BANK)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO ING BANK)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO JSA INTERNATIONAL US HOLDINGS LLC)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO JSA INTERNATIONAL US HOLDINGS LLC)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO ORIX AVIATION SYSTEMS LIMITED)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO ORIX AVIATION SYSTEMS LIMITED)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO SKY LEASING LLC)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO SKY LEASING LLC)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO SOLRR)

ATTN: WILLIAM THORSNESS, BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO: SOLRR)

ATTN: MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

FAX: 212-407-7799

EMAIL: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO: GA TELESIS LLC & GA TELESIS AVIATION

INVESTMENTS III, LLC)

ATTN: WILLIAM THORSNESS AND BROOKE BLACKWELL

222 N LASALLE ST, STE 2600

CHICAGO IL 60601

FAX: 312-609-5005

EMAIL: WTHORSNESS@VEDDERPRICE.COM; BBLACKWELL@VEDDERPRICE.COM

VEDDER PRICE P.C.

(COUNSEL TO: GA TELESIS LLC AND GA

TELESIS AVIATION INVEST III, LLC)

ATTN: GEOFF KASS & MICHAEL EDELMAN

1633 BROADWAY, 31ST FLOOR

NEW YORK NY 10019

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN

(COUNSEL TO: SCOTT RANDOLPH, ORANGE COUNTY TAX

COLLECTOR)

ATTN: THOMAS DRAGHI, ESQ., SAMANTHA RUPPENTHAL,ESQ

1201 RXR PLAZA

UNIONDALE NY 11556

FAX: 516-622-9212

EMAIL: TDRAGHI@WESTERMANLLP.COM; SRUPPENTHAL@WESTERMANLLP.COM