**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SPIRIT AIRLINES, LLC, *et al.*, | Case No. 24-11988 (SHL) |
| Reorganized Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 546** |

### CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 27, 2025, I caused to be served the "(I) Final Decree Closing Certain of the Chapter 11 Cases and (II) Order Amending the Joint Administration Order," dated March 27, 2025 [Docket No. 546], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[1] The Reorganized Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Reorganized Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**EXHIBIT A**

# SPIRIT AIRLINES
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK, N.A. | C/O CITIBANK DELAWARE ATTN: AGENCY OPERATIONS ONE PENNS WAY, OPS 2/2 NEWCASTLE DE 19720 |
| OFFICE OF THE US TRUSTEE, SDNY | ATTN: SHARA CORNELL, ANNIE WELLS, ERIC BRADFORD ALEXANDER HAMILTON CUSTOM HOUSE 1 BOWLING GREEN, RM 534 NEW YORK NY 10004-1408 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ATTN: HONORABLE SEAN H. LANE 300 QUARROPAS STREET WHITE PLAINS NY 10601 |

**Total Creditor count: 4**

**EXHIBIT B**

SPIRIT AIRLINES, LLC, *et al.*
Case No. 24-11988 (SHL)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| AIR LINE PILOTS ASSOCIATION | thomas.ciantra@alpa.org; joshua.ellison@alpa.org |
| AKIN GUMP STRAUSS HAUER & FELD LLP (COUNSEL AD HOC GROUP OF SENIOR SECURED NOTHOLDER) | mstamer@akingump.com; aqureshi@akingump.com; kzuzolo@akingump.com; jrubin@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP (COUNSEL AD HOC GROUP OF SENIOR SECURED NOTHOLDER) | bscott@akingump.com |
| ALSTON & BIRD LLP (COUNSEL TO: WILMINGTON TRUST) | douglas.harris@alston.com |
| ALSTON & BIRD LLP (COUNSEL TO: WILMINGTON TRUST) | gerard.catalanello@alston.com; william.hao@alston.com; dylan.cassidy@alston.com |
| BUCHALTER, A PROFESSIONAL COPORATION (COUNSEL TO: ORACLE AMERICA, INC.) | schristianson@buchalter.com |
| FEDERAL AVIATION AUTHORITY | laura.remo@dot.gov |
| FEDERAL AVIATION AUTHORITY | laura.remo@dot.gov |
| INTERNAL REVENUE SERVICE | victoria.g.mosby@irs.gov; millie.h.agent@irs.gov |
| MILBANK LLP | aharmeyer@milbank.com; tlomazow@milbank.com; jforman@milbank.com; jpascale@milbank.com |
| PAUL HASTINGS LLP | mattwarren@paulhastings.com; geoffking@paulhastings.com; williamreily@paulhastings.com; valerieeliasen@paulhastings.com |
| PAUL HASTINGS LLP | zachcochran@paulhastings.com |
| SECURITIES & EXCHANGE COMMISSION | jacobsonn@sec.gov |
| SEWARD & KISSEL LLP (COUNSEL TO: WILMINGTON TRUS, NATIONAL ASSOCIATION) | ashmead@sewkis.com; bateman@sewkis.com; matott@sewkis.com |
| SEWARD & KISSEL LLP | danenberg@sewkis.com; giampietro@sewkis.com; bateman@sewkis.com |

SPIRIT AIRLINES, LLC, *et al.*
Case No. 24-11988 (SHL)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE SOUTHERN DISTRICT OF NEW YORK | peter.aronoff@usdoj.gov |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | amelton@wilmington.com |
| OFFICE OF THE US TRUSTEE, SDNY | shara.cornell@usdoj.gov; eric.k.bradford@usdoj.gov; annie.wells@usdoj.gov |