**Davis Polk**

Lawrence E. Jacobs
+1 212 450 4680
lawrence.jacobs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

January 15, 2026

Re: Notification Pursuant to Rule 1.12 of the New York Rules of Professional Conduct: In re: Spirit Airlines, LLC., et al, Case No. 24-11988 (SHL) (S.D.N.Y.)

The Hon. Sean H. Lane
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4140

Dear Judge Lane,

I write to provide notice pursuant to Rule 1.12 of the New York Rules of Professional Conduct that we are screening Your Honor's former law clerk, Tessa Ptucha, from any participation in our work on a matter that was pending before Your Honor during her clerkship.

Ms. Ptucha was a law clerk in Your Honor's chambers from January 2025 to December 2025. She will join Davis Polk as an associate on January 20, 2026. During her clerkship, we represented the debtors, debtors in possession, and reorganized debtors in In re: Spirit Airlines, LLC., et al, Case No. 24-11988 (SHL) (S.D.N.Y.) (the "Screened Matter").

We are informed that Ms. Ptucha participated in your chambers' work on the Screened Matter. We will screen her from our work on that matter.

We have established screening procedures to assure that there is no flow of information between Ms. Ptucha and the Davis Polk team working on the Screened Matter. All firm attorneys and legal assistants working on the Screened Matter will be instructed in writing that no person working on the Screened Matter should discuss or share with Ms. Ptucha any information relating to his or her work on the Screened Matter and that they must not seek any information from Ms. Ptucha. Similarly, Ms. Ptucha will be instructed in writing that she is not to share any information she may have about the Screened Matter with anyone at Davis Polk. The instructions will make clear that these restrictions apply to all forms of information sharing, including but not limited to oral discussions, writings, and emails. We will also restrict the files relating to the Screened Matter so that Ms. Ptucha will not be able to access them. We will send regular reminders of this screen to all attorneys working on the Screened Matter and to Ms. Ptucha.

The written screen notification will provide that violations of our screening procedures may result in sanctions.

As an associate, Ms. Ptucha will be paid a fixed salary and will not be apportioned any of the fees from the Screened Matter. The determination of any associate bonus amount also will not be related in any way to fees from the Screened Matter.

#53066679v1

**Davis Polk**   The Hon. Sean H. Lane

Please let me know if Your Honor desires further information about the foregoing.

Respectfully submitted,

*Lawrence E. Jacobs*

Lawrence E. Jacobs

cc:  All parties via electronic filing